MAS-20030912    **Commonwealth of Massachusetts**    12/31/2003

guen    SUFFOLK SUPERIOR COURT    02:56 PM

Case Summary

Civil Docket

FILED

## SUCV2003-04685
## James et al v Ambrosino, Mayor City Revere et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 10/06/2003 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 12/31/2003 | **Session** | G - Civil G | | |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 01/04/2004 | **Answer** | 03/04/2004 | **Rule12/19/20** | 03/04/2004 |
| **Rule 15** | 03/04/2004 | **Discovery** | 08/01/2004 | **Rule 56** | 08/31/2004 |
| **Final PTC** | 09/30/2004 | **Disposition** | 11/29/2004 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Terri Pechner  James
Active 10/06/2003

**Private Counsel 124360**
James Dilday
Grayer & Dilday
27 School Street
Boston, MA 02108
Phone: 617-227-3470
Fax: 617-227-9231
Active 10/06/2003 Notify

**Plaintiff**
Sonia  Fernandez
Active 10/06/2003

*** See Attorney Information Above ***

**Defendant**
Terri  Ambrosino, Mayor City Revere
Service pending 10/06/2003

**Private Counsel 538800**
Ira H Zaleznik
Lawson & Weitzen
88 Black Falcon Avenue
Suite 345
Boston, MA 02210-2414
Phone: 617-439-4990
Fax: 617-439-3987
Active 12/31/2003 Notify

**Private Counsel 558565**
Michael J Akerson
Reardon Law Offices (Edward P)
397 Grove Street
Worcester, MA 01605
Phone: 508-754-7285
Fax: 508-754-7220
Active 12/31/2003 Notify

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2003-04685
## James et al v Ambrosino, Mayor City Revere et al

|  |  |
|---|---|
|  | **Private Counsel 255040**<br>Austin M Joyce<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
| **Defendant**<br>Terrency Reardon, Chief Revere Police Department<br>Service pending 10/06/2003 | **Private Counsel 538800**<br>Ira H Zaleznik<br>Lawson & Weitzen<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210-2414<br>Phone: 617-439-4990<br>Fax: 617-439-3987<br>Active 12/31/2003 Notify |
|  | **Private Counsel 558565**<br>Michael J Akerson<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
|  | **Private Counsel 255040**<br>Austin M Joyce<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
| **Defendant**<br>Bernard Foster, Lieutenant Revere Police<br>Department<br>Service pending 10/06/2003 | **Private Counsel 538800**<br>Ira H Zaleznik<br>Lawson & Weitzen<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210-2414<br>Phone: 617-439-4990<br>Fax: 617-439-3987<br>Active 12/31/2003 Notify |

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/31/2003
02:56 PM

## SUCV2003-04685
## James et al v Ambrosino, Mayor City Revere et al

| | |
|---|---|
| | **Private Counsel 558565**<br>Michael J Akerson<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
| | **Private Counsel 255040**<br>Austin M Joyce<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
| **Defendant**<br>Steven Ford, Lieutenant Revere Police Department<br>Service pending 10/06/2003 | **Private Counsel 538800**<br>Ira H Zaleznik<br>Lawson & Weitzen<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210-2414<br>Phone: 617-439-4990<br>Fax: 617-439-3987<br>Active 12/31/2003 Notify |
| | **Private Counsel 558565**<br>Michael J Akerson<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
| | **Private Counsel 255040**<br>Austin M Joyce<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |

MAS-20030912
guen

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/31/2003
02:56 PM

## SUCV2003-04685
## James et al v Ambrosino, Mayor City Revere et al

**Defendant**
Salvatore Santoro, Officer & Supervisor Revere
Police Dept
Service pending 10/06/2003

**Private Counsel 538800**
Ira H Zaleznik
Lawson & Weitzen
88 Black Falcon Avenue
Suite 345
Boston, MA 02210-2414
Phone: 617-439-4990
Fax: 617-439-3987
Active 12/31/2003 Notify

**Private Counsel 558565**
Michael J Akerson
Reardon Law Offices (Edward P)
397 Grove Street
Worcester, MA 01605
Phone: 508-754-7285
Fax: 508-754-7220
Active 12/31/2003 Notify

**Private Counsel 255040**
Austin M Joyce
Reardon Law Offices (Edward P)
397 Grove Street
Worcester, MA 01605
Phone: 508-754-7285
Fax: 508-754-7220
Active 12/31/2003 Notify

**Defendant**
Roy Colannino, Officer & Supervisor Revere Police
Dept
Service pending 10/06/2003

**Private Counsel 538800**
Ira H Zaleznik
Lawson & Weitzen
88 Black Falcon Avenue
Suite 345
Boston, MA 02210-2414
Phone: 617-439-4990
Fax: 617-439-3987
Active 12/31/2003 Notify

**Private Counsel 558565**
Michael J Akerson
Reardon Law Offices (Edward P)
397 Grove Street
Worcester, MA 01605
Phone: 508-754-7285
Fax: 508-754-7220
Active 12/31/2003 Notify

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/31/2003
02:56 PM

## SUCV2003-04685
### James et al v Ambrosino, Mayor City Revere et al

| | |
|---|---|
| | **Private Counsel 255040**<br>Austin M Joyce<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
| **Defendant**<br>Frederick Roland, Officer & Supervisor<br>Service pending 10/06/2003 | **Private Counsel 538800**<br>Ira H Zaleznik<br>Lawson & Weitzen<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210-2414<br>Phone: 617-439-4990<br>Fax: 617-439-3987<br>Active 12/31/2003 Notify |
| | **Private Counsel 558565**<br>Michael J Akerson<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
| | **Private Counsel 255040**<br>Austin M Joyce<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
| **Defendant**<br>Thomas Doherty, Officer & Supervisor Revere<br>Police Dept<br>Service pending 10/06/2003 | **Private Counsel 538800**<br>Ira H Zaleznik<br>Lawson & Weitzen<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210-2414<br>Phone: 617-439-4990<br>Fax: 617-439-3987<br>Active 12/31/2003 Notify |

case01 231552 y y y y y y

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/31/2003
02:56 PM

## SUCV2003-04685
## James et al v Ambrosino, Mayor City Revere et al

**Private Counsel 558565**
Michael J Akerson
Reardon Law Offices (Edward P)
397 Grove Street
Worcester, MA 01605
Phone: 508-754-7285
Fax: 508-754-7220
Active 12/31/2003 Notify

**Private Counsel 255040**
Austin M Joyce
Reardon Law Offices (Edward P)
397 Grove Street
Worcester, MA 01605
Phone: 508-754-7285
Fax: 508-754-7220
Active 12/31/2003 Notify

**Defendant**
John Nelson, Officer & Supervisor Revere Police
Service pending 10/06/2003

**Private Counsel 538800**
Ira H Zaleznik
Lawson & Weitzen
88 Black Falcon Avenue
Suite 345
Boston, MA 02210-2414
Phone: 617-439-4990
Fax: 617-439-3987
Active 12/31/2003 Notify

**Private Counsel 558565**
Michael J Akerson
Reardon Law Offices (Edward P)
397 Grove Street
Worcester, MA 01605
Phone: 508-754-7285
Fax: 508-754-7220
Active 12/31/2003 Notify

**Private Counsel 255040**
Austin M Joyce
Reardon Law Offices (Edward P)
397 Grove Street
Worcester, MA 01605
Phone: 508-754-7285
Fax: 508-754-7220
Active 12/31/2003 Notify

case01 231552 y y y y y y

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2003-04685
## James et al v Ambrosino, Mayor City Revere et al

| | |
|---|---|
| **Defendant**<br>James Russo,Chief Police Revere Police Dept &<br>Supervisor<br>Service pending 10/06/2003 | **Private Counsel 538800**<br>Ira H Zaleznik<br>Lawson & Weitzen<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210-2414<br>Phone: 617-439-4990<br>Fax: 617-439-3987<br>Active 12/31/2003 Notify<br><br>**Private Counsel 558565**<br>Michael J Akerson<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify<br><br>**Private Counsel 255040**<br>Austin M Joyce<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |
| **Defendant**<br>Michael Murphy, Officer & Supervisor Revere<br>Police De[t<br>Service pending 10/06/2003 | **Private Counsel 538800**<br>Ira H Zaleznik<br>Lawson & Weitzen<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210-2414<br>Phone: 617-439-4990<br>Fax: 617-439-3987<br>Active 12/31/2003 Notify<br><br>**Private Counsel 558565**<br>Michael J Akerson<br>Reardon Law Offices (Edward P)<br>397 Grove Street<br>Worcester, MA 01605<br>Phone: 508-754-7285<br>Fax: 508-754-7220<br>Active 12/31/2003 Notify |

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2003-04685
### James et al v Ambrosino, Mayor City Revere et al

Private Counsel 255040
Austin M Joyce
Reardon Law Offices (Edward P)
397 Grove Street
Worcester, MA 01605
Phone: 508-754-7285
Fax: 508-754-7220
Active 12/31/2003 Notify

**ENTRIES**

| Date | Paper | Text |
|------|-------|------|
| 10/06/2003 | 1.0 | Complaint filed with request for trial by jury |
| 10/06/2003 | | Origin 1, Type B22, Track F. |
| 10/06/2003 | 2.0 | Civil action cover sheet filed |
| 12/15/2003 | | Certified copy of petition for removal to U. S. Dist. Court of |
| | | Defts. CITY OF REVERE, THOMAS AMBROSINO, MAYOR AND TERRENCE REARDON, |
| | | CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, |
| | | FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL |
| | | MURPHY, AND STEVEN FORD U. S. Dist.#903-CV12499MLW). |
| 12/31/2003 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

I HEREBY ATTEST AND CERTIFY ON
DEC. 31, 2003 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY
ASSISTANT CLERK

*Suffolk Superior Civil # 03-4685*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS



Terri Pechner-James and
Sonia Fernandez,
    Plaintiff,

v.

City of Revere, Thomas Ambrosino, Mayor,
City of Revere Police Department, Terrence
Reardon, Chief of Police, Bernard Foster,
Salvatore Santoro, Roy Colannino, Frederick
Roland, Thomas Doherty, John Nelson,
James Russo, Michael Murphy, and Steven Ford
    Defendants.

03 CV 12499 MLW

**NOTICE OF REMOVAL**

The Defendants, **CITY OF REVERE, THOMAS AMBROSINO, MAYOR and TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY, AND STEVEN FORD**

hereby file this Notice of Removal pursuant to 28 U.S.C. § 1441 and § 1446 for removal from the Superior court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County, the action entitled, *Terri Pechner-James and Sonia Fernandez v. City of Revere, et al.* pending as Civil Action No. 03-4685G. The defendants state the following:

1.    Removing parties are all of the defendants in the above-entitled action.

2.    On or about October 8, 2003, the Plaintiffs filed this action in Suffolk

1

Superior Court of the Commonwealth of Massachusetts. A copy of the Complaint and all other process received in connection with this matter are attached as Exhibit A hereto.

3. On November 11, 2003, Defendants City of Revere, Thomas Ambrosino, Mayor, Terrence Reardon, Chief of Police, accepted service of the summons and complaints. On information and belief, all other defendants have been served with process thereafter.

4. This Notice of Removal is filed within thirty (30) days of service of the summons and Plaintiffs' complaint.

5. This action involves claims that the Defendants sexually harassed the Plaintiffs and created a hostile work environment all in violation of the provisions of 42 U.S.C. § 2000(e)2. Plaintiffs allege that they are bringing their claims pursuant to 42 U.S.C. § 1983.

6. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, and the action may therefore be removed to this Court by the Defendants by virtue of the provisions of 28 U.S.C. § 1441 and pursuant to 28 U.S.C. § 1446. The pendant state law claims may be heard and decided by this Court.

7. Notice of Removal will be given to all counsel promptly after filing this notice and a true and accurate copy of this notice will be filed with the Clerk of the Suffolk Superior Court.

8. Certified or attested copies of all records, proceedings, and docket entries in

2

the state court will be filed in this Court within 30 days, pursuant to Local Rule 81.1.

Wherefore, the Defendants **CITY OF REVERE, THOMAS AMBROSINO, MAYOR and TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY, AND STEVEN FORD** give Notice of Removal of all claims against all Defendants from the Superior Court of Suffolk County, Massachusetts to this Court and respectfully request that this action proceed in this Court as an action properly removed to it.

Signed pursuant to Fed.R.Civ.P.11 that the statements of fact in the petition are true and correct to the best of my knowledge, information and belief and signed under the pains and penalty of perjury.

I HEREBY ATTEST AND CERTIFY ON
__DEC. 31, 2003__, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY._____
ASSISTANT CLERK.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by (mail) – hand – telecopier, on__12/11/03__
_____

Dated: 12/11/03

Defendants,
By their Attorneys,

_____
Ira H. Zaleznik (BBO # 538800)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Tel. (617) 439-4990

_____
Michael J. Akerson, Esq. (BBO#558565)
Austin M. Joyce, Esq. (BBO#255040)
Edward P. Reardon, PC
397 Grove Street
Worcester, MA 01605
Tel. (508) 754-7285

3

**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, ss.                                          **SUPERIOR COURT**
                                                     **C.A. NO.: 03-4685G**

Terri Pechner-James and                    )
Sonia Fernandez,                           )
     Plaintiff,                          )
                                           )
v.                                         )
                                           )
City of Revere, Thomas Ambrosino, Mayor,   )
City of Revere Police Department, Terrence )
Reardon, Chief of Police, Bernard Foster,  )
Salvatore Santoro, Roy Colannino, Frderick )
Roland, Thomas Doherty, John Nelson,       )
James Russo, Michael Murphy, and Steven Ford)
     Defendants.                         )

### WRITTEN NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1446(D)

TO:   James S. Dilday, Esq.
     Carlton J. Dasent, Esq.
     27 School Street, Suite 400
     Boston, MA 02108

AND: Civil Clerk
     Suffolk Superior Court
     Room 807, 8th Floor
     90 Devonshire
     Boston, MA 02108

Please take notice that a Notice of Removal of the above-captioned action from

the Superior Court of the Commonwealth of Massachusetts (a copy of which Notice

of Removal is attached hereto) was duly filed in the United States District Court for

the District of Massachusetts.

1

Please take further notice that this Notice and a copy of the Notice of Removal, certified by the United States District Court for the District of Massachusetts, had been duly filed with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Suffolk County, which filing removes this action and, in accordance with 28 U.S.C. § 1446(d), the Superior Court shall proceed no further herein unless and until this case is remanded by the United States District Court.

Defendants,
By their Attorney,

Ira H. Zaleznik
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Tel. (617) 439-4990
BBO # 538800

Michael J. Akerson, Esq. (BBO#558565)
Austin M. Joyce, Esq. (BBO#255040)
Edward P. Reardon, PC
397 Grove Street
Worcester, MA 01605
Tel. (508) 754-7285

Dated:        December 11, 2003

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

03-4685 G

No._____

Terri Pechner-James and Sonia Fernandez
_____ , Plaintiff(s)

v.

City of Revere, et al
_____ , Defendant(s)

## SUMMONS

To the above-named Defendant:   Terrance Reardon, Chief of Revere Police Dept.
                                James S. Dilday, Esquire

You are hereby summoned and required to serve upon_____

_____ Grayer & Dilday, 27 School Street, Suite 400
plaintiff's attorney, whose address is___ Boston, MA 02108 _____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the_____ 7th _____ day of
____ October ____ , in the year of our Lord two thousand ____ three ____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 03-4685 G

Terri Pechner-James and Sonia Fernandez
_____ , Plaintiff(s)

v.

City of Revere, et al
_____ , Defendant(s)

## SUMMONS

To the above-named Defendant:   Thomas Ambrosino, Mayor, City of Revere

You are hereby summoned and required to serve upon_____James S. Dilday, Esquire

plaintiff's attorney, whose address is__Grayer & Dilday, 27 School Street, Suite 400, Boston, MA 02108__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the_____7th_____ day of ____October_____, in the year of our Lord two thousand __three_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

*[left margin, vertical text]* defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only) Terri Pechner-James, et al. vs. City of Revere, et al.

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See
    local rule 40.1(a)(1)).

    ☐   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☑   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

    ☐   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ☐   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ☐   V.    150, 152, 153.

3.  Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in
    this district please indicate the title and number of the first filed case in this court.

    None

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                                YES ☐    NO ☑

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
    28 USC §2403)

                                                                YES ☐    NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                                YES ☐    NO ☑

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                                YES ☐    NO ☑

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
    40.1(d)).

                                                                YES ☐    NO ☑

    A.    If yes, in which division do all of the non-governmental parties reside?

          Eastern Division ☐        Central Division ☐        Western Division ☐

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
          agencies, residing in Massachusetts reside?

          Eastern Division ☑        Central Division ☐        Western Division ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
    yes, submit a separate sheet identifying the motions)

                                                                YES ☐    NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Ira H. Zaleznik

ADDRESS  Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA  02210

TELEPHONE NO.  (617) 439-4990

(Coversheetlocal.wpd - 10/17/02)

# CIVIL COVER SHEET

JS 44 (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Terri James and Sonia Fernandez

**DEFENDANTS**

City of Revere, Thomas Ambrosino, Mayor, City of Revere Police Department, Terrence Reardon, Chief of Police, Bernard Foster, Salvatore Santoro, Roy Colannino, Frederick Roland, Thomas Doherty, John Nelson, James Russo, Michael Murphy and Steven Ford

(b) County of Residence of First Listed Plaintiff **Florida**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **Suffolk County**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

James S. Dilday, Esq.
Carlton J. Dasent, Esq.
27 School Street, Suite 400, Boston, MA 02108

Attorneys (If Known)

Ira H. Zaleznik               Michael Akerson, Esq.
Lawson & Weitzen, LLP         Austin M. Joyce, Esq.
88 Black Falcon Avenue, Suite 345,  Edward P. Reardon, PC
Boston, MA 02210              397 Grove Street, Worcester, MA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent ☐ 840 Trademark | ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Civil Rights Claim 42 U.S.C. sec. 1983, Employment Discrimination/Sexual Harassment 42 U.S.C. sec. 2000 (e)(2)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE
12/11/03

SIGNATURE OF ATTORNEY OF RECORD
*(signature)*

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 03-4685 | Trial Court of Massachusetts Superior Court Department County:_____ |
|---|---|---|

PLAINTIFF(S)
Terri Pechner-James
Sonia Fernandez

DEFENDANT(S)
City of Revere, Thomas Ambrosine, Mayor
City of Revere, Police Department, Terrence
Reardon, Chief et al

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE
James S. Dilday, Esq./Carlton Dasent
Grayer & Dilday, 27 School Street, Boston,
MA (617) 227-3470
Board of Bar Overseers number: 124360:114480

ATTORNEY (if known)

## Origin code and track designation

Place an x in one box only:
[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.    TYPE OF ACTION (specify)    TRACK    IS THIS A JURY CASE?

B22    Employment Discrimination F)    (X )Yes    ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........ $5000.00
2. Total Doctor expenses ........ $2000.00
3. Total chiropractic expenses ........ $
4. Total physical therapy expenses ........ $
5. Total other expenses (describe) ........ $7000.00
Subtotal $
B. Documented lost wages and compensation to date ........ $300,000.00
C. Documented property damages to date ........ $
D. Reasonably anticipated future medical and hospital expenses ........ $50,000.00
E. Reasonably anticipated lost wages ........ $,000,000.00
F. Other documented items of damages (describe) $3,364,000.00
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
Hostile work environment/Sexual harassment, Disparate treatment, Infliction of emotional distress, constructive discharge, post traumatic stress and denial of Disability Benefits.
$26,934,000.00
TOTAL $30,300,000.00

### CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

TOTAL $. ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _Carlton Dasent_    DATE: 9-30-03

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON
DEC. 31, 2003 THAT THE
FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY,
ASSISTANT CLERK