UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Terri Pechner-James and<br>Sonia Fernandez,<br>    Plaintiffs<br><br>v.<br><br>City of Revere, Thomas Ambrosino, Mayor<br>City of Revere, Police Department,<br>Terrence Reardon, Chief,<br>Bernard Foster, Salvatore Santoro, Roy<br>Colannino, Frederick Roland, Thomas Doherty,<br>John Nelson, James Russo, Michael Murphy,<br>and Steven Ford,<br>    Defendants. | C.A. No. 03-1249 -MLW |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendants, Bernard Foster, Salvatore Santoro, Roy Colannino, Frederick Roland, Thomas Doherty, John Nelson, James Russo, Michael Murphy, and Steven Ford, in the above-entitled matter.

THE DEFENDANTS
By their attorneys

_____
Michael J. Akerson
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 558565

_____
Austin M. Joyce
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 255040

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed on this 23rd day of February, 2004 to all counsel of records as follows:

James S. Dilday, Esq.
Carlton J. Dasent, Esq.
Grayer & Dilday
27 School Street, Suite 400
Boston, MA 02108

Ira H. Zaleznik, Esq.
Lawson and Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

By: _____
Michael J. Akerson