UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Terri Pechner-James and<br>Sonia Fernandez,<br>    Plaintiffs<br><br>v.<br><br>City of Revere, Thomas Ambrosino, Mayor<br>City of Revere, Police Department,<br>Terrence Reardon, Chief,<br>Bernard Foster, Salvatore Santoro, Roy<br>Colannino, Frederick Roland, Thomas Doherty,<br>John Nelson, James Russo, Michael Murphy,<br>and Steven Ford,<br>    Defendants. | C.A. # 03-12499 MLW |

**DEFENDANTS City of Revere, Thomas Ambrosino, Mayor
City of Revere, Police Department, Terrence Reardon, Chief,
Bernard Foster, Salvatore Santoro, Roy Colannino,
Frederick Roland, Thomas Doherty, John Nelson, James Russo,
Michael Murphy, and Steven Ford's
MOTION TO EXTEND THE TIME TO OPPOSE PLAINTIFF'S PARTIAL
MOTION FOR SUMMARY JUDGMENT**

Now come the defendants in the above-entitled matter and move this Honorable Court to extend the time for them to oppose the Plaintiff's Partial Motion For Summary Judgment until March 15, 2004.

As grounds for this motion, the defendants state the following:

1. This present case was initially filed at Suffolk Superior Court and was removed by the defendants to this Honorable Court;

2. That the plaintiff apparently filed a Partial Motion for Summary Judgment with the Court on or about February 13, 2004 and a copy was sent to the undersigned counsel;

3. Since the filing of the motion, the defendants have answered the Complaint;

4. No discovery has been conducted to date by any party to this action;

5. The Court has not held an initial scheduling conference, or other matter, in the present case;

6. The Plaintiff's Partial Summary Judgment motion seeks judgment on a sexual harassment and sex discrimination claims, in addition to a claim of constructive discharge against the thirteen defendants, including the City of Revere, the Mayor and numerous police officials. Given the complexity of the legal issues, the number of defendants, and due to counsel's absence from work stemming from last weeks school vacation, the defendant's request that the time to opposes said motion be extend to March 15, 2004, inclusive. This March 15 date will afford counsel time to prepare a proper Rule 56 opposition conforming with the Federal Rules of Civil Procedure. The undersigned defense counsel further assert that they believe that summary judgment is inappropriate at this time in the proceeding for numerous reasons to be raised in a coming substantive opposition;

7. Judicial economy dictates that additional time be granted as it will yield more effective use of judicial resources and a better presentation to aid the court in making its determinations; and

8. The plaintiff will not be prejudiced by the instant short request for an extension of time.

**WHEREFORE,** the defendants request that they be allowed to oppose Plaintiff's Partial Motion for Summary Judgment up to and including March 15, 2004.

Defendants
by their attorneys,

Michael J. Akerson, Esq.
Austin M. Joyce, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285

Defendants
By their attorneys

Ira Zaleznik, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

## Certification of Service

The undersigned certifies that he has mailed the instant motion to plaintiff's counsel by first class mail this February 25th, 2004.

_____
Michael J. Akerson, Esq.

## Rule 7.1 Certification

The undersigned certifies that he has attempted to confer in good faith with plaintiff's counsel regarding the instant motion.

_____
Michael J. Akerson, Esq.