```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

TERRI PECHNER-JAMES et al
          Plaintiff          CIVIL ACTION
                                   NO. 03-12499-MLW
   V.

CITY OF REVERE et al
          Defendants


CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.


PLEASE TAKE NOTICE that the SCHEDULING CONFERENCE scheduled for **JUNE 24 2004 at 3:30 p.m.** has been CANCELLED.


                                                        TONY ANASTAS, CLERK


June 22, 2004                     By: /s/ Dennis O'Leary
Date                                 Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                            [ntchrgcnf.]