UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 21 P 2: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Terri Pechner-James and<br>Sonia Fernandez,<br>Plaintiffs<br><br>v.<br><br>City of Revere, et, al,<br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. # 03-12499MLW<br>)<br>)<br>) |

### CERTIFICATION OF DEFENDANT ROY COLANNINO

The undersigned party and his counsel hereby affirm that they conferred as per Local Rule 16.1D (3):

(a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Roy Colannino

_____
Michael J. Akerson, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 558565