UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Terri Pechner-James and<br>Sonia Fernandez,<br>    Plaintiffs<br><br>v.<br><br>City of Revere, et, al,<br>    Defendants. | C.A. # 03-12499MLW |

## CERTIFICATION OF DEFENDANT FREDERICK ROLAND

The undersigned party and his counsel hereby affirm that they conferred as per Local Rule 16.1D (3):

(a)    with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_Frederick Roland_
Frederick Roland

_Michael J. Akerson_
Michael J. Akerson, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 558565