UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

*FILED IN CLERKS OFFICE*
*2004 JUN 21 P 2: 12*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| **Terri Pechner-James and Sonia Fernandez,** ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | C.A. # 03-12499MLW |
| ) | |
| **City of Revere, et, al,** ) | |
| **Defendants.** ) | |

### CERTIFICATION OF DEFENDANT JAMES RUSSO

The undersigned party and his counsel hereby affirm that they conferred as per Local Rule 16.1D (3):

(a)   with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, for the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
James Russo

_____
Michael J. Akerson, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 558565