**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

*FILED*
*IN CLERKS OFFICE*
*2004 JUN 21 P 2: 12*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| Terri Pechner-James and )<br>Sonia Fernandez, )<br>    Plaintiffs )<br> )<br>v. )<br> )<br>City of Revere, et, al, )<br>    Defendants. )<br> ) | C.A. # 03-12499MLW |

## CERTIFICATION OF DEFENDANT STEVEN FORD

The undersigned party and his counsel hereby affirm that they conferred as per Local Rule 16.1D (3):

(a)    with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.



Steven Ford



Michael J. Akerson, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 558565