UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Terri Pechner-James and ) <br> Sonia Fernandez, ) <br>    Plaintiffs ) <br> ) <br> v. ) <br> ) <br> City of Revere, et, al, ) <br>    Defendants. ) <br> ) | C.A. # 03-12499MLW |

### CERTIFICATION OF DEFENDANT BERNARD FOSTER

The undersigned party and his counsel hereby affirm that they conferred as per Local Rule 16.1D (3):

(a)     with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, for the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Bernard Foster

_____
Michael J. Akerson, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 558565