UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 21 P 2: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

Terri Pechner-James and )
Sonia Fernandez, )
   Plaintiffs )
)
v. ) C.A. # 03-12499MLW
)
City of Revere, et, al, )
   Defendants. )
)

## CERTIFICATION OF DEFENDANT JOHN NELSON

The undersigned party and his counsel hereby affirm that they conferred as per Local Rule 16.1D (3):

(a)   with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, for the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
John Nelson

_____
Michael J. Akerson, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 558565