UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 22 A 8:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Terri Pechner-James )<br>Sonia Fernandez )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>City of Revere, Thomas Ambrosino, Mayor )<br>City of Revere, Police Department, )<br>Terrence Reardon, Chief, )<br>Bernard Foster, Salvatore Santoro, Roy )<br>Colannino, Frederick Roland, Thomas Doherty, )<br>John Nelson, James Russo, Michael Murphy, )<br>and Steven Ford, )<br>    Defendants. )<br> ) | C.A. NO. 03-12499-MLW |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants, Michael Murphy, Thomas Doherty, Salvatore Santoro, Roy Colannino, Frederick Roland, James Russo, Steven Ford, Bernard Foster, and John Nelson, in the above-entitled matter in addition to Attorneys Akerson and Joyce.

THE DEFENDANT
By his attorney,

_____
John K. Vigliotti
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 642337

## CERTIFICATE OF SERVICE

    I, John K. Vigliotti, hereby certify that a copy of the foregoing Appearance was mailed on this 21th day of June, 2004 via first class mail postage prepaid to all counsel of record as follows:

Ira H. Zaleznik, Esq.
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Carlton J. Dasent, Esq.
27 School Street
Boston, MA 02108

James S. Dilday, Esq.
27 School Street
Boston, MA 02108

By: _____
John K. Vigliotti, Esq.