**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

TERRI PECHNER-JAMES

V

CITY OF REVERE            Civil Action No: 03-12499-MLW

### CERTIFICATION OF PLAINTIFF, TERRI PECHNER-JAMES

The undersigned party and her counsel hereby affirm that they conferred as per Local Rule 16.1D(3):

(a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative resolution programs such as those outlined in LR 16.4.


_____
Terri Pechner-James, Plaintiff


_____
James S. Dilday, Esq.
Carlton J. Dasent, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470