UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERRI PECHNER-JAMES
SONIA FERNANDEZ

V

CITY OF REVERE                             Civil Action No: 03-12499-MLW

**CERTIFICATION OF PLAINTIFF, SONIA FERNANDEZ**

The undersigned party and her counsel hereby affirm that they conferred as per Local Rule 16.1 D(3):

(a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, for litigation; and

(b) to consider the resolution of the litigation through the use of alternative resolution programs such as those outlined in LR 16.4.

_____    June 23, 2004
Sonia Fernandez, Plaintiff

_____
James S. Dilday, Esq.
Carlton J. Dasent, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470