```
                                               FILED
                                           CLERKS OFFICE
         UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                                           2005 FEB 14  P 4: 01
```

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ, ) ) | U.S. DISTRICT COURT DISTRICT OF MASS |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 03-12499-MLW |
| CITY OF REVERE, THOMAS AMBROSINO, ) MAYOR, CITY OF REVERE POLICE ) DEPARTMENT, TERRENCE REARDON, ) CHIEF OF POLICE, BERNARD FOSTER, ) SALVATORE SANTORO, ROY COLANNINO,) FREDERICK ROLAND, THOMAS DOHERTY,) JOHN NELSON, JAMES RUSSO, MICHAEL ) MURPHY and STEVEN FORD, ) Defendants, ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**NOTICE IS HEREBY GIVEN** that Defendants, City of Revere, the City of Revere Police Department, Mayor Thomas Ambrosino and Police Chief Terrence Reardon hereby substitute the Office of the City Solicitor of the City of Revere as their designated attorney's of record herein in place and instead of Ira H. Zaleznik, Esq., Lawson & Weitzen.

For the Defendants, CITY OF REVERE, CITY OF REVERE POLICE DEPARTMENT, MAYOR THOMAS AMBROSINO and POLICE CHIEF TERRENCE REARDON,
By their Attorneys,

_____             _____
Paul Capizzi, Esq.                    Ira H. Zaleznik, Esq.
City Solicitor                        Lawson & Weitzen
BBO#: 646296                          88 Black Falcon Avenue, Suite 345
pcapizzi@rvere.org                    Boston, MA 02210
Walter H. Porr, Jr., Esq.             617-439-4990
Assistant City Solicitor
BBO#: 659462
wporr@revere.org
City Hall, 281 Broadway
Revere, MA 02151
781-286-8166                          Dated: February 7, 2005

## CERTIFICATE OF SERVICE

    I, Walter H. Porr, Jr., Assistant City Solicitor and counsel of record for the Defendants, City of Revere, City of Revere Police Department, Mayor Thomas Ambrosino and Police Chief Terrence Reardon, hereby certify that I have, this day forwarded a copy of the foregoing Affidavit of Paul Capizzi to all parties herein by mailing same, this date, via first class mail, postage prepaid to:

James S. Dilday, Esq.
Carlton J. Dasent, Esq.
27 School Street, Suite 400
Boston, MA 02108
Atttorneys for the Plaintiffs


Michael J. Akerson, Esq.
Edward P. Reardon, P.C.
397 Grove Street
Worcester, MA 01605
Attorneys for Defendants
Bernard Foster, Salvatore Santoro,
Roy Colannino, Frederick Roland,
Thomas Doherty, John Nelson,
James Russo, Michael Murphy,
and Steven Ford

 

_____
Walter H. Porr, Jr.,
Assistant City Solicitor
BBO# 659462
City Hall, 281 Broadway
Revere, MA 02151
781-286-8166

Dated: February 10, 2005