# City of Revere
## Police Department

## Application For Indemnification Under Massachusetts General Laws Chapter 41, Section 100

To Whom It May Concern:

I hereby make application for indemnification under Massachusetts General Law Chapter 41, Section 100. I certify that the expenses for which payment is sought are the natural and proximate result of an accident occurring or of undergoing a hazard peculiar to my employment, while acting in the performance and in the scope of my duty without fault of my own.

I hereby release to the City of Revere's designated physician(s) all information in the City's possession regarding my medical condition. I hereby expressly waive any privilege which I may have relative to this information.

Signature _Terri Pechner_    Date _4.19.2001_

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## Department Recommendation

Approved_____    Denied_____

Signature_____    Date_____