

# The City of REVERE, MASSACHUSETTS
Office of the Mayor
281 Broadway, Revere, MA 02151
(781) 286-8110   Fax (781) 286-8199

THOMAS G. AMBROSINO
Mayor

April 23, 2001

Ms. Terri Pechner
63 Lancaster Avenue
Revere, Massachusetts 02151

    Re:   *Leave of Absence*

Dear Ms. Pechner:

    I am writing in response to your oral request that I provide you with a paid leave of absence for the next three months.

    After careful review of the situation, I deny your request for a paid leave of absence. However, consistent with the policy that has been applied to similarly situated police officers and City employees, I am willing to provide you with an *unpaid* leave of absence for a period of three months. Please let me know promptly if you will take advantage of this offer.

    You should know that this letter is written solely in response to your oral request directly to me for a paid leave. I understand that since that request, you have filed a written request with the Chief of Police for Chapter 41, Section 111F benefits. The Police Department will handle that specific request in accordance with the City's practice for dealing with Section 111F claims. This letter is not intended in any way as a response to that claim.

Very truly yours,

Thomas G. Ambrosino
Mayor

Cc:   Chief Roy A. Colannino
       Paul Mulkern, Esq.