

# The City of REVERE, MASSACHUSETTS

## POLICE DEPARTMENT

ROY J. COLANNINO • ACTING CHIEF OF POLICE
23 PLEASANT STREET, REVERE, MA 02151

(781) 284-1212   FAX (781) 286-8328

THOMAS G. AMBROSINO
Mayor

June 1, 2001

Officer Terri Pechner
63 Lancaster Avenue
Revere, Massachusetts

Re: Request to be carried as Injured in the Line of Duty

Dear Officer Pechner,

Please consider this letter as written acknowledgment of your request to be carried as injured in the line of duty while you are recuperating from what your physician, Dr. Keroack, states is "significant emotional stress. He further goes on to state that you are suffering from a form of "occupational burn out". I have also reviewed the note, which you provided from Dr. Susan Rudman, licensed psychologist. She states that you are having "psychological difficulties related to the work setting and dealings with others".

I have been advised by our Third Party Claims Administrator that in order to be eligible for compensation under M.G. L. Chapter 41, section 111f, one must first provide medical data which satisfies the criteria of M.G. L. Chapter 41, Section 100. I have been further advised that the data provided by you to this point does not satisfy that criteria in that your physician provided inconclusive and speculative data clearly stating that he could not validate the accusations involved. In addition, purely psychological disorders are normally not considered as work related. As such, the Revere Police Department will not be accepting your claim.

Given the above you will continue to be carried on the personal sick leave roster. Any medical bills incurred by you should be paid for through your group health benefit. During the next several weeks, I will be corresponding with your treating physician and psychologist for the purpose of obtaining an update as to your status relative to a foreseeable return to work possibility. Given the operational needs of the City of Revere Police Department, should a return to work not appear to be foreseeable, or in your best interest, or in the public safety interests of the City of Revere, I will make a determination as to whether or not it is appropriate to seek some form of retirement on your behalf.

I have attached a copy a copy of M.G.L. Chapter 41, Section 100 for your review. As you will note, should you not agree with the above determination, you have two (2) years to pursue a remedy by taking action in Superior Court.

As usual, should you have any questions, please feel free to contact me at your convenience.

Sincerely,

Roy Colannino

Chief of Police

Copy: James Dilday, Esquire
      Robert Marra (City Solicitor)
      Meditrol Inc.
      File

Enclosures: One