Revere Police Officer Terri James
157 Conant Street
Revere, Ma. 02151

October 30, 2002

Contributory Retirement Appeal Board
133 Portland Street, Third Floor
Boston, Ma. 02114

Subject: Right to appeal G.L. chp.32 sect.16(4)

Dear Sir/Madam:

I wish to appeal the decision made by the City of Revere retirement board. I feel that I should have been afforded the opportunity to be examined by the states medical physicians as requested.

Sincerely,

*[signature]*

Revere Police Officer
Terri James

---

Mark,

I am ONLY sending a few pages let me know if you receive any my cell phone is 781-929-5012