UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ,<br>   Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,<br>   Defendants, | )<br>)<br>)<br>)<br>)<br>) C.A. No. 03-12499-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER PERMITTING SERVICE OF WRITTEN INTERROGATORIES EXCEEDING 25 IN NUMBER

The parties, by and through their respective counsel of record, hereby stipulate and agree that Defendant, City of Revere, for itself and on behalf of Defendants, City of Revere Police Department, Thomas Ambrosino, Mayor and Terence Reardon, Chief of Police, may propound to Plaintiffs Terri Pechner-James and Sonia Fernandez the interrogatories which were served upon their counsel on March 2, 2005 and which, in Plaintiff Pechner's case totaled 179 in number and in Plaintiff Fernandez' case totaled 132 in number.

For the Plaintiffs:

*/s/ James S. Dilday*

James S. Dilday, Esq.
BBO#: 124360
Grayer & Dilday
27 School Street, Suite 400
Boston, MA 02108
617-227-3470

For the Defendants:

*/s/ Walter H. Porr, Jr.*

Walter H. Porr, Jr., Esq.
BBO#: 659462
Assistant City Solicitor
City Hall, 281 Broadway
Revere, MA 02151
781-286-8166

Dated: March 11, 2005

## **ORDER**

The stipulation of the parties having been read and considered by the court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant, City of Revere, for itself and on behalf of Defendants, City of Revere Police Department, Thomas Ambrosino, Mayor and Terence Reardon, Chief of Police, may propound to Plaintiffs Terri Pechner-James and Sonia Fernandez the interrogatories which were served upon their counsel on March 2, 2005 and which, in Plaintiff Pechner's case totaled 179 in number and in Plaintiff Fernandez' case totaled 132 in number.

_____
Mark L. Wolf
United States District Judge

Dated: March _____, 2005.