# EXHIBIT C

**LAW OFFICES CARLTON J. DASENT**
27 School Street, Suite 400
Boston, MA 02108
Tel No: (617) 227-3470
Fax No: (617) 227-9231

November 4, 2004

John K. Vigliotti, Esq.
Michael J. Akerson, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605

Re: Terri Pechner-James et al v City of Revere et al C.A. No: 03-1249 MLW

Dear Attorneys Akerson & Vigliotti,

I am in receipt of you letter dated November 5, 2004. The purpose of this letter is for information purposes only. I have requested the same information from the attorney that represents the City of Revere and the Revere Police Department.

I have not yet received a response from him but he is aware of my request.

Sincerely,

*Carlton Dasent*

Carlton J. Dasent, Esq.


Cc: Ira H. Zaleznik, Esq.
    Paul Capizzi, City Solicitor

# EDWARD P. REARDON, P.C.

EDWARD P. REARDON (retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCIN

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

November 5, 2004

Attorney Carlton Dasent
27 School Street, Suite 400
Boston, MA 02108

RE:   Pechner-James and Fernandez v. City of Revere, et als

Dear Attorney Dasent:

I write in response to your letter dated November 4, 2004. In that letter it appears you are informally requesting numerous discovery information regarding income from "detail work", overtime pay, living, contractual or other kind of pay increases, benefit packages and disability payment records for your client, the Revere Police Department and the City of Revere.

As I am sure you are aware our office represents the individual officers and not the City of Revere. The information you are seeking is not something that is within the control or custody of our clients as individual officers. It appears that this informal request for discovery was not requested from the proper individuals. Thus, you will have to attempt another avenue to retrieve the information that you are seeking.

Should you have any questions, please feel free to contact me.

Very truly yours,

John K. Vigliotti, Esq.

cc:   Ira H. Zaleznik, Esq.
      Paul Capizzi, City Solicitor