UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Terri Pechner-James and
Sonia Fernandez
       Plaintiffs                          C.A. #03-1249 MLW

V

City of Revere et al.

## PLAINTIFFS' STATUS REPORT

The Plaintiffs, Terri Pechner-James and Sonia Fernandez, hereby report to the Court the following:

1. The Plaintiffs sent their most recent Settlement Proposal to the Defendants in June 2004. The Defendants have not responded to that settlement proposal or pursued any other settlement efforts.

2. There have been the following developments since the last lobby conference:
(i) Terri Pechner-James has been adjudicated disabled and has been awarded retirement benefits. The Medical Panel confirmed that she suffered from Post-Traumatic Stress Disorder caused by her treatment at the Revere Police Department;

(ii) Sonia Fernandez has also been adjudicated disabled and has been awarded retirement benefits;

(iii) The United States Supreme Court has decided the case of Commonwealth v Suders; this case interprets 'constructive discharge' in a manner that favors the Plaintiffs.

3. The Plaintiffs are amenable to the pursuit of Arbitration or any other method of Alternative Dispute Resolution that is recommended by the Court.

Terri Pechner-James
Sonia Fernandez
By their attorneys

/s/ Carlton J. Dasent
Carlton J. Dasent, Esq.
James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470
(617) 894-2087

# **CERTIFICATE OF SERVICE**

I, Carlton J. Dasent Esq., Attorney for the Plaintiffs, hereby certify that I have, this day served a copy of the attached Plaintiffs' Status Report on the parties listed below by mailing to them postage prepaid at the addresses listed below:

Walter H. Porr, Esq.
Paul Capizzi, Esq.
Office of the City Solicitor
281 Broadway
Revere, MA 02151


Michael Akerson, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605


_/s/ Carlton Dasent_
Carlton J. Dasent, Esq.
James S. Dilday, Esq
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470
(617) 894-2087


Dated: 4-22-05