UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI FECHNER-JAMES and SONIA FERNANDEZ,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,<br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 03-12499-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT, CITY OF REVERE'S, CERTIFICATE
OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

From April 29, 2005 through May 17, 2005, Plaintiffs' Counselors and Assistant City Solicitor Walter H. Porr, Jr., exchanged a number of letters and spoke by telephone regarding the issues raised by the Defendant, City of Revere's, Motion to Compel which is being filed contemporaneously with this certificate. See Affidavit of Walter H. Porr, Jr., in Support of Defendant's Motion to Compel filed concurrently herewith and the Exhibits attached thereto.

Having attempted to narrow and resolve the issues presented by Defendant City's motion to compel without success, said Defendant now files said motion and this

certificate of compliance pursuant to local rule 7.1(a)(2).

For the Defendant, CITY OF REVERE,

By its Attorneys,

_____
Paul Capizzi, Esq.
City Solicitor
BBO#: 646296
pcapizzi@rvere.org
Walter H. Porr, Jr., Esq.
Assistant City Solicitor
BBO#: 659462
wporr@revere.org
City Hall, 281 Broadway
Revere, MA 02151
781-286-8166

Dated: May 23, 2005.

## CERTIFICATE OF SERVICE

I, Walter H. Porr, Jr., Assistant City Solicitor and counsel of record for the Defendants, City of Revere, City of Revere Police Department, Mayor Thomas Ambrosino and Police Chief Terence Reardon, hereby certify that I have, this day forwarded a copy of the foregoing Certificate of Compliance, to all parties herein by mailing same, this date, via first class mail, postage prepaid to:

| | |
|---|---|
| James S. Dilday, Esq.<br>Carlton J. Dasent, Esq.<br>27 School Street, Suite 400<br>Boston, MA 02108<br>Atttorneys for the Plaintiffs | Michael J. Akerson, Esq.<br>Reardon, Joyce and Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>Attorneys for Defendants<br>Bernard Foster, Salvatore Santoro,<br>Roy Colannino, Frederick Roland,<br>Thomas Doherty, John Nelson,<br>James Russo, Michael Murphy,<br>and Steven Ford |

_____
Walter H. Porr, Jr.,

Dated: May 23, 2005

2