UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Terri Pechner-James et al                                C.A. #03-12499

V

City of Revere et al

### CERTIFICATION OF PLAINTIFF PURSUANT TO LOCAL RULE 7.1(a)2

The undersigned hereby affirms that, prior to filing this motion, he has conferred with counsel for the defendants and has attempted in good faith to resolve or narrow the issues involved in this motion as requited by Local Rule 7.1(a)2.

_____
James S. Dilday, Esq. Attorney for Plaintiff
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470