UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Terri Pechner-James et al**                                C.A. #03-12499

V

**City of Revere et al**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiff's Request for *Rooker-Feldman* Ruling and Further Instructions and Memorandum in Support of Plaintiff's Request for *Rooker-Feldman* Ruling and Further Instructions were served upon the parties listed below by first class mail, postage prepaid.

Walter H. Porr, Esq.
Paul Capizzi, Esq.
Office of City Solicitor
281 Broadway
Revere, MA 02151

Michael Akerson, Esq.
John K. Vigliotti, Esq.
Attorenys at Law
397 Grove Street
Worcester, MA 01605

_____
James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470

Date: 6/28/05