UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ,<br>        Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,<br>        Defendants, | C.A. No. 03-12499-MLW |

**AFFIDAVIT OF WALTER H. PORR, JR., IN SUPPORT OF DEFEDANTS' OPPOSITION TO PLAINTIFF, TERRI PCHNER-JAMES REQUEST FOR ROOKER-FELDMAN RULING AND FURTHER INSTRUCTIONS**

I, Walter H. Porr, Jr., do hereby depose and state:

1.   I am an Assistant City Attorney for the City of Revere and have been so employed since December 13, 2004. I am an attorney of record for Defendants, City of Revere, City of Revere Police Department, Mayor Thomas Ambrosino and Chief of Police Terence Reardon in this action.

2.   On June 20, 2005, I received a letter from Plaintiff's Counsel regarding a purported attempt to comply with Local Rule 7.1(a)(2) with respect to Plaintiff's "Request" for Rooker-Feldman Ruling and Further Instructions. On June 21, 2005, I responded to this letter with a letter of my own. A true and accurate copy of said letter is attached to Defendants' Opposition to Plaintiff's "Request" as Exhibit "A".

Signed under the pains and penalties of perjury this _____ day of July, 2005.

Respectfully submitted,

_____
Walter H. Porr, Jr.

## CERTIFICATE OF SERVICE

I, Walter H. Porr, Jr., Assistant City Solicitor and counsel of record for the Defendants, City of Revere, City of Revere Police Department, Mayor Thomas Ambrosino and Police Chief Terence Reardon, hereby certify that I have, this day forwarded a copy of the foregoing Affidavit of Walter H. Porr, Jr., in Support of Opposition to Plaintiff's Request for Rooker-Feldman Ruling and Further Instructions, to all parties herein by mailing same, this date, via first class mail, postage prepaid to:

James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
Attorney for the Plaintiffs

Michael J. Akerson, Esq.
Reardon, Joyce and Akerson, P.C.
397 Grove Street
Worcester, MA 01605
Attorneys for Defendants
Bernard Foster, Salvatore Santoro,
Roy Colannino, Frederick Roland,
Thomas Doherty, John Nelson,
James Russo, Michael Murphy,
and Steven Ford

_____
Walter H. Porr, Jr.,

Dated: July ___, 2005