# THE CITY OF REVERE, MASSACHUSETTS

281 Broadway
Revere, MA 02151



OFFICE OF THE CITY SOLICITOR

Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

July 11, 2005

**VIA FACSIMILE ONLY – 617-227-9231**

James S. Dilday, Esq.
Grayer & Dilday, LLP
27 School Street, Suite 400
Boston, MA 02108

Re:   Pechner-James, et al., v. City of Revere, et al.
      USDC MA Case No. 03-12499-MLW

Dear Mr. Dilday:

Today I received your opposition to Mayor Ambrosino's motion for summary judgment. That motion was personally served on you on March 31, 2005 and filed with the Court on April 12, 2005. Pursuant to Local Rule 7.1(B)(2), you had fourteen (14) days from service of the motion to file your opposition. In light of the fact that I pre-served the motion upon you as part of my Local Rule 7.1(A)(2) effort, it would be reasonable to consider the actual service date to be April 12, 2005, the date of filing. I note that you are listed as receiving electronic notification of all filings and thus you would have received notice of the filing of the motion on or about that day. Thus, you had until the end of April to file any opposition to the motion.

The opposition you are now filing is over two (2) months late and without leave of court. I am hereby demanding that you immediately withdraw the opposition. In the absence of such action, I will file a motion to strike the same as untimely.

This letter shall serve as my effort to meet and confer to narrow or resolve the issues as required by Local Rule 7.1(a)(2).

Thank you for your attention to this matter. I await your reply. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Walter H. Porr, Jr.
Assistant City Solicitor

Cc:   Michael J. Akerson, Esq., Fax No. 508-754-7220

HP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for  
City Solicitor  
(781)286-8205  
Jul 11 2005 11:06am

**Last Fax**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jul 11 | 11:06am | Sent | 96172279231 | 0:29 | 1 | OK |

Result:  
  OK - black and white fax

*James Dilday*

HP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for  
City Solicitor  
(781)286-8205  
Jul 11 2005 11:10am

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jul 11 | 11:09am | Sent | 915087547220 | 0:42 | 2 | OK |

Result:  
    OK - black and white fax

*Michael Akerson*