UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and<br>SONIA FERNANDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO,<br>Mayor, CITY OF REVERE POLICE<br>DEPARTMENT, TERRENCE REARDON,<br>Chief, BERNARD FOSTER, SALVATORE<br>SANTORO, ROY COLANNINO, FREDERICK<br>ROLAND, THOMAS DOHERTY, JOHN<br>NELSON, JAMES RUSSO, MICHAEL<br>MURPHY and STEVEN FORD,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No.: 03-12499MLW<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Bernard Foster, Salvatore Santoro, Roy Colannino, Frederick Roland, Thomas Doherty, John Nelson, James Russo, Michael Murphy and Steven Ford in the above-captioned matter in addition to the appearances of Attorneys Akerson, Joyce and Vigliotti.

                        Defendants Bernard Foster, Salvatore
                        Santoro, Roy Colannino, Frederick
                        Roland, Thomas Doherty, John Nelson, James
                        Russo, Michael Murphy and Steven Ford,
                        By their attorney,

                        /s/ Andrew J. Gambaccini
                        Andrew J. Gambaccini
                        BBO #: 654690
                        Reardon, Joyce & Akerson, P.C.
                        397 Grove Street
                        Worcester, MA 01605
                        (508) 754-7285