UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TERRI PECHNER-JAMES**                           **CIVIL ACTION**
                                                                        **NO. 03-12499-MLW**

        v

**CITY OF REVERE et al**

**NOTICE**

**WOLF, D.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been set for a **MOTION HEARING** on **SEPTEMBER 23, 2005** at **3:00** P.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.

                                                                         SARAH THORNTON, CLERK

**July 29, 2005**                                    By: **/s/ Dennis O'Leary**
Date                                                      Deputy Clerk

**Notice mailed to:**
(notice.frm - 10/96)                                                                                         [ntchrgcnf.]