# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET — SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

June 17, 2005

Walter H. Porr, Jr Esq.
Paul Capizzi, Esq.
Office of the City Solicitor
City of Revere
281 Broadway
Revere, MA 02151

Re: Pechner-James et al v City of Revere et al
       USDC  MA Case No: 03-12499 MLW

Dear Attys Capizzi & Porr,

The purpose of this letter is to comply with Local Rule 7.1(A)(2) by conferring with regards to the enclosed Plaintiff's Request for *Rooker-Feldman* Ruling and Request for Further Instructions and Memorandum in Support of Plaintiff's Request for Rooker-Feldman Ruling and Request for further Instructions.

Any additional pleadings, filed by either party, are premature until the Court has had an opportunity to rule on this motion which has the potential of being dispositive of this matter. Thank you for your attention to this matter. We look forward to hearing from you.

Sincerely,

James S. Dilday, Esq.

RECEIVED
CITY OF REVERE
05 JUN 20 AM 9:23
SOLICITOR