# REARDON, JOYCE & AKERSON, P.C.

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

EDWARD P. REARDON (Retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCINI

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

April 1, 2005

Carlton Dasent, Esq.
27 School Street, Suite 400
Boston, MA 02108

RE: Pechner-James and Fernandez v. City of Revere, et. al.

Dear Attorney Dasent:

On March 3, 2005 I sent you a letter addressing several issues with plaintiff Sonia Fernandez's responses to Defendants' request for documents. As of today's date I have not received a response to or the requested supplemental discovery requested in my letter. Therefore, I need to know your position regarding my request to supplement your discovery responses in order to ascertain if court intervention is necessary.

Please contact me at your earliest convenience to discuss the matter.

Very truly yours,

John K. Vigliotti

cc: Paul Capizzi, City Solicitor