# REARDON, JOYCE & AKERSON, P.C.

EDWARD P. REARDON (Retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCINI

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

April 14, 2005
Via telefax 617-227-9231 & US Mail

Carlton Dasent, Esq.
27 School Street, Suite 400
Boston, MA 02108

RE: Pechner-James and Fernandez v. City of Revere, et als

Dear Mr. Dasent:

I write to confirm our conversation of Monday, April 11, 2004 wherein you advised that you have a box of documents you believe are responsive to our earlier sent document request. You indicated that you prefer to deliver the documents to our office in Worcester as you will be in the area the week of April 18, 2005. I am also expecting that you will be providing Ms. James' interrogatory responses which are overdue. As a courtesy to you we have extended the time for the production of your discovery responses. Please note that our office is closed on Monday for Patriots Day, but we would be available to receive the documents and meet with you at most any other time during the week so please call to arrange such. Please advise.

On a related matter, I have not received any correspondence from Attorney Dilday regarding the plaintiffs' depositions being rescheduled at your request, and his availability to re-set the depositions. Please advise.

Thank you. Should you have any questions please call.

Very truly yours,

John K. Vigliotti

JKV/mja

cc: Revere Solicitor's Office 781-286-8205