# REARDON, JOYCE & AKERSON, P.C.

EDWARD P. REARDON (Retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCINI

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

April 1, 2005

James S. Dilday, Esq.
Carlton Dascent, Esq.
Grayer & Dilday
27 School Street, Suite 400
Boston, MA 02108

RE: **Pechner-James and Fernandez v. City of Revere, et al.**

Dear Counsel:

On February 17, 2005 you were served with Defendants' First Set of Interrogatories to Plaintiff Terri Pechner-James and Defendants' First Request for Production of Documents to Plaintiff Terri Pechner-James. As of today's date the thirty (30) days to comply with Defendants' discovery request have passed without compliance or any correspondence from you. Therefore, I must request the discovery be provided immediately. If the discovery is not provided you will leave me with no other option but to file a Motion to Compel with the court.

Please contact myself or Attorney Michael Akerson to discuss the matters.

Very truly yours,

John K. Vigliotti

cc: Paul Capizzi, City Solicitor