# REARDON, JOYCE & AKERSON, P.C.

EDWARD P. REARDON (Retired)  
AUSTIN M. JOYCE  
MICHAEL J. AKERSON  
JOHN K. VIGLIOTTI  
ANDREW J. GAMBACCINI  

ATTORNEYS AT LAW  
(A PROFESSIONAL CORPORATION)  
FAX: (508) 754-7220  

397 GROVE STREET  
WORCESTER, MASSACHUSETTS  
01605  
(508) 754-7285  

July 14, 2005

James S. Dilday, Esq.  
Grayer & Dilday  
27 School Street, Suite 400  
Boston, MA  02108

RE: **Pechner-James and Fernandez v. City of Revere, et al.**

Dear Attorney Dilday:

    I am following up on our phone conversation yesterday, July 13, 2005, regarding your clients signing releases so we may obtain their medical records. You had indicated that this was a good idea in order to satisfy Defendants' Request for Production of Documents, but needed to speak with your clients and would get back to me. I wanted to make sure you understand this is not the first time we requested releases be signed. On May 5, 2005 Attorney Michael Akerson sent you a letter which addressed this very issue. Mr. Akerson indicated that we "would provide you with releases for your clients to expeditiously sign and return to me so that I can obtain all the records, thus saving you the effort, but your office will pick-up the copy cost charges, if any." He asked that you advise if this was acceptable to you, but no communication was forthcoming.

    In our phone conversation yesterday you indicated that you would get back to me by the end of the day today, but it is now 5:30 p.m. and I have not heard from you. My office has attempted to resolve this in an amicable way without filing any motions, but if I do not have all the documents or the releases by July 20, 2005 then we will be left with no alternative but to speak with the Court about these documents.

    Should you have any questions or concerns please feel free to contact myself or Attorney Michael Akerson.

Very truly yours,

John K. Vigliotti

cc: Paul Capizzi, City Solicitor