# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

July 20, 2005

John K. Vigliotti, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605

Re: Pechner-James and Fernandez v City of Revere et al.

Dear Atty Vigliotti,

Enclosed please find the letter sent to Drs. Keroack and Rudman. We have sent you Pechner-James 2001 income information as you requested. Your client has the OSHA report but has stated that it will not provide it. The options available therefore are that the Court could compel them to provide it or you could request it under the Freedom of Information Act from OSHA.

As soon as we receive the requested information from Drs. Keroack and Rudman, we will forward it to you. Please call if you have any questions.

Sincerely,

James S. Dilday, Esq.

## Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

July 11, 2005

Erik J. Keroack, M.D. FACOG
103 Broadway
Revere, MA 02151

Re: Officer Terri Pechner-James

Dear Dr. Keroack,

This office represents your client, Terri Pechner-James. The purpose of this letter is to request a copy of your treatment notes, diagnosis and prognosis of her post-traumatic stress disorder including the dates, times and purpose of her visits to your office. Please call if you have any questions.

Sincerely,

*James S. Dilday*
James S. Dilday, Esq.

## Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

July 20, 2005

Susan P. Rudman, Ed. D.
Salem Psychology Associates
70 Washington Street, Suite 211
Salem, Massachusetts 01970

Re: Terri Pechner-James

Dear Rudman,

This office represents your client Terri Pechner-James. The purpose of this letter is to request a copy of your treatment notes, diagnosis and the prognosis of her post-traumatic stress disorder including the dates, times and purpose of her visits to your office. Please call if you have any questions.

Sincerely,

*James S. Dilday*
James S. Dilday, Esq.