## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**TERRI PECHNER-JAMES et al**  |  **CIVIL CASE NO. 04-12548-MLW**

**V.**

**CITY OF REVERE et al**
**Defendant(s)**

## NOTICE OF CANCELLATION

**WOLF, D.J.**

The **MOTION HEARING** scheduled for **SEPTEMBER 23, 2005** at **3:00 P.M.** before Judge **Wolf**, has been has been **CANCELLED**.

**SARAH A. THORNTON**
**CLERK OF COURT**

**September 15, 2005**        By:   **/s/ Dennis O'Leary**
**Date**                            **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                         [ntchrgcnf.]