UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERRI PECHNER-JAMES ET AL.          CIVIL ACTION
                                    N0; 03-12499-MLW
V

CITY OF REVERE ET AL.

## NOTICE OF WITHDRAWAL

The undersigned, Carlton J. Dasent, hereby withdraws his appearance from the representation of the Plaintiff in the above-entitled action. The Plaintiffs will continue to be represented by James S. Dilday, Esq. who was co-counsel on the case.

Respectfully submitted,

*/s/ Carlton Dasent*
Carlton J. Dasent
27 School Street
Boston, MA 02108