UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Case No. 1:03-cv-12499-MLW

TERRI PECHNER-JAMES, et al
       Plaintiffs
  V.

CITY OF REVERE, et al
       Defendants

NOTICE OF HEARING ON MOTIONS

SOROKIN, M.J.

    PLEASE TAKE NOTICE that the above-entitled case has been set for hearing on all pending motions. This hearing will be held on OCTOBER 6, 2005 at 2:00PM before Magistrate Judge Leo T. Sorokin in Courtroom # 14 on the 5th floor.

                                By: /s/ Maria Simeone
                                Courtroom Deputy,
                                The Honorable Leo T. Sorokin
                                United States Magistrate Judge

Date: September 19, 2005

Notice mailed to: e-filed/all counsel