UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 17  A 9: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,<br>    Defendants. | C.A. No. 03-12499-MLW |

### JOINT STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER

On October 6, 2005, the parties appeared before the Honorable Leo T. Sorokin, United States Magistrate Judge for the District of Massachusetts, for multiple Motion Hearings pursuant to an order of the Court entered herein on September 15, 2005 (Docket No. 81). During the course of the hearing, the parties were directed to meet and confer regarding a proposed modification to the Scheduling Order in light of the Court's disposition of the pending motions. Pursuant to local Rule 16.1(G), the parties having met and conferred after the hearing as directed by the Court and the following modifications to the Scheduling Order are hereby proposed:

1. Written Discovery Completion Date    -    December 6, 2005.

2. Deposition Discovery Completion Date    -    March 31, 2006.

3. Deadline for Rule 56 Motions    -    May 31, 2006.

With respect to dates for the final pretrial conference and the commencement of trial, the parties will accede to this Court's scheduling guidance, with such dates to follow this Court's resolution of any dispositive motions filed by the parties.

For the Plaintiffs, TERI PECHNER
and SONIA FERANDEZ,
By their attorney,

/s/ James S. Dilday
James S. Dilday, Esq.
Grayer & Dilday
BBO#:
27 School Street, Suite 400
Boston, MA 02108
617-227-3470

For the Defendants, BERNARD FOSTER,
SALAVTORE SANTORO, ROY
COLANNINO, FREDERICK ROLAND,
THOMAS DOHERTY, JOHN NELSON,
JAMES RUSSO, MICHAEL MURPHY
and STEVEN FORD
By their attorneys,

/s/ Michael J. Akerson by WHP
Michael J. Akerson, Esq.
Reardon, Joyce & Akerson, P.C.
BBO#: 558565
397 Grove Street
Worcester, MA 01605
508-754-7285

For the Defendants, **CITY OF REVERE
and CITY OF REVERE POLICE
DEPARTMENT**,
By their Attorneys,

/s/ Paul Capizzi
Paul Capizzi, Esq.
City Solicitor
BBO#: 646296
pcapizzi@revere.org
Walter H. Porr, Jr., Esq.
Assistant City Solicitor
BBO#: 659462
wporr@revere.org
City Hall, 281 Broadway
Revere, MA 02151
781-286-8166

Dated: October 11, 2005.