

# The City of REVERE, MASSACHUSETTS
Office of the Mayor
281 Broadway, Revere, MA 02151
(781) 286-8110    Fax (781) 286-8199

THOMAS G. AMBROSINO
Mayor

April 23, 2001

Ms. Terri Pechner
63 Lancaster Avenue
Revere, Massachusetts 02151

Re:   *Leave of Absence*

Dear Ms. Pechner:

I am writing in response to your oral request that I provide you with a paid leave of absence for the next three months.

After careful review of the situation, I deny your request for a paid leave of absence. However, consistent with the policy that has been applied to similarly situated police officers and City employees, I am willing to provide you with an *unpaid* leave of absence for a period of three months. Please let me know promptly if you will take advantage of this offer.

You should know that this letter is written solely in response to your oral request directly to me for a paid leave. I understand that since that request, you have filed a written request with the Chief of Police for Chapter 41, Section 111F benefits. The Police Department will handle that specific request in accordance with the City's practice for dealing with Section 111F claims. This letter is not intended in any way as a response to that claim.

Very truly yours,

Thomas G. Ambrosino
Mayor

Cc:   Chief Roy A. Colannino
      Paul Mulkern, Esq.



**The City of REVERE, MASSACHUSETTS**
Office of the Mayor
281 Broadway, Revere, MA 02151
(781) 286-8110    Fax (781) 286-8199

THOMAS G. AMBROSINO
Mayor

January 29, 2001

Ms. Katherine M. Fish
4 Aricia Lane
Stoneham, Massachusetts 02180

    Re:    *Leave of Absence*

Dear Ms. Fish:

    Upon consideration of your written request, and acting pursuant to M.G.L. c. 31, §37, I hereby grant you a three-month unpaid leave of absence effective Friday, January 26, 2001 until Monday, April 26, 2001 due to personal reasons.

    Very truly yours,

Thomas G. Ambrosino
Mayor

Cc:    Chief Roy Colannino

*The City of* REVERE, MASSACHUSETTS
Office of the Mayor
281 Broadway, Revere, MA 02151
(781) 286-8110    Fax (781) 286-8199

THOMAS G. AMBROSINO
Mayor

April 2, 2001

Ms. Sonia Fernandez
34 Burnett Road
Revere, Massachusetts 02151

    Re:    *Leave of Absence*

Dear Ms. Fernandez:

    Upon consideration of the written request from your physician, and acting pursuant to M.G.L. c. 31, §37, I hereby grant you a three-month unpaid leave of absence effective Friday, March 16, 2001 until Saturday, June 16, 2001 due to medical reasons.

                                          Very truly yours,

                                          Thomas G. Ambrosino
                                          Mayor

Cc:    Chief Roy Colannino
        Captain Fred Roland

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108

03-14-2001

Sonia Fernandez
34 Burnette Road
Revere, MA 02151

RE: Sonia Fernandez
vs.:C - Revere Police Department
Docket Number: 01130696
EEOC/HUD Number:

Dear Ms. Fernandez:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has assigned Edward Cassella to investigate the above referenced complaint of discrimination. The Commission's investigator will review the allegations in the complaint and will keep the parties informed of developments arising from that investigation.

In order to reduce the time necessary to investigate and resolve complaints of discrimination, the MCAD schedules an Investigative Conference with the parties shortly after the complaint is filed. Information about the Conference is included with this notice.

An Investigative Conference regarding the above complaint will be held at the Commission's Office, One Ashburton Place, Boston, MA 02108 at 10:30AM on 04-23-2001. You are required to attend this conference and your failure to do so will be taken as representing a lack of interest on your part in pursuing this claim.

One important purpose of this conference will be to determine whether the parties are willing to consider a rapid, informal and voluntary resolution of this dispute. The Commission encourages such resolution as an alternative to the often lengthy and expensive litigation process.

If you have any questions pertaining to the Investigative Conference, please contact Edward Cassella at (617) 727-3990 Ext. 26079.

Very truly yours,


Edward Cassella
Investigator
Form: MCAD Complaint; Ltr.to.Cpt



The Commonwealth of Massachusetts
Commission Against Discrimination

```
DOCKET NUMBER:01130696                    EEOC/HUD NUMBER:
FILING DATE:03-14-2001                    VIOLATION DATE:02/26/01
```

Name of Aggrieved Person or Organization:
Sonia Fernandez
34 Burnette Road
Revere, MA 02151
Telephone Number: (781) 286-2286

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
C - Revere Police Department
Attn:Department Headquarters
23 Pleasant Street
Revere, MA 02151
Telephone Number:(781) 284-1212     No. of Employees:20 +

Work Location: Revere, MA

Cause of Discrimination based on:
Sex
Disability
Race, Color.
(Female
Other hearing problem
Hispanic).

**The particulars are:**
I, Sonia Fernandez, the Complainant believe that I was discriminated against by C - Revere Police Department, on the basis of Sex Disability Race, Color. This is in violation of M. G. L. Chapter 151B S4 P1,1,16.

I believe I am being discriminated against by my employer C - Revere Police Department due to my sex, Female hearing problem, and my race/color, Hispanic. This is in violation of MGL CH.151B Section 4 Paragraphs 1,1,16 Title VII and The ADA. I have served on the C - Revere Police Department for over five (5) years. I was pulled aside by Leuitenant, Bernard Foster who told me I did not write enough citations, and was put on desk duty for two weeks. There was a male officer who committed the same alleged act, yet he was only spoken to and at the time was not disciplined in the same manner as myself. In my five (5) years with the department the only officers put on the desk were officers who on punishment. The situation was brought to the union's attention. The union went to Chief, Roy Colannino who said they "would try to resolve it". I have been continously harassed by Lt. Foster due to my hearing problem. Lt. Foster has made inappropriate comments such as "turn up your hearing aide". "Why don't you put the phone in your good ear". For several months during 2000, I was not given dispatch duty. On or about 4/5/00, Lt. Foster took me off dispatch, and made hand gestures mocking me due to my hearing problem. I have been the subject of offensive comments by Leuitenant Steven Ford due to my race/color, Hispanic. Lt. Ford

bunch of presence of another male officer said "the next female that complains will be downstairs working as a matron". I took these comments as a threat because I was the only female officer present. On or about 8/13/00, while eating lunch Lt. Ford took a knife and made a stab towards me. On or about 10/12/00, I filed a formal complaint of harassment against Lt. Ford. Someone had drawn a dildo on the chalkboard facing the radioroom. On or about 2/26/01, my firstday in there was womens underwear hanging in the guard room during roll - call. On 2/27/01, I noticed the underwear were still there. The underwear were finally removed after roll - call on 2/28/01. I found this act very offensive, and disrespectful towards female officers. I have attempted to persue the internal chain of command in search of a resolution to this matter, with no results. The harassment I have endured has caused a hostile work environment that has become intolerable.

------------------------------------------------------------

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

*Sonia Fernandz*
(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME THIS 14th Day of March, 2001

NOTARY PUBLIC: *Jerome E. Mack*

SIGNATURE NOTARY PUBLIC: *Jerome E. Mack* MY COMMISSION EXPIRES: 7/14/06