## LIST OF EXHIBITS

1. Sexual Harassment Policy dated April 1, 1999.

2. Affidavit of Mayor Thomas Ambrosino.

3. Mayor Thomas Ambrosino's Statement of Undisputed Facts and Attachments.

4. Plan B Charter: M.G.L. c. 43 § 56, 58, 59,61.

5. Revised Ordinances of the City of Revere, Massachusetts.

6. Senate Bill 1886- An Act Providing Requirements For Appointment Of The Chief of Police Of The City Of Revere-Approved October 11, 2001.

7. Affidavit of Walter Porr, Jr. and copy of Massachusetts Advance Legislative Service 2001 Mass ALS 102.

8. Gonsalves v City of New Bedford, 939 F. Supp. 915 (1996).

9. College Town, Div of Interco, Inc v Massachusetts Commission Against Discrimination, 400 Mass 156, 508 N.E.2d 587 (1987).