UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Terri Pechner-James and                C.A. #03-12499MLW
Sonia Fernandez
    Plaintiffs
V

City of Revere, et al

## CERTIFICATE OF SERVICE

I hereby certify that I served upon the parties listed below the following documents:

1. Plaintiffs Objection to Defendants Opposition To Recommendation on Docket Nos # 29 and #37;

2. Copy of Appeal on Discovery Motions.

3. Copy of Appeal on Docket Nos #29 and #37

4. Plaintiffs Memorandum on Municipal Liability.

5. List of Exhibits Attached to Memo on Municipal Liability.

by mailing first class mail, postage prepaid.

Walter H. Porr, Esq.
Paul Capizzi, Esq.
Office of the City Solicitor
City of Revere
281 Broadway
Revere, MA 02151

Michael Akerson, Esq.
John K. Vigliotti, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605

*James S. Dilday* (signature)
James S. Dilday, Esq.
27 School Sreet, suite 400
Boston, MA 02108
(617) 227-3470