# EXHIBIT C

# REARDON, JOYCE & AKERSON, P.C.

EDWARD P. REARDON (Retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCINI

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

December 6, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

James S. Dilday, Esq.
Grayer & Dilday
27 School Street, Suite 400
Boston, MA 02108

RE: Pechner-James and Fernandez v. City of Revere, et al.

Dear Attorney Dilday:

I am in receipt of your letter dated December 5, 2005 and the enclosed documents, separated by yellow sheets of paper, which I surmise is an attempt to comply with the court's order to produce the documents pursuant to the Defendants' motion to compel. Upon reviewing your response I found it inadequate. In the hope of avoiding this situation I detailed in my November 14, 2005 letter exactly the documents that have not been produced. Despite my detailed letter, once again you have not produce the documents that you were required and agreed to produce.

The production of documents has been an ongoing issue for a substantial amount of time. In the past you have represented that you would produce the documents, but this has not occurred. Therefore, I must insist that I be advised by Friday December 9, 2005 if your December 5, 2005 response is all that you intend to produce.

Lastly, today was the deadline to produce the discovery to all parties. I did not receive a copy of your discovery responses to the City of Revere in today's mail and would request a copy of the responses be sent to my office.

I look forward to hearing from you and please consider this an attempt to resolve the dispute over the records and documents pursuant to Rule 7.1.

Very truly yours,

John K. Vigliotti

cc: Paul Capizzi, City Solicitor