# THE CITY OF REVERE, MASSACHUSETTS

281 Broadway
Revere, MA 02151



OFFICE OF THE CITY SOLICITOR

Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

January 10, 2006

Clerk's Office - Civil
United States District Court
for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Attn: Kathleen Boyce
Docket Clerk for Judge Mark Wolf

RE: Terri Pechner-James and Sonia Fernandez
C.A. No. 03-12499-MLW

Dear Ms. Boyce:

As requested during our meeting at the Clerk's office yesterday, I am requesting a brief reprieve from the electronic filing requirement until we get our scanner. When I joined the Revere City Solcitor's office in December of 2004, I had already received my ECF training and login name and password. I inquired about electronic filing capability and learned that the Solicitor's office had neither the software nor the hardware to accomplish same. I also learned that there were no funds in the 2004-2005 fiscal year budget for such items. The City Solicitor was successful, however, in having funds budgeted for the 2005-2006 fiscal year (starting July 1, 2005) for the necessary hardware and software to enable electronic filing. At this time, we have been outfitted with new computers and the necessary software to electronically file. The remaining component is the scanner, which has been a little more difficult to come by due to our purchasing structure (the computer and software were handled through our Computer Department while the scanner is being handled directly by our Office Manager). I am told that we should have the scanner by the end of the month.

Thank you for your assistance and understanding in this matter.

Very truly yours,

Walter H. Porr, Jr.
Assistant City Solicitor