UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TERRI PECHNER-JAMES and SONIA FERNANDEZ,** )<br>　　　　**Plaintiffs,** )<br>　) <br>**v.** )<br>　)<br>**CITY OF REVERE, THOMAS AMBROSINO,** )<br>**MAYOR, CITY OF REVERE POLICE** )<br>**DEPARTMENT, TERRENCE REARDON,** )<br>**CHIEF OF POLICE, BERNARD FOSTER,** )<br>**SALVATORE SANTORO, ROY COLANNINO,** )<br>**FREDERICK ROLAND, THOMAS DOHERTY,** )<br>**JOHN NELSON, JAMES RUSSO, MICHAEL** )<br>**MURPHY and STEVEN FORD,** )<br>　　　　**Defendants,** )<br>_____ ) | C.A. No. 03-12499-MLW |

**DEFENDANT, CITY OF REVERE'S, SUPPLEMENTAL FILING IN
SUPPORT OF ITS MOTION FOR DISCOVERY SANCTIONS**

Now comes Defendant, City of Revere, and hereby submits its supplemental filing in support of its motion for discovery sanctions pursuant to the Order of the Court entered on January 25, 2006 (See Docket, Electronic Clerk's Notes, 1/25/06).

**Supplemental Filing**

Attached hereto as Exhibit "A" are the annotated interrogatory responses of Plaintiff, Sonia Fernandez, reflecting those interrogatory responses for which a dispute still exists notwithstanding Plaintiff's supplemental response.

Attached hereto as Exhibit "B" are the annotated interrogatory responses of Plaintiff, Terri Pechner-James, reflecting those interrogatory responses for which a dispute still exists notwithstanding Plaintiff's supplemental response.

                                              For the Defendant, City of Revere,
                                              By its Attorney,

                                              /s/ Walter H. Porr, Jr.
                                              Paul Capizzi, Esq.
                                              City Solicitor
                                              BBO#: 646296
                                              Walter H. Porr, Jr., Esq.
                                              Assistant City Solicitor
                                              BBO#: 659462
                                              City Hall, 281 Broadway
                                              Revere, MA 02151
                                              781-286-8166

Dated: January 26, 2006

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true copy of same:

| | |
|---|---|
| James S. Dilday, Esq. | Michael J. Akerson, Esq. |
| 27 School Street, Suite 400 | Reardon, Joyce and Akerson, P.C. |
| Boston, MA 02108 | 397 Grove Street |
| Attorney for the Plaintiffs | Worcester, MA 01605 |
| Via e-mail | Attorneys for Defendants |
| | Bernard Foster, Salvatore Santoro, |
| | Roy Colannino, Frederick Roland, |
| | Thomas Doherty, John Nelson, |
| | James Russo, Michael Murphy, |
| | and Steven Ford |
| | Via e-mail |

                                              /s/ Walter H. Porr, Jr.
                                              Walter H. Porr, Jr.,

Dated: January 26, 2006