UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE et. al.<br><br>    Defendants. | Civil Action No.03cv12499-MLW |

SECOND ORDER ON DISCOVERY MOTIONS

SOROKIN, M.J.                                                                                     January 27, 2006

    After a hearing on Discovery Motions filed by the Defendants, I make the following Orders.

    1. Plaintiffs' Counsel is hereby ORDERED to produce to defense counsel's office original singed medical release forms. The release forms must be in defense counsel's office by 5:00 p.m. Friday January 27, 2006. Plaintiffs' must produce separate signed release forms for each medical provider or doctor identified to date in each Plaintiffs' discovery responses. Plaintiffs' are further ORDERED to produce signed release forms in the future, without further Order of the Court, in the event requested by defense counsel in writing.

    2. Plaintiffs' will sign their supplemental interrogatory responses, as required by the Rules, no later than January 27, 2006 at 5:00 p.m and produce the same to defense counsel no later than January 27, 2006 at 5:00 p.m. This is an ORDER of the Court.

    3. Counsel for the City shall file its narrowed list of objectionable interrogatory responses by the close of business January 27, 2006. Plaintiffs shall have until the close of

business Wednesday February 1, 2006 to file further supplemental interrogatory responses. The Court expects that Plaintiffs will answer directly each interrogatory, e.g. by identifying the name of the person requested or stating the Plaintiff does not know the name of the person. Defense counsel has until February 8, 2006 to file papers noting whether it persists in its objection to any of Plaintiffs' interrogatory responses in light of any further supplementation. No further briefing shall be filed on this Motion.

    4. The Court will decide the City of Revere's Motion for Sanctions (Docket #101) <u>after</u> and, partially in light of, the resolution of the merits of Plaintiffs' interrogatory responses.

    5. Regarding the defendant police officers' Motion for Sanctions (docket #100) arising out of the failure to produce either medical records or signed release forms, presently the Court is reserving this request for dismissal as a sanction. Plaintiffs shall produce the signed releases as ordered above. Defendants shall have a reasonable opportunity to obtain all of the medical records they deem reasonably deem necessary to obtain prior to deposing (or concluding the deposing of) the Plaintiffs even if that requires extending the deadlines set in the Scheduling Order.

    6. The parties shall file a report regarding the status of discovery and/or any other issues in the case on March 1, 2006. **The Court will hold a status conference on March 13, 2006 at 3:00 p.m.**

    7. Plaintiffs' oral request at the hearing to withdraw its Motions for Sanctions (docket #105) is ALLOWED.

                                        /s/ LEO T. SOROKIN
                                        Leo T. Sorokin
                                        United States Magistrate Judge

Case 1:03-cv-12499-MLW    Document 110    Filed 01/31/2006    Page 3 of 3