# EXHIBIT A

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| To: | CourtCopy@mad.uscourts.gov; |
| CC: | |
| Subject: | Activity in Case 1:03-cv-12499-MLW Pechner-James et al v. City of Revere et al "Memorandum in Support of Motion" |
| Date: | Thursday, January 26, 2006 11:03:17 AM |
| Attachments: | |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Porr, Walter entered on 1/26/2006 at 10:38 AM EST and filed on 1/26/2006

**Case Name:** Pechner-James et al v. City of Revere et al
**Case Number:** 1:03-cv-12499
**Filer:** City of Revere
**Document Number:** 104

**Docket Text:**
Supplemental MEMORANDUM in Support re [101] MOTION for Sanctions filed by City of Revere. (Attachments: # (1) Exhibit A# (2) Exhibit B)(Porr, Walter)

The following document(s) are associated with this transaction:

**Document description:**
Main Document

**Original filename:**
yes

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1029851931 [Date=1/26/2006] [FileNumber=1288818-0
] [51e4590b19ff66a315d6732719cec4835592c716425fc0ecb49c5aec26eee8003f6
545099b07f93ff1fa04d0bb992df847a9fc2163ba2f1cb113c75c20dfbec5]]
**Document description:**Exhibit A
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/26/2006] [FileNumber=1288818-1
] [1b0d8a92f3218ec7a0a763c6853c955b2e2646262ae33cc86d1a35ae707d59ffcd4
d977241a0a2106cbb510249849175bf5c400e8c521a963e45a154e987b6c8]]
**Document description:**Exhibit B
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/26/2006] [FileNumber=1288818-2
] [9e336ae6c919b47e281861bacf75f3315adc10cb45d44a9921aaa8ca0799ce2bc9a
887a62ea270507d9149f48eb3b1789ec2964046702ed1437bf1c6b63a1a78]]

**1:03-cv-12499 Notice will be electronically mailed to:**

Michael J. Akerson     mjakerson@yahoo.com

James S. Dilday     jsdilday@juno.com

Andrew J. Gambaccini     agambaccini@epreardon.com

Austin M. Joyce     austinj@masspolice.com

Walter H. Porr , Jr     wporr@revere.org, waltporr@comcast.net

John K. Vigliotti     jvigliotti@epreardon.com

**1:03-cv-12499 Notice will not be electronically mailed to:**

Paul Capizzi
Office of the City Solicitor
City Hall, 281 Broadway
Revere, MA 02151