# EXHIBIT B

# REARDON, JOYCE & AKERSON, P.C.

EDWARD P. REARDON (Retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCINI

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

January 27, 2006

Via Telefax # 781-286-8205

Paul Capizzi, City Solicitor
Walter Porr, Asst. City Solicitor
Office of the City Solicitor, City Hall
281 Broadway
Revere, MA 01251

RE: Pechner-James and Fernandez v. City of Revere, et als

Dear Mr. Capizzi and Porr:

Attached herewith find copy of Attorney Dilday's January 26th telefax to Attorney Vigliotti along with referenced enclosures.

Should you have any questions please call.

Very truly yours,

*Donna Cormier*

Donna Cormier

DLC/hs
Enclosures

RECEIVED
CITY OF REVERE
06 JAN 27 AM 8:47
SOLICITOR

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

January 26, 2006

John Vigliotti, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605

Re: Pechner-James v City of Revere

Dear Atty Vigliotti,

Enclosed please find the following:

1. Copies of cover letters and signed releases by Terri Pechner James and Sonia Fernandez that we have sent to the medical providers that you have identified in your correspondence. If we have omitted any providers kindly let us know as soon as possible.

2. Copies of the documents submitted to PERAC by Sonia Fernandez and Terri Pechner-James.

Sincerely,

James S. Dilday
James S. Dilday, Esq.

Via fax (508) 754-7285

## Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL (617) 227-3470 • FAX (617) 227-9431

January 26, 2006

Dear Doctor,

Enclosed please find a signed authorization to release the medical records of Sonia Fernandez.

Please call me if you have any questions.

Sincerely,

*James S. Dilday*
James S. Dilday, Esq.

## CERTIFICATE OF SERVICE

I, James Dilday, hereby certify that I served upon the parties listed below the enclosed Authorization To Release Protected Health Information, Medical, Hospital, Mental Health And Other Records for Sonia Fernandez by mailing to them at the addresses listed herein:

1. MGH Chelsea Health Center
   151 Everett Av. Chelsea,
   MA 02150

   Beth Israel Deaconess Health Care
   East Boston Neighborhood Health Center
   1000 Broadway,
   Chelsea, 02150

   Massachusetts General Hospital Revere health Center
   300 Broadway
   Revere, MA 02151

   North Suffolk Counseling Services
   301 Broadway,
   Chelsea, MA 02150

   Occupational Health Rehabilitation Center
   1 Harborside Drive,
   E. Boston, MA 02128

   Meditrol, Inc.
   145 Springfield Street
   Chicopee, MA 01013

_____
James S. Dilday, Esq.

Date: January 26, 2006

## Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 School Street – Suite 400
Boston, Massachusetts 02108
TEL (617) 227-3470 • Fax (617) 227-9251

January 26, 2006

Dear Doctor,

Enclosed please find a signed authorization to release the medical records of Terri Pechner-James.

Please call me if you have any questions.

Sincerely,

James S. Dilday, Esq.

Case 1:03-cv-12499-MLW   Document 111-3   Filed 02/02/2006   Page 6 of 7

## CERTIFICATE OF SERVICE

I, James Dilday, hereby certify that I served upon the parties listed below the enclosed Authorization To Release Protected Health Information, Medical, Hospital, Mental Health And Other Records for Terri Pechner-James by mailing to them at the addresses listed herein:

1. Eric Keroack, M.D.
   103 Broadway St.
   Revere, MA 02151

2. Susan Rudman
   70 Washington Street, suite 211
   Salem, MA 01970

3. Dr. Barry
   268 Main Street
   Stoneham, MA

4. Dr. Elizabeth Miller
   Dr. Deborah Wald
   Massachusetts General Hospital
   300 Ocean Avenue
   Revere, MA 02151

_____
James S. Dilday, Esq.

Date: January 26, 2006