# EXHIBIT C

[City Letterhead]

January 30, 2006

James S. Dilday, Esq.
Grayer & Dilday, LLP
27 School Street, Suite 400
Boston, MA 02108

Re:   Pechner-James ,et al., v. City of Revere, et al.
      USDC MA Case No. 03-12499-MLW

Dear Mr. Dilday:

The fax you sent on January 26, 2005, containing what purports to be the signatures of your clients to their supplemental interrogatory responses does not reflect that the interrogatories have been signed under the pains and penalties of perjury. As you must know, Fed.R.Civ.P. 33(b)(1) requires that the answer shall be under oath. I consider answers which are not under oath to be no answers at all under the terms of Fed.R.Civ.P. 37(a)(3). Thus, your clients have not complied with the Court's order of January 25, 2006.

Finally, on January 26, 2006, I electronically filed my supplemental pleading identifying those interrogatory responses for which I believe supplementation is still necessary despite your clients un-sworn supplementation addressed above. I trust you have been notified and have been able to download the same.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

                                    Sincerely,

                                    /s/
                                    Walter H. Porr, Jr.
                                    Assistant City Solicitor

Cc:   Michael J. Akerson, Esq.