UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES and SONIA FERNANDEZ<br>    Plaintiffs | )<br>)<br>)<br>) |
| VS. | )<br>) |
| CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPT. TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY JOHN NELSON, JAMES RUSSO MICHAEL MURPHY and STEVEN FORD<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT, CITY OF REVERE AND OPPOSITION TO ITS MOTION FOR SANCTIONS

Now comes the Plaintiffs and hereby submit the second supplemental interrogatories ordered by the Court.

Supplemental Filing

Attached hereto as **Exhibit A** are the second supplemental responses of Sonia Fernandez;

Attached hereto as **Exhibit B** are the second supplemental responses of Terri Pechner-James.

The Plaintiffs state the following as grounds for their motion:

> 1. The Plaintiff received notice of electronic filing of the "narrowed list of objectionable interrogatories" on February 2, 2006 when the Defendant filed an Ex Parte Motion electronically; the Plaintiffs were never served with a hard copy of this document.

2. In addition, the Plaintiff, has filed two Ex Parte motions with the court without making service upon the Plaintiffs.

3. CM/ECF Administrative Procedures: Section I (2) states that Ex Parte Motions should be filed as hard copies. The Defendants filing of electronic ex parte motions conflict with the filing procedures.

2. The Plaintiffs requested, in writing, a copy of said document from the Defendant, City of Revere.

The Plaintiffs have filed responses to the Defendants second request for supplemental responses as Attached Exhibits A & B as directed by the court.

WHEREFORE, the Plaintiffs request that their responses be filed with the court in compliance with its order of January 27, 2006.

Respectfully submitted,
Terri Pechner-James
Sonia Fernandez
By their attorney

*/s/ James S. Dilday*
James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02018
(617) 227-3470