# EXHIBIT E

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

February 17, 2006

Walter H. Porr, Esq.
Paul Capizzi, Esq.
Office of the City solicitor
281 Broadway
Revere, MA 02151

Re: Terri Pechner-James and Sonia Fernandez v City of Revere et al.

Dear Attorneys Capizzi and Porr,

The purpose of this letter is to notify you that we have prepared the supplemental interrogatories and we have submitted them to you and to the court. We will prepare amend the supplemental interrogatories and add the line "Sworn under pains and penalties of perjury" before the signature line. As soon as our clients complete the signature page, we will send you new copies and we will file them with the court.

In the meantime, we will prepare our opposition to you supplemental memorandum. Please call if you have any questions.

Sincerely,

*[signature]*

James S. Dilday, Esq.

RECEIVED
CITY OF REVERE
06 FEB 21 AM 9:39
SOLICITOR