# EXHIBIT F

Case 1:03-cv-12499-MLW    Document 116-7    Filed 02/28/2006    Page 1 of 3

condition is a direct result of the hostile environment in which she has worked and the disparate treatment she has received from the Defendants over the seven (7) years that she has worked with the Revere Police Department By their conduct, the Defendants have intimidated, threatened and coerced the Plaintiff in violation of M.G.L.c. 151B § 4A and 42 U.S.C. § 2000 (e)-2. This pattern of conduct continues unchanged.

WHEREFORE, the Plaintiff, Sonia Fernandez, seeks $2.5 Million Dollars for the emotional distress, the intimidation, the humiliation and the physical pain she has endured as a direct result of the Defendants negligent conduct, both past and present. Plaintiff also seeks to recover attorneys fees and costs, miscellaneous expenses and damages that continue to accrue, punitive damages and any other remedy deemed just and proper by a Court sitting with or without a jury.

PLAINTIFFS DEMAND TRIAL BY JURY ON ALL ISSUES SO TRIABLE

Terri Pechner-James
Sonia Fernandez
By their attorney,

_____
James S. Dilday, Esq.

_____
Carlton J. Dasent, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,<br>    Defendants, | C.A. No. 03-12499-MLW |

FILED IN CLERK'S OFFICE
2005 MAR 16 P 2:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

### STIPULATION AND ORDER PERMITTING SERVICE OF WRITTEN INTERROGATORIES EXCEEDING 25 IN NUMBER

The parties, by and through their respective counsel of record, hereby stipulate and agree that Defendant, City of Revere, for itself and on behalf of Defendants, City of Revere Police Department, Thomas Ambrosino, Mayor and Terence Reardon, Chief of Police, may propound to Plaintiffs Terri Pechner-James and Sonia Fernandez the interrogatories which were served upon their counsel on March 2, 2005 and which, in Plaintiff Pechner's case totaled 179 in number and in Plaintiff Fernandez' case totaled 132 in number.

For the Plaintiffs:

_/s/ James S. Dilday_
James S. Dilday, Esq.
BBO#: 124360
Grayer & Dilday
27 School Street, Suite 400
Boston, MA 02108
617-227-3470

Dated: March 11, 2005

For the Defendants:

_/s/ Walter H. Porr, Jr._
Walter H. Porr, Jr., Esq.
BBO#: 659462
Assistant City Solicitor
City Hall, 281 Broadway
Revere, MA 02151
781-286-8166