UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES<br>and SONIA FERNANDEZ<br>  Plaintiffs | )<br>)<br>)<br>) |
| VS. | )<br>) |
| CITY OF REVERE, THOMAS<br>AMBROSINO, MAYOR, CITY<br>OF REVERE POLICE DEPT.<br>TERRENCE REARDON, CHIEF<br>OF POLICE, BERNARD FOSTER<br>SALVATORE SANTORO, ROY<br>COLANNINO, FREDERICK<br>ROLAND, THOMAS DOHERTY<br>JOHN NELSON, JAMES RUSSO<br>MICHAEL MURPHY and<br>STEVEN FORD<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION PURSUANT TO LOCAL RULE 7.1

The attached motion for summary judgment is being sent pursuant to Local Rule 7.1 for in compliance with said rule and for the purpose of meeting and conferring as stated by said rule. Since this is a serious requirement, attached to this Statement you will find a copy of Naviant Marketing Solutions, Inc. v Larry Tucker, Inc. No.02-3201 (2003) from the Third Circuit Court of Appeals. We invite you to meet and confer within the next seven (7) days or such time as the parties mutually agree upon.

Terri Pechner-James
Sonia Fernandez
By their attorney

_James S. Dilday_
James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470