UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

TERRI L. PECHNER-JAMES )
and SONIA FERNANDEZ )
    Plaintiffs )
)
VS. )
)
CITY OF REVERE, THOMAS )
AMBROSINO, MAYOR, CITY )
OF REVERE POLICE DEPT. )
TERRENCE REARDON, CHIEF )
OF POLICE, BERNARD FOSTER)
SALVATORE SANTORO, ROY )
COLANNINO, FREDERICK )
ROLAND, THOMAS DOHERTY )
JOHN NELSON, JAMES RUSSO )
MICHAEL MURPHY and )
STEVEN FORD )
    Defendants )

## LIST OF EXHIBITS

1. M.G.L. c. 43 § 56, 58, 59, 61-Plan B Charter.

2. Thomas Ambrosino's Statement of Undisputed Facts

3. Gonsalves v City of New Bedford, 939 F. Supp. 915 (1996)

4. Affidavit of Thomas Ambrosino & Letter of Appointment of Terrence Reardon.

5. Revised Ordinances of the City of Revere, Massachusetts.

6. Plaintiff's Verified Complaint.-1st 3 pages.

7. M.G.L.c. 7 § 4H & Adjudicatory Rules 801 CMR 1:00 et seq.

8. M.G.L.c. 7 § 49 & Adjudicatory Rules 840 CMR 10:00 et seq.

9. DALA decision on Terri Pechner-James.

10. PERAC decision on Terri Pechner-James.

11. PERAC decision on Sonia Fernandez.

12. PERAC Clarification on Terri Pechner-James decision.

13. M.G.L.c. 30A § 14.

14. Court Docket Sheet & Notice of Removal.

15. Copy of Plaintiff's Complaint.

16. Copy of Essential duties of Police Officer.

17. DALA/CRAB – What Happens Now-Description of Adjudicatory Process.

18. Affidavit of Terri Pechner-James.

19. Affidavit of Sonia Fernandez.

20. Sonia Fernandez Statement of Undisputed Facts

21. Terri Pechner-James Statement of Undisputed Facts.

22. Sexual Harassment Policy of the City of Revere dated April 1, 1999.

23. Affidavit of Walter Porr, Jr. and copy of the Massachusetts advance Legislative Service 2001 Mass ALS 102.

24. Caricature of African-American created from Revere Police Department photo.

25. January 14, 1999 Report of January 7, 1999 meeting.

26. Picture & Reports of Underwear Incident

**AFFIDAVIT PURSUANT TO RULE 56(e)**

I, James S. Dilday, Esq. duly sworn depose and say that the documents listed above are genuine, authentic and presented in support of the Plaintiffs motion for summary judgment.

_____
James S. Dilday, Esq.