UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES )<br>and SONIA FERNANDEZ )<br>    Plaintiffs )<br>)<br>VS. )<br>)<br>CITY OF REVERE, THOMAS )<br>AMBROSINO, MAYOR, CITY )<br>OF REVERE POLICE DEPT. )<br>TERRENCE REARDON, CHIEF )<br>OF POLICE, BERNARD FOSTER)<br>SALVATORE SANTORO, ROY )<br>COLANNINO, FREDERICK )<br>ROLAND, THOMAS DOHERTY )<br>JOHN NELSON, JAMES RUSSO )<br>MICHAEL MURPHY and )<br>STEVEN FORD )<br>    Defendants ) | |

### CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1

I, hereby certify that by letter dated February 15, 2006, I service the following documents on the parties listed below by sending the listed documents below postage prepaid:

Documents:
1. Notice of Motion Pursuant To Local Rule 7.1 & Copy of <u>Naviant Marketing Solutions, Inc. v Larry Tucker, Inc.</u> No. 02-3201 (2003).
2. Motion For Summary Judgment on Less Than All Issues Pursuant To Fed. R. Civ. P. 56(c)
3. Memorandum in Support of Motion For Summary Judgment
4. List of Exhibits
5. Exhibits 1-26

Parties:
    Walter H. Porr, Esq.
    Paul Capizzi, Esq.
    Office of the City Soplicitor
    281 Broadway
    Revere, MA 02151

Michael J. Akerson, Esq.
John K. Vigliotti, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605

Terri Pechner-James and
Sonia Fernandez
By their attorney

*/s/ James S. Dilday*

James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470