UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES )<br>and SONIA FERNANDEZ )<br>    Plaintiffs )<br>)<br>VS. )<br>)<br>CITY OF REVERE, THOMAS )<br>AMBROSINO, MAYOR, CITY )<br>OF REVERE POLICE DEPT. )<br>TERRENCE REARDON, CHIEF )<br>OF POLICE, BERNARD FOSTER)<br>SALVATORE SANTORO, ROY )<br>COLANNINO, FREDERICK )<br>ROLAND, THOMAS DOHERTY )<br>JOHN NELSON, JAMES RUSSO )<br>MICHAEL MURPHY and )<br>STEVEN FORD )<br>    Defendants ) | |

### CERTIFICATE OF SERVICE

I, James S. Dilday, hereby certify that on February 15, 2006 I served the following documents upon the parties listed below by mail postage prepaid:

Documents:
1. Notice of Motion Pursuant To Local Rule 7.1 & Copy of <u>Naviant Marketing Solutions, Inc. v Larry Tucker, Inc.</u> No. 02-3201 (2003).
2. Motion For Summary Judgment on Less Than All Issues Pursuant To Fed. R. Civ. P. 56(c).
3. Memorandum In Support of Motion
4. List of Exhibits
5. Exhibits 1-26

Parties:
    Walter H. Porr, Esq.
    Paul Capizzi, Esq.
    Office of the City Solicitor
    281 Broadway
    Revere, MA 02151

Michael J. Akerson, Esq.
John K. Vigliotti, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street,
Worcester, MA 01605

_____
James S. Dilday, Esq.