✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

                  DISTRICT OF           MASSACHUSETTS

TERRI PECHNER-JAMES, ET AL  
V.  
CITY OF REVERE, ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 1:03-12499MLW

| PRESIDING JUDGE<br>LTS | PLAINTIFF'S ATTORNEY<br>J.D | DEFENDANT'S ATTORNEY<br>W.P |
|---|---|---|
| TRIAL DATE (S)<br>3/3/06 | COURT REPORTER<br>D | COURTROOM DEPUTY<br>MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/3/06 | X | X | PLAINTIFF PECHNER-JAMES ANSWERS TO INTERROGATORIES |
| 2 | | 3/3/06 | X | X | PLAINTIFF PECHNER-JAMES SUPPLEMENTATION OF INTERROGATORIES |
| 3 | | 3/3/06 | X | X | PLAINTIFF PECHNER-JAMES ADDITIONAL SUPPLEMENTATION OF INT. |
| 4 | | 3/3/06 | X | X | PLAINTIFF SONIA FERNANDEZ, RESPONSE TO DEFT FIRST SET OF INTERR. |
| 5 | | 3/3/06 | X | X | PLAINTIFF SONIA FERNANDEZ, SUPPLEMENTATION OF INTERR. |
| 6 | | 3/3/06 | X | X | PLAINTIFF SONIA FERNANDEZ, ADDITIONAL SUPPLEMENTATION OF INT. |
| | | | | | |
| | | | | | |
| | | | | | WITNESSES |
| 1 | | 3/3/06 | X | X | TERRI PECHNER-JAMES |
| 2 | | 3/3/06 | X | X | SONIA FERNANDEZ |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages