# EXHIBIT A

# THE CITY OF REVERE, MASSACHUSETTS



281 Broadway
Revere, MA 02151

OFFICE OF THE CITY SOLICITOR
Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

June 6, 2005

James S. Dilday, Esq.
Grayer & Dilday
27 School Street, Suite 400
Boston, MA 02108

Re: Pechner-James, et al., v. City of Revere, et al.
    USDC MA Case No. 03-12499-MLW

Dear Mr. Dilday:

I observe from the June 6, 2005, edition of Massachusetts Lawyers Weekly that Mr. Dasent has been disbarred as of May 13, 2005. I presume that both you and he have been aware of that order for the better part of the last three weeks. I am puzzled that neither the Court, nor our office nor the other defense counsel in the above-referenced matter have been informed of this fact. I trust that you will inform the federal court of this development immediately.

Thank you for your attention to this matter.

Sincerely,

Walter H. Porr, Jr.
Assistant City Solicitor

Cc: Michael J. Akerson, Esq.