# EXHIBIT B

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

June 7, 2005

Walter H. Porr, Jr.
Assistant City Solicitor
City of Revere
281 Broadway
Revere, MA 02151

    Re: Pechner-James, et al. v. City of Revere, et al.
       USDC MA Case No. 03-12499-MLW

Dear Mr. Porr:

    In response to your letter of June 6, 2005 regarding Mr. Dasent, it is my understanding that his status as an attorney is being appealed to the full bench of the Supreme Judicial Court, which is his prerogative.

    Other than that, I have nothing additional to say about this matter.

Very truly yours,

James S. Dilday

JSD/js
Copy: Michael Akerson

RECEIVED
CITY OF REVERE
05 JUN -9 PM 2:07
SOLICITOR