# EXHIBIT I

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

February 28, 2006

Kathleen Boyce, Docket Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Terri Pechner-James and Sonia Fernandez v City of Revere et al : 03-12499MLW

Dear Ms. Boyce,

Enclosed please find the following documents for filing in the above-captioned case.

1. Certificate of Compliance Pursuant To Rule 7.1
2. Notice of Motion Pursuant to Local Rule 7.1 & Copy of <u>Naviant Marketing Solutions, Inc. v Larry Tucker, Inc</u>. No. 02-3201 (2003).
3. Motion For Summary Judgment on Less Than All Issues Pursuant To Fed R. Civ. P. 56(c).
4. Memorandum in Support of Motion for Summary Judgment
5. List of Exhibits
6. Exhibits 1-26
7. Certificate of Service

Sincerely,

*James S. Dilday*

James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470.

RECEIVED
CITY OF REVERE
06 FEB 28 AM 11:16
SOLICITOR