# EXHIBIT J

**Grayer & Dilday**

COUNSELLORS-AT-LAW
27 SCHOOL STREET - SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL (617) 227-3470 • FAX (617) 227-9231

FILED

JUL 1 5 2004

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

## GRAYER & DILDAY
## PROFESSIONAL LIMITED LIABILITY PARTNERSHIP
## REGISTRATION STATEMENT

1. The federal employer ID number is 04-283-0687

2. The partnership name is: GRAYER & DILDAY

3. The partnership address is: 27 School Street Suite 400 Boston, MA 02108

4. The partnership is engaged in the delivery of legal services. There are two partners, ~~one associate, a paralegal and support staff to help us operate as a law firm~~. James Dilday and Claude D. Grayer

5. Both of the partners conduct their law practice out of 27 School Street Boston, MA and do not have any other business addresses.

6. The partnership has liability insurance which covers the acts and omissions of all professional staff.

*[Signature]* James S. Dilday    7/15/04

CORPORATIONS DIVISION
04 JUL 15 PM 3:12
RECEIVED
SECRETARY OF STATE

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the  twenty-fifth  day of  April  A.D.  1973 , said Court being the highest Court of Record in said Commonwealth:

## James S. Dilday

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this  fourteenth  day of  July  in the year of our Lord two thousand and four.

**MAURA S. DOYLE, Clerk**

\*\*Open disciplinary grievances pending:
File No.: B 1-04-0002

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the twenty-fifth day of April A.D. 1973, said Court being the highest Court of Record in said Commonwealth:

### Claude D. Grayer

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this fourteenth day of July in the year of our Lord two thousand and four.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

#5105

## REGISTERED LIMITED LIABILITY PARTNERSHIP
### (GENERAL LAWS, CHAPTER 108A)

Filed this ___15th___ day of ___July___

20 _04_

**WILLIAM FRANCIS GALVIN**
**SECRETARY OF THE COMMONWEALTH**

**891142**

*William Francis Galvin* (signature)

James S. DILDAY
27 School Street
Boston, MA 02108
(617) 227-3470