# EXHIBIT L

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

March 7, 2006

Walter Porr, Esquire
Asst. City Solicitor
City of Revere
281 Broadway
Revere, MA 02151

Re: Pechner-James, et al., v. City of Revere, et al.

Dear Attorney Porr:

I am in receipt of all three of your letters regarding the filing of our motion for partial summary judgment. As you probably know by now, your threatening statements do not intimidate me. I will continue to do what I think is best for my clients and you are free to do what you think is best for your clients. I have never had the gall to tell you how to represent your client and I would appreciate it if you would in the future refrain from telling me how to represent my clients. If you believe that our motion has no merit make that argument in your response.

In reference to your latter dated March 2, 2006, I see no need to respond to your non issues regarding signatures. You are not authorized to determine whom I authorize to sign documents on my behalf. In addition, the issue you raised regarding Carlton Dasent has been summarily rejected by Magistrate –Judge Sorokin as a waste of his time.

Hopefully, we will be able to conduct this litigation in a civil and professional manner without the use of innuendo and needles allegations regarding issues that are not germane to the litigation. This letter also serves as a response to all three of your letters pursuant to Local Rule 7.1.

Very truly yours,

James S. Dilday

JSD/js
Copy: Michael Akerson

RECEIVED
CITY OF REVERE
06 MAR -8 PM 12:03
SOLICITOR