UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| **TERRI L. PECHNER-JAMES** and  **SONIA FERNANDEZ**   Plaintiffs | )<br>)<br>)<br>) |
| VS. | )<br>) |
| **CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPT. TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY JOHN NELSON, JAMES RUSSO MICHAEL MURPHY and STEVEN FORD**   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ENLARGEMENT OF TIME

Now comes the Plaintiffs and request that this Honorable Court grant them an enlargement of time to secure expert reports and disclosures. The Plaintiffs state the following as grounds for their request;

1. On March 3, 2006, the Court allowed the Plaintiffs until March 30, 2006 to submit expert reports and disclosures.

2. The Plaintiffs have contacted two experts on Post Traumatic Stress Disorder and one expert on damages. The experts on Post Traumatic Stress Disorder are:

    Dr. John Daignault
    Psychological Services, Inc.
    222 Forbes Road, suite 105
    Braintree, MA 02184  **(See Attached Exhibit A.)**

    Valerie Duggan, LICSW
    Dr. Hayden Duggan
    On Site Academy

       Gardner, MA 01440 **(See Attached Exhibit B.)**

The expert on damages is;
       Dr. Richard Siegel, Ph.D.
       Applied Economics Incorporated
       1 Westinghouse Plaza
       Boston, MA 02136 **(See Attached Exhibit C.)**

3. The Plaintiffs have provided the experts with documents and written materials and the experts have requested additional time to interview the Plaintiffs and prepare thorough reports.

WHEREFORE, the Plaintiffs request an additional sixty (60) days to secure the reports and disclosures ordered by the court on March 3, 2006.

Terri Pechner-James and
Sonia Fernandez
By their attorney

  /s/ James S. Dilday, Esq.
James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470

**EXHIBIT A**

Case 1:03-cv-12499-MLW    Document 140    Filed 03/24/2006    Page 3 of 5

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

**EXHIBIT B**

Case 1:03-cv-12499-MLW    Document 140    Filed 03/24/2006    Page 4 of 5

Document Produced by deskPDF Unregistered :: http://www.docudesk.com

**EXHIBIT C**

Document Produced by deskPDF Unregistered :: http://www.docudesk.com