UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,<br>    Defendants, | )<br>)<br>)<br>)<br>)   C.A. No. 03-12499-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL AFFIDAVIT OF WALTER H. PORR, JR.,
IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Walter H. Porr, Jr., do hereby depose and state:

1. I am an Assistant City Attorney for the City of Revere and have been so employed since December 13, 2004. I am an attorney of record for Defendants, City of Revere and City of Revere Police Department, in this action.

2. On Friday, March 21, 2006, during the course of the deposition of Plaintiff, Sonia Fernandez, I observed Attorney James Dilday take out a checkbook, place it on the conference table at which we were all seated, and proceed to write and sign two checks. At or very near the conclusion of the deposition, he handed one of the checks to me and the other to counsel for the individually named officer defendants. A true and accurate copy of both checks is attached hereto as Exhibit "A".

2

     3.     I am submitting copies of these checks at this time because there is no doubt in my mind that they demonstrate that a vast number of documents filed in this case, including a purported affidavit from Attorney Dilday (see Docket No. 85), were not in fact signed by him.

    Signed under the pains and penalties of perjury this 27th day of March, 2006.

                                          Respectfully submitted,

                                          /s/  Walter H. Porr, Jr.
                                         Walter H. Porr, Jr.

Case 1:03-cv-12499-MLW     Document 145     Filed 03/27/2006     Page 2 of 3

CERTIFICATE OF SERVICE

    I, Walter H. Porr, Jr., Assistant City Solicitor and counsel of record for the Defendants, City of Revere and the City of Revere Police Department, hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I caused to be served upon counsel of record, at the address stated below, via the method indicated, a true copy of same:

| | |
|---|---|
| James S. Dilday, Esq. | Michael J. Akerson, Esq. |
| Grayer & Dilday, LLP | Reardon, Joyce and Akerson, P.C. |
| 27 School Street, Suite 400 | 397 Grove Street |
| Boston, MA 02108 | Worcester, MA 01605 |
| Attorneys for the Plaintiffs | Attorneys for Defendants |
| Via CM/ECF e-mail | Bernard Foster, Salvatore Santoro, |
| | Roy Colannino, Frederick Roland, |
| | Thomas Doherty, John Nelson, |
| | James Russo, Michael Murphy, |
| | and Steven Ford |
| | Via CM/ECF e-mail |

    /s/ Walter H. Porr, Jr.
Walter H. Porr, Jr.,

Dated: March 27, 2006

3