# EXHIBIT A

**Check 5487**

JAMES S. DILDAY
ATTORNEY AT LAW
9 LARCHMONT STREET
DORCHESTER, MA 02124

5-196/110
60410735

DATE 3/29/06

PAY TO THE ORDER OF: City of Revere    $ 500—

Five Hundred and 00/—  DOLLARS

CATHAY BANK
Member of F.D.I.C
621 WASHINGTON STREET
BOSTON, MASSACHUSETTS 02111
1-800-922-8429

MEMO: Law suit sanctions

Signed: James S Dilday

⑈:011001962⑈:5487  60  410  735⑈

**Check 5488**

JAMES S. DILDAY
ATTORNEY AT LAW
9 LARCHMONT STREET
DORCHESTER, MA 02124

5-196/110
60410735

DATE 3/29/06

PAY TO THE ORDER OF: Rackem, Joyce + Aronson    $ 500—

Five Hundred and 00/—  DOLLARS

CATHAY BANK
Member of F.D.I.C
621 WASHINGTON STREET
BOSTON, MASSACHUSETTS 02111
1-800-922-8429

MEMO: Revere Sanctions

Signed: James S Dilday

⑈:011001962⑈:5488  60  410  735⑈