UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 03-12499-MLW

TERRI PECHNER-JAMES, ET. AL

v.

CITY OF REVERE, ET AL.

**PLAINTIFFS MOTION TO FILE EXPERT WITNESS INFORMATION**

Now come the plaintiffs in the above captioned matter and respectfully request that they be allowed to file the following as expert witness information. Their proposed expert witness for economic damages is Richard A. Siegel of Applied Economics, Inc One Westinghouse Plaza Boston, MA 002136.

Respectfully submitted,

James S. Dilday
Grayer & Dilday, LLP
27 School Street
Boston, MA 02108
617-227-3470
BBO# 124360

Certificate of Service

I, James S. Dilday, certify that I served a copy of this motion on all attorneys of record by mailing same to their respective addresses as appear on the court's docket sheet.

3/31/06
Date

James S. Dilday