**CERTIFICATE OF SERVICE**

I, James S. Dilday, Esq., counsel for the Plaintiff, hereby certify that I have electronically filed the attached documents with the clerk of the Court using the CM/ECF system and by mailing postage prepaid. I also caused to be served upon counsel of record, at the address stated below, by mailing postage prepaid

Michael J. Akerson, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605

Walter Porr, Esq.
Paul Capizzi, Esq.
Office of the City Solicitor
281 Broadway
Revere, MA 02151


 /s/ James S. Dilday, Esq.
James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470