# EXHIBIT A



• online services  • agencies  • elected officials  • help

**Back** | **Home** | **How to Read a Profile**



# Massachusetts
# Board of Registration in Medicine
# Physician Profile

### ERIC JAMES KEROACK MD

I.  **Physician Information**

(The information in sections I - V has been provided by the physician.)

| | |
|---:|:---|
| **License Status:** | Active |
| **License Issue Date:** | 08/05/1987 |
| **Accepting New Patients:** | Yes |
| **Accepts Medicaid:** | Yes |
| **Primary Work Setting:** | Private Office |
| **Business Address:** | 103 Broadway<br>REVERE, MA   02151 |
| **Phone:** | (781) 289-2683 |
| **Translation Services Available:** | None Reported |
| **Insurance Plans Accepted:** | None Reported |
| **Hospital Affiliations:** | Union Hospital<br>North Shore Medical Center - Salem Hos |

II.  **Education & Training**

| | |
|---:|:---|
| **Medical School:** | Tufts University School of Medicine |
| **Graduation Date:** | 1986 |
| **Post Graduate Training:** | 1/1/1986-1/1/1987 - NEWTON-WELLESLEY HOSPITAL  -<br>1/1/1989-1/1/1993 - BAYSTATE MEDICAL CENTER  - |

III.  **Specialty**

| | |
|---:|:---|
| **Area of Specialty:** | Obstetrics and Gynecology |
| **ABMS Board Certification:** | Obstetrics and Gynecology |

IV.  **Honors and Awards**

-RESIDENT OF THE YEAR, 1993
-ALPHA OMEGA ALPHA HONOR SOCIETY

V. **Professional Publications**

J PERINATOL. 1994 JAN-FEB;14(1):77-79
J.PERINATOL. 1993 NOV-DEC;13(6)485-8
J.PERINATOL. 1993 JAN-FEB;13(1):79-82
BONDING IMPERATIVE KEROACK E, DIGGS,J NATIONAL
ABSTINENCE CLEARING HOUSE. 2001

VI. **Malpractice Information**

Some studies have shown that there is no significant correlation between malpractice history and a doctor's competence. At the same time, the Board believes that consumers should have access to malpractice information. In these profiles, the Board has given you information about both the malpractice history of the physician's specialty and the physician's history of payments. The Board has placed payment amounts into three statistical categories: below average, average, and above average. To make the best health care decisions, you should view this information in perspective. You could miss an opportunity for high quality care by selecting a doctor based solely on malpractice history.
When considering malpractice data, please keep in mind:

- Malpractice histories tend to vary by specialty. Some specialties are more likely than others to be the subject of litigation. This report compares doctors only to the members of their specialty, not to all doctors, in order to make individual doctor's history more meaningful.
- This report reflects data for the last 10 years of a doctor's practice. For doctors practicing less than 10 years, the data covers their total years of practice. You should take into account how long the doctor has been in practice when considering malpractice averages.
- The incident causing the malpractice claim may have happened years before a payment is finally made. Sometimes, it takes a long time for a malpractice lawsuit to move through the legal system.
- Some doctors work primarily with high risk patients. These doctors may have malpractice histories that are higher than average because they specialize in cases or patients who are at very high risk for problems.
- Settlement of a claim may occur for a variety of reasons which do not necessarily reflect negatively on the professional competence or conduct of the physician. A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

You may wish to discuss information provided in this report, and malpractice generally, with your doctor. The Board can refer you to other articles on this subject.

**Dr. KEROACK has not made a payment on a malpractice claim in Massachusetts in the last ten years.**

VII. **Disciplinary and/or Criminal Actions**

- A. Criminal Convictions, Pleas and Admissions:
  The information in this section may not be comprehensive. The courts are now required by law to supply this information to the Board.

  **Dr. KEROACK has had no criminal convictions in the past ten years.**

- B. Hospital Discipline:
  This section contains several categories of disciplinary actions taken by Massachusetts hospitals during the past ten years which are specifically required by law to be released in the physician's profile.

  **Dr. KEROACK has no record of hospital discipline in the past ten years.**

- C. Board Discipline:
  This section includes final disciplinary actions taken by the Massachusetts Board of Registration in Medicine during the past ten years.

  **Dr. KEROACK has not been disciplined by the Board in the past ten years.**

---

Additional information about a physician, including
closed complaints, may be available by calling the
Massachusetts Board of Registration in Medicine
Phone 617-654-9830
Toll Free Number (Massachusetts only) 1-800-377-0550

---

Return to
**Physician Profile Search**
Direct questions and comments about these results to
Massachusetts Board of Registration in Medicine
560 Harrison Avenue, Boston MA 02118
Phone 617-654-9800
For direct response please use Email

---

Please read the Board of Registration in Medicine Disclaimer


©2003 Commonwealth of Massachusetts                             ▪ privacy policy  ▪ site map  ▪ terms of use