UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES  and  SONIA FERNANDEZ     Plaintiffs | )<br>)<br>)<br>) |
| VS. | )<br>) |
| CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPT. TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY JOHN NELSON, JAMES RUSSO MICHAEL MURPHY and STEVEN FORD     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1(a)(2)**

The undersigned hereby confirms that, prior to filing this request, he corresponded and conferred with Michael J. Akerson, Esq. Reardon, Joyce & Akerson, P.C. and Walter H. Porr, Esq. of the Office of the City Solicitor of the City of Revere.

On March 30, 2006, we mailed the attached Request for Admission of Material Facts and Motion to Strike Affidavit of Walter H. Porr to the parties listed below in an attempt to narrow and resolve the issues. The Defendants' counsel did not reply.

Sonia Fernandez and
Terri Pechner-James, Plaintiffs

By their counsel

 /s/ James S. Dilday, Esq.
James S. Dilday, Esq.
27 School Street, suite 400
Boston, MA 02018
(617) 227-3470