# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and<br>SONIA FERNANDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO,<br>Mayor, CITY OF REVERE POLICE<br>DEPARTMENT, TERRENCE REARDON,<br>Chief, BERNARD FOSTER, SALVATORE<br>SANTORO, ROY COLANNINO, FREDERICK<br>ROLAND, THOMAS DOHERTY, JOHN<br>NELSON, JAMES RUSSO, MICHAEL<br>MURPHY and STEVEN FORD,<br><br>    Defendants. | C.A. No.: 03-12499MLW |

## NOTICE OF MOTION PURSUANT TO LOCAL RULE 7.1

The attached motion pleadings (1) Request For Admission of Material Facts as Set Forth By Plaintiffs, and (2) Plaintiffs Motion to Strike-Docket # 134-Affidavit of Walter H. Porr, Jr. and attached exhibits are being sent pursuant to Local Rule 7.1 for compliance with said rule and for the purpose of meting and conferring as set forth in the rule. We invite you to meet and confer within the next seven (7) days or such time as the parties mutually agree upon.

Terri Pechner-James and
Sonia Fernandez
By their attorney

/s/ James S. Dilday
James S. Dilday, Esq.
27 School Street, Suite 400
Boston, mA 02108
(617) 227-3470

