# EXHIBIT C

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

March 23, 2006

Kathleen Boyce, Docket Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Terri Pechner-James and Sonia Fernandez v City of Revere et al. 03-12499 MLW

Dear Ms. Boyce,

Enclosed please find the following documents for filing in the above-captioned case.

1. Plaintiffs Opposition To Defendants Cross Motion Pursuant To Fed. R. Civ. P. 12 ( c ) and Request For Summary Judgment;
2. Exhibits A & B.
3. Certificate of Electronic and Mail Service.

Sincerely,

/s/ James S. Dilday, Esq.
James S. Dilday, Esq.

Cc: Michael J. Akerson, Esq
Office of the City Solicitor, Revere, MA