# EXHIBIT D

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

March 27, 2006

Kathleen Boyce, Clerk
U.S. District Court
John Joseph Moakley U.S. District Court
1 Courthouse Way
Boston, MA 02210

Re: Terri Pechner-James and Sonia Fernandez v City of Revere et al. 03-12499 MLW

Dear Ms. Boyce,

Enclosed please find the following documents for filing in the above-captioned case.

1. Request For Enlargement of Time
2. Exhibit A Credentials of John Daignault
3. Exhibit B Description of On Site Academy
4. Exhibit C Credentials of Richard A. Siegel
5. Certificate of Service and Mail Service

Sincerely,

/s/ James S. Dilday, Esq.
James S. Dilday, Esq.

RECEIVED
CITY OF REVERE
06 MAR 28 AM 10:55
SOLICITOR