# EXHIBIT E

# THE CITY OF REVERE, MASSACHUSETTS

281 Broadway
Revere, MA 02151

OFFICE OF THE CITY SOLICITOR
Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)



Thomas G. Ambrosino
Mayor

April 3, 2006

James S. Dilday, Esq.
Grayer & Dilday, LLP
27 School Street, Suite 400
Boston, MA 02108

Re:   **Pechner-James, et al., v. City of Revere, et al.**

Dear Attorney Dilday:

In today's mail, I received what purports to be a letter from you dated March 30, 2006, conveying certain documents to my attention pursuant to Local Rule 7.1 of the Federal District Court. I say the letter purports to be from you because while it is on Grayer & Dilday letterhead, the letter is unsigned. Admittedly, someone has typed "/a/ James S. Dilday, Esq." where a signature would normally appear, but such an inscription is only valid for a pleading filed electronically, and not for correspondence between counsel. Thus, I have no way of knowing if the letter is from you or not. I note that the pleadings being served upon me (and not electronically filed at this time) also bear this inscription. I also note that two letters to the Clerk of the Court, one dated March 23, 2006, and the other dated March 27, 2006, also bear this inscription.

I am particularly concerned since the letter purports to invite me to meet and confer with *you* about the attached pleadings. This concern is made even more pressing due to the fact that what I had thought was a meet and confer process with *you* with respect to the Plaintiffs' partial motion for summary judgment, turned out not to be.

Thus, I write to obtain from you verification of the authenticity of the documents sent under cover of the March 30, 2006, letter. I would prefer receiving this verification by letter, personally signed by you. Thank you for your attention to this matter.

Sincerely,

Walter H. Porr, Jr.
Assistant City Solicitor

CC:   Attorney Michael Akerson