# EXHIBIT A

| | |
|---|---|
| **From:** | jsdilday@juno.com |
| **To:** | mjakerson@yahoo.com; |
| **CC:** | pcapizzi@revere.org; wporr@revere.org; |
| **Subject:** | Deposition tomorrow |
| **Date:** | Wednesday, April 05, 2006 5:16:51 PM |
| **Attachments:** | |

Gentlemen, I am going to have to cancel the deposition tomorrow. I am sorry to give you such short notice, but I have a general run down feeling and chills throughout my body. This is similar to the feelings that I experienced when I had a seizure last July and had to be hospitalized. My doctor told me to see him tomorrow at 10:00AM and to get some rest. I will contact all of you by email tomorrow and update my status for Friday.