# EXHIBIT A

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

February 15, 2006

Walter H. Porr, Esq.
Paul Capizzi, Esq.
Office of the City Solicitor
281 Broadway
Revere, MA 02151

Re:   Pechner-James v City of Revere et al.
      Motion For Summary Judgment

Dear Attorneys Porr and Capizzi,

Enclosed please find the following:

1. Notice of Motion Pursuant To Local Rule 7.1 & Copy of Naviant Marketing
2. Motion For Summary Judgment on Less Than All Issues Pursuant to Fed. R. Civ.P. 56(c)
3. Memorandum In Support of Motion
4. List of Exhibits
5. Exhibits 1-26

These documents are being sent to you pursuant to Local Rule 7.1 with a request to meet and confer within the next seven (7) days.

Sincerely,

James S. Dilday, Esq.

RECEIVED
CITY OF REVERE
06 FEB 21 AM 9:35
SOLICITOR