# **CERTIFICATE OF SERVICE**

I, James S. Dilday, Esq., counsel for the Plaintiffs, hereby certify that pursuant to this Court's Order in its OMNIBUS DISCOVERY ORDER AND STATUS REPORT- Docket No: 166, filed April 12, 2006, I have sent the copy of said order and status report to Mark James by mailing to him said order and report postage prepaid on April 14, 2006 at 10:55 a.m. at the address stated below. This office spoke directly with Mark James and confirmed his mailing address prior to mailing Docket No: 166.


/s/ James S. Dilday, Esq.
James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470