UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES ) | |
| and  SONIA FERNANDEZ ) | |
|     Plaintiffs ) | |
| ) | |
| VS. ) | |
| ) | |
| CITY OF REVERE, THOMAS ) | |
| AMBROSINO, MAYOR, CITY ) | |
| OF REVERE POLICE DEPT. ) | |
| TERRENCE REARDON, CHIEF ) | |
| OF POLICE, BERNARD FOSTER) | |
| SALVATORE SANTORO, ROY ) | |
| COLANNINO, FREDERICK ) | |
| ROLAND, THOMAS DOHERTY ) | |
| JOHN NELSON, JAMES RUSSO ) | |
| MICHAEL MURPHY and ) | |
| STEVEN FORD ) | |
|     Defendants ) | |

### CERTIFICATE OF SERVICE OF DOCKET NO: 166 ON MARK JAMES

I, James S. Dilday, Esq., counsel for the Plaintiffs, hereby certify that pursuant to this Court's Order in its OMNIBUS DISCOVERY ORDER AND STATUS REPORT- Docket No: 166, filed April 12, 2006, I have sent the copy of  said order and status report to Mark James by mailing to him said order and report postage prepaid on April 14, 2006 at 10:55 a.m. at the address stated below. This office spoke directly with Mark James and confirmed his mailing address prior to mailing Docket No: 166.

                                 Mark James
                                 P.O.Box 177
                               Georgetown, MA 01833

\

/s/ James S. Dilday, Esq.

James S. Dilday, Esq.
27 School Street, Suite 400
Boston, MA 02108
(617) 227-3470