UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| **TERRI L. PECHNER-JAMES** ) | |
| and  **SONIA FERNANDEZ** ) | |
| Plaintiffs ) | |
| ) | |
| VS. ) | |
| ) | |
| **CITY OF REVERE, THOMAS** ) | |
| **AMBROSINO, MAYOR, CITY** ) | |
| **OF REVERE POLICE DEPT.** ) | |
| **TERRENCE REARDON, CHIEF** ) | |
| **OF POLICE, BERNARD FOSTER** ) | |
| **SALVATORE SANTORO, ROY** ) | |
| **COLANNINO, FREDERICK** ) | |
| **ROLAND, THOMAS DOHERTY** ) | |
| **JOHN NELSON, JAMES RUSSO** ) | |
| **MICHAEL MURPHY and** ) | |
| **STEVEN FORD** ) | |
| Defendants ) | |

## COPY OF WRITTEN DISCOVERY PURSUANT TO  OMNIBUS ORDER DOCKET NO.166

**Status:**

On April 12, 2006, the Court, Magistrate Sorokin, stated the following as part of Docket No: 166:

> Thus, I ALLOW IN PART, the Motion to take the foregoing discovery. Plaintiff shall file by April 19, 2006, a copy of all the written discovery, if any, they propose and a description, not to exceed three pages of why the targeted discovery they seek was not already undertaken and remains necessary. Defendants shall have one week to file a response not to exceed five pages.

**Statement**

The Plaintiffs have previously served the following pleadings upon the Defendants. These pleadings remained unanswered and they are being filed with the court pursuant to Docket No. 166 and simultaneously mailed to counsel for the Defendants:

1. Plaintiff, Terri Pechner-James, First Set of Interrogatories Propounded To Defendant Thomas Ambrosino;

2. Plaintiff, Terri Pechner-James, First Set of Interrogatories Propounded Upon Defendant, Terrence Reardon;
3. Plaintiff, Sonia Fernandez, First Request For Production of Documents;
4. Plaintiff, Sonia Fernandez, First Set of Interrogatories Propounded To Thomas Ambrosino.

These documents are being mailed to the parties listed below postage prepaid:

>Walter H. Porr, Esq.
>Paul Capizzi, Esq.
>Office of the City Solicitor
>281 Broadway
>Revere, MA 02151

>Michael Akerson, Esq.
>John K. Vigliotti, Esq.
>Reardon, Joyce, & Akerson, P.C.
>397 Grove Street
>Worcester, MA 01605

/s/ James S. Dilday, Esq.
James S. Dilday, Esq.