UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Terri Pechner-James and )<br>Sonia Fernandez )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>City of Revere, Thomas Ambrosino, Mayor )<br>City of Revere, Police Department, )<br>Terrence Reardon, Chief, )<br>Bernard Foster, Salvatore Santoro, Roy )<br>Colannino, Frederick Roland, Thomas Doherty, )<br>John Nelson, James Russo, Michael Murphy, )<br>and Steven Ford, )<br>    Defendants. )<br>) | C.A. NO. 03-12499-MLW |

### DEFENDANTS BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDRICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD'S STATUS REPORT

Now come the above-stated defendants in the above-entitled matter and provide the Court with the following status report as per the Court's Omnibus Discovery Order and Status Report dated April 12, 2006, requiring the filing of agreed upon deposition dates for the plaintiffs' continued depositions. The parties have agreed to the following dates, times and location for the depositions of the plaintiffs:

        May 4, 2006 from 1 p.m. to 5 p.m. at Revere City Hall
        May 5, 2006 from 10 a.m. to 5 p.m. in Worcester
        May 11, 2006 from 1 p.m. to 5 p.m. at Revere City Hall
        May 12, 2006 from 10 a.m. to 5 p.m. in Worcester
        May 16, 2006 from 1 p.m. to 5 p.m. at Revere City Hall
        May 18, 2006 from 10 a.m. to 5 p.m. in Worcester
        May 19, 2006 from 1 p.m. to 5 p.m. at Revere City Hall
        May 25, 2006 from 10 a.m. to 5 p.m. in Worcester
        May 26, 2006 from 10 a.m. to 5 p.m. in Worcester
        May 30, 2006 from 10:30 a.m. to 5 p.m. at Revere City Hall

Counsel further states that the depositions listed above that are scheduled to be held in Worcester were agreed to by all counsel prior to the Court's April 11, 2006, status conference. Though the Court's order reflects that the depositions are to run daily from 10 a.m. to 5 p.m., plaintiffs' counsel's unavailability precludes compliance with the strict terms of the Court order. Thus, in an effort to conclude the plaintiffs' depositions, defense counsel has agreed to both schedule short deposition days (from 1pm to 5 pm) and move them to Revere City Hall.

The undersigned counsel states that he has spoken with plaintiffs' counsel on April 20, 2006, and with the City of Revere's counsel on April 20 and 21, 2006, as to their availability for the foregoing deposition dates.

>Defendants Bernard Foster, Salvatore Santoro, Roy Colannino, Frederick Roland, Thomas Doherty, John Nelson, James Russo, Michael Murphy and Steven Ford,
>By their attorneys,
>
>/s/ Michael J. Akerson
>Michael J. Akerson
>BBO#: 558565
>John K. Vigliotti
>BBO#: 642337
>REARDON, JOYCE & AKERSON, P.C.
>397 Grove Street
>Worcester, MA 01605
>(508) 754-7285

Dated: April 21, 2006

## Certifcate of Service

I, Michael J. Akerson, hereby certify that Defendants Bernard Foster, Salvatore Santoro, Roy Colannino, Fredrick Roland, Thomas Doherty, John Nelson, James Russo, Michael Murphy and Steven Ford's Status Report has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Michael J. Akerson
Michael J. Akerson