**Grayer & Dilday, LLP**

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470   FAX (617) 227-9231

FILED
CLERKS OFFICE
2006 APR 20 A 11: 58
U.S. DISTRICT COURT
DISTRICT OF MASS.

April 19, 2006

Kathleen Boyce, Docket Clerk
U.S. district Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Terri Pechner-James and Sonia Fernandez v City of Revere et al: 03-12499MLW

Dear Ms Boyce,

Enclosed please find the following documents for filing in the above-captioned case. These documents are being filed pursuant to Docket No. 166.

1. Plaintiff (Terri Pechner-James) First Set of Interrogatories Propounded To Defendant Terrence Reardon;
2. Plaintiff (Terri Pechner-James) First set of Interrogatories Propounded to Defendant Thomas Ambrosino;
3. Plaintiff (Terri Pechner-James) First Request For Production of documents to Defendant City of Revere
4. Plaintiff Sonia Fernandez, First Request For Production of Documents To The Defendant City of Revere;
5. Plaintiff Sonia Fernandez First Set of Interrogatories Propounded Upon Thomas Ambrosino.

Sincerely,

/s/ James S. Dilday, Esq.
James S. Dilday, Esq.

Cc:   Michael Akerson, Esq
      Office of the City Solicitor
      City of Revere