# EXHIBIT A



# REARDON, JOYCE & AKERSON, P.C.

EDWARD P. REARDON (Retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCINI

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

April 28, 2006

Via telefax # 617-227-9231 and U.S. Mail

James S. Dilday, Esq.
27 School Street, Suit 400
Boston, MA 02108

RE: **Pechner-James and Fernandez v. City of Revere, et als**

Dear Attorney Dilday:

Please note the agreed to deposition dates in May with some to be held in Worcester and others to be held in Revere have been assigned as per the attached schedule. Please note that deposition notice for the Worcester dates have been sent out with the Revere notices to be sent out today.

Should you have any questions please do not hesitate to contact Attorney Akerson.

Very truly yours,

Donna Cormier

DLC/hs
Enclosure
cc:   Walter Porr, Jr., Asst City Solicitor - via telefax #781-286-8205

RECEIVED
CITY OF REVERE
06 MAY -1 AM 10:23
SOLICITOR

# DEPOSITION SCHEDULE

May 4, 2006 from 1 p.m. to 5 p.m. at Revere City Hall
   Sonia Fernandez

May 5, 2006 from 10 a.m. to 5 p.m. in Worcester
   Terry James

May 11, 2006 from 1 p.m. to 5 p.m. at Revere City Hall
   Terry James

May 12, 2006 from 10 a.m. to 5 p.m. in Worcester
   Sonia Fernandez

May 16, 2006 from 1 p.m. to 5 p.m. at Revere City Hall
   Sonia Fernandez

May 18, 2006 from 10 a.m. to 5 p.m. in Worcester
   Sonia Fernandez

May 19, 2006 from 1 p.m. to 5 p.m. at Revere City Hall
   Terry James

May 25, 2006 from 10 a.m. to 5 p.m. in Worcester
   Terry James

May 26, 2006 from 10 a.m. to 5 p.m. in Worcester
   Sonia Fernandez

May 30, 2006 from 10:30 a.m. to 5 p.m. at Revere City Hall
   Terry James