# EXHIBIT B

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

April 28, 2006

Michael Akerson, Esquire
Reardon, Joyce & Akerson
397 Grove Street
Worcester, MA 01605

Walter Porr, Esquire
City Solicitor's Office
281 Broadway
Revere, MA 02151

Re: Pechner-James and Fernandez v. City of Revere, et.al.

Dear Messrs. Akerson and Poor:

    I am in receipt of the letter dated today and the proposed deposition schedule. I am requesting a change in the schedule for May 18, 2006. I recently had to have my right knee drained in an emergency room procedure because of a fluid buildup. As a result, an appointment with an orthopedic surgeon was scheduled for 10:30AM on May18, 2006. I would probably be able to commence at 1:00PM if the deposition were moved to Boston or Revere. I would rather do that as opposed to rescheduling the entire deposition.

    Please let me know your collective thoughts on this?

Very truly yours,

James S. Dilday

JSD/js

RECEIVED
CITY OF REVERE
06 MAY -1 AM 10: 22
SOLICITOR