# EXHIBIT C

# REARDON, JOYCE & AKERSON, P.C.

EDWARD P. REARDON (Retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCINI

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

April 28, 2006

James S. Dilday, Esq.
27 School Street, Suit 400
Boston, MA 02108

COPY

RE: Pechner-James and Fernandez v. City of Revere, et als

Dear Attorney Dilday:

Enclosed with reference to the above case, please find five (5) depositions notices all scheduled in May at Revere City Hall.

Should you have any questions, please feel free to contact Attorney Akerson.

Very truly yours,

Donna Cormier

DLC/hs
Enclosures
cc:   Paul Capizzi, City Solicitor
      Walter Porr, Jr., Asst City Solicitor

SOLICITOR
06 MAY -1 AM 10:53
CITY OF REVERE
RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Terri Pechner-James and <br> Sonia Fernandez <br>     Plaintiffs, <br><br> v. <br><br> City of Revere, Thomas Ambrosino, Mayor <br> City of Revere, Police Department, <br> Terrence Reardon, Chief, <br> Bernard Foster, Salvatore Santoro, Roy <br> Colannino, Frederick Roland, Thomas Doherty, <br> John Nelson, James Russo, Michael Murphy, <br> and Steven Ford, <br>     Defendants. | C.A. NO. 03-12499-MLW |

**COPY**

### RE-NOTICE OF TAKING DEPOSITION

To:   James S. Dilday, Esq.            Paul Capizzi, City Solicitor
      27 School Street, Suite 400      Office of the City Solicitor, City Hall
      Boston, MA 02108                 281 Broadway
                                       Revere, MA 01251

    Please take notice that commencing on **Thursday, May 4, 2006 at 1:00 p.m.**, at the Revere City Solicitor's Office, Revere City Hall, 281 Broadway, Revere, MA 02151, the Defendants in this action by their attorney will take the deposition upon oral examination of **Sonia Fernandez**, pursuant to Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

                                            Michael J. Akerson
                                            John K. Vigliotti
                                            Reardon, Joyce & Akerson, P.C.
                                            397 Grove Street
                                            Worcester, MA 01605
                                            (508) 754-7285

**CERTIFICATE OF SERVICE**

    I, John K. Vigliotti, hereby certify that a copy of the foregoing Re-Notice of Taking Deposition was mailed on this 28th day of April, 2006 via first class mail postage prepaid to all counsel of record as follows:

Paul Capizzi, City Solicitor
Office of the City Solicitor, City Hall
281 Broadway
Revere, MA 01251

James S. Dilday, Esq.
27 School Street, Suit 400
Boston, MA 02108

By: _____
John K. Vigliotti, Esq.

cc:    McCarthy Reporting
       12 Harvard Street
       Worcester, MA 01609
       (508) 753-3889