UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TERRI PECHNER-JAMES and SONIA FERNANDEZ,** )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,** )<br>Defendants, ) | C.A. No. 03-12499-MLW |

### DEFENDANT, CITY OF REVERE'S, CERTIFICATE OF COMPLIANCE RE: LOCAL RULE 7.1(a)(2) RE: MOTION FOR SANCTIONS

On May 5, 2006, prior to commencing the deposition of Plaintiff Pechner, I met face to face with Attorney James Dilday about the motion for sanctions related to this certificate. He declined to dismiss the case of Plaintiff Sonia Fernandez or to pay the requested sanctions.

    For the Defendant, **CITY OF REVERE**,

    By its Attorneys,

       /s/ Walter H. Porr, Jr.
    Paul Capizzi, Esq.
    City Solicitor
    BBO#: 646296
    pcapizzi@rvere.org
    Walter H. Porr, Jr., Esq.
    Assistant City Solicitor
    BBO#: 659462
    wporr@revere.org
    City Hall, 281 Broadway
    Revere, MA 02151
    781-286-8166

Dated: May 5, 2006.

2

## CERTIFICATE OF SERVICE

      I, Walter H. Porr, Jr., Assistant City Solicitor and counsel of record for the Defendants, City of Revere and the City of Revere Police Department, hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I caused to be served upon counsel of record, at the address stated below, via the method indicated, a true copy of same:

| | |
|---|---|
| James S. Dilday, Esq. | Michael J. Akerson, Esq. |
| Grayer & Dilday, LLP | Reardon, Joyce and Akerson, P.C. |
| 27 School Street, Suite 400 | 397 Grove Street |
| Boston, MA 02108 | Worcester, MA 01605 |
| Attorneys for the Plaintiffs | Attorneys for Defendants |
| Via CM/ECF e-mail | Bernard Foster, Salvatore Santoro, |
| | Roy Colannino, Frederick Roland, |
| | Thomas Doherty, John Nelson, |
| | James Russo, Michael Murphy, |
| | and Steven Ford |
| | Via CM/ECF e-mail |

                                                                   /s/ Walter H. Porr, Jr.
                                                                   Walter H. Porr, Jr.,

Dated: May 5, 2006