# EXHIBIT A

# REARDON, JOYCE & AKERSON, P.C.

EDWARD P. REARDON (Retired)
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI
ANDREW J. GAMBACCINI

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

April 28, 2006

James S. Dilday, Esq.
27 School Street, Suit 400
Boston, MA 02108

RE: Pechner-James and Fernandez v. City of Revere, et als

Dear Attorney Dilday:

Enclosed with reference to the above case, please find five (5) depositions notices all scheduled in May at Revere City Hall.

Should you have any questions, please feel free to contact Attorney Akerson.

Very truly yours,

Donna Cormier

DLC/hs
Enclosures
cc: Paul Capizzi, City Solicitor
    Walter Porr, Jr., Asst City Solicitor

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Terri Pechner-James and<br>Sonia Fernandez<br>    Plaintiffs,<br><br>v.<br><br>City of Revere, Thomas Ambrosino, Mayor<br>City of Revere, Police Department,<br>Terrence Reardon, Chief,<br>Bernard Foster, Salvatore Santoro, Roy<br>Colannino, Frederick Roland, Thomas Doherty,<br>John Nelson, James Russo, Michael Murphy,<br>and Steven Ford,<br>    Defendants. | C.A. NO. 03-12499-MLW |

### RE-NOTICE OF TAKING DEPOSITION

To:    James S. Dilday, Esq.        Paul Capizzi, City Solicitor
        27 School Street, Suite 400   Office of the City Solicitor, City Hall
        Boston, MA 02108            281 Broadway
                                            Revere, MA 01251

      Please take notice that commencing on **Thursday, May 11, 2006 at 1:00 p.m.**, at the Revere City Solicitor's Office, Revere City Hall, 281 Broadway, Revere, MA 02151, the Defendants in this action by their attorney will take the deposition upon oral examination of **Terri Pechner-James**, pursuant to Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

                                                                Michael J. Akerson
                                                                John K. Vigliotti
                                                                Reardon, Joyce & Akerson, P.C.
                                                                397 Grove Street
                                                                Worcester, MA 01605
                                                                (508) 754-7285

## CERTIFICATE OF SERVICE

I, John K. Vigliotti, hereby certify that a copy of the foregoing Re-Notice of Taking Deposition was mailed on this 28th day of April, 2006 via first class mail postage prepaid to all counsel of record as follows:

Paul Capizzi, City Solicitor
Office of the City Solicitor, City Hall
281 Broadway
Revere, MA 01251

James S. Dilday, Esq.
27 School Street, Suit 400
Boston, MA 02108

By: _____
John K. Vigliotti, Esq.

cc: McCarthy Reporting
12 Harvard Street
Worcester, MA 01609
(508) 753-3889