# EXHIBIT F

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET — SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 * FAX (617) 227-9231

May 9, 2006

**BY FAX**

Michael Akerson, Esquire
John Vigliotti, Esquire
397 Grove Street
Worcester, MA 01605

Walter H. Porr, Esquire
Paul Capizzi, Esquire
Office of City Solicitor
281 Broadway
Revere, MA 02151

  Re: Terri L. Pechner James, et al
  Vs. City of Revere, et al
    U.S. District Court
    Docket No. 03-12499 MLW

Dear Counsel:

  With respect to the deposition scheduled for May 11, 2006, it is requested that we do Sonia Fernandez in place of Terri Pechner James. We will discuss Terri's new date at that time.

  Please call me if you have any questions.

Very truly yours,

*James S. Dilday*

James S. Dilday

JSD:jab

## GRAYER & DILDAY, LLP
### COUNSELORS-AT-LAW
27 SCHOOL STREET, SUITE 400
BOSTON, MA 02108
TELEPHONE: (617) 227-3470
FAX: (617) 227-9231

### FAX COVER SHEET

Date: 5/9/06

Fax: (781) 286-2918

To: Walter Porr

From: James Dilday

Re: Pechner / Fernandez

Pages to Follow: 1

Message: ___

*If there is any problem in transmission, please call us at (617) 227-3470*

THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS PRIVILEDGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, THE LAW PROHIBITS YOU FROM ANY DISSEMINATION, DISTRIBUTION OR COPYING OR USE OF THIS DOCUMENT. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE TO ARRANGE FOR THE DESTRUCTION OR RETURN OF THE ORIGINAL DOCUMENT TO US.

[Stamp: RECEIVED CITY OF REVERE 06 MAY 10 AM 8:44 SOLICITOR]