# EXHIBIT H

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

May 10, 2006

**BY FAX**

Michael Akerson, Esquire
John Vigliotti, Esquire
397 Grove Street
Worcester, MA 01605

Walter H. Porr, Esquire
Paul Capizzi, Esquire
Office of City Solicitor
281 Broadway
Revere, MA 02151

Re: Terri L. Pechner James, et al
Vs. City of Revere, et al
U.S. District Court
Docket No. 03-12499 MLW

Dear Counsel:

I have a court appearance in the morning and would request the deposition time be changed from 1:00 p.m. – 5:00., to 2:00 p.m. to 5:00 p.m.

Please call me if you have any questions.

Very truly yours,

James S. Dilday

JSD:jab

# GRAYER & DILDAY, LLP
## COUNSELORS-AT-LAW
27 SCHOOL STREET, SUITE 400
BOSTON, MA 02108
TELEPHONE: (617) 227-3470
FAX: (617) 227-9231

### FAX COVER SHEET

Date: 5/10/06

Fax: (781) 286-8205

To: Walter Port / Paul Capizzi

From: Lechner

Re: James A. Dilday

Pages to Follow:

Message:

If there is any problem in transmission, please call us at (617) 227-3470

THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS PRIVILEDGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, THE LAW PROHIBITS YOU FROM ANY DISSEMINATION, DISTRIBUTION OR COPYING OR USE OF THIS DOCUMENT. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE TO ARRANGE FOR THE DESTRUCTION OR RETURN OF THE ORIGINAL DOCUMENT TO US.