# EXHIBIT A

# McCARTHY REPORTING SERVICE

Your Complete Reporting Service
- Court
- Deposition
- Conference
- Litigation Support
- Video Services

OVER 40 YEARS' PROFESSIONAL SERVICE
LISTED IN MARTINDALE HUBBELL
FED. ID No. 042965750

12 Harvard Street
Worcester, MA 01609-2831
508-753-3889
508-753-8309
Fax 508-799-6431

---

WALTER PORR, ESQ
CITY OF REVERE
SOLICITOR'S OFFICE
281 BROADWAY
REVERE, MA  02151

May  9, 2006

Invoice#  61797

Balance:       $750.55

Re: PECHNER V CITY OF REVERE
on 05/05/06 by NANCY DIEMDOWICZ

*RECEIVED CITY OF REVERE SOLICITOR 06 MAY 10 PM 1:18*

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF TERRI PECHNER-JAMES VOLUME IV | |
| TRANSCRIPT:   213    PGS. | 500.55 |
| EXPEDITE FEE | 250.00 |
| MINI & WORD INDEX FREE | |

P l e a s e   R e m i t   - - - >   Total Due:     $750.55

*THANK YOU FOR YOUR CONTINUED BUSINESS*
*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

*ok to pay WHP*