# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TERRI PECHNER-JAMES and SONIA FERNANDEZ,** ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,** ) <br> Defendants, ) | C.A. No. 03-12499-MLW |

## DEFENDANT, CITY OF REVERE'S, CERTIFICATE OF COMPLIANCE
## RE: LOCAL RULE 7.1(a)(2) RE: MOTION FOR SANCTIONS

On May 12, 2006, prior to commencing the deposition of Plaintiff Fernandez, I met face to face with Attorney James Dilday about the motion for sanctions related to this certificate. He declined to dismiss the case of Plaintiff Terri Pechner, to agree to any of the proposed evidentiary sanctions as an alternative to dismissal, to pay the requested sanctions or a reduced amount thereof, or to agree to the requested protective order. He did agree that the Defendants represented by the undersigned would be entitled to an additional one half day of deposition time.

[Signature on next page.]

        For the Defendant, **CITY OF REVERE**,

        By its Attorneys,

        \_\_/s/ Walter H. Porr, Jr.\_\_\_\_
        Paul Capizzi, Esq., City Solicitor
        BBO#: 646296
        pcapizzi@rvere.org
        Walter H. Porr, Jr., Esq., Assistant City Solicitor
        BBO#: 659462
        wporr@revere.org
        City Hall, 281 Broadway
        Revere, MA 02151
        781-286-8166

Dated: May 12, 2006.

## CERTIFICATE OF SERVICE

    I, Walter H. Porr, Jr., Assistant City Solicitor and counsel of record for the Defendants, City of Revere and the City of Revere Police Department, hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I caused to be served upon counsel of record, at the address stated below, via the method indicated, a true copy of same:

| | |
|---|---|
| James S. Dilday, Esq. | Michael J. Akerson, Esq. |
| Grayer & Dilday, LLP | Reardon, Joyce and Akerson, P.C. |
| 27 School Street, Suite 400 | 397 Grove Street |
| Boston, MA 02108 | Worcester, MA 01605 |
| Attorneys for the Plaintiffs | Attorneys for Defendants |
| Via CM/ECF e-mail | Bernard Foster, Salvatore Santoro, |
| | Roy Colannino, Frederick Roland, |
| | Thomas Doherty, John Nelson, |
| | James Russo, Michael Murphy, |
| | and Steven Ford |
| | Via CM/ECF e-mail |

        /s/ Walter H. Porr, Jr.
        Walter H. Porr, Jr.,

Dated: May 12, 2006