# EXHIBIT A

May 18, 2006

**Paul Capizzi Travel Reimbursement**

Matter: *Pechner-James and Fernandez v. City of Revere, et al*
Deposition of Sonjia Fernandez at the law offices of Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA.  (Deposition was cancelled while on route.)

<u>Tolls</u>

| | |
|---|---|
| Ted Williams Tunnel | $3.00 |
| MA Pike Cambridge | $1.00 |
| MA Pike Worcester | $1.60 |
| MA Pike Worcester (return) | $1.60 |
| MA Pike Cambridge (return) | $1.00 |
| Total | $8.20 |

<u>Mileage</u>

Revere to Worcester and return trip
70 miles x  $.32           $22.40

**Total       $30.60**