# EXHIBIT A

  

A community based
organization of healthcare
professionals associated
with Beth Israel Deaconess
Medical Center, a
teaching hospital of
Harvard Medical School

May 18, 2006

To Whom This May Concern

RE: Sonia Fernandez

Dear Sir/Madam:

This patient was evaluated today at the Beth Israel Deaconess Medical Care Center North for an acute medical problem.

Sincerely

Shilpa D. Thakur, MD

[SOURCE: OMR]

1000 Broadway
Chelsea, MA 02150

(617) 660-6700
fax (617) 660-6702

**GRAYER & DILDAY**
**COUNSELORS-AT-LAW**
27 SCHOOL STREET, SUITE 400
BOSTON MA 02108
TELEPHONE: (617) 227-3470
FAX: (617) 227-9231

**FAX COVER SHEET**

Date:   May 18, 2006

Fax:    508-754-7220, 781-286-8205

To:     John Vigliott, Esq., Walter Porr, Esq.

From:   Attorney James S. Dilday

Re:     Sonia Fernandez deposition

Pages to Follow:   one

Message:

Enclosed is a copy of a letter from Beth Israel Deaconess attesting to the fact that Ms Fernandez was treated in the hospital today.

*If there is any problem in transmission, please call us at (617) 227-3470*

THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, THE LAW PROHIBITS YOU FROM ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF THIS DOCUMENT. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE TO ARRANGE FOR THE DESTRUCTION OR RETURN OF THE ORIGINAL DOCUMENT TO USE.