# EXHIBIT B

Case 1:03-cv-12499-MLW   Document 198-3   Filed 05/19/2006   Page 1 of 6

# THE CITY OF REVERE, MASSACHUSETTS

281 Broadway
Revere, MA 02151



OFFICE OF THE CITY SOLICITOR

Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

May 19, 2006

**VIA FACSIMILE ONLY - 617-227-9231**

James S. Dilday, Esq.
Grayer & Dilday, LLP
27 School Street, Suite 400
Boston, MA 02108

Re:  Pechner-James, et al., v. City of Revere, et al.

Dear Attorney Dilday:

Receipt of your fax dated May 18, 2006, forwarding the one page letter from Beth Israel Deaconess Medical Care Center concerning Plaintiff Sonia Fernandez is hereby acknowledged. I would call to your attention the fact that the letter in question merely states that Plaintiff Fernandez was "evaluated . . . for an acute medical problem." I note that the letter does NOT say that she was "treated" for anything, NOR does the letter indicate what precisely the acute medical problem was which prevented her from attending her previously scheduled deposition. In light of these glaring deficiencies, I must insist upon Plaintiff Fernandez's production of the actual medical records from this "evaluation." Furthermore, in light of the pending Status Conference on Monday, May 22, 2006, I am further insisting that these records be produced at or before said conference.

Sincerely,

Walter H. Porr, Jr.
Assistant City Solicitor

cc:    Michael Akerson, Esq., via fax 508-754-7220

```
*************** -COMM. JOURNAL- ******************* DATE MAY-19-2006 ***** TIME 09:30 ********

         MODE = MEMORY TRANSMISSION              START=MAY-19 09:29    END=MAY-19 09:30

            FILE NO.=261

 STN    COMM.      ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES      DURATION
 NO.               ABBR NO.

 001    OK         ā            96172279231                               001/001    00:00:32


                                                             -REVERE SOLICITOR OFFICE   -
***** UF-9000 ********************* -          - ***** -     781 286 8205- *********
```

# THE CITY OF REVERE, MASSACHUSETTS

281 Broadway
Revere, MA 02151



OFFICE OF THE CITY SOLICITOR
Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

May 1, 2006

**VIA FACSIMILE ONLY - 617-227-9231**

James S. Dilday, Esq.
Grayer & Dilday, LLP
27 School Street, Suite 400
Boston, MA 02108

Re:   Pechner-James, et al., v. City of Revere, et al.

Dear Attorney Dilday:

Receipt of your fax dated May 18, 2006, forwarding the one page letter from Beth Israel Deaconess Medical Care Center concerning Plaintiff Sonia Fernandez is hereby acknowledged. I would call to your attention the fact that the letter in question merely states that Plaintiff Fernandez was "evaluated . . . for an acute medical problem." I note that the letter does NOT say that she was "treated" for anything, NOR does the letter indicate what precisely the acute medical problem was which prevented her from attending her previously scheduled deposition. In light of these glaring deficiencies, I must insist upon Plaintiff Fernandez's production of the actual medical records from this "evaluation." Furthermore, in light of the pending Status Conference on Monday, May 22, 2006, I am further insisting that these records be produced at or before said conference.

Sincerely,

Walter H. Porr, Jr.
Assistant City Solicitor

cc:   Michael Akerson, Esq., via fax 508-754-7220

```
*************** -COMM. JOURNAL- ******************** DATE MAY-19-2006 ***** TIME 09:40 ********

         MODE = MEMORY TRANSMISSION              START=MAY-19 09:39      END=MAY-19 09:40

            FILE NO.=263

STN    COMM.       ONE-TOUCH/    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.       PAGES       DURATION
NO.                ABBR NO.

001    OK          ☎             96172279231                                   002/002     00:00:50


                                                            -REVERE SOLICITOR OFFICE   -

***** UF-9000 ********************* -          - ***** -    781 286 8205- *********
```

# THE CITY OF REVERE, MASSACHUSETTS

281 Broadway
Revere, MA 02151

Thomas G. Ambrosino
Mayor

OFFICE OF THE CITY SOLICITOR
Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

To: James Dilday, Esq.
From: Karen DiMartino
Date: 5/19/06
# Of Pages: 2 Including Cover Sheet
RE: Correction to letter just faxed.

**Message:**

Please find updated letter just faxed to you with the correct Date, May 19th not May 1st.

Thank you
Karen

**Confidentiality Notice:**

The information contained in this facsimile message is intended for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution or copy of this communication other than to the individual or entity named above is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message (and any copies) to sender named above. Thank you for your assistance.

```
*************** -COMM. JOURNAL- ******************** DATE MAY-19-2006 ***** TIME 09:31 ********

      MODE = MEMORY TRANSMISSION          START=MAY-19 09:31    END=MAY-19 09:31
         FILE NO.=262
  STN   COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES    DURATION
  NO.           ABBR NO.
  001   OK      ā            915087547220                              001/001   00:00:19


                                                          -REVERE SOLICITOR OFFICE  -
***** UF-9000 ********************* -       - ***** -     781 286 8205- *********
```

# THE CITY OF REVERE, MASSACHUSETTS

281 Broadway
Revere, MA 02151



OFFICE OF THE CITY SOLICITOR
Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

May 1, 2006

**VIA FACSIMILE ONLY - 617-227-9231**

James S. Dilday, Esq.
Grayer & Dilday, LLP
27 School Street, Suite 400
Boston, MA 02108

    Re:    Pechner-James, et al., v. City of Revere, et al.

Dear Attorney Dilday:

    Receipt of your fax dated May 18, 2006, forwarding the one page letter from Beth Israel Deaconess Medical Care Center concerning Plaintiff Sonia Fernandez is hereby acknowledged. I would call to your attention the fact that the letter in question merely states that Plaintiff Fernandez was "evaluated . . . for an acute medical problem." I note that the letter does NOT say that she was "treated" for anything, NOR does the letter indicate what precisely the acute medical problem was which prevented her from attending her previously scheduled deposition. In light of these glaring deficiencies, I must insist upon Plaintiff Fernandez's production of the actual medical records from this "evaluation." Furthermore, in light of the pending Status Conference on Monday, May 22, 2006, I am further insisting that these records be produced at or before said conference.

Sincerely,

Walter H. Porr, Jr.
Assistant City Solicitor

cc:    Michael Akerson, Esq., via fax 508-754-7220

```
************** -COMM. JOURNAL- ******************* DATE MAY-19-2006 ***** TIME 09:42 ********

         MODE = MEMORY TRANSMISSION              START=MAY-19 09:41      END=MAY-19 09:41

         FILE NO.=264
STN    COMM.    ONE-TOUCH/    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES    DURATION
NO.             ABBR NO.

001    OK       ă             915087547220                                002/002  00:00:29
```

                                                      -REVERE SOLICITOR OFFICE -
***** UF-9000 ********************** -          - ***** -    781 286 8205- *********

# THE CITY OF REVERE, MASSACHUSETTS
281 Broadway
Revere, MA 02151

**OFFICE OF THE CITY SOLICITOR**
Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

To: James Dilday, Esq.
From: Karen DiMartino
Date: 5/19/06
# Of Pages: 2 Including Cover Sheet
RE: Correction to letter just faxed.

**Message:**

Please find updated letter just faxed to you with the correct Date, May 19th not May 1st.

Thank you
Karen

**Confidentiality Notice:**

The information contained in this facsimile message is intended for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution or copy of this communication other than to the individual or entity named above is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message (and any copies) to sender named above. Thank you for your assistance.