UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERRI PECHNER- JAMES and )
SONIA FERNANDEZ, )
)
       Plaintiffs, )
) Civil Action No.03cv12499-MLW
    v. )
)
CITY OF REVERE et. al. )
)
       Defendants. )

DISCOVERY ORDER

May 22, 2006

SOROKIN, M.J.

    Today the Court held a hearing on various discovery issues.

    The City Defendants have moved to dismiss (docket #182) Plaintiff Fernandez' case as a sanction for the failure of Fernandez and her counsel to appear on May 4, 2006 for one day of her several days of her deposition. The City Defendants have moved (docket #188) for sanctions arising out of the deposition of Plaintiff Pechner on May 5, 2005. Specifically, the City Defendants request dismissal, monetary sanctions, an additional day of deposition time and/or a protective order regarding Ms. Pecher-James' conduct at the remainder of her deposition.

    To date, a half-day of deposition time for Ms. Pechner-James has not occurred and one and one-half days of deposition time for Ms. Fernandez has not occurred. All counsel proposed June 2 (one half day), June 7 (full day), June 9 (one half day) and June 12 (full day) to complete the depositions by finishing the missed times as well as, the extra day of deposition time, if allowed as to Ms. Pechner-James.

The Court makes the following ORDERS.

1. Although the discovery period ends on June 1, 2006, the parties are granted leave to conclude the depositions on the dates they proposed.

2. From among the dates counsel proposed they shall submit a schedule for the extra half-day of Pechner's deposition and one and one-half days of deposition for Fernandez. They shall submit this schedule no later than **Friday May 26, 2006.** If the Court orders, as a sanction on the City Defendants' Motion, another day of deposition time for Pechner, it will be scheduled at that point in time.

3. Defense counsel shall not inquire into the Plaintiffs' sexual relationships absent prior approval of the Court.

4. The City Defendants' Motions are taken under advisement (Docket #s 182 and 188).

/s/ LEO T. SOROKIN
Leo T. Sorokin
United States Magistrate Judge