UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Terri Pechner-James and<br>Sonia Fernandez<br>    Plaintiffs,<br><br>v.<br><br>City of Revere, Thomas Ambrosino, Mayor<br>City of Revere, Police Department,<br>Terrence Reardon, Chief,<br>Bernard Foster, Salvatore Santoro, Roy<br>Colannino, Frederick Roland, Thomas Doherty,<br>John Nelson, James Russo, Michael Murphy,<br>and Steven Ford,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 03-12499-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDRICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD'S STATUS REPORT

Now come the above-stated defendants in the above-entitled matter and provide the Court with the following status report as per the Court's Discovery Order dated May 22, 2006, requiring the filing of agreed upon deposition dates for the plaintiffs' continued depositions as attached hereto as Exhibit A.

 

Defendants Bernard Foster, Salvatore
Santoro, Roy Colannino, Frederick
Roland, Thomas Doherty, John Nelson, James
Russo, Michael Murphy and Steven Ford,
By their attorneys,

/s/ Michael J. Akerson
Michael J. Akerson
BBO#: 558565
John K. Vigliotti
BBO#: 642337
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285

## Certifcate of Service

I, Michael J. Akerson, hereby certify that Defendants Bernard Foster, Salvatore Santoro, Roy Colannino, Fredrick Roland, Thomas Doherty, John Nelson, James Russo, Michael Murphy and Steven Ford's Status Report has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Michael J. Akerson
Michael J. Akerson