Amended 5.23.06 by MJA

# DEPOSITION SCHEDULE

May 25, 2006 from 10 a.m. to 5 p.m. in Worcester
 Terry James

May 26, 2006 from 10 a.m. to 5 p.m. in Worcester
 Sonia Fernandez

May 30, 2006 from 10:30 to 5 p.m. in Worcester
 Terry James

June 2, 2006 from 1:00 p.m. to 5 p.m. at Revere City Hall
 Sonia Fernandez

June 7, 2006 from 10 a.m. to 5 p.m. in Worcester
 Terry James

June 9, 2006 from 1:00 p.m. to 5 p.m. at Revere City Hall
 Sonia Fernandez

June 12, 2006 from 10:00 a.m. to 5 p.m.
 To be determined who & where.