# EXHIBIT B



# McCARTHY
## REPORTING SERVICE

OVER 40 YEARS' PROFESSIONAL SERVICE

LISTED IN MARTINDALE HUBBELL

FED. ID No. 042965750



12 Harvard Street
Worcester, MA
01609-2831
508-753-3889
508-753-8309
Fax 508-799-6431

WALTER PORR, ESQ
CITY OF REVERE
SOLICITOR'S OFFICE
281 BROADWAY
REVERE, MA  02151

May 31, 2006

Invoice# 62085

Balance:    $908.65

Re: PECHNER V CITY OF REVERE
    on 05/25/06 by NANCY DIEMDOWICZ

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| CONT'D DEPO. OF TERRI PECHNER-JAMES    VOL. VI | |
| 259-PAGE TRANSCRIPT: | 608.65 |
| EXPEDITING FEE: | 300.00 |
| HAND-DELIVERED TO ATTY. PORR ON 5/30/06 | |
| McCARTHY MINI & WORD INDEX   -   FREE | |
| ASCII DISKETTE               -   FREE | |

P l e a s e   R e m i t   - - - >    Total Due:    $908.65

*THANK YOU FOR YOUR CONTINUED BUSINESS*
*PLEASE REMIT PAYMENT WITHIN 30 DAYS*