UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TERRI PECHNER-JAMES and SONIA FERNANDEZ,**<br>      Plaintiffs,<br><br>v.<br><br>**CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,**<br>      Defendants, | C.A. No. 03-12499-MLW |

### AFFIDAVIT OF WALTER H. PORR, JR., IN SUPPORT OF MAYOR THOMAS AMBROSINO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

I, Walter H. Porr, Jr., do hereby depose and state:

1. I am an Assistant City Solicitor for the City of Revere and have been so employed since December 13, 2004. I am an attorney of record for Defendants, City of Revere and the City of Revere Police Department, in this action.

2. On the morning of June 1, 2006, I received ECF notification of and downloaded Plaintiff's Motion to Compel Mayor Ambrosino's answers to interrogatories. After completing Chief Reardon's opposition to a companion motion, I immediately began preparing the Mayor's opposition and this Affidavit, which have taken at least two hours.

3. Based upon the foregoing, the City of Revere is seeking sanctions in the amount of $500.00 based upon the expenditure of two (2) hours time at an hourly rate of $250.00 per hour.

2

Signed under the pains and penalties of perjury this 1st day of June, 2006.

Respectfully submitted,

/s/ Walter H. Porr, Jr.
Walter H. Porr, Jr.

## CERTIFICATE OF SERVICE

I, Walter H. Porr, Jr., Assistant City Solicitor and counsel of record for the Defendants, City of Revere and the City of Revere Police Department, hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I caused to be served upon counsel of record, at the address stated below, via the method indicated, a true copy of same:

| | |
|---|---|
| James S. Dilday, Esq. | Michael J. Akerson, Esq. |
| Grayer & Dilday, LLP | Reardon, Joyce and Akerson, P.C. |
| 27 School Street, Suite 400 | 397 Grove Street |
| Boston, MA 02108 | Worcester, MA 01605 |
| Attorneys for the Plaintiffs | Attorneys for Defendants |
| Via CM/ECF e-mail | Bernard Foster, Salvatore Santoro, |
| | Roy Colannino, Frederick Roland, |
| | Thomas Doherty, John Nelson, |
| | James Russo, Michael Murphy, |
| | and Steven Ford |
| | Via CM/ECF e-mail |

/s/ Walter H. Porr, Jr.
Walter H. Porr, Jr.,

Dated: June 1, 2006