UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| **TERRI L. PECHNER-JAMES** and **SONIA FERNANDEZ**  Plaintiffs | ) ) ) ) |
| VS. | ) ) |
| **CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPT. TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY JOHN NELSON, JAMES RUSSO MICHAEL MURPHY and STEVEN FORD**  Defendants | ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL

The Plaintiffs hereby withdraw the following motions:

Motion To Compel Defendant Thomas Ambrosino To Answer Interrogatories- Docket No 202;

Motion To Compel Defendant Terrence Reardon To Answer Interrogatories- Docket No. 203.

Terri Pechner-James and
Sonia Fernandez
By their Attorney


/s/ James S. Dilday, Esq.
James S. Dilday, Esq.