# EXHIBIT A

Deposition of Terri Pechner-James
June 7, 2006

Page 1350

1        MR. PORR:  We're back on the record,

2   continuing the deposition of Terri Pechner-James.

3   It's a few minutes after 11:00 o'clock, Miss

4   James was here right on the dot at 10:00, but

5   Miss Dawne Thorne ran into transportation

6   problems and just got here.

7        There's been an offer to go until 6:00

8   to make up for the lost hour, and I think we'll

9   just play it by ear and see how the day plays

10   out.

11        MS. THORNE:  All right.