# EXHIBIT B

Deposition of Terri Pechner-James
June 7, 2006

Pages 1411 – 1412

14     Q.   Okay.  You say that "During the brief

15   conversation with prisoner John Barker, he made

16   statements to me that Lieutenant Santoro had

17   questioned him as to how he knew me."  What did

18   Mr. Barker tell you?

19     A.   I'm thinking, because I already

20   answered these questions a couple times, so I

21   just -- being the last day of depositions, you

22   continue to ask the same questions that I've

23   already answered.

24     Q.   Okay.  Well, I'm not sure it's the

1   last day of depositions, but be that as it may,

2   all right, well, let's --


Pages 1450 – 1452

8        MR. PORR:  Okay.  All right.  Counsel,

9   I have 1:20, and I'm prepared to move on to

10   discussing the January '99 meeting in some

11   detail.  Take maybe a 45-minute break until 2:00

12   for lunch?

1

13          MS. THORNE:  That's good.

14          MR. AKERSON:  Sounds good.

15          (Luncheon recess taken 1:20 to 2:10.)

16          MR. PORR:  We're back on the record.

17    And before we get started, we are reconvening

18    after our lunch break, and we started an hour

19    late, and Miss Thorne at the beginning of the

20    session offered to go until 6:00 to make up for

21    the missing hour.  And then during lunch break,

22    defense counsel discussed that, and the weather

23    is deteriorating or continuing to be bad, and on

24    top of that, my oldest daughter and son-in-law

1    are in from California, so we want to go ahead

2    and stop at five to give us a decent shot at

3    getting back to Boston, the weather being what it

4    is, and so that I can spend some time with my

5    daughter and son-in-law in from California this

6    week.

7          And then Miss Thorne indicated that

8    she had talked to Mr. Dilday, and he said that

9    the deposition session should end at four by his

10    count.  So we discussed the hours that have been

11    spent in deposition briefly off the record, and

2

12    then Miss Thorne and her client talked, and I

13    believe you talked to Mr. Dilday again by phone?

14         MS. THORNE:  I tried.  He was

15    unavailable.  I got of course the answering voice

16    mail message.

17         MR. PORR:  So I think where we are

18    left at this point is Miss Thorne indicates that

19    Miss Pechner is willing to go to 4:30?

20         MS. THORNE:  Yes.

21         MR. PORR:  And then at 4:30, basically

22    wherever we're at, you guys are going to call it

23    a day and leave?

24         MS. THORNE:  Yes.

1         MR. PORR:  And the reason you're going

2    to do that is you believe that's all you have to

3    be here for?

4         MS. THORNE:  Having spoken to

5    Mr. Dilday, he is under the impression or he gave

6    me the impression that she has completed the

7    two-and-a-half days required staying until four

8    o'clock so --

9         MR. PORR:  And from my point of view,

10    I think that's mistaken, but I don't think

3

11    there's anything to be gained by arguing about

12    the math on the record now.  So we will go ahead

13    and pick up, it's approximately 2:10 or so, madam

14    reporter has the official time, so we'll leave it

15    at that.  So let's pick up.


Pages 1548 – 1549

14        Q.    Before I hand you what's been marked

15    Exhibit 40, while madam reporter was marking the

16    exhibit, I noticed you were looking at your

17    watch, Miss James.

18        A.    Yes.

19        Q.    What time do you have on your watch?

20        A.    20 of four -- 20 after four.

21        Q.    Okay, and I have about 21 or 22 after.

22    The clock in the next room has about 19 after.

23    So is it still your intention to stop at 4:30?

24        A.    Yes.

1         Q.    Whose watch are we going to use?

2         A.    Yours.

3         Q.    Very well.