# EXHIBIT C

Deposition of Terri Pechner-James
June 7, 2006

Pages 1553 – 1554

20        MR. PORR:  Okay.  I have about 4:33 by

21    my watch, so are we calling it a day?

22        THE WITNESS:  I'll just go until 5:00

23    o'clock, be home at 8:30 for my kids.

24        MS. THORNE:  Okay.

1        THE WITNESS:  In all due fairness, I

2    just -- you know, you put that you want to be

3    home for your kids.  Well, I'm coming all the way

4    to Worcester to meet with you and Attorney

5    Capizzi, and I didn't get home until 8:30, so I

6    don't get to see my kids.  So this takes away

7    from my day, and by the time I get back home, I

8    don't see my daughter, and I happen to miss her.

9        MR. PORR:  That's the trials and

10    tribulations of civil litigation for all of us.

11    I understand.