# EXHIBIT D

Deposition of Terri Pechner-James
June 7, 2006

Pages 1561 – 1563

14     Q.   Okay.  So a moment ago, I read this

15   sentence to you from this paragraph, the

16   paragraph after the April 4 paragraph, where you

17   indicate you had finally decided that it was

18   getting to be too much on the split shift, and

19   one of the things that was too much was being

20   humiliated in front of others and the public.

21          And so I asked who had humiliated you

22   in front of others and the public, you gave me

23   four names, Santoro, Doherty, Foster and Russo.

24   So I'm just trying to go down that list of names

 1   and ask what they had done in connection with

 2   this entry in your notes that humiliated you in

 3   front of others and the public.

 4          I don't think Foster or Russo should

 5   be on this list, because Foster wasn't the

 6   supervisor for the split shift.

 7     A.   Okay.  Well, your question I guess was

 8   very broad, because it just seemed to me that you

 9   were --

10    Q.    It's tied directly to this note.

11    A.    But there's no date on that. I don't

12  have a date, I finally decided to -- so there's

13  no date on there, and when you just asked that

14  question, maybe madam reporter can read back to

15  where I got confused.

16    Q.    Okay. We've established though that

17  this note is chronologically between April 4 of

18  '99 and July 5 of '99. As of April 4 of '99, you

19  were still working the split shift, correct?

20    A.    Right.

21    Q.    As of July 5, '99, you had moved onto

22  the evening shift where Lieutenant Bernard Foster

23  was in charge.

24    A.    To me, maybe with all the dates, I'm

1  getting very confused. If you ask me an incident

2  and ask me what happened -- I'm confused here.

3  So maybe we should just call it because --

4        MR. PORR: Okay, then we'll do that.

5  We can go off the record.

6        (The deposition suspended at 4:44.)