# EXHIBIT F

Deposition of Terri Pechner-James
May 30, 2006
Excerpt Re Leaving Early

Pages 1340 – 1343:

1    Q.  Okay.

2        MR. AKERSON:  Could I have this

3  marked as an exhibit, please.

4

5        (Deposition Exhibit No. 35 marked.)

6    Q.  Ms. James, I'm going to show you

7  something that's now been marked as Exhibit 35

8  to the deposition, which is a continuation of

9  Dr. Keroack's notes, and these are dated,

10  actually, November 14th of 2005.

11       In the top right-hand corner of the

12  notes it indicates page 17 and the next pages

13  are 18, 19 and 20.  Am I correct on that,

14  ma'am?

15    A.  Yes.

16    Q.  Specifically, I'd like you to look

17  at page 20.  At the very top, there's a

18  reference in here about a restraining order.

19  Do you have page 20 before you of Exhibit 35?

20    A.  Yes.

21   Q.   Okay. The date of the document is
22  November 14, 2005, and it reads -- and correct
23  me if I'm mistaken -- "She got a restraining
24  order against Mark. He was acting crazy,
1  saying threatening things. Then father-in-law
2  butted in, and she threatened him" -- in
3  parentheses it says "to kill him."
4       Did I read that correctly?
5   A.   You did.
6   Q.   Did you threaten to kill your
7  father-in-law?
8   A.   No.
9   Q.   So Dr. Keroack put it in his notes
10  on page 20 and he got it wrong?
11   A.   He's got it wrong. I never
12  threatened to kill him. He knows what I said
13  to him.
14   Q.   Excuse me?
15   A.   He knows what I said to him.
16   Q.   I'm sorry. I just didn't follow
17  who the "he" was.
18   A.   Dr. Keroack knows what I said to
19  him and he knows that I never threatened to

```
20  kill my father-in-law.
21      Q.   Okay.  I'm just asking you
22  questions based on records that were produced
23  through the court.
24      A.   That's fine.
 1      Q.   Dr. Keroack's records do say that
 2  you had threatened to kill your father-in-law,
 3  correct?
 4      A.   I never threatened to kill my
 5  father-in-law.
 6      Q.   But Dr. Keroack's records do
 7  indicate that, correct?
 8      A.   That was in court, and it was found
 9  in court that I didn't threaten to kill my
10  father-in-law so...
11      Q.   But, for some reason, Dr. Keroack
12  wrote that in his notes?
13      A.   That's okay.
14      Q.   You disagree with what Dr. Keroack
15  concludes in here on that issue, correct?
16      A.   Correct.
17      Q.   I want to talk about your children
18  for a minute.  In this lawsuit you brought,
```

19  Ms. James, are you claiming that your

20  relationship with your children has been

21  affected by the allegations included in your

22  lawsuit papers?

23       MR. DILDAY:  All right?  Are you

24  all right?

1        THE WITNESS:  Uhm-uhm.

2        MR. DILDAY:  Are you okay?  Let's

3   go off the record for a moment.

4        MR. AKERSON:  Sure.

5        (Off-the-record discussion.)

6        MR. AKERSON:  It's just 4:30 in the

7   afternoon and we're going to suspend the

8   deposition and continue it later given that --

9   out of respect and sympathy for the witness in

10  this matter, given that she's not a hundred

11  percent, according to what Mr. Dilday advises.

12  Thank you.

13

14

15       (The deposition then adjourned.)

4