# EXHIBIT I

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET - SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

June 10, 2006

Walter Porr, Esquire
Asst. City Solicitor
City of Revere
281 Broadway
Revere, MA 02108

Re: Pechner-James et. al v. City of Revere, et. al.

Dear Mr. Porr:

    I was out of the office on Thursday morning when you called and my secretary informed Mr. Capizzi that I was not available on June 13, 2006. I am scheduled to start a trial in Norfolk County on that date. It is possible that Dawne Thorne could be at a deposition on that date, but I have not talked to her about that scenario. Before I do anything, I have to talk to Ms Pechner-James. She left a message on my voice mail stating that you had your 2 1/2 days and that she was not going back for more depositions. She also said that you were going over many of the same issues that Mr. Akerson had already questioned her about.

    In reference to your request that you be allowed additional time beyond the ½ day that you state you are owed, there is no way that I can agree to your request. My clients are already looking to skin me alive because of the substantial number of days that they have been deposed. Regarding the combativeness of Ms Pechner-James, you should know by now how she will respond to certain of your questions, many of which would not be allowed at trial.

    I understand your concerns, but cannot agree to give you additional days to depose these women. I think the nature of your approach has caused some of the bad blood between you and Ms Pechner-James. She is a young lady who grew up in Lynn MA and is not prone to be intimidated. If she feels that is what you are doing, she will react. You should be aware that the testiness was not nearly as intense when she was questioned by Mr. Akerson.

    In summary, I am not sure when we can make up the June 12, 2006 date, and as far as the meet and confer requirements are concerned, consider them accomplished and that we cannot agree on you receiving additional deposition dates beyond those that were previously ordered by the court.

    Hope that you and your family had a great time at the wedding.

Very truly yours,

James S. Dilday

JSD/js
Copy: Michael Akerson
Terri Pechner-James
Sonia Fernandez