# EXHIBIT L



THE CITY OF REVERE, MASSACHUSETTS
281 Broadway
Revere, MA 02151

OFFICE OF THE CITY SOLICITOR
Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

June 13, 2006

<u>VIA FAX (617-227-9231) and 1st Class Mail</u>

James S. Dilday, Esq.
Grayer & Dilday, LLP
27 School Street, Suite 400
Boston, MA 02108

    Re:    **Pechner-James, et al., v. City of Revere, et al.**

Dear Attorney Dilday:

    I am writing to follow-up on our telephone conversation of June 12, 2006, concerning the scheduling of Ms. Pechner's and Ms. Sonia's depositions. Attorneys Akerson and Porr have agreed to the two half-days we discussed, which are the following:

    1.    Wednesday, June 21, 9:00 am – 12:00 pm
    2.    Thursday, June 22, 9:00 am – 1:00 pm.

    In accordance with Attorney Porr's letters of June 8th and 12th, I propose we depose Ms. Pechner on Thursday, June 22, as this will be her last day (four hours) of deposition. Accordingly, Ms. Fernandez will be deposed on Wednesday, June 21 for three hours, with four hours still owing to the City as per the Omnibus Discovery Order. The depositions will be conducted at Revere City Hall. The City reserves the right, as indicated in our letter of June 8, 2006, to seek more time from the court.

    Sincerely,

    Paul Capizzi
    City Solicitor

/pc

cc:    Atty. Michael Akerson
        Atty. John Viglioti