# EXHIBIT M

# McCARTHY REPORTING SERVICE

OVER 40 YEARS' PROFESSIONAL SERVICE

LISTED IN MARTINDALE HUBBELL

FED. ID No. 042965750



12 Harvard Street
Worcester, MA
01609-2831
508-753-3889
508-753-8309
Fax 508-799-6431

WALTER PORR, ESQ
CITY OF REVERE
SOLICITOR'S OFFICE
281 BROADWAY
REVERE, MA  02151

June 14, 2006

Invoice# 62262

Balance:     $517.00

Re: PECHNER-JAMES V CITY OF REVERE
    on 06/07/06 by CAROL JEFFREY

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| CONTINUED DEPOSITION OF TERRI PECHNER JAMES | |
| TRANSCRIPT: 220 PGS | 517.00 |

P l e a s e   R e m i t   - - - >   Total Due:   $517.00

*THANK YOU FOR YOUR CONTINUED BUSINESS*
*PLEASE REMIT PAYMENT WITHIN 30 DAYS*