# EXHIBIT A

Case 1:03-cv-12499-MLW    Document 210-2    Filed 06/15/2006    Page 1 of 3

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

June 13, 2006

Paul Capizzi, Esq.
Walter H. Porr, Esq.
Office of the City Solicitor
281 Broadway
Revere, MA 02151

Re: Terri Pechner-James et al v City of Revere et al.

Dear Attorneys Capizzi and Porr,


Enclosed please find the following documents:

    1. Notice of Consultation Pursuant To Local Rule 7.1 and Fed. R. Civ.P. 37(a)(2).

    2. Motion For Order To Compel Defendant, Thomas Ambrosino, To Answer Interrogatories Pursuant To Fed. R. Civ. P. 37(a).

    3. Motion For Order Compel Defendant, Terrence Reardon, To Answer Interrogatories Pursuant To Fed. R. Civ. P. 37(a).

    4. Plaintiffs Memorandum In Support Of Motion For Order To Compel Defendant To Answer Interrogatories Pursuant To Fed. R.Civ.P. 37(a).

| | |
|---|---|
| Exhibit 1: | Plaintiffs Motion To Compel Production-3 pages<br>Defendants Answer To Request For Production 3-1-05<br>Boston Globe Article 3-12-05<br>Response of Edward Reardon, P.C. |
| Exhibit 2: | List of Documents Plaintiffs filed on April 19, 2006 pursuant to Docket No. 166. |
| Exhibit 3: | Defendants Motion To Strike Plaintiffs Opposition To Their Motion For Summary Judgment – 2 pages |
| Exhibit 4: | Letter from Walter H. Porr on the subject of Gonsalves dated March 2005. |

RECEIVED
CITY OF REVERE
06 JUN 15 AM 10:17
SOLICITOR

The Plaintiffs are sending you the pleadings listed above pursuant to Local Rule 7.1 and Fed. R. Civ. P 37 (a)(2) and in an effort to meet, confer and try to resolve the issues of investigation, failure to investigate and documents sought by the pleadings. We look forward to hearing from you so that we can resolve these issues without court intervention.

Sincerely,


/s/ James S. Dilday, Esq.
James S. Dilday, Esq.