# EXHIBIT B

Case 1:03-cv-12499-MLW    Document 210-3    Filed 06/15/2006    Page 1 of 2

# THE CITY OF REVERE, MASSACHUSETTS

281 Broadway
Revere, MA 02151



OFFICE OF THE CITY SOLICITOR

Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

June 15, 2006

**VIA FACSIMILE ONLY - 617-227-9231**

James S. Dilday, Esq.
Grayer & Dilday, LLP
27 School Street, Suite 400
Boston, MA 02108

    Re:    Pechner-James, et al., v. City of Revere, et al.

Dear Attorney Dilday:

    Your letter of June 13, 2006, presumably sent by priority mail that date, arrived this morning. I must confess that after reviewing the materials, I am at a total loss to comprehend them. Be that as it may, you desire to meet and confer. Please be advised that tomorrow is Bunker Hill Day, a Suffolk County Holiday and I will be unavailable. On Monday and Tuesday of next week, I am in deposition in a case entitled Nalen v. City of Revere School Department, Suffolk Superior Case No. 04-05320-E. On Wednesday and Thursday, we are in depositions in the morning on this case. That leaves Friday, June 23 during which we could meet and confer. I would suggest a morning meeting at your office starting at 9:00 a.m. As you know, we are normally off on Friday afternoons, though the recent deposition schedule has altered are normal office hours.

    If you truly desire to meet and confer, and are not simply trying to create the appearance of wanting to meet and confer, then I suggest that we do so in person next Friday. I will bring whatever I feel is relevant to the meeting and we can go over the interrogatories and the issues one at a time. If we do not reach agreement, so be it. But at least there will have been a legitimate effort to try.

    I await your response.

Sincerely,

Walter H. Porr, Jr.
Assistant City Solicitor

cc:    Michael Akerson, Esq., via fax 508-754-7220