# EXHIBIT C

1     Q.    Now, if you saw him on the 17th -- of
2  course, we had a deposition session on the
3  16th -- did the deposition session on the 16th
4  where I was asking you questions, did that --
5     A.    I don't know if I saw him.  Can I look
6  at my phone?  My phone will tell me what day I
7  saw him.
8     Q.    Sure.
9     A.    I don't want to give you a date that I
10 didn't see him.
11    Q.    That's fine.  The marvels of modern
12 technology.
13    A.    Let's see.  The 17th I saw him.
14    Q.    Okay.  And a moment ago you told me
15 you had been crying for a couple of days, and the
16 question I was working into is, we had a
17 deposition session on May 16th.  Did anything
18 about that deposition session cause you to be
19 crying?
20    A.    I don't know.  I don't know.
21 Probably.  I don't know if -- so much has
22 happened.
23            THE WITNESS:  God bless you.
24            MR. CAPIZZI:  Thank you.

```
 1            MR. PORR:  For the record, Mr. Capizzi
 2    just sneezed.
 3       Q.    Well, someone will look at that some
 4    day and wonder, why is she saying "God bless you"
 5    in the middle of an answer.
 6       A.    I'm sorry.
 7       Q.    That's okay.
 8       A.    I think I was anxious after the
 9    deposition, just anxious, tired, overwhelmed.
10       Q.    Now, what made you anxious and tired
11    and overwhelmed?
12       A.    Just the deposition itself.  There's
13    been so many of them.
14       Q.    I see.  Okay.  Anything about my
15    questions or my behavior that --
16       A.    No, not that I recall, no.
17       Q.    All right.  So you saw Dr. Harmon on
18    the 17th.  We have a letter from a doctor you saw
19    on the 18th.  Anybody else?
20       A.    No.
21       Q.    Have you talked to Terri Pechner since
22    we last sat here in this room on May 18th?
23       A.    I talked to her once, but I don't
24    remember what day it was.  Actually, I talked a
```