# EXHIBIT B

Terri Pechner-James

June 22 Deposition Excerpts – Failure to Speak Up

1. Page 1570:

> 11  Q. You're going to have to speak up,
>
> 12  please, both because of the air conditioners
>
> 13  that are running and so madam reporter can
>
> 14  hear you and also so I can hear you.
>
> 15  A. Okay.
>
> 16  Q. Is that going to be a problem?
>
> 17  A. No.
>
> 18  Q. It might help if you take your
>
> 19  hands down from your mouth, too. It's just a
>
> 20  suggestion. Are you on any medication today?

2. Page 1571:

> 1  Q. All right. And how are you
>
> 2  feeling?
>
> 3  A. Fine.
>
> 4  Q. I'm sorry?[1]
>
> 5  A. Fine.

---

[1] Throughout the deposition, the cross-examiner would say "I'm sorry" when he could not hear an answer, or when the answer was so faint that he was not sure that he had heard it correctly. Moreover, the cross-examiner was concerned that if he had not heard the answer, or not heard it correctly, that the Court Reporter might also had experienced a similar difficulty.

1

3. <u>Pages 1572 – 1573</u>:

   1    Q.   Okay.  I'm sorry.  When I'm sitting

   2  here looking at someone that's kind of staring

   3  off into space, I'm getting a sense that I'm

   4  not really in any way connecting here with you

   5  and you're kind of off in la-la land.  Am I

   6  mistaken?

   7    A.   You've said that at every

   8  deposition.  Just ask your questions.  You're

   9  wasting time.

  10    Q.   Ms. Pechner, let me explain

  11  something to you, and I want to make this very

  12  clear.

  13       MR. DILDAY:  Let me say this.  If

  14  she looks at the ceiling, it doesn't matter,

  15  as long as she answers your questions, Walter.

  16       MR. PORR:  Okay.  But I'm getting a

  17  sense from the witness that she is not here.

  18  I know her body is sitting across the table

  19  from me, but the responses are flat, they are

  20  monotone, she is staring off into space, her

  21  voice is low.

  22       I've asked her to bring it up a

23  couple times given the circumstances. We

24  explained it before the deposition started. I

1   reiterated it after the deposition started. I

2   sense a vacancy in the stare. All right?

4. Page 1576:

16  Q. Okay. Is there a problem keeping

17  your voice up? I'm having a hard time hearing

18  you, and if I'm having a hard time, I know

19  madam reporter is having a hard time.

20  A. I don't remember.

21  Q. Can you keep your voice up for us,

22  please?

23  A. I'll try.

5. Page 1613:

1   Q. What did you like about it?

2   A. I don't know.

3   Q. I'm sorry?

4   A. Liked working my job, period, no

5   matter where it was.

6.    <u>Page 1617</u>:

  1    Q.  Okay. So is it fair to say that

  2  the allegation in the first sentence of

  3  paragraph 30 is incorrect?

  4       MR. DILDAY: Objection.

  5    A.  No.

  6    Q.  I'm sorry?

  7    A.  No.

7.    <u>Pages 1620 – 1623</u>:

  10    Q.  Why not?

  11    A.  I don't know.

  12       MR. PORR: Can you hear her, madam

  13  reporter?

  14       THE REPORTER: Barely. I think she

  15  said, "I don't know."

  16    A.  I don't know.

  17    Q.  Ms. James, I'm sorry, I'm not

  18  trying to be difficult, but if madam reporter

  19  can't hear you, we are wasting our time. She

  20  has to be able to hear you.

  21       MR. DILDAY: We're wasting our time

22  as you're going through this diatribe.

23      MR. PORR:  What diatribe?

24      MR. DILDAY:  That you just went

1  through.

2       MR. PORR:  And why do you call it a

3  diatribe, Mr. Dilday?

4       MR. DILDAY:  You raised your voice

5  at my client for no reason whatsoever.  She

6  answered the question.  She said, "I don't

7  know" clearly and distinctly, and you heard

8  it.  Let's move on to the next question.

9       MR. PORR:  No reason whatsoever,

10  sir?  I just asked madam reporter if she --

11      MR. DILDAY:  Mr. Porr --

12      MR. PORR:  Please don't interrupt

13  me.

14      MR. DILDAY:  Mr. Porr --

15      MR. PORR:  Please don't interrupt

16  me.

17      MR. DILDAY:  Mr. Porr --

18      MR. PORR:  Please do not interrupt

19  me.

20      MR. DILDAY:  Let me say this.

5

21          MR. PORR:  Please do not interrupt

22   me.

23          MR. DILDAY:  You're wasting the

24   time.

1           MR. PORR:  Please do not interrupt

2    me.

3           MR. DILDAY:  You are wasting the

4    time.

5           MR. PORR:  Will you not interrupt,

6    sir?

7           MR. DILDAY:  You are wasting the

8    time, sir.

9           MR. PORR:  I just asked madam

10   reporter a second ago if she could hear the

11   witness, and she said "barely."  All right?

12          Now, I started the deposition off

13   advising everybody of the fact that we're in a

14   room, we have air conditioners on, it's hard

15   to hear, please speak up.  She has been

16   keeping her voice very sotto voce, very low.

17          I have asked her repeatedly to keep

18   it up.  I asked madam reporter explicitly

19   because if she can't hear it, we can't get a

6

20  decent transcript.  Okay?

21      So I am not trying to waste our

22  time, but I'm trying to make the point she

23  needs to keep her voice up.  That is not an

24  unreasonable request.

 1      MR. DILDAY:  And the reporter, when

 2  you asked the question, said "barely" and said

 3  what Ms. Pechner-James said.

 4      MR. PORR:  But we have --

 5      MR. DILDAY:  So once she said that,

 6  you pressed it.  She said loudly "I don't

 7  know."  And what I'm saying to you, Mr. Porr

 8  is, let's move on.

 9      MR. PORR:  And I'm glad to.  But

10  madam reporter shouldn't have to strain to

11  hear the witness.

12      MR. DILDAY:  I concur.

13      MR. PORR:  Let's make her job

14  easier.

15      MR. DILDAY:  I concur.  So let's

16  move on.

17      MR. PORR:  Okay.  But I'm just

18  asking the witness for some cooperation here.

19     MR. DILDAY: She is cooperating as

20  best she can. Let's move on.

21     MR. PORR: I disagree with your

22  characterization, Mr. Dilday.

23     MR. DILDAY: I don't give a damn.

24     MR. PORR: Well, that's fine, sir.

8. Page 1634:

20   Q.  Why not?

21   A.  I don't know.

22   Q.  I'm sorry?

23   A.  I don't know.

9. Page 1644:

7   Q.  Okay. And did you take this

8  complaint to anybody else, since it was

9  falling on deaf ears, in the Revere Police

10  Department?

11   A.  No.

12   Q.  I'm sorry?

13   A.  No.

8

10. <u>Page 1646</u>:

    1    Q.  Do you know the substance of the

    2  reasons that the mayor gave to Joe Rizutti as

    3  to why he should dismiss his MCAD complaint?

    4    A.  I don't remember.

    5    Q.  I'm sorry?

    6    A.  I don't remember.

11. <u>Page 1651</u>:

    3    Q.  So as far as you know, he may have

    4  been within his rights to have left 15 minutes

    5  earlier that day?

    6    A.  No.

    7    Q.  I'm sorry?

    8    A.  No.

12. <u>Page 1652</u>:

    8    Q.  Did you write this in your notes

    9  because you thought he didn't have permission

    10  to leave early?

    11    A.  I just wrote it in my notes.

    12    Q.  I'm sorry?

      13    A.   I just wrote it in my notes.

13. <u>Page 1687</u>:

    1    Q.   What harassment on the job are you

    2  specifically referring to in this November 23

    3  entry?

    4    A.   I don't know.

    5    Q.   I'm sorry?

    6    A.   I don't know.

14. <u>Page 1690</u>:

    2    Q.   Is Dr. Barry the first health care

    3  provider you saw for mental health issues as

    4  opposed to physical well-being?

    5    A.   Yes.

    6    Q.   I'm sorry?

    7    A.   Yes.

15. <u>Pages 1692 –1693</u>:

    15    Q.   Okay.  Between December 7, when you

    16  first contacted Dr. Barry, and then your

17  appointment on the 13th and then your

18  appointment on January 6th of 2000, had there

19  been any further incidents of harassment

20  involving Lieutenant Foster?

21     A.  I'm sure.  I don't remember.

22     Q.  I'm sorry?

23     A.  I don't remember.

24     Q.  Did you say "I'm sure"?

1      A.  Yeah.  I'm sure.  I don't remember.

2   I don't remember what occurred.

16.   Page 1708:

7      Q.  Okay.  When you went to roll call,

8   did you tell Lieutenant Santoro about what had

9   happened out in the hallway with Captain

10  Chaulk -- or, I'm sorry, in the radio room, I

11  guess it was?

12     A.  Well, sergeant -- I mean, if you

13  look at my notes, Sergeant Goodwin and

14  Sergeant Doherty were standing there.  After

15  roll call, I went over to Captain Chaulk and

16  Chief Roy Colannino standing in the hall and

17  asked why it's okay for the men to ride the

11

    18  bikes --

    19        THE REPORTER:  I'm sorry.  I can't

    20  hear you.

17.    <u>Pages 1717 – 1718</u>:

    23    Q.  And why do you say it wouldn't get

    24  you anywhere?

    1    A.  I don't know.

    2    Q.  I'm sorry?

    3    A.  I don't know.

18.    <u>Page 1728</u>:

    10        Anything else that Lieutenant

    11  Foster allegedly had under his belt concerning

    12  acting chief Colannino?

    13    A.  Zayre's tent sale.

    14    Q.  I'm sorry?

    15    A.  The Zayre's tent sale.

19.    <u>Page 1729</u>:

    7    Q.  Okay.  And how do you know that?

 8     A.   Just like the rest of the city

 9   knows.  My father-in-law was on the job.

10          MR. AKERSON:  I'm sorry.  I didn't

11   hear the first part of it.

12          MR. DILDAY:  Just like the rest of

13   the city knows.

14          MR. AKERSON:  Is that correct,

15   Ms. James?

16          THE WITNESS:  Yes.