# EXHIBIT C

Terri Pechner-James

June 22 Deposition Excerpts – Delayed Response

1. Page 1582:

```
 3   Q.   So because you frequently went
 4   there for breakfast and because there's a
 5   possibility there was a radio transmission,
 6   you think it's possible that other officers on
 7   duty at that time would know that you were at
 8   the IHOP for breakfast?
 9        MR. DILDAY:  Objection.
10   Q.   Are you having a problem with the
11   question?  You're taking a long time to
12   answer.
13   A.   I don't know.
14   Q.   You don't know if you're having a
15   problem with the question?
16   A.   No.  That's the answer to the
17   question.
```

2. Pages 1601 – 1602:

```
23   Q.   Can you describe to me the event
24   or events that you're referring to that led
```

    1  you to that feeling?

    2    A.  (No response.)

    3    Q.  Do you not understand the question,

    4  Ms. James?

    5    A.  That's the answer.  I felt that

    6  when I needed backup, I had to listen to the

    7  male officers complain about us needing

    8  backup.

3.    <u>Page 1632</u>:

    11    Q.  So both the August 5th and the

    12  August 7th assignments to the radio room were

    13  punishment as far as you were concerned?

    14    A.  (Looks at documents.)

    15    Q.  Yes?  No?  Do you not understand

    16  the question?

    17    A.  (Looks at documents.)  No.  Can you

    18  ask it again?