# EXHIBIT F



# McCARTHY
# REPORTING SERVICE

OVER 40 YEARS' PROFESSIONAL SERVICE

LISTED IN MARTINDALE HUBBELL

FED. ID No. 042965750



12 Harvard Street
Worcester, MA
01609-2831

508-753-3889
508-753-8309
Fax 508-799-6431

```
WALTER PORR, ESQ                        June 23, 2006
CITY OF REVERE
SOLICITOR'S OFFICE                      Invoice# 62406
281 BROADWAY
REVERE, MA   02151                      Balance:  $1,125.30
```

Re: PECHNER-JAMES V CITY OF REVERE
    on 06/22/06 by NANCY DIEMDOWICZ

## Invoicing Information

| Charge Description | Amount |
|---|---|
| CONTINUED DEPOSITION OF TERRI PECHNER-JAMES | |
| 198 PGS. COPY | 465.30 |
| SAME DEAY DELIVERY | 660.00 |

E-MAILED 8 A.M. 6/23/06
FREE MINI & FREE ASCII

P l e a s e   R e m i t   - - - >   Total Due:  $1,125.30

*THANK YOU FOR YOUR CONTINUED BUSINESS*
*PLEASE REMIT PAYMENT WITHIN 30 DAYS*