# EXHIBIT A

# REARDON, JOYCE & AKERSON, P.C.

### ATTORNEYS AT LAW
### (A PROFESSIONAL CORPORATION)

397 Grove Street, Worcester, Massachusetts  01605
508-754-7285    fax: 508-754-7220    www.rja-law.com

Edward P. Reardon (Retired)

Austin M. Joyce

Michael J. Akerson

John K. Vigliotti

Andrew J. Gambaccini

June 21, 2006
Via telefax 617-227-9231

James S. Dilday, Esq.
Attorney Dawn Thorne
27 School Street, Suit 400
Boston, MA 02108

RE:    Pechner-James and Fernandez v. City of Revere, et als

Dear Attorneys Dilday and Thorne:

With reference to the above-matter, I write to request that you bring the originals of any and all notes of Lynn Malatesta in your possession (or the possession of the plaintiffs) to Ms. James' June 22, 2006 deposition in Revere.   It is my understanding that Ms. Fernandez testified under oath today that she has read and reviewed said Ms. Malatesta notes (which are between 20 and 50 pages in length) and that your office houses said documents.   Kindly bring the originals and the City of Revere will make copies for me and the City.

If you will not comply with the above request, then under Local Rule 7.1,  I request a conference to discuss these matters in advance of filing a motion with Judge Sorokin.  We can conference this matter at the June 22nd deposition.

If you have any questions, please contact me.

Very truly yours,

Michael J. Akerson

cc:    Paul Capizzi, City Solicitor    Via telefax 781-286-8205
Walter Porr, Jr. Asst City Solicitor