UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

TERRI L. PECHNER-JAMES )
and SONIA FERNANDEZ )
    Plaintiffs )
)
VS. )
)
CITY OF REVERE, THOMAS )
AMBROSINO, MAYOR, CITY )
OF REVERE POLICE DEPT. )
TERRENCE REARDON, CHIEF )
OF POLICE, BERNARD FOSTER )
SALVATORE SANTORO, ROY )
COLANNINO, FREDERICK )
ROLAND, THOMAS DOHERTY )
JOHN NELSON, JAMES RUSSO )
MICHAEL MURPHY and )
STEVEN FORD )
    Defendants )

**EXHIBITS** FOR     **INTIFFS RESPONSE**         **KET NC**  **& 209**

Exhibit A- DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS-Fourth Edition. DSM-IV-TR. Pages 463 to 468

Exhibit 1. June 22, 2006 Deposition of Terri Pechner-James-Excerpts.

Exhibit 2. Page 468 from DSM IV-TR

Exhibits 3 thru 14: Excerpts for May 5, 2006 Deposition of Terri Pechner-James.

Exhibit 15. May 25, 2006 Deposition of Terri Pechner-James- Excerpts.