**Exhibit 1. June 22,2006 Deposition of Terri Pechner-james-Excerpts**

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MASSACHUSETTS

3

4    TERRI PECHNER-JAMES
     and SONIA FERNANDEZ,
         Plaintiffs

5                              VOLUME IX
     VS.                  C.A. NO. 03-12499-MLW

6

7    CITY OF REVERE; THOMAS
     AMBROSINO, MAYOR; CITY OF
     REVERE POLICE DEPARTMENT,

8    TERRENCE REARDON, CHIEF;
     BERNARD FOSTER, SALVATORE

9    SANTORO, ROY COLANNINO,
     FREDERICK ROLAND, THOMAS DOHERTY,

10   JOHN NELSON, JAMES RUSSO,
     MICHAEL MURPHY, and STEVEN FORD,

11       Defendants

12

13

14

15       CONTINUED DEPOSITION of TERRI

16   PECHNER-JAMES taken at the request of the

17   defendants pursuant to Rule 30 of the Federal

18   Rules of Civil Procedure before Nancy A.

19   Diemdowicz, Registered Merit Reporter, a

20   notary public in and for the Commonwealth of

21   Massachusetts, on June 22, 2006, commencing at

22   9:15 A.M. at the City Hall, 281 Broadway,

23   Revere, Massachusetts.

24                                   

1    A P P E A R A N C E S :


2

     FOR THE PLAINTIFFS:
3
     JAMES S. DILDAY, ESQ.
4    GRAY & DILDAY LLP
     27 School Street
5    Boston, Massachusetts 02108


6

     FOR THE DEFENDANTS, CITY OF REVERE: THOMAS
7    AMBROSINO, MAYOR; CITY OF REVERE POLICE
     DEPARTMENT. TERRENCE REARDON, CHIEF:
8
     WALTER H. PORR, JR., ESQ.
9    PAUL CAPIZZI, ESQ.
     Office of the City Solicitor
10   City Hall
     281 Broadway
11   Revere, Massachusetts  01251


12

     FOR THE DEFENDANTS. BERNARD FOSTER. SALVATORE
13   SANTORO ROY COLANNINO, FREDERICK ROLAND.
     THOMAS DOHERTY. JOHN NELSON, JAMES RUSSO.
14   MICHAEL MURPHY AND STEVEN FORD:

15   MICHAEL J. AKERSON, ESQ.
     REARDON, JOYCE & AKERSON, P. C.
16   397 Grove Street
     Worcester, Massachusetts 01605

17

18

19

20

21

22

23

24

# I N D E X

## DEPONENT:    TERRI  PECHNER-JAMES

|  | PAGE |
|---|---|
| EXAMINATION  BY  MR.  PORR | 1570 |
| EXAMINATION  BY  MR.  AKERSON | 1751 |

# E X H I B I T S

|  | PAGE |
|---|---|
| 42.    Deposition  Excerpt,  Volume  VII | 1583 |
| 43.    2000  Calendar | 1698 |

1              MR. PORR:  We're back on the record

2    with Ms. James' continuing deposition.

3

4    EXAMINATION BY MR. PORR:

5          Q.    Good morning, Ms. James.

6          A.    Good morning.

7          Q.    How are you this morning?

8          A.    Good.

9          Q.    I'm sorry?

10         A.    Good.

11         Q.    You're going to have to speak up,

12   please, both because of the air conditioners

13   that are running and so madam reporter can

14   hear you and also so I can hear you.

15         A.    Okay.

16         Q.    Is that going to be a problem?

17         A.    No.

18         Q.    It might help if you take your

19   hands down from your mouth, too.  It's just a

20   suggestion.  Are you on any medication today?

21         A.    Yes.

22         Q.    What have you taken?

23         A.    Klonopin, Xanax, Paxil, and

24   Synthroid.

1          Q.    All right.  And how are you sitting

2   feeling?

3          A.    Fine.

4          Q.    I'm sorry?

5          A.    Fine.

6          Q.    Yesterday, when we took Sonia

7   Fernandez' deposition, she mentioned that she

8   had talked to you the night before and that

9   you were ill.  Are you still ill or are you

10  okay?

11         A.    I'm still ill.

12         Q.    Okay.  What are you suffering from?

13         A.    Posttraumatic stress disorder.

14         Q.    All right.  Aside from that, are

15  you suffering from any physical illness today?

16         A.    Yes.

17         Q.    What?

18         A.    It's personal.

19         Q.    Okay.  Is whatever you're suffering

20  from in any way going to affect your ability

21  to testify --

22         A.    No.

23         Q.    -- answer my questions?

24         A.    No.

1    Q.    Okay.  I'm sorry.  When I'm sitting

2    here looking at someone that's kind of staring

3    off into space, I'm getting a sense that I'm

4    not really in any way connecting here with you

5    and you're kind of off in la-la land.  Am I

6    mistaken?

7    A.    You've said that at every

8    deposition.  Just ask your questions.  You're

9    wasting time.

10    Q.    Ms. Pechner, let me explain

11    something to you, and I want to make this very

12    clear.

13    MR. DILDAY:  Let me say this.  If

14    she looks at the ceiling, it doesn't matter,

15    as long as she answers your questions, Walter.

16    MR. PORR:  Okay.  But I'm getting a

17    sense from the witness that she is not here.

18    I know her body is sitting across the table

19    from me, but the responses are flat, they are

20    monotone, she is staring off into space, her

21    voice is low.

22    I've asked her to bring it up a

23    couple times given the circumstances.  We

24    explained it before the deposition started.

1   reiterated it after the deposition started, and I

2   sense a vacancy in the stare.  All right? at we

3              She's taken four different

4   medications.  She's complaining about her

5   posttraumatic stress, and she's got a physical

6   illness that is personal and she doesn't want

7   to talk about, which I respect, but I'm trying

8   to make sure she's okay in terms of being

9   deposed.

10             And so when I look at a witness

11  under those conditions, I'm concerned that

12  despite the answers I'm getting that maybe,

13  you know, there's an issue here.  So that's

14  what I'm trying to address to make sure that

15  she is okay to go forward today.

16             MR.  DILDAY:  Well, she said she's

17  okay.

18             MR.  PORR:  Well, that's fine.

19             MR.  DILDAY:  One of the issues is

20  that she does not want to be here, but she's

21  ready to go, and, as she said, let's go

22  forward.

23             MR.  PORR:  All right.  And that led

24  to the point that I'm the cross.-examiner, not

1    her.    ▮ will ask the questions that I feel are

2    necessary and appropriate to make sure that we

3    have an effective deposition session.  So it's

4    not for her to tell me what questions to ask.

5                MR. DILDAY:  Don't point your pen

6    at her, please.  You don't have to do that.

7                MR. PORR:  Okay.

8                MR. DILDAY:  Just make your point

9    and start to ask your questions.

10               MR. PORR:  All right.  I'll do

11   that.

12         Q.    At the conclusion of the last

13   deposition session on June 7th, you were

14   complaining about your PTSD and how it was

15   impacting you.

16               Is your PTSD going to prevent you

17   from testifying this morning?

18         A.    No.

19         Q.    Okay.  Have you seen any doctors

20   since the last deposition session on June 7th?

21         A.    Yes.

22         Q.    Who did you see and when?

23         A.    Dr. Gingrich, my primary care

24   doctor.

1        Q.      Okay.   When did you see him?

2        A.      Last week.  ▮ don't know the day.

3        Q.      Did you see him for the condition

4    that's affecting you now?

5        A.      Yes.

6        Q.      Okay.   Did you see any other

7    doctors for anything else?

8        A.      No.

9        Q.      Have you visited the On-Site

10   Academy since the last deposition session?

11       A.      No.

12       Q.      Have you reviewed any documents

13   related to this case since the June 7th

14   deposition session?

15       A.      No.

16       Q.      For instance, and most

17   specifically, have you looked at any

18   deposition transcripts of your testimony?

19       A.      No.

20       Q.      How about Sonia Fernandez?

21       A.      No.

22       Q.      Have you talked to Sonia Fernandez

23   since June 7, '06, the last deposition

24   session?

1    Q.    Okay.  When did you see him?

2    A.    Last week.  I don't know the day.

3    Q.    Did you see him for the condition

4    that's affecting you now?

5    A.    Yes.

6    Q.    Okay.  Did you see any other

7    doctors for anything else?

8    A.    No.

9    Q.    Have you visited the On-Site

10   Academy since the last deposition session?.

11   A.    No.

12   Q.    Have you reviewed any documents

13   related to this case since the June 7th

14   deposition session?

15   A.    No.

16   Q.    For instance, and most

17   specifically, have you looked at any

18   deposition transcripts of your testimony?

19   A.    No.

20   Q.    How about Sonia Fernandez?

21   A.    No.

22   Q.    Have you talked to Sonia Fernandez

23   since June 7, '06, the last deposition

24   session?

1    A.    Yes.

2    Q.    How many times?

3    A.    Once.

4    Q.    Okay.  When's the last time you

5  talked to her?

6    A.    The other day.

7    Q.    And did you initiate that phone

8  call or did she?

9    A.    I don't remember.

10    Q.    Okay.  What did you talk about?

11    A.    About my illness.

12    Q.    Anything else?

13    A.    Her grandmother.

14    Q.    Anything else?

15    A.    I don't remember.

16    Q.    Okay.  Is there a problem keeping

17  your voice up?  I'm having a hard time hearing

18  you, and if I'm having a hard time, I know

19  madam reporter is having a hard time.

20    A.    I don't remember.

21    Q.    Can you keep your voice up for us,

22  please?

23    A.    I'll try.

24    Q.    All right.  One of the things that