## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES | ) |
| and SONIA FERNANDEZ | ) |
|     Plaintiffs | ) |
| | ) |
| VS. | ) |
| | ) |
| CITY OF REVERE, THOMAS | ) |
| AMBROSINO, MAYOR, CITY | ) |
| OF REVERE POLICE DEPT. | ) |
| TERRENCE REARDON, CHIEF | ) |
| OF POLICE, BERNARD FOSTER | ) |
| SALVATORE SANTORO, ROY | ) |
| COLANNINO, FREDERICK | ) |
| ROLAND, THOMAS DOHERTY | ) |
| JOHN NELSON, JAMES RUSSO | ) |
| MICHAEL MURPHY and | ) |
| STEVEN FORD | ) |
|     Defendants | ) |

### STATEMENT OF RELATION BACK TO DOCKET NO. 216

Pursuant to this court's order the Plaintiffs filed the following document:

    Plaintiffs Response to Docket Nos 188 and 209. Docket No. 216.

This document was filed at 11:30 on Friday, June 30, 2006. On the same day, the Plaintiffs also filed the five (5) exhibits that are part of the pleading. Due to an electronic glitch with the PACER system, this attempt was unsuccessful. On July 1, 2006, the Plaintiffs again filed the exhibits. This time the electronic system accepted the exhibits.

The exhibits accepted by the system are the same exhibits the plaintiffs attempted to file on June 30, 2006 and they relate back to Docket No. 216.

Terri Pechner-James and
Sonia Fernandez

By their attorney

/s/ James s. Dilday, Esq.

James S. Dilday, Esq.