# EXHIBIT A

                                                    VOL V - 904


    1           IN THE UNITED STATES DISTRICT COURT
                              FOR THE
    2                  DISTRICT OF MASSACHUSETTS

    3

    4   TERRI PECHNER-JAMES and
        SONIA FERNANDEZ,
    5      Plaintiffs,
                                        C.A. NO.
    6   VS.                             03-12499-MLW

    7   CITY OF REVERE, THOMAS
        AMBROSINO, MAYOR, CITY
    8   OF REVERE POLICE
        DEPARTMENT, TERRENCE
    9   REARDON, CHIEF, BERNARD
        FOSTER, SALVATORE
   10   SANTORO, ROY COLANNINO,
        FREDERICK ROLAND,
   11   THOMAS DOHERTY, JOHN
        NELSON,JAMES RUSSO,
   12   MICHAEL MURPHY and
        STEVEN FORD,
   13      Defendants.

   14

   15       CONTINUED DEPOSITION of SONIA FERNANDEZ taken

   16    at the request of the Defendants Foster, Santoro,

   17    Colannino, Roland, Doherty, Nelson, Russo, Murphy

   18    and Ford, pursuant to Rule 30 of the Federal

   19    Rules of Civil Procedure before Carol A. Jeffrey,

   20    a notary public in and for the Commonwealth of

   21    Massachusetts, on May 26, 2006, commencing at

   22    10:25 A.M. at the offices of Reardon, Joyce &

   23    Akerson, 397 Grove Street, Worcester,

   24    Massachusetts.


                McCARTHY REPORTING SERVICE    WORCESTER, MA.
                  508-753-3889 OR (IN MASS.) 1-800-564-3889

```
                                                   VOL V - 905



 1    A P P E A R A N C E S:

 2


 3    FOR THE PLAINTIFFS:

 4    DAWNE H. THORNE, ESQ.
      GRAYER & DILDAY, LLP
 5    27 School Street
      Boston, Massachusetts  02108
 6

 7    FOR THE DEFENDANTS CITY OF REVERE, AMBROSINO,
      REARDON:
 8
      WALTER H. PORR, JR., ESQ.
 9    PAUL CAPIZZI, ESQ.
      OFFICE OF THE CITY SOLICITOR
10    281 Broadway
      City Hall
11    Revere, Massachusetts  01251

12
      FOR THE DEFENDANTS FOSTER, SANTORO, COLANNINO,
13    ROLAND, DOHERTY, NELSON, RUSSO, MURPHY AND FORD:

14    JOHN K. VIGLIOTTI, ESQ.
      REARDON, JOYCE & AKERSON, P.C.
15    397 Grove Street
      Worcester, Massachusetts  01605
16

17

18

19

20

21

22

23

24


                 McCARTHY REPORTING SERVICE    WORCESTER, MA.
                    508-753-3889 OR (IN MASS.) 1-800-564-3889
```

VOL V - 906

```
 1                  I N D E X

 2        DEPONENT:  SONIA FERNANDEZ

 3                                         PAGE

 4   CONTINUED EXAMINATION BY MR. VIGLIOTTI   907

 5

 6

 7

 8                  EXHIBITS

 9                                         PAGE

10   21  Sonia Fernandez Interrogatory     1033
         Answers
11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

VOL V - 907

1       SONIA FERNANDEZ, PREVIOUSLY SWORN

2   CONTINUED EXAMINATION BY MR. VIGLIOTTI:

3       Q.   Sonia, you're aware you're here for

4   your continued deposition, correct?

5       A.   I'm sorry, Mr. Vigliotti, I'm going to

6   put my hearing aids on.  Sorry.

7       Q.   That's okay.

8            MR. PORR:  She wouldn't have to do

9   that for me.

10           MR. VIGLIOTTI:  Off the record.

11           (Off the record from 10:28 to 10:29.)

12      Q.   Back on the record.  My watch, I have

13  approximately 10:29 a.m.  Sonia, just so we're

14  clear, we're here for your continued deposition

15  in the lawsuit you have brought against the City

16  of Revere, chief and several of the individual

17  officers, which you're aware of.  Same

18  stipulations.

19           You understand that you're still under

20  oath today, it's a continuation.  Even though you

21  haven't been sworn in, you're still under oath,

22  okay?

23      A.   Okay.

24      Q.   Same thing, as I told you before,

VOL V - 910

```
 1   today?
 2       A.   Imodium A-D and Zantac.
 3       Q.   What are those for?
 4       A.   Imodium A-D is for stomach upset, and
 5   the Zantac is also for acid in the stomach.
 6       Q.   Is Zantac a prescription?
 7       A.   No.
 8       Q.   Over-the-counter?
 9       A.   Mm-hmm.  Yes.  I'm sorry.
10       Q.   Imodium is also over the counter?
11       A.   Yes.
12       Q.   They have no effect on your mental
13   clarity?
14       A.   Oh, no.
15       Q.   Okay.  Since your last deposition, we
16   have missed a date, May 18th, Friday.
17            MR. PORR:  Thursday.
18       Q.   I'm sorry, Thursday, May 18th.  There
19   was an indication that you needed to go to the
20   hospital.  Can you just tell me about that?
21       A.   I was sick overnight, I was in the
22   bathroom all night.
23       Q.   You say you were sick.  How were you
24   sick?
```

1    A.   I had a headache, I'd had a headache
2  for a couple of days, I didn't realize that I was
3  probably getting a sinus infection.  I didn't
4  even think about that.  I took some medication, I
5  was in the bathroom all night with diarrhea and
6  some vomiting.
7    Q.   Okay.
8    A.   I was up all night.
9    Q.   As a result of that, what did you do?
10   A.   I called my attorney, James Dilday,
11 at --
12   Q.   You don't have to tell me any
13 communications you had with him.
14   A.   No, I didn't talk to him.
15   Q.   Okay.
16   A.   I left him a message.
17   Q.   Okay.  What time was that at?
18   A.   Ten minutes to six.
19   Q.   And as a result -- after that, you
20 left him that message, you indicated you couldn't
21 make your deposition because you were sick?
22   A.   I was sick and I was up all night.
23   Q.   What did you do after that?
24   A.   I put my head down, tried to rest.

VOL V - 912

```
 1       Q.    Okay.
 2       A.    And then later on I went to the
 3   doctor's.
 4       Q.    What time did you go to the doctor's?
 5       A.    I had an appointment at 2:00.
 6       Q.    At 2:00.  You said you had an
 7   appointment?
 8       A.    I made an appointment.
 9       Q.    You made an appointment for 2:00.
10   What time did you contact the doctor?
11       A.    Sometime in the morning.
12       Q.    Do you remember what time it was?
13       A.    I don't know, maybe 11:30, 12:00.
14   Maybe after.  I don't know.
15       Q.    Who was the doctor you contacted?
16       A.    Dr. Shilpa Thakur.  T-h-a-k-u --
17   o-u-r.
18       Q.    And who is that doctor?
19       A.    She's my primary -- well, she was my
20   primary care.
21       Q.    She was?
22       A.    She's leaving.
23       Q.    Okay.  How long has she been your
24   primary care doctor for?
```

VOL V - 913

1    A.   Not too long.  Maybe since the
2  beginning of the year or middle of the year.
3    Q.   Of 2006?
4    A.   (Nods head.)
5        MR. PORR:  That's a yes?
6    A.   Yes, I'm sorry.
7        MR. PORR:  That's okay.
8    Q.   And you went and saw the doctor, your
9  appointment was for 2:00?
10   A.   Yes.
11   Q.   Prior to that, did you speak to
12  anyone?
13   A.   About what?
14   Q.   Did you speak to your attorney?  Not
15  what you said, I just want to know if you spoke
16  to him.
17   A.   Afterwards, I told him I was sick.
18   Q.   What time was that?
19   A.   I don't remember.
20   Q.   Was it before or after you went to the
21  doctor's at 2:00?
22   A.   It was before, because I told him I
23  had a doctor's appointment.
24   Q.   Was it before or after you made the

VOL V - 914

```
 1   doctor's appointment?
 2        A.    I don't remember.  I think it was
 3   after.
 4        Q.    Is that a guess or you don't recall?
 5   I'm just trying to figure out if you know for
 6   sure one way or another.
 7        A.    I was sick.  I was going to see a
 8   doctor either way.  I'm not sure.  I'll say I
 9   don't recall.
10        Q.    Okay.  And you went to the doctor's at
11   2:00?
12        A.    Yes.
13        Q.    Where?  What facility?
14        A.    Beth Israel.  It's not the main
15   hospital, it's the one in Chelsea, right next
16   door to Revere.
17        Q.    Do you know what the address is?
18        A.    I think it's 1000 Broadway, either
19   that or 1001.
20        Q.    And who did you see?
21        A.    Dr. Shilpa.
22        Q.    Were you diagnosed with anything?
23        A.    She said that my throat was red, my
24   sinuses were inflamed.  She wasn't sure if I had
```

VOL V - 915

```
 1    an infection, so she gave me a prescription for
 2    Flonase, and she was going to give me a
 3    prescription for Claritin D, but I told her that
 4    doesn't work on me, I use Zyrtec, and I still had
 5    Zyrtec.
 6         Q.   So the only thing she prescribed was
 7    Flonase?
 8         A.   Yeah.  I'm sorry, yes.
 9         Q.   So the initial diagnosis she was
10    unsure, but it could have been a possible sinus
11    infection?
12         A.   She said it was a viral infection.
13         Q.   A viral infection.
14         A.   She said it was going around.
15         Q.   Viral infection of your sinuses?
16         A.   Well, I had the sniffles, I had the
17    sneezing, watery eyes.  My face was like hurting
18    me and my eyes were puffy.
19         Q.   Okay.  Any other prescriptions, any
20    other treatment plan, discharge, when she let you
21    go, did she tell you to do anything?
22         A.   She asked me to come back if I didn't
23    get any better, if my throat was still bothering
24    and my ear.
```

VOL V - 916

```
 1        Q.    And that was it?
 2        A.    No, she was going to prescribe me an
 3   antibiotic because I had an earache.
 4        Q.    You had an earache also?
 5        A.    Mm-hmm.
 6        Q.    Did she prescribe you an antibiotic?
 7        A.    No, because she said my ear wasn't
 8   red.  She said it was just a combination of the
 9   allergies or the sinuses.
10        Q.    Do you have allergies?
11        A.    I do.
12        Q.    So was it your allergies that are
13   acting up?
14        A.    I don't think so.  She said it was my
15   sinuses, and she touched my face and my face was
16   in pain.
17        Q.    And you were discharged and sent
18   home --
19        A.    Yes.
20        Q.    -- with just Flonase?
21        A.    Because I already had the Zyrtec.
22        Q.    What did you have the Zyrtec from?
23        A.    Where did I get it?
24        Q.    Yes.
```