# EXHIBIT B

```
                                          VOL. VI PG. 898


 1           IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3
     TERRI PECHNER-JAMES
 4   and SONIA FERNANDEZ,
        Plaintiffs
 5                                  VOLUME VI
     VS.                 C.A. NO. 03-12499-MLW
 6
     CITY OF REVERE; THOMAS
 7   AMBROSINO, MAYOR; CITY OF
     REVERE POLICE DEPARTMENT,
 8   TERRENCE REARDON, CHIEF;
     BERNARD FOSTER, SALVATORE
 9   SANTORO, ROY COLANNINO,
     FREDERICK ROLAND, THOMAS DOHERTY,
10   JOHN NELSON, JAMES RUSSO,
     MICHAEL MURPHY, and STEVEN FORD,
11      Defendants

12

13

14

15          CONTINUED DEPOSITION of TERRI

16   PECHNER-JAMES taken at the request of the

17   defendants pursuant to Rule 30 of the Federal

18   Rules of Civil Procedure before Nancy A.

19   Diemdowicz, Registered Merit Reporter, a

20   notary public in and for the Commonwealth of

21   Massachusetts, on May 25, 2006, commencing at

22   10:08 A.M. at the offices of Reardon, Joyce &

23   Akerson, 397 Grove Street, Worcester,

24   Massachusetts.


              McCARTHY REPORTING SERVICE  WORCESTER, MA
                (508)753-3889 (IN MASS) 1-800-564-3889
```

VOL. VI PG. 899

```
 1

 2   A P P E A R A N C E S:

 3
     FOR THE PLAINTIFFS:
 4
     JAMES S. DILDAY, ESQ.
 5   GRAYER & DILDAY LLP
     27 School Street
 6   Boston, Massachusetts 02108

 7
     FOR THE DEFENDANTS, CITY OF REVERE; THOMAS
 8   AMBROSINO, MAYOR; CITY OF REVERE POLICE
     DEPARTMENT, TERRENCE REARDON, CHIEF:
 9
     WALTER H. PORR, JR., ESQ.
10   Office of the City Solicitor
     City Hall
11   281 Broadway
     Revere, Massachusetts  01251
12

13   FOR THE DEFENDANTS, BERNARD FOSTER, SALVATORE
     SANTORO ROY COLANNINO, FREDERICK ROLAND,
14   THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO,
     MICHAEL MURPHY AND STEVEN FORD:
15
     MICHAEL J. AKERSON, ESQ.
16   REARDON, JOYCE & AKERSON, P. C.
     397 Grove Street
17   Worcester, Massachusetts 01605

18

19

20

21

22

23

24
```

VOL. VI PG. 900

```
 1              I N D E X

 2         DEPONENT:  TERRI PECHNER-JAMES

 3                                          PAGE

 4

 5   CONTINUED EXAMINATION BY MR. PORR       901

 6

 7

 8

 9

10              EXHIBITS

11                                          PAGE

12   15.  Patient History & Physical Exam   910

13   16.  Affidavit - Exhibit 18            922

14   17.  Affidavit - U.S. District Court   923

15   18.  Photocopy of Photograph           1007

16   19.  Photocopy of Photograph           1011

17   20.  Photocopy of Photograph           1013

18   21.  Memorandum dated 12/21/98         1073

19   22.  Sonia Fernandez Supplementation   1136

20        of Interrogatories

21

22

23

24
```

VOL. VI PG. 901

 1            MR. PORR:  We're back on the record
 2    with the deposition of Terri Pechner.
 3    CONTINUED EXAMINATION BY MR. PORR:
 4         Q.    Good morning, Ms. Pechner.
 5         A.    Good morning.
 6         Q.    You understand that you're still
 7    under oath?
 8         A.    Yes, I do.
 9         Q.    Okay.  Have you taken any
10    medication this morning?
11         A.    Yes, I have.
12         Q.    What have you taken?
13         A.    Synthroid and Paxil.
14         Q.    The Synthroid, is that an
15    artificial thyroid type medication?
16         A.    Yes.
17         Q.    All right.  And the Paxil you take
18    for what condition?
19         A.    PTSD.
20         Q.    Okay.  How are you feeling this
21    morning?
22         A.    Lousy.
23         Q.    Okay.  And when you say "lousy,"
24    what do you mean by that?

VOL. VI PG. 986

 1     A.    Okay.  And your question?

 2     Q.    So the last day you had worked for

 3  Lieutenant Foster, as of September 1, was a

 4  half day on the 27th of August?

 5     A.    I don't recall.

 6     Q.    Well, you didn't work for

 7  Lieutenant Foster on the 28th or 29th, those

 8  were your days off?

 9           THE WITNESS:  Can we take a break?

10           MR. PORR:  Sure.  By all means.

11           (Recess taken from 12:00 P. M. to

12  12:15 P. M.)

13     Q.    What I was trying to establish as a

14  lead in to some follow-up questions is, On

15  September 1, when you traded shifts with

16  Officer Macaskill and you worked a PM shift,

17  that enabled you to work a shift without being

18  under Lieutenant Foster's supervision,

19  correct?

20     A.    Correct.

21     Q.    All right.  So the 28th was your

22  day off, of August, the 29th of August was

23  your day off, the 30th you swapped shifts so

24  you didn't have to work for Lieutenant Foster,

VOL. VI PG. 1025

```
 1      Q.   The AM shift went from what?
 2   Midnight to eight?
 3      A.   Yes.
 4      Q.   And then you were off until - what?
 5   - 4:00 P. M., and then you came back from four
 6   to midnight?
 7      A.   Yes.
 8      Q.   Okay.  How long did you work the
 9   split shift, platoon one, group two?  You got
10   there October 12 of '97, from the day shift.
11           How long did you stay on the split
12   shift?
13      A.   Until sometime in '99.
14      Q.   Okay.  And then did you go back to
15   the days?
16      A.   Yes.
17      Q.   Okay.
18           MR. PORR:  Mr. Dilday, I'm ready to
19   move on to another paragraph and whatnot.
20   It's 1:05.  Shall we take our lunch break now?
21           MR. DILDAY:  Might as well.
22           MR. PORR:  Okay.
23           MR. DILDAY:  So we'll be back at
24   about 2:05.
```

VOL. VI PG. 1026

```
 1              MR. PORR:  Sure.
 2              MR. DILDAY:  Okay.
 3              (Luncheon recess taken from
 4   1:05 P. M. to 2:15 P. M.)
 5              (Talya Yaylaian sits in for
 6   Mr. Akerson.)
 7              MR. PORR:  We're back on the
 8   record.  Madam reporter has been spending the
 9   last five, ten minutes working on her laptop,
10   which seems to be not cooperating with her,
11   but her stenographic machine is working just
12   fine, so I'm told we'll have a record and
13   we're okay.  All right.
14       Q.   Ms. Pechner, I'd like you to look
15   at page 7 of your personal notes.  It's right
16   there.  By the way, how are you feeling right
17   now?
18       A.   Okay.
19       Q.   And was the lunch break good?
20       A.   Yup.
21       Q.   All right. Great. And I'd like
22   you to look at the big paragraph in the middle
23   of the page, and, in particular, I'd like you
24   to look at the first several sentences that
```

VOL. VI PG. 1072

 1      A.    I'm sure we will.
 2            MR. DILDAY:  Can we take a
 3   30-second break to go to the men's room?
 4            MR. PORR:  Oh, sure.
 5            (Recess taken from 3:05 P. M. to
 6   3:06 P. M.)
 7      Q.    Ms. Pechner -- I guess you prefer
 8   James?
 9      A.    Yes.
10      Q.    Okay.  I apologize.  Because the
11   majority of the documents have your maiden
12   name Pechner so that's what I've been going
13   off of.
14            I placed in front of you your
15   affidavit which we marked as Exhibit 16, ask
16   you to look at paragraph 39 on page 10.  Do
17   you see that?
18      A.    Yes.
19      Q.    The first two sentences state that
20   Sergeant Doherty did not disapprove of
21   profanity.  He disapproved only when it was
22   used by female officers.
23            Is that a reference to what we have
24   here on page 7 of your notes in the second

VOL. VI PG. 1111

```
 1           Should that be April 13?  Because
 2   the accident happened on March 14, so I'm
 3   confused about --
 4       A.    I am, too.
 5       Q.    So, I mean, was it April 13 or
 6   should it be March 23 or can you --
 7       A.    It could have been April 13th.
 8   It's obviously human error.
 9       Q.    No.  I understand that.  I'm just
10   trying to correct it, if we can.
11       A.    Yeah.  I would say April.
12       Q.    All right.  Who's the primary care
13   physician you're referring to that you went to
14   when you say "on March 13 I went to my primary
15   care physician"?
16       A.    Dr. Wald, Deborah Wald.
17       Q.    Where was she located?
18       A.    Mass. General in Revere.
19           MR. PORR:  All right.  We've been
20   going at it for quite a while.  It's four.
21   Can we take like a five-minute break here?
22           MR. DILDAY:  Sure.  That's fine.
23           MR. PORR:  I'm going to go to the
24   next page of your notes.  Pick up there.
```

VOL. VI PG. 1112

```
 1           (Recess taken from 3:55 P. M. to
 2   4:07 P. M.)
 3       Q.    So I indicated I wanted to look at
 4   page 8 of your notes and there's a June '98
 5   entry.  Okay?  Do you see that?
 6       A.    Yes.
 7       Q.    All right.  And have you had a
 8   chance to review that?  I mentioned that's
 9   what we'd be talking about next.
10       A.    No.
11       Q.    Okay.  Can you take a second to
12   review it real quick?
13       A.    (Looks at document.)  I reviewed
14   it.
15       Q.    Okay.  What did you understand by
16   Lieutenant Santoro and Sergeant Goodwin's
17   comment to you that captains Chaulk and
18   Colannino seemed to think there was something
19   more than a professional relationship going on
20   between the three of you?  You being yourself,
21   Sergeant Goodwin, and Lieutenant Santoro.
22       A.    I'm confused by -- what did I
23   understand?
24       Q.    Yeah.  In other words, Lieutenant
```

VOL. VI PG. 1152

 1   years ago.  I don't remember.  I saw -- saw

 2   it.  I remember speaking to Lynn like it was

 3   the back of my hand.

 4        Q.   Was the letter addressed to you or

 5   addressed to the investigator?

 6        A.   I don't -- I don't remember.

 7        Q.   Okay.  Does your investigator have

 8   a copy of her letter?

 9        A.   You could ask him.  I mean --

10        Q.   Do you know?

11        A.   No.

12        Q.   Okay.

13             MR. PORR:  I have five.  That clock

14   says a couple minutes before.  What time do

15   you have, Mr. Dilday?

16             MR. DILDAY:  I have five on the

17   dot.

18             MR. PORR:  Okay.  I have just --

19   let me just look here, if I can, real quick.

20        Q.   Looking at your MCAD complaint, is

21   there any reference to the chalk drawing

22   alleged in paragraph 96 of your MCAD

23   complaint?

24        A.   No.

VOL. VI PG. 1153

```
 1      Q.   Any reference in the amended MCAD
 2   complaint?
 3      A.   No.
 4      Q.   Why not?
 5      A.   I don't know.
 6           MR. PORR:  Okay.  Well, it's five,
 7   and I suspect we should adjourn, and tomorrow
 8   we're here with Sonia Fernandez.
 9           MR. DILDAY:  Tomorrow with Sonia.
10   I won't be here, but Dawn will be here.
11
12
13           (The deposition then adjourned.)
14
15
16
17
18
19
20
21
22
23
24
```