# EXHIBIT C

```
                                                  VOL VIII - 1347




 1            IN THE UNITED STATES DISTRICT COURT
                          FOR THE
 2                 DISTRICT OF MASSACHUSETTS


 3


 4    TERRI PECHNER-JAMES and
      SONIA FERNANDEZ,
 5       Plaintiffs,
                                         C.A. NO.
 6    VS.                                03-12499-MLW

 7    CITY OF REVERE, THOMAS
      AMBROSINO, MAYOR, CITY
 8    OF REVERE POLICE
      DEPARTMENT, TERRENCE
 9    REARDON, CHIEF, BERNARD
      FOSTER, SALVATORE
10    SANTORO, ROY COLANNINO,
      FREDERICK ROLAND,
11    THOMAS DOHERTY, JOHN
      NELSON,JAMES RUSSO,
12    MICHAEL MURPHY and
      STEVEN FORD,
13       Defendants.

14

15       CONTINUED DEPOSITION of TERRI PECHNER-JAMES

16    taken at the request of the Defendants Foster,

17    Santoro, Colannino, Roland, Doherty, Nelson,

18    Russo, Murphy and Ford, pursuant to Rule 30 of

19    the Federal Rules of Civil Procedure before Carol

20    A. Jeffrey, a notary public in and for the

21    Commonwealth of Massachusetts, on June 7, 2006,

22    commencing at 11:00 A.M. at the offices of

23    Reardon, Joyce & Akerson, 397 Grove Street,

24    Worcester, Massachusetts.



            McCARTHY REPORTING SERVICE    WORCESTER, MA.
              508-753-3889 OR (IN MASS.) 1-800-564-3889
```

```
                                                    VOL VIII - 1348


 1   A P P E A R A N C E S:

 2

 3   FOR THE PLAINTIFFS:

 4   DAWNE H. THORNE, ESQ.
     GRAYER & DILDAY, LLP
 5   27 School Street
     Boston, Massachusetts  02108
 6

 7   FOR THE DEFENDANTS CITY OF REVERE, AMBROSINO,
     REARDON:
 8
     WALTER H. PORR, JR., ESQ.
 9   PAUL CAPIZZI, ESQ.
     OFFICE OF THE CITY SOLICITOR
10   281 Broadway
     City Hall
11   Revere, Massachusetts  01251

12
     FOR THE DEFENDANTS FOSTER, SANTORO, COLANNINO,
13   ROLAND, DOHERTY, NELSON, RUSSO, MURPHY AND FORD:

14   MICHAEL J. AKERSON, ESQ.
     REARDON, JOYCE & AKERSON, P.C.
15   397 Grove Street
     Worcester, Massachusetts  01605
16

17

18

19

20

21

22

23

24


              McCARTHY REPORTING SERVICE    WORCESTER, MA.
                508-753-3889 OR (IN MASS.) 1-800-564-3889
```

VOL VIII - 1349

1                    I N D E X

2

3       DEPONENT:   TERRI PECHNER-JAMES

4                                          PAGE

5    CONTINUED EXAMINATION BY MR. PORR       1350

6

7

8

9                   EXHIBITS

10                                           PAGE

11   36   January 1998 Calendar Page         1354

12   37   December 1998 Calendar Page        1425

13   38   January-December 1999 Calendar     1446
          Pages
14
     39   Police Officer's Formal Report     1519
15
     40   Sexual Harassment Policy Booklet   1548
16
     41   4/6/99 Memo                        1551
17

18

19

20

21

22

23

24

McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

VOL VIII - 1350

```
 1            MR. PORR:  We're back on the record,
 2    continuing the deposition of Terri Pechner-James.
 3    It's a few minutes after 11:00 o'clock, Miss
 4    James was here right on the dot at 10:00, but
 5    Miss Dawne Thorne ran into transportation
 6    problems and just got here.
 7            There's been an offer to go until 6:00
 8    to make up for the lost hour, and I think we'll
 9    just play it by ear and see how the day plays
10    out.
11            MS. THORNE:  All right.
12        TERRI PECHNER-JAMES, PREVIOUSLY SWORN
13    CONTINUED EXAMINATION BY MR. PORR:
14        Q.   Good morning, Miss James.
15        A.   Good morning.
16        Q.   You know of course that you're still
17    under oath.  We haven't resworn you because the
18    oath that you took to start the deposition
19    process still is in place, correct?
20        A.   Yes.
21        Q.   Have you taken any medications today?
22        A.   Yes.
23        Q.   What have you taken?
24        A.   Paxil and Synthroid.
```

VOL VIII - 1378

```
 1      Q.    Okay.  Do you need to take a break?
 2   Why don't we take a break.
 3               (Recess taken from 11:45 to 11:51.)
 4      Q.    All right, we're back on the record.
 5   I gather that after approximately five minutes,
 6   Officer Randall then responded to this dispatch?
 7      A.    Yes.
 8      Q.    So he got out of your car, got in his
 9   car and left?
10      A.    Correct.
11      Q.    What did you do?
12      A.    Followed him there.
13      Q.    Followed him --
14      A.    To the call.
15      Q.    Why was that?
16      A.    I don't know.
17      Q.    Were you dispatched as backup?
18      A.    No, Ronny Thornton was.
19      Q.    Ronny?
20      A.    Thornton.
21      Q.    Was discharged as backup.  Where was
22   the call?
23      A.    107.
24      Q.    I'm sorry?
```

VOL VIII - 1450

```
 1    premarked the calendar on the days that you'd be
 2    working, you know, January, February, et cetera?
 3         A.   Correct.
 4         Q.   And then ultimately as it played out,
 5    you didn't stay on the split shift, but the
 6    calendar had already been written on?
 7         A.   Correct.
 8              MR. PORR:  Okay.  All right.  Counsel,
 9    I have 1:20, and I'm prepared to move on to
10    discussing the January '99 meeting in some
11    detail.  Take maybe a 45-minute break until 2:00
12    for lunch?
13              MS. THORNE:  That's good.
14              MR. AKERSON:  Sounds good.
15              (Luncheon recess taken 1:20 to 2:10.)
16              MR. PORR:  We're back on the record.
17    And before we get started, we are reconvening
18    after our lunch break, and we started an hour
19    late, and Miss Thorne at the beginning of the
20    session offered to go until 6:00 to make up for
21    the missing hour.  And then during lunch break,
22    defense counsel discussed that, and the weather
23    is deteriorating or continuing to be bad, and on
24    top of that, my oldest daughter and son-in-law
```

VOL VIII - 1549

1       Q.      Whose watch are we going to use?

2       A.      Yours.

3       Q.      Very well.

4               THE WITNESS:  I actually have to go to

5    the bathroom, that's why I was looking at my

6    watch.

7               MR. PORR:  Oh, okay, let's take a

8    break so we can do that.

9               (Recess taken from 4:20 to 4:23.)

10      Q.      Let me hand the witness what's been

11   marked as Exhibit 40.  Do you recognize that as

12   the sexual harassment policy which you were

13   referencing on page 11 of your notes?

14      A.      Yes.

15      Q.      Okay.  Do you recall when this policy

16   was distributed?  I know it has an April 1 date,

17   but do you recall when it was circulated to the

18   entire department?

19      A.      No.

20      Q.      Do you recall having to sign for the

21   policy?

22      A.      Yes.

23      Q.      And when you signed for the policy, is

24   that also an indication that you've read the

VOL VIII - 1562

```
 1    and ask what they had done in connection with
 2    this entry in your notes that humiliated you in
 3    front of others and the public.
 4              I don't think Foster or Russo should
 5    be on this list, because Foster wasn't the
 6    supervisor for the split shift.
 7         A.   Okay.  Well, your question I guess was
 8    very broad, because it just seemed to me that you
 9    were --
10         Q.   It's tied directly to this note.
11         A.   But there's no date on that.  I don't
12    have a date, I finally decided to -- so there's
13    no date on there, and when you just asked that
14    question, maybe madam reporter can read back to
15    where I got confused.
16         Q.   Okay.  We've established though that
17    this note is chronologically between April 4 of
18    '99 and July 5 of '99.  As of April 4 of '99, you
19    were still working the split shift, correct?
20         A.   Right.
21         Q.   As of July 5, '99, you had moved onto
22    the evening shift where Lieutenant Bernard Foster
23    was in charge.
24         A.   To me, maybe with all the dates, I'm
```

VOL VIII - 1563

1  getting very confused.  If you ask me an incident
2  and ask me what happened -- I'm confused here.
3  So maybe we should just call it because --
4           MR. PORR:  Okay, then we'll do that.
5  We can go off the record.
6           (The deposition suspended at 4:44.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24