# EXHIBIT F

```
                                              VOL. IV PG. 694


 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3
    TERRI PECHNER-JAMES
 4  and SONIA FERNANDEZ,
        Plaintiffs
 5                              VOLUME IV
    VS.            C.A. NO. 03-12499-MLW
 6
    CITY OF REVERE; THOMAS
 7  AMBROSINO, MAYOR; CITY OF
    REVERE POLICE DEPARTMENT,
 8  TERRENCE REARDON, CHIEF;
    BERNARD FOSTER, SALVATORE
 9  SANTORO, ROY COLANNINO,
    FREDERICK ROLAND, THOMAS DOHERTY,
10  JOHN NELSON, JAMES RUSSO,
    MICHAEL MURPHY, and STEVEN FORD,
11      Defendants

12

13

14

15        CONTINUED DEPOSITION of SONIA FERNANDEZ

16  taken at the request of the defendants

17  pursuant to Rule 30 of the Federal Rules of

18  Civil Procedure before Nancy A. Diemdowicz,

19  Registered Merit Reporter, a notary public in

20  and for the Commonwealth of Massachusetts, on

21  May 16, 2006, commencing at 1:30 P.M. at the

22  City Hall, 281 Broadway, Revere,

23  Massachusetts.

24

             McCARTHY REPORTING SERVICE   WORCESTER, MA
                 (508)753-3889 (IN MASS) 1-800-564-3889
```

```
                                                         VOL. IV PG. 695



 1   A P P E A R A N C E S:

 2
     FOR THE PLAINTIFFS:
 3
     JAMES S. DILDAY, ESQ.
 4   GRAYER & DILDAY LLP
     27 School Street
 5   Boston, Massachusetts 02108


 6
     FOR THE DEFENDANTS, CITY OF REVERE; THOMAS
 7   AMBROSINO, MAYOR; CITY OF REVERE POLICE
     DEPARTMENT, TERRENCE REARDON, CHIEF:
 8
     WALTER H. PORR, JR., ESQ.
 9   PAUL CAPIZZI, ESQ.
     Office of the City Solicitor
10   City Hall
     281 Broadway
11   Revere, Massachusetts  01251


12
     FOR THE DEFENDANTS, BERNARD FOSTER, SALVATORE
13   SANTORO ROY COLANNINO, FREDERICK ROLAND,
     THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO,
14   MICHAEL MURPHY AND STEVEN FORD:

15   JOHN K. VIGLIOTTI, ESQ.
     REARDON, JOYCE & AKERSON, P. C.
16   397 Grove Street
     Worcester, Massachusetts 01605

17

18

19

20

21

22

23

24


              McCARTHY REPORTING SERVICE   WORCESTER, MA
                 (508)753-3889 (IN MASS) 1-800-564-3889
```

VOL. IV PG. 696

```
 1                I N D E X
 2         DEPONENT:  SONIA FERNANDEZ
 3                                           PAGE
 4
 5  CONTINUED EXAMINATION BY MR. PORR         697
 6
 7
 8
 9
10                 EXHIBITS
11                                           PAGE
12  12.  Typed Pages of Notes                 709
13  13.  Photocopy of Photograph              718
14  14.  Records of East Boston Health Center 768
15  15.  Social Service Record                787
16  16.  Psychosocial Assessment              814
17  17.  Problem List                         841
18  18.  Office Visit Notes, 7/10/97          848
19  19.  Office Visit Notes, 7/18/97          857
20  20.  Office Visit Notes, 8/1/97           863
21
22
23
24
```

VOL. IV PG. 697

```
 1    CONTINUED EXAMINATION BY MR. PORR:
 2         Q.    Good afternoon, Ms. Fernandez.
 3         A.    Good afternoon, Mr. Porr.
 4         Q.    All right.  We're picking up with
 5    your deposition and a couple questions before
 6    we get going.
 7         A.    Okay.
 8         Q.    Taking any medication today?
 9         A.    No, nothing.
10         Q.    Okay.  How are you feeling today?
11         A.    My foot's sore.
12         Q.    Okay.  Other than that?
13         A.    I'm okay.
14         Q.    Hear aids, how are they?
15         A.    I don't have them on.  I can hear
16    you good.
17         Q.    Okay.  This is kind of a big boxy
18    room, so if you have trouble hearing me, speak
19    up.  Okay?
20         A.    Okay.
21         Q.    All right?  Have you reviewed any
22    documents between your last deposition session
23    and today?
24         A.    No.
```

VOL. IV PG. 700

```
 1     A.    I think she called me.
 2     Q.    And what did she say?
 3     A.    That she was sick to her stomach.
 4     Q.    Did she say why?
 5     A.    The questions that you asked her.
 6     Q.    Did she get specific about the
 7  questions I asked?
 8     A.    My phone's ringing.  I'm sorry.
 9     Q.    That's okay.
10           (The record was read by the
11  reporter as requested.)
12     A.    She said she felt sick.  She wanted
13  to throw up.
14     Q.    Okay. But my question is, Did she
15  get specific about the questions I asked her?
16     A.    Not really.  She just said one
17  particular question made her very ill to her
18  stomach.
19     Q.    And what question was that, did she
20  tell you?
21     A.    She said you asked her if she had
22  an abortion.
23     Q.    Oh.  You haven't looked at the
24  transcript of that deposition session, have
```

VOL. IV PG. 723

 1   think I was dating -- I was dating James.  I
 2   think she was dating Mark at the time.
 3        Q.   Okay.  And did you and she ever
 4   talk about her relationship with Officer
 5   James?
 6        A.   No.
 7        Q.   Did you ever talk to her about your
 8   relationship with Sergeant Picardi?
 9        A.   In detail, you mean, like what we
10   do or --
11        Q.   Talk.  I mean just ever talk about
12   it.
13        A.   No.
14        Q.   Hey, you know -- is it Jim Picardi?
15        A.   I call him James or Jimmy.
16        Q.   So like, you know, "James and I
17   went out to dinner last night at a fancy
18   restaurant in Boston"?
19        A.   No.  Just, "How are you?  How are
20   you and Jimmy doing?"  Stuff like that.  "Hi,
21   how are you?  How are you and Mark doing?"
22        Q.   Okay.  And how often would you have
23   that kind of a conversation with Officer James
24   about either her relationship with officer --

VOL. IV PG. 764

```
 1      A.    Okay.
 2      Q.    You said they were yelling at her.
 3  Was it more than one person?
 4      A.    I think there was more than one
 5  supervisor there.
 6      Q.    Do you know who the other
 7  supervisor was?
 8      A.    Can't remember.
 9      Q.    Okay.  Any other incident that you
10  recall where somebody yelled at Terri Pechner?
11      A.    Can I skip that?  If I remember,
12  I'll tell you.
13      Q.    That's fine.  Kathy Fish.  You
14  mentioned Kathy Fish being yelled at.
15      A.    Kathy was yelled at.  And I don't
16  remember who yelled at her, but I know she
17  went to the garage and she was crying her eyes
18  out.
19      Q.    Okay.
20      A.    Sorry.
21            MR. PORR:  That's okay.  We'll take
22  a break.
23            (Recess taken from 2:31 P. M. to
24  2:32 P. M.)
```

VOL. IV PG. 765

```
 1      Q.    I think we just had a hat trick.
 2   Are you familiar with hockey at all?
 3      A.    Yes.
 4      Q.    When one player scores three goals,
 5   they call it a hat trick?
 6      A.    They call it a hat trick?
 7      Q.    A hat trick.
 8      A.    What does that mean?
 9      Q.    I have no idea where the term came
10   from.
11            MR. DILDAY:  People used to throw
12   their hats onto the ice when the person scored
13   three goals.
14      Q.    So in the course of the deposition
15   Georgie called?
16      A.    Mm-hmm.
17      Q.    Son?
18      A.    Mm-hmm.
19      Q.    And then Crystal called, daughter
20   called?
21      A.    Yes.
22      Q.    And AJ, your other son, called?
23      A.    Yes.
24      Q.    A hat trick.  Okay.  So we were
```

VOL. IV PG. 768

```
 1      A.   Hey, you've got my doctor's notes.
 2           MR. PORR:  Yeah.  Madam reporter,
 3  can you mark that next in order?
 4
 5           (Deposition Exhibit No. 14 marked.)
 6           THE WITNESS:  Can I run to the
 7  ladies' room real quick?
 8           MR. PORR:  Sure.  We can take a
 9  break.
10           (Recess taken from 2:35 P. M. to
11  2:43 P. M.)
12      A.   I can't read doctor's note,
13  Dr. Porr, but I'll try.
14      Q.   That's okay.  We've marked as
15  Exhibit 14 two pages from your medical records
16  from the East Boston Neighborhood Health
17  Center, and both pages are dated June 24 of
18  '97, which is the date alluded to in
19  paragraph 85 of the complaint.
20      A.   Okay.
21      Q.   Do you recall going to the East
22  Boston Neighborhood Health Center on that
23  date?
24      A.   I guess so.
```

VOL. IV PG. 788

```
 1      A.    I thought she was a therapist.
 2  Same thing?
 3      Q.    I think it's the same thing.
 4      A.    Okay.
 5      Q.    She worked at the East Boston
 6  health clinic?
 7      A.    She did.
 8      Q.    And you began seeing her for
 9  therapy sessions?
10      A.    I did.
11      Q.    And let me ask you to take a look
12  at what's been marked as Exhibit 15.
13      A.    Can I try and read it?
14      Q.    Sure.  She's not too bad, actually.
15            (Off-the-record discussion between
16  Mr. Dilday and the witness.)
17      Q.    You've had a chance to review what
18  we've had marked as Exhibit 15?
19            MR. DILDAY:  Somewhat.
20      A.    Somewhat.  I can't really read it.
21      Q.    Some of it is written in
22  abbreviations, but I think we can work through
23  them.  Looking at the first line --
24      A.    Okay.
```

VOL. IV PG. 791

1       Q.    Okay.  So you don't have a specific
2    recollection of what exactly you told her?
3       A.    No.
4       Q.    All right.  And then she has
5    "breakup," the line with the C under it is
6    "with"?
7       A.    Mm-hmm.
8       Q.    "Boyfriend with history of verbal
9    abuse."  Do you recall telling her about
10   verbal abuse?
11      A.    No.
12      Q.    Was Sergeant Picardi verbally
13   abusive to you?
14      A.    No.
15      Q.    Did you have a boyfriend prior to
16   Sergeant Picardi that was verbally abusive to
17   you?
18      A.    No.
19      Q.    "A close friend died suddenly
20   yesterday."
21      A.    I don't know who that is.
22            (Off-the-record between Mr. Dilday
23   and the witness.)
24            THE WITNESS:  I'm trying to think

VOL. IV PG. 854

```
 1      A.    I don't know what she's talking
 2  about there.
 3      Q.    Okay.  All right.  Did you sense
 4  some sort of mixed messages from Picardi?  Are
 5  you okay?
 6      A.    Yeah.  It's just one of those women
 7  things.  I didn't want to say that.
 8            MR. DILDAY:  Oh.  "She states she
 9  feels both good about being firm and also
10  confused."
11      Q.    Ah.  "And angered by ex's mixed
12  message."  Does that sound consistent with
13  what you talked to her about?
14      A.    Possibly.
15      Q.    Okay.  Do we need to take a break?
16      A.    Yeah.  Just for a minute.
17            MR. PORR:  That's fine.
18            (Recess taken from 4:04 P. M. to
19  4:09 P. M.)
20      Q.    Let me ask you to look down to the
21  next major section where it talks about
22  assessment.
23      A.    Okay.
24      Q.    All right.  And I read it as
```

VOL. IV PG. 900

1      A.   Not that I know of.

2      Q.   Okay.  And, again, looking at

3  Exhibit 6, I see no reference to this incident

4  from August 26, '97 there.

5           Do you recall it being discussed at

6  the meeting?

7      A.   Walking routes?

8      Q.   Yes.

9      A.   I don't know.

10     Q.   Okay.  Do you want to take a second

11 to look?

12     A.   Yes.

13     Q.   Okay.

14     A.   (Looks at document.)  I don't see

15 it.

16     Q.   Okay.

17          MR. PORR:  Let's talk for a second.

18 It's five to five.  Maybe we can go off the

19 record for this.

20          (Off-the-record discussion.)

21          (The deposition then adjourned.)

22

23

24