# EXHIBIT G

1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
2

3

4     TERRI PECHNER-JAMES
      and SONIA FERNANDEZ,

5          Plaintiffs,
                                    VOLUME VI
6     VS.                   C.A. NO. 03-12499-MLW

7

8     CITY OF REVERE; THOMAS
      AMBROSINO, MAYOR; CITY OF
      REVERE POLICE DEPARTMENT,
9     TERRENCE REARDON, CHIEF;
      BERNARD FOSTER, SALVATORE
10    SANTORO, ROY COLANNINO,
      FREDERICK ROLAND, THOMAS DOHERTY,
11    JOHN NELSON, JAMES RUSSO,
      MICHAEL MURPHY, and STEVEN FORD,
12
           Defendants.
13

14

15       CONTINUED DEPOSITION of SONIA FERNANDEZ taken

16    at the request of the plaintiff pursuant to Rule

17    30 of the Federal Rules of Civil Procedure before

18    Dawn J. Cormier Bourn, a notary public in and for

19    the Commonwealth of Massachusetts, on June 2,

20    2006, commencing at 12:58 p.m. at the Revere City

21    Hall, 281 Broadway, Revere, Massachusetts.

22

23

24

COPY

1    A P P E A R A N C E S :

2

FOR THE PLAINTIFF:

3
DAWNE H. THORNE, ESQ.
4    GRAYER & DILDAY
27 School Street
5    Boston, Massachusetts  02108

6

FOR THE DEFENDANT, CITY OF REVERE; THOMAS
7    AMBROSINO, MAYOR; CITY OF REVERE POLICE
DEPARTMENT, TERRENCE REARDON, CHIEF:
8
WALTER H. PORR, JR., ESQ., and
9    PAUL CAPIZZI, ESQ.
Office of the City Solicitor
10    City Hall, 281 Broadway
Revere, Massachusetts  01251
11

12    FOR THE DEFENDANTS, BERNARD FOSTER, SALVATORE
SANTORO, ROY COLANNINO, FREDERICK ROLAND,
13    THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO,
MICHAEL MURPHY AND STEVEN FORD:
14
JOHN K. VIGLIOTTI, ESQ.
15    REARDON, JOYCE & AKERSON
387 Grove Street
16    Worcester, Massachusetts  01605

17

18

19

20

21

22

23

24

I N D E X

DEPONENT:  SONIA FERNANDEZ

PAGE

FURTHER EXAMINATION BY MR. PORR          1068


EXHIBITS

PAGE

22   MEDICAL RECORDS                      1079

22   MEDICAL RECORDS                      1079

23   ALTERED BOOKING PHOTOGRAPH           1090

24   BOOKING PHOTOGRAPH                   1092

25   BOOKING PHOTOGRAPH                   1094

26   SEPTEMBER 23, 1997 NOTE              1137

27   TERRI PECHNER-JAMES AFFIDAVIT        1153

28   DECEMBER 21, 1997 NOTE               1162

29   NOVEMBER 19, 1997 NOTE               1179

30   DECEMBER 9, 1997 NOTE                1216

1

2                    EXHIBITS (CONTINUED)

3                                                    PAGE

4     31     FEBRUARY 28, 1998 NOTE                  1219

5     32     FEBRUARY 6, 1998 NOTE                   1220

6     33     FEBRUARY 26, 1998 NOTE                  1224

7     34     SHIFT PICK FORM                         1231

8     35     NOTE TO CHIEF RUSSO                     1231

9     36     CHANGE OF ASSIGNMENT ORDER              1231

10    37     MARCH 24, 1998 NOTE                     1235

11    38     MARCH 31, 1998 NOTE                     1241

12    39     APRIL 23, 1998 NOTE                     1247

13    40     4/22/98 AND 4/23/98 NOTES               1252

14    41     MAY 5, 1998 NOTE                        1260

15    42     MAY 12, 1998 NOTE                       1269

16    43     MAY 19, 1998 NOTE                       1274

17

18

19

20

21

22

23

24

1           SONIA FERNANDEZ, PREVIOUSLY SWORN.

2                       - - - - -

3    FURTHER EXAMINATION BY MR. PORR:

4           Q.     We're back on the record with the

5    deposition of Sonia Fernandez.

6                  Good afternoon, Ms. Fernandez.  How

7    are you?

8           A.     A little sick, but okay.

9           Q.     A little sick.  What do you have?

10          A.     Allergies.  I'm taking Zyrtecs.

11          Q.     You took a Zyrtec for your allergies?

12          A.     Yes.

13          Q.     Is that going to have any impact on

14   you in terms of the deposition?

15          A.     No.

16          Q.     The first question I was going to ask

17   is what meds you were taking.

18          A.     That's why I left it out.

19          Q.     Any other medication today?

20          A.     No, nothing.

21          Q.     How are you feeling besides being

22   stuffed up and clogged up and all that?

23          A.     Tired.

24          Q.     Okay.  Are you okay, though, for

1        A.      Because I thought maybe a supervisor

2    would handle it.

3        Q.      No, no, that's a different question

4    really.

5              (Discussion held off the record.)

6        Q.      I've asked you why you didn't pick

7    them up and throw them away yourself, and you

8    told me that you thought someone would maybe get

9    mad, I thought.

10       A.      Yes.

11       Q.      And my question was, why did you think

12   someone would get mad if you picked these up and

13   threw them away?

14       A.      Because I'm not a supervisor.

15       Q.      Why does having -- what does being a

16   supervisor have to do with it?

17       A.      This is -- this is disgusting.

18       Q.      Well, I understand that.

19       A.      And it's insulting.  I don't think it

20   was my job as a patrol officer to remove it or to

21   find out who the person is that did it.

22       Q.      Okay.

23       A.      So I left it there.  I thought someone

24   from the administration would look for whoever

1    to the shift.

2         A.    I never had a problem with any of them

3    on this shift.

4         Q.    Okay.

5         A.    Is that what you're asking me?

6         Q.    I'm just trying to figure out how it

7    got the name terror shift.

8         A.    I have no idea.

9         Q.    And the only person on the,

10   quote/unquote, terror shift that you really had a

11   problem with was Crevoiserat because, as you

12   said, he started out mean, ended mean and was

13   mean in between?

14        A.    Yeah.  I call him a terror.

15        Q.    Okay.  Fair enough.  That's fair.

16        A.    I'm not insulting him.  I still don't

17   know to this day why this man hates me.  I never

18   did anything.

19        Q.    No, that's fine.  That's fine.

20              We've been going an hour and a half.

21   Do you need to take a break?  Would you like --

22        A.    I'm fine.

23              (Discussion held off the record.)

24        Q.    Let me ask you to take a look at the

1      if that actually happened or not.  Oh, my God, I

2      think I'm a mental case.

3                    (Discussion held off the record.)

4          A.      If there was a third meeting in my

5      home, it was to see if the problems were still

6      existing.

7          Q.      Does that mean that the third meeting

8      might have been after this December meeting or

9      after the January '99 meeting?

10         A.      Before this meeting took place, before

11     the meetings with the captains.

12         Q.      Okay.

13         A.      That's the only reason why the

14     meetings took place, to see what kind of progress

15     was going on.

16         Q.      I see.

17         A.      I don't know if the union tried to

18     resort, you know, go to the captain and try to

19     resolve it on their own or --

20         Q.      All right.  Let me ask you to turn now

21     to the second page of the December 21, '98, the

22     Paragraph D, 2-D there in the middle of the page.

23         A.      I see it.

24         Q.      It says, "Certain supervisors," and

1    the hospital suffering from work-related stress."

2         A.    Okay.

3         Q.    What happened between June 24 of '97

4    and November 11th of '97 that was causing you

5    stress?

6         A.    I know I wasn't sleeping well.  I

7    wasn't eating well.  I just wasn't myself.  I

8    don't -- I don't know what was going on.

9         Q.    Can you point to any specific

10   incidents that happened in between those two

11   dates?

12        A.    Right now, no.

13        Q.    Okay.  I'm going to dig back through

14   the stack here.  Bear with me for a second.

15        A.    Can we take a break?

16             MR. PORR:  Yeah, yeah.  Why don't we

17   do that?

18             (Short recess was taken 3:05 p.m. to

19   3:15 p.m.)

20             (Deposition Exhibit No. 29 marked.)

21        Q.    Back on the record.

22             Looking at the complaint, again

23   Paragraph 85, the last half, there's the

24   November 11 date.  I could not find any medical

1    principal care physician yesterday," which would

2    be November 18.

3        A.    Right.

4        Q.    Do you recall why you went and saw

5    your principal care physician on the 18th?

6        A.    I think I just had an appointment.

7    I'm not sure.

8        Q.    Who would that principal care

9    physician be?

10        A.    Ursula Kelly.

11            (Discussion held off the record.)

12        Q.    What I'm getting at is, this note

13    references a November 19 visit with Nancy Aronoff

14    and internally indicates that you had a

15    November 18 visit with Ursula Kelly, and I'm

16    trying to figure out if the complaint in

17    Paragraph 85 should be referencing one of those

18    two visits, either to Ursula Kelly on the 18th or

19    to Nancy Aronoff on the 19th or if you saw

20    somebody else on the 11th.

21        A.    They prescribed me Valium.  The only

22    place I remember being prescribed Valium was at

23    the urgent care.

24        Q.    Which urgent care?

1    "Sonia is much improved with her anxiety."  I

2    can't remember what H/O is.  I do.  I've seen

3    that before.  Was that true in May of '98 -- oh,

4    history of.  H/O is history of.  "Sonia is much

5    improved with her history of anxiety."  Was that

6    true as of May of '98?

7         A.    I think so.

8         Q.    It says here, "Negative reaction to

9    Trazodone.  Shortness of breath."  Do you recall

10   that?

11        A.    Yes.

12        Q.    So had you quit taking Trazodone as of

13   May '98, May 12th?

14        A.    I did.

15        Q.    "She will do other interventions to

16   improve sleep with meds.  Recommended stress

17   reduction group for fall and continuing

18   one-on-one therapy.  Until then, to continue

19   working on self-esteem."  Do you recall

20   discussing those things?

21        A.    Yes.

22              MR. PORR:  All right.  I have 5:00, so

23   I think, shall we call it a day?

24              THE WITNESS:  If you want to -- I know

1    I owe Mr. Vigliotti.

2              MR. VIGLIOTTI:  I'll get mine.

3              MR. PORR:  I tell you what, can we do

4    one more medical note and then I'll be switching

5    to another topic and that will probably be a good

6    place to stop.

7              THE WITNESS:  And then we'll be done

8    with this?

9              MR. PORR:  Well, there's a few more

10   down the road, but let's do one more.

11             THE WITNESS:  Where's the shredder?

12             (Deposition Exhibit No. 43 marked.)

13        Q.   Okay.  Very short note.  We've marked

14   it as Exhibit 43.  This is May 19 of '98.  She

15   labels this a closing note and indicates DNK, did

16   not arrive.  Did not arrive, did not appear.

17        A.   I didn't want to see her.

18        Q.   You knew it was going to be the last

19   session?

20        A.   (Nods head.)

21        Q.   And so you just didn't want to go?

22        A.   I cried my eyes out.

23        Q.   I see.  Okay.

24             She notes here, "Sonia did not show up

```
 1    for her last appointment.  We did talk about her

 2    follow-up with Judy -- "

 3        A.    Scolnick.

 4        Q.    You mentioned earlier today that you

 5    never really got -- hit it off with Judy Scolnick

 6    at all?

 7        A.    I never went to see her.  I didn't

 8    want to.

 9        Q.    Okay.  Did you ever do the stress

10    management group?

11        A.    No.  I was just so down when she told

12    me she was leaving.

13        Q.    I see.  Okay.  So you had a good

14    relationship with her in terms --

15        A.    I felt like she was helping me.

16             MR. PORR:  Okay.  All right.  Good

17    enough then.  So we'll suspend to continue

18    another day.

19             (Deposition suspended at 5:00 p.m.)

20

21

22

23

24
```