UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TERRI PECHNER-JAMES and SONIA FERNANDEZ,** )<br>　　Plaintiffs, )<br> )<br>v. )<br> )<br>**CITY OF REVERE, THOMAS AMBROSINO,** )<br>**MAYOR, CITY OF REVERE POLICE** )<br>**DEPARTMENT, TERRENCE REARDON,** )<br>**CHIEF OF POLICE, BERNARD FOSTER,** )<br>**SALVATORE SANTORO, ROY COLANNINO,** )<br>**FREDERICK ROLAND, THOMAS DOHERTY,** )<br>**JOHN NELSON, JAMES RUSSO, MICHAEL** )<br>**MURPHY and STEVEN FORD,** )<br>　　Defendants, ) | C.A. No. 03-12499-MLW |

**CITY DEFENDANTS' LOCAL RULE 7.1(a)(2) CERTIFICATE
OF COMPLIANCE RE: MOTION TO STRIKE OBJECTION TO
CITY DEFENDANTS' UNSOLICITED SIXTH STATUS REPORT**

On June 27, 2006, after the status conference conducted in this matter and before leaving the courtroom, Counsel for City Defendants met face to face with Attorney James Dilday about Docket No. 214 and the motion to strike to which this certificate is addressed. Counsel for City Defendants asked Attorney Dilday to withdraw Docket No. 214 due to its numerous factual errors and indicated that he would follow-up their conversation in court with a letter the next day. Such a letter was indeed sent on June 28, 2006. See Docket No. 221, Exhibit "B." Attorney Dilday indicated that he would contact Counsel for City Defendants after receiving the letter. Counsel for City Defendants has yet to hear from Attorney Dilday.

        For the Defendant, **CITY OF REVERE**,
        By its Attorneys,


        \_\_/s/ Walter H. Porr, Jr.\_\_\_\_
        Paul Capizzi, Esq., City Solicitor
        BBO#: 646296
        pcapizzi@rvere.org
        Walter H. Porr, Jr., Esq., Assistant City Solicitor
        BBO#: 659462
        wporr@revere.org
        City Hall, 281 Broadway
        Revere, MA 02151
        781-286-8166

Dated: July 10, 2006.

## CERTIFICATE OF SERVICE

     I, Walter H. Porr, Jr., Assistant City Solicitor and counsel of record for the Defendants, City of Revere and the City of Revere Police Department, hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I caused to be served upon counsel of record, at the address stated below, via the method indicated, a true copy of same:

| | |
|---|---|
| James S. Dilday, Esq. | Michael J. Akerson, Esq. |
| Grayer & Dilday, LLP | Reardon, Joyce and Akerson, P.C. |
| 27 School Street, Suite 400 | 397 Grove Street |
| Boston, MA 02108 | Worcester, MA 01605 |
| Attorneys for the Plaintiffs | Attorneys for Defendants |
| Via CM/ECF e-mail | Bernard Foster, Salvatore Santoro, |
| | Roy Colannino, Frederick Roland, |
| | Thomas Doherty, John Nelson, |
| | James Russo, Michael Murphy, |
| | and Steven Ford |
| | Via CM/ECF e-mail |

        /s/ Walter H. Porr, Jr.
        Walter H. Porr, Jr.,

Dated: July 10, 2006