UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES ) | |
| and SONIA FERNANDEZ ) | |
|     Plaintiffs ) | |
| ) | |
| VS. ) | |
| ) | |
| CITY OF REVERE, THOMAS ) | |
| AMBROSINO, MAYOR, CITY ) | |
| OF REVERE POLICE DEPT. ) | |
| TERRENCE REARDON, CHIEF ) | |
| OF POLICE, BERNARD FOSTER) | |
| SALVATORE SANTORO, ROY ) | |
| COLANNINO, FREDERICK ) | |
| ROLAND, THOMAS DOHERTY ) | |
| JOHN NELSON, JAMES RUSSO ) | |
| MICHAEL MURPHY and ) | |
| STEVEN FORD ) | |
|     Defendants ) | |

## NOTICE OF WITHDRAWAL

The Plaintiffs hereby withdraw the following motions:

    Motion For Order Compelling Defendant Thomas Ambrosino To Answer Interrogatories-Docket No 224;

    Motion For Order Compelling Defendant Terrence Reardon To Answer Interrogatories-Docket No. 225.

As reasons therefore, counsel for both parties have consulted and counsel for plaintiffs has agreed to allow defendants more time to respond.


Terri Pechner-James and
Sonia Fernandez
By their Attorney


/s/ James S. Dilday, Esq.
James S. Dilday, Esq.