UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES and SONIA FERNANDEZ<br>    Plaintiffs | )<br>)<br>)<br>) |
| VS. | )<br>) |
| CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPT. TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY JOHN NELSON, JAMES RUSSO MICHAEL MURPHY and STEVEN FORD<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LIST OF EXHIBITS FOR
PLAINTIFFS COUNSEL'S REQUEST FOR BEST EVIDENCE AND
STATEMENT OF DILIGENT SEARCH**

1. Affidavit of Diligent Search by James S. Dilday

2. Excerpts from Deposition Transcript of Sonia Fernandez-Vol. VIII-SONIA FERNANDEZ-Pages 1517-1688