UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REVERE, THOMAS AMBROSINO, Mayor, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, Chief, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD, <br><br> Defendants. | C.A. No.: 03-12499MLW |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Now comes counsel for Defendants, Bernard Foster, Salvatore Santoro, Roy Colannino, Frederick Roland, Thomas Doherty, John Nelson, James Russo, Michael Murphy and Steven Ford, (hereinafter "Defendants") and hereby certifies that a good faith attempt to resolve or narrow the issue(s) presented by this **MOTION FOR SANCTIONS AND FOR AWARD OF EXPENSES** has been made pursuant to Local Rule 7.1 of the District Court.

/s/ John K. Vigliotti
John K. Vigliotti

Dated: July 14, 2006

1