# EXHIBIT A

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

July 11, 2006

Michael Akerson, Esquire
Reardon, Joyce & Akerson
397 Grove Street
Worcester, MA 01605

Re: Pechner-James, et.al., v. City of Revere, et.al.

Dear Mr. Akerson:

    I am responding to your inquiry and our last telephone conversation regarding the Lynn Malatesta notes. I spoke with Carlton Dasent and he told me that he has no recollection of ever seeing those notes. As I told you at a deposition in your office and as I stated in open court, I have never seen those notes and have no knowledge of them. Ms Pechner-James said that she may have had them, but does not now have them in her possession. She has searched through her files and has not been able to locate them. I have checked my office and have not located any thing resembling these Malatesta notes. The only place left to search would be some items that may be in storage in Florida. However, we do not anticipate Ms Pechner-James going to Florida any time soon.

    My suggestion is to issue a subpoena to Ms Malatesta and see if she still has these notes. Neither I nor my clients are knowingly in possession of the notes.

Very truly yours,

James S. Dilday

JSD/js
Copy: Walter Porr, Esquire