# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TERRI PECHNER-JAMES and
SONIA FERNANDEZ,

    Plaintiffs,

v.

    C.A. No.: 03-12499MLW

CITY OF REVERE, THOMAS AMBROSINO, Mayor, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, Chief, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,

    Defendants.

### AFFIDAVIT OF JOHN K. VIGLIOTTI

Now comes the undersigned affiant and does depose as follows:

1. My name is John K. Vigliotti, I am of majority age and otherwise qualified and capable of making a statement under oath.

2. I am an attorney, duly licensed to practice law in the Commonwealth of Massachusetts. I am counsel for Defendants, Bernard Foster, Salvatore Santoro, Roy Colannino, Frederick Roland, Thomas Doherty, John Nelson, James Russo, Michael Murphy and Steven Ford in connection with the above captioned matter now pending before the United States District Court.

3. My current billable rate on this case is one hundred dollars ($100.00) dollars an hour.

4. In connection with this litigation and as part of the discovery process I have attempted in good faith to resolve the present discovery dispute.

1

5.  Attached as Exhibits A through F to said Motion for Sanctions and Award of Expenses are true and accurate copies of said documents.

6.  Plaintiffs has failed to cooperate in the process which has resulted in me engaging in unnecessary work to prepare Defendants' Motion for Sanctions and Award of Expenses.

7.  I have expended in excess of fifteen (15) hours in my efforts to produce an informal remedy, court appearances, attorney office consulting and review and preparing Defendant's Motion for Sanctions and Award of Expenses resulting in expenses and fees well over the one thousand five hundred ($1,500.00) dollars requested in Defendants' motion.

Signed under the penalties of perjury on this 14th day of July 2006.

John K. Vigliotti