UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES ) | |
| and  SONIA FERNANDEZ ) | |
|     Plaintiffs ) | |
| ) | |
| VS. ) | |
| ) | |
| CITY OF REVERE, THOMAS ) | |
| AMBROSINO, MAYOR, CITY ) | |
| OF REVERE POLICE DEPT. ) | |
| TERRENCE REARDON, CHIEF ) | |
| OF POLICE, BERNARD FOSTER) | |
| SALVATORE SANTORO, ROY ) | |
| COLANNINO, FREDERICK ) | |
| ROLAND, THOMAS DOHERTY ) | |
| JOHN NELSON, JAMES RUSSO ) | |
| MICHAEL MURPHY and ) | |
| STEVEN FORD ) | |
|     Defendants ) | |

## LIST OF EXHIBITS FOR
## PLAINTIFFS MEMORANDUM IN OPPOSITION

1. Excerpts from Deposition Transcript of Sonia Fernandez-Vol. VII-SONIA FERNANDEZ-Entire Transcript Pages 1517-1688 : Date of Deposition : 6-21-06

2. TERRI PECHNER-JAMES: Excerpts from Deposition Transcript of 1-10-06. Entire Transcript Pages 1-176.