UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TERRI PECHNER-JAMES and SONIA FERNANDEZ,**<br>　　　　　**Plaintiffs,**<br><br>v.<br><br>**CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,**<br>　　　　　**Defendants,** | C.A. No. 03-12499-MLW |

**CITY DEFENDANTS' SUPPLEMENTAL
BRIEF RE MOTION FOR SANCTIONS**

**NOW COME** Defendants, City of Revere, City of Revere Police Department, Mayor Thomas Ambrosino and Police Chief Terence Reardon (City Defendants), and hereby submit this Supplemental Brief Re Motion for Sanctions: Fernandez (Docket Nos. 182-185); and, Pechner (Docket Nos. 188-191 & 194).

The Court's attention is respectfully directed to the recently decided case entitled *Santiago-Diaz v. Laboratorio Clinicio Y De Referencia Del Este*, Case No. 05-2543, 1st Circuit, August 8, 2006, a true and accurate copy of which is attached hereto as Exhibit "A."

[Signature on next page.]

        For the Defendants
        By their Attorneys,

        /s/ Walter H. Porr, Jr
        Paul Capizzi, Esq., City Solicitor
        BBO#: 646296
        Walter H. Porr, Jr., Esq.
        Assistant City Solicitor
        BBO#: 659462
        City Hall, 281 Broadway
        Revere, MA 02151
        781-286-8166

Dated: August 15, 2006.

## CERTIFICATE OF SERVICE

I, Walter H. Porr, Jr., Assistant City Solicitor and counsel of record for the Defendants, City of Revere, City of Revere Police Department, Mayor Thomas Ambrosino and Police Chief Terence Reardon, hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I caused to be served upon counsel of record, at the address stated below, via the method indicated, a true copy of same:

| | |
|---|---|
| James S. Dilday, Esq. | Michael J. Akerson, Esq. |
| Grayer & Dilday, LLP | Reardon, Joyce and Akerson, P.C. |
| 27 School Street, Suite 400 | 397 Grove Street |
| Boston, MA 02108 | Worcester, MA 01605 |
| Attorneys for the Plaintiffs | Attorneys for Defendants |
| Via CM/ECF e-mail | Bernard Foster, Salvatore Santoro, |
| | Roy Colannino, Frederick Roland, |
| | Thomas Doherty, John Nelson, |
| | James Russo, Michael Murphy, |
| | and Steven Ford |
| | Via CM/ECF e-mail |

        /s/ Walter H. Porr, Jr.
        Walter H. Porr, Jr.,

Dated: August 15, 2006