**CERTIFICATE OF SERVICE**

I, James S. Dilday, Esq., attorney for Terri Pechner-James and Sonia Fernandez, hereby certify that I have caused to be served upon counsel for the defendants the foregoing document by filing with the clerk of the court using the CM/ECF system.


/s/ James S. Dilday_____
James S. Dilday

Dated: September 28, 2006