# EXHIBIT A

Ambrosino

Q1     OK

— Q2     Post-law school

Q3     OK

Q4     OK

Q5     Don't agree

Q6     OK

Q7     What info ~~Councillors~~ City Councillors asked Mayor

Q8     OK

Q9     Look at again / look at MEAD file.

Q10   Amend to strike "sexual harassment"

Q11   Amend to make more explicit

Q12   Amend to make more explicit

Q13   OK

Q14   Don't agree (5 all over again)

Q15   Check file — non-client communicators.

Q16 Pull MEAD file.

Q17 ~~[illegible]~~

90 — 2002

Q18

Reardon

Q 1.   OK    Don't agree on <u>age</u>

Q 2.   Don't agree

Q 3.   Don't agree

Q 4.   OK

Q 5.   OK

Q 6.   OK

Q 7.   Don't agree

Q 8.   Don't agree

Q 9.   ???

Q 10.  OK

Q 11.  OK

Q12 ???

Q13 Duty to investigate

Q14 ???

Q15 Shift schedule

former employees — non-Aherson client
— address ??
residential
Privacy issues?

Q16 OK

Q17 OK

Q18 Amend to make more explicit
(Ambrosino #1)

Q 19   OK

Q 20   OK

Q 21   Pre-existing docs provided by Pd
       - Amend

Q 22
       90 - 2002
       Ambrosino #17

Q 23   Ambrosino #15

Q 24   Same as #15

Q 25   Pull Meas
       Ambrosino #16

Q76. Sex & Race

90 - 95