UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.03-12499-MLW

**TERRI PECHNER-JAMES**
**and SONIA FERNANDEZ**
    Plaintiffs

**V.**

**CITY OF REVERE, THOMAS**
**AMBROSINO, MAYOR, CITY OF**
**REVERE POLICE DEPARTMENT,**
**TERRENCE REARDON, CHIEF**
**OF POLICE, BERNARD FOSTER,**
**SALVATORE SANTORO,**
**ROY COLLANNINO, FREDERICK**
**ROLAND, THOMAS DOHERTY,**
**JIHN NELSON, JAMES RUSSO,**
**MICHAEL MURPHY and STEVEN FORD**
    Defendants

## MOTION TO WITHDRAW AS COUNSEL

Now comes James S. Dilday and requests that the Court allow him to withdraw his appearance as counsel for Terri Pechner-James in this matter.

    Respectfully submitted,

    /s/James S. Dilday
    James S. Dilday, BBO# 124360
    Grayer & Dilday, LLP
    27 School Street, Suite 400
    Boston, MA 02108
    617-227-3470

Dated: 1/19/07

**CERTIFICATE OF SERVICE**

      I, James S. Dilday, certify that I served a copy of this motion to withdraw as counsel on all counsel of record through the ECF filing system.

| | |
|---|---|
| January 19, 2007 | <u>/s/James S. Dilday</u><br>James S. Dilday |