EXHIBIT – D- Terri Pechner-James letter dated January 12, 2007.

Terri Pechner-James
56 Fruit St.
Byfield, MA 01922.
Jan. 12th 2007.



**By Facsimile: 617 227 9231**

James Dilday, Esq.
27 School St.
Suite 400
Boston, MA 02108.

    I, Terri Pechner-James, discharge the law firm of Grayer & Dilday, LLP, with regards to my case against The City of Revere and my Divorce Proceedings at Essex Family and Probate Court.
    Kindly have a complete copy of my files ready for pick up at your earliest convenience.

Sincerely,

*[signature: Terri Pechner-James]*

Terri Pechner-James.

EXHIBIT – E - Attorney Unitt's letter dated January 16, 2007.



# THE CREST GROUP, L.L.C.

www.crestcapitalgroup.com

**Peter J. Unitt III, Esq.**
Licensed in MA

**Patrick J. Sacco, Esq.**
Licensed in MA

**Peter M. Malaguti, Esq.**
of Counsel
Licensed in MA

January 16, 2007

**VIA FACSIMILE AND FIRST CLASS MAIL**

James S. Dilday, Esq.
Grayer & Dilday, LLP
27 School Street – Suite 400
Boston, Massachusetts 02108

Re   **Terri Pechner - James**
     **U.S. Dist. Ct C. A. No.: 1:03-cv-12499**
     **Probate Docket No.: 05D-2108-DX2**

Dear Attorney Dilday:

As you know this firm has been retained by Ms. Pechner - James to represent her in the above-referenced cases. Regarding her federal claim, a review of the Pacer on-line filing system revealed that you have not filed your Withdrawal of Appearance. Please file same immediately so we may enter our appearance. Also, pursuant to your correspondence dated January 11, 2007, this firm agrees to reimburse you for reasonable copying charges associated with reproduction of the case file. Therefore, please have the copies ready for us to pick up by noon on Monday, January 22, 2007. Please contact my office in writing if this date/time is not convenient for you. If I do not hear from you, I will presume that this date works for you. Finally, please forward to my office a copy of your lien as well as an itemized bill for your services. Please contact me if you have any questions.

Thank you for your attention to this matter.

Very truly yours,

Peter Unitt, Esq.
Patrick Sacco, Esq.

Cc: client

| Corporate H.Q.: | Real Estate: | Legal: |
|---|---|---|
| Suite 1100 | Suite 1125 | Suite 1000 |

600 West Cummings Park                                                                                    Woburn MA 01801

Tel.: (781) 933-2087 ◆ Fax.: (781) 933-1528    Tel.: (781) 933-5022 ◆ Fax.: (781) 933-5422    Tel.: (781) 933-2122 ◆ Fax.: (781) 933-2190

EXHIBIT – F- Attorney Dilday's letter dated January 23, 2007.

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

January 23, 2007

Patrick J. Sacco, Esquire
The Crest Group, LLC
600 West Cummings Park
Woburn, MA 01801

Re: Terri Pechner-James

Dear Atty. Sacco:

This letter is a follow up to our recent phone conversation regarding the transfer of Ms Pechner-James' files for the matters that this office had previously represented her on. I am enclosing the divorce file in this letter. However, as I told you, the file on the discrimination case is voluminous and cannot be sent in the mail.

You should be aware that the Court has scheduled a hearing on the Motion to Withdraw on February 6, 2007 at 2:30 PM. All counsel and both plaintiffs are required to attend. I suggest that you attend this session with Terri so you can have any input necessary to get your point across on my withdrawal and your appearance. As you know, I am still her attorney of record until the court allows my motion. You may have a problem with the court since all of the parties including Terri had agreed to go to mediation and the judge was anxious to get that done.

Please contact me upon receipt of this letter.

Very truly yours,

James S. Dilday

JSD/js
Enclosure
Copy: Sonia Fernandez