## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TERRI PECHNER-JAMES and SONIA FERNANDEZ,** )<br>　　**Plaintiffs,** )<br> )<br> )<br>**v.** )<br> )<br> )<br>**CITY OF REVERE, THOMAS AMBROSINO, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY, AND STEVEN FORD,** )<br>　　**Defendants.** ) | **C.A.  03-12499MLW** |

### NOTICE OF APPEARANCE

Please notice the appearance of Attorney Patrick Sacco, with the law firm of the Crest Group, 600 W. Cummings Park, Woburn, MA 01801, as counsel for the Plaintiff, Terri Pechner–James, in the above-captioned action.

Respectfully submitted,
Terri Pechner-James,
By Her Attorney,

/S/ Patrick Sacco_____
Patrick J. Sacco, Esq., BBO#659861
The Crest Group, L.L.C.
600 W. Cummings Park, Ste. 1000
Woburn, MA 01801
DATE: February 2, 2007          Telephone: 781-933-2122