UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TERRI PECHNER-JAMES and )
SONIA FERNANDEZ, )
    Plaintiffs, )
)
)
v. )    C.A.  03-12499MLW
)
CITY OF REVERE, THOMAS )
AMBROSINO, CITY OF REVERE )
POLICE DEPARTMENT, TERRENCE )
REARDON, CHIEF OF POLICE, )
BERNARD FOSTER, )
SALVATORE SANTORO, )
ROY COLANNINO, FREDERICK )
ROLAND, THOMAS DOHERTY, )
JOHN NELSON, JAMES RUSSO, )
MICHAEL MURPHY, AND )
STEVEN FORD, )
    Defendants. )

### NOTICE OF APPEARANCE

Please notice the appearance of Attorney Peter Unitt, with the law firm of the Crest Group, 600 W. Cummings Park, Woburn, MA 01801, as counsel for the Plaintiff, Terri Pechner-James, in the above-captioned action.

    Respectfully submitted,
    Terri Pechner-James,
    By Her Attorney,

    /S/ Peter Unitt
    Peter J. Unitt III, Esq., BBO#661941
    The Crest Group, L.L.C.
    600 W. Cummings Park, Ste. 1000
    Woburn, MA 01801
DATE: February 2, 2007    Telephone: 781-933-2122