UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER - JAMES and<br>SONIA FERNANDEZ,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE et al.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A.   03-12499MLW<br>)<br>)<br>)<br>) |

### PLAINTIFF TERRI PECHNER - JAMES' STATUS NOTICE REGARDING MEDIATION

NOW comes the Plaintiff, Terri Pechner - James, by and through her counsel, and states that she and the Defendants have agreed to mediate her claim separate from Co-Plaintiff Sonia Fernandez' claim.  Counsel for Plaintiff Pechner - James and respective counsel for the Defendants are in the process of choosing a mediator as well as a proposed date on which said mediation is to take place.  The parties intend to finalize all the details within the next three weeks and inform this Honorable Court accordingly.

DATE: February 9, 2007

Respectfully submitted,
Terri Pechner-James,
By Her Attorney,

/S/ Patrick Sacco
Patrick Sacco, Esq., BBO# 659168
The Crest Group, L.L.C.
600 W. Cummings Park, Ste. 1000
Woburn, MA 01801
Telephone: 781-933-2122