UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>  Terri Pechner-James, et al.  </u>
   **Plaintiff(s)**

    V.       CIVIL CASE NO.  03-12499-MLW

<u>  City of Revere, et al.  </u>
   **Defendant(s)**

### NOTICE and ORDER

<u>Bowler, U.S.M.J.</u>

 PLEASE TAKE NOTICE that the above-entitled case has been set for <u>      </u> <u>  a mediation hearing  </u> on <u>  5/15/2007  </u> at <u>  10:00  </u> A.M. before Judge <u>  Marianne B. Bowler  </u> in Courtroom # <u>  25  </u> on the <u>  7th  </u> floor.

 It is also ORDERED that all parties are REQUIRED to attend and MUST have full binding settlement authority.  Leave of Court is required for any exceptions.  All confidential meditation briefs are to be submitted to the Court VIA FACSIMILE at (617) 204-5833 no later than TWO BUSINESS DAYS prior to the hearing.

            SARAH A. THORNTON,
            CLERK OF COURT

<u>3/21/2007        </u>      <u>/s/ Marc K. Duffy, Esq.        </u>
Date            Deputy Clerk

(ADR Notice (City of Revere).wpd - 3/7/2005)