UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TERRI PECHNER-JAMES and<br>SONIA FERNANDEZ,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS<br>AMBROSINO, CITY OF REVERE<br>POLICE DEPARTMENT, TERRENCE<br>REARDON, CHIEF OF POLICE,<br>BERNARD FOSTER,<br>SALVATORE SANTORO,<br>ROY COLANNINO, FREDERICK<br>ROLAND, THOMAS DOHERTY,<br>JOHN NELSON, JAMES RUSSO,<br>MICHAEL MURPHY, AND<br>STEVEN FORD,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A.   03-12499MLW |

**NOTICE OF CHANGE OF ADDRESS**

COMES now the attorney for Plaintiff, Terri Pechner, and respectfully requests that this Court enter his new address uniformly on the CM/ECF.  The correct address is:

        The Crest Group, L.L.C.
        600 W. Cummings Park, Ste. 1000
        Woburn, MA 01801


        Respectfully submitted,
        Terri Pechner-James,
        By Her Attorney,

        /S/ Patrick Sacco_____
        Patrick J. Sacco, Esq., BBO#659861
        The Crest Group, L.L.C.
        600 W. Cummings Park, Ste. 1000
        Woburn, MA 01801
DATE: April 25, 2007        Telephone: 781-933-2122