**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **TERRI PECHNER-JAMES and SONIA** | ) | |
| **FERNANDEZ,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **C.A.  No. 03-12499-MLW** |
| | ) | |
| **CITY OF REVERE, THOMAS AMBROSINO,** | ) | |
| **MAYOR, CITY OF REVERE POLICE** | ) | |
| **DEPARTMENT, TERRENCE REARDON,** | ) | |
| **CHIEF OF POLICE, BERNARD FOSTER,** | ) | |
| **SALVATORE SANTORO, ROY COLANNINO,** | ) | |
| **FREDERICK ROLAND, THOMAS DOHERTY,** | ) | |
| **JOHN NELSON, JAMES RUSSO, MICHAEL** | ) | |
| **MURPHY and STEVEN FORD,** | ) | |
| **Defendants,** | | |

**ASSENTED TO MOTION OF CITY OF REVERE TO CONTINUE MEDIATION**

Now comes the defendant City of Revere (hereinafter "City") and requests that this Court continue the May 15, 2007 mediation with the Honorable Magistrate Judge Marrianne Bowler.  As grounds for this request, the City asserts that a scheduling conflict prohibits some of the necessary decision makers from attending the scheduled mediation date.  The undersigned counsel for the City has spoken with Magistrate Judge Bowler's clerk regarding resetting the mediation for June 25, 2007.   Magistrate Bowler's Court and all counsel and necessary parties hereto are available to attend the June 25, 2007 mediation.   All counsel have assented to this motion.  No prejudice befalls any party by this short continuance of the mediation.

WHEREFORE, the City respectfully requests that the May 15, 2007 mediation be continued until the assented to June 25, 2007 mediation date.

For the Defendants, **CITY OF REVERE** and **CITY OF REVERE POLICE DEPARTMENT**,

/s/ Daniel E. Doherty_____
Paul Capizzi, Esq.
City Solicitor
BBO #646296
Daniel E. Doherty
BBO #127010
City Hall, 281 Broadway
Revere, MA  02151

## ASSENTED TO:

For the Plaintiff **TERRI PECHNER-JAMES**
By her attorney,


/s/ Patrick Sacco,
Patrick Sacco, Esq.
BBO #659168
The Crest Group, LLC
600 West Cummings Park, Ste 1000
Woburn, MA  01801
781-933-2122




For the Plaintiff **SONIA FERNANDEZ**,
By her attorney,


/s/ James S. Dilday
James S. Dilday, Esq.
Grayer & Dilday
BBO #124360
27 School Street, Suite 400
Boston, MA  02109
617-227-3470


Dated: May 3, 2007

For the Defendants, **BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO,** and **MICHAEL MURPHY**
By their attorneys,



/s/ Michael J. Akerson
Michael J. Akerson, Esq.
BBO #558565
John K. Vigliotti, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA  01605
508-754-7285