**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **TERRI PECHNER-JAMES and SONIA FERNANDEZ,** )<br>            **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CITY OF REVERE, THOMAS AMBROSINO,** )<br>**MAYOR, CITY OF REVERE POLICE** )<br>**DEPARTMENT, TERRENCE REARDON,** )<br>**CHIEF OF POLICE, BERNARD FOSTER,** )<br>**SALVATORE SANTORO, ROY COLANNINO,** )<br>**FREDERICK ROLAND, THOMAS DOHERTY,** )<br>**JOHN NELSON, JAMES RUSSO, MICHAEL** )<br>**MURPHY and STEVEN FORD,** )<br>            **Defendants,** | **C.A. No. 03-12499-MLW** |

**ASSENTED TO MOTION OF SONIA FERNANDEZ**
**TO CONTINUE MEDIATION**

      Now comes the plaintiff Sonia Fernandez (hereinafter "Fernandez") and requests that this Court continue the June 25, 2007 mediation with the Honorable Magistrate Judge Marrianne Bowler. As grounds for this request, the City states that a scheduling conflict prohibits Fernandez's counsel from attending the scheduled mediation date. Fernandez has spoken with Magistrate Judge Bowler's clerk regarding resetting the mediation for August 2, 2007. Magistrate Bowler's Court and all counsel and necessary parties hereto are available to attend the August 2, 2007 mediation. All counsel have assented to this motion. No prejudice befalls any party by this short continuance of the mediation.

WHEREFORE, the Fernandez respectfully requests that the June 25, 2007 10:00 a.m. mediation be continued until August 2, 2007 10:00 a.m.

For the Plaintiff **SONIA FERNANDEZ**,
By her attorney

/S/ James S. Dilday
James S. Dilday, Esq.
Grayer & Dilday
BBO # 124360
27 School Street, Suite 400
Boston, MA 02109
617-227-3470

**ASSENTED TO:**

For the Defendants, **CITY OF REVERE** and **CITY OF REVERE POLICE DEPARTMENT**,

/S/ Paul Capizzi
Paul Capizzi, Esq.
City Solicitor
BBO #646296
Daniel E. Doherty
BBO #127010
City Hall, 281 Broadway
Revere, MA 02151

For the Plaintiff **TERRI PECHNER-JAMES**,
By her attorney,

For the Defendants, **BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMESRUSSO, MICHAEL MURPHY** and **STEVEN FORD**
By their attorneys,

/S/ Patrick Sacco
Patrick Sacco, Esq.
BBO #659168
The Crest Group, LLC
600 West Cummings Park, Ste 1000
Woburn, MA 01801
781-933-2122

/S/ Michael J. Akerson
Michael J. Akerson, Esq.
BBO #558565
John K. Vigliotti, Esq.
BB0 #642337
Reardon, Joyce & Akerson, P.C.
397Grove Street
Worcester, MA 01605
508-754-7285