# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| **TERRI L. PECHNER-JAMES** | ) |
| **and  SONIA FERNANDEZ** | ) |
| **Plaintiffs** | ) |
| | ) |
| **VS.** | ) |
| | ) |
| **CITY OF REVERE, THOMAS** | ) |
| **AMBROSINO, MAYOR, CITY** | ) |
| **OF REVERE POLICE DEPT.** | ) |
| **TERRENCE REARDON, CHIEF** | ) |
| **OF POLICE, BERNARD FOSTER** | ) |
| **SALVATORE SANTORO, ROY** | ) |
| **COLANNINO, FREDERICK** | ) |
| **ROLAND, THOMAS DOHERTY** | ) |
| **JOHN NELSON, JAMES RUSSO** | ) |
| **MICHAEL MURPHY and** | ) |
| **STEVEN FORD** | ) |
| **Defendants** | ) |

### ATTORNEYS FEES & COSTS FOR TERRI PECHNER-JAMES

| | | |
|---|---|---|
| 12-12-03 | Reviewed Notice of Removal mailed to the office; reviewed removal statute and examined grounds stated for Removal; reviewed client's causes of action and federal question involved | 0.75 |
| 12-13-03 | Checked service of process on Defendants and Sheriff's return of service; checked Plaintiff's complaint and time for answers due | 0.5 |
| 12-14-03 | Checked Federal removal statute; investigated grounds for seeking reversal of removal action | 0.5 |
| 12-15-03 | Researched answers  and response deadlines; also reviewed reviewed Fed. R. Civ P. 56 (c) and Local Rules governing summary judgment | 0.75 |
| 12-18-03 | Reviewed Plaintiff's complaint and Exhibits A & B; reviewed administrative decisions and their findings of injury and causation | 0.75 |

| | | |
|---|---|---|
| 1-8-04 | Checked Federal Rules of Civil Procedure for possible default of Defendants for failure to answer complaint | 0.5 |
| 1-10-04 | Reviewed Rule 56 (c) and Local Rule 56.1; also reviewed Rule 56(e); analyzed procedural and substantive requirements for filing a Motion For partial summary judgment | 0.75 |
| 1-12-04 | Reviewed purpose of summary judgment; identified claims and defenses of the Defendants that were unsupported; researched Celetox v Catrett; examined current status of discovery | 1.5 |
| 1-19-04 | Drafted Motion for Partial Summary Judgment on Counts 1 and 2; researched Memorandum in support of Motion | 1.5 |
| 1-26-04 | Researched, prepared, copied and bound exhibits to be attached in support of Plaintiff's Motion For Partial Summary Judgment | 2.5 |
| 2-5-04 | Prepared Motion, Exhibits and Memorandum | 1.5 |
| 2-11-04 | Reviewed Motion filed with the Court | 0.75 |
| 2-25-04 | Discussed with client the change of representation by the Defendants; discussed appearance of Reardon, Joyce & Akerson, P.C as officers for the individual Defendants | 0.5 |
| 2-26-04 | Reviewed Plaintiffs Motion, deadlines and time limits and Defendants requested extension | 0.5 |
| 2-28-04 | Reviewed late answer filed by municipal Defendants to Plaintiff's complaint | 0.5 |
| 2-28-04 | Reviewed Defendants answer and compared with Plaintiff's Motion for Partial Summary Judgment | 0.75 |
| 3-5-04 | Reviewed officers late answer to Plaintiff's complaint; reviewed Plaintiff's complaint and exhibits | 0.5 |
| 3-8-04 | Review of Motion to Strike filed by municipal defendants | 1.5 |
| 3-8-04 | Reviewed Defendants opposition to Plaintiff's Memorandum in Support of its motion | 0.75 |

| | | |
|---|---|---|
| 3-16-04 | Reviewed documents defendants filed with the court | 0.75 |
| 4-16-04 | Conference with client about the effect of the removal of the case to federal court | 0.75 |
| 4-23-04 | Reviewed motion; prepared for hearing on Motion to be scheduled by court; reviewed administrative law and assessed value of the DALA adjudications | 1.5 |
| 6-03-04 | Reviewed  Judge Wolf's  order-Docket No:10; | 0.75 |
| 6-6-04 | Reviewed Fed R. Civ P. 56(f) and Local Rule 56.1.2 and other parts of Rule 56 that governs Summary Judgment motions | 1.5 |
| 6-9-04 | Reviewed Fed. R. Civ P. 56(f); reviewed also 56(e) and 56(g) that pertain to affidavits | 1.5 |
| 6-10-04 | Researched prerequisites for affidavits; researched Patterson v County of Oneida, | 1.5 |
| 6-12-04 | Also researched Adickes v S.H. Kress & Co; analyzed the specificity of the three prerequisites of a valid affidavit and the requirements of competency as evidence for summary judgment under Rule 56(e) | 1.5 |
| 6-15-04 | Researched Moore v J.B.  Hunt Transport, Inc; analyzed the requirement of specific facts not conclusory statements; personal knowledge and factual basis required | 1.5 |
| 6-17-04 | Researched Santiago-Ramos v Centennial P/R. Wireless Corp.; examined holding which emphasized personal knowledge not restatement of complaint | 1.5 |
| 6-18-04 | Prepared for Conference scheduled by Judge Wolf for 6-24-04 | 1.5 |
| 6-20-04 | Reviewed Certifications pursuant to Local Rule 16.1 | 0.5 |
| 6-22-04 | Reviewed Joint Statement and order canceling 6-24-04 conference | 0.5 |
| 6-29-04 | Prepared Rule 16.1 certifications for Plaintiff for filing with court | 0.5 |
| 8-20-04 | Reviewed Request for Production of Documents from counsel for individual officers | 1.5 |

| | | |
|---|---|---|
| 8-21-04 | Examined request and documents demanded by Defendants | 3.5 |
| 8-22-04 | Reviewed medical and other records provided by Plaintiff made selection to comply with request of Defendants | 3.5 |
| 8-24-04 | Organized records; prepared list of records found; and prepared response to Defendants | 3.5 |
| 9-22-04 | Reviewed Plaintiff's case in preparation for conference on 9-24-04 | 1.5 |
| 9-24-04 | Attended conference; reviewed schedule with court; presented theory of case and merits of client's facts | 1.5 |
| 9-25-04 | Reviewed Plaintiff's complaint and the decisions of DALA; also reviewed the administrative decisions and their findings on injury and causation | 1.5 |
| 9-26-04 | Review of Schedule established by court; amended pleadings by 10-8-04; pretrial for 11-17-05; trial date 11-25-05 | 0.75 |
| 9-29-04 | Reviewed Plaintiff's case for purposes of amending pleadings; reviewed administrative decisions since date of filing | 1.5 |
| 10-8-04 | Reviewed pleadings for purposes of amendment; researched preclusive effect of administrative decisions in lieu of amendment | 1.5 |
| 10-18-04 | Reviewed Interrogatories served upon Plaintiff; evaluated questions, prepared responses | 4.5 |
| 10-25-04 | Reviewed Document request, evaluated request, identified documents requested, prepared responses | 4.5 |
| 10-29-04 | Reviewed Court's termination of Defendant's motion to strike; motion moot in light of Judge's decision | 0.75 |
| 2-14-05 | Reviewed client's case and docket entries; notified client that the City had new counsel; also notified her of developments in the case | 1.5 |
| 2-22-05 | Review of Local Rule 7.1 and City's Motion for Summary Judgment filed by Terrence Reardon | 1.5 |
| 2-24-05 | Reviewed and analyzed Statement of Facts attached to Motion; | |

|  |  |  |
|---|---|---|
|  | examined Terrence Reardon's version of facts | 0.75 |
| 3-1-05 | Reviewed Terrence Reardon's Motion for Summary Judgment as filed with the court, reviewed exhibits Filed with Motion | 1.5 |
| 3-4-05 | Reviewed Terrence Reardon's motion, exhibits and additional exhibits | 0.75 |
| 3-8-05 | Extensive review of 10 Exhibits submitted by Reardon; analyzed each exhibit for relevance to Plaintiff's case | 1.5 |
| 3-16-05 | Office conference with associate about Motion by Terrence Reardon and Stipulated Motion Permitting Service of Written Interrogatories Exceeding 25 in Number; reviewed the number of interrogatories that Exceeded 25; read 179 interrogatories | 2.5 |
| 3-18-05 | Reviewed Fed R. Civ. Procedure on Interrogatories | 1.5 |
| 3-25-05 | Researched response to Defendants excessive number of interrogatories | 0.75 |
| 3-24-05 | Reviewed Judge's endorsement of Stipulated Motion; prepared Plaintiff's response to Terrence Reardon's Motion for Summary Judgment | 2.5 |
| 4-1-05 | Drafted document designed to reduce number of interrogatories; prepared Emergency Motion For Protective Order & Request for Hearing; researched number of Interrogatories permitted by rules; determined lack of Support for excessive interrogatories | 1.5 |
| 4-10-05 | Prepared final draft of emergency motion | 0.75 |
| 4-12-05 | Drafted Motion To Compel Production of Documents | 1.5 |
| 4-12-05 | Prepared Exhibits for attachment to motion | 0.75 |
| 4-14-05 | Reviewed Exhibits for Emergency Motion | 1.5 |
| 3-10-05 | Prepared draft Opposition to Summary Judgment Motion of Terrence Reardon | 1.5 |

| | | |
|---|---|---|
| 3-12-05 | Researched memorandum in support of opposition | 1.5 |
| 3-13-05 | Completed final version of Opposition | 0.75 |
| 4-13-05 | Reviewed Summary Judgment Motion by Defendant, Thomas Ambrosino | 1.5 |
| 4-13-05 | Reviewed Affidavit of counsel-Walter Porr; analyzed Affidavit for personal knowledge and counsel's ability To testify to content of Affidavit; also reviewed other Attachments | 1.5 |
| 4-14-04 | Reviewed City's Opposition to Plaintiff's Motion to Compel Discovery-Docket No:40 | 0.75 |
| 4-15-05 | Reviewed City's Opposition to Docket No;33-Plaintiffs Emergency Order; review of Federal Rules of Procedure 37 and Authors Notes | 1.25 |
| 4-15-05 | Reviewed Affidavit filed by City | 0.5 |
| 5-9-05 | Reviewed unsolicited Status report filed by City | 1.5 |
| 5-23-05 | Reviewed City's Motion to compel Answers to Interrogatories | 1.5 |
| 5-23-05 | Reviewed Affidavit of Counsel-Walter Porr; reviewed Rule 56 on requirements of affidavits; | 0.75 |
| 5-23-05 | Reviewed Certificate of Consultation and other documents filed by Walter Porr | 1.5 |
| 5-24-05 | Reviewed unsolicited Status Report and Request For Further Scheduling Conference filed by the City | 2.5 |
| 5-25-05 | Researched the Rooker Feldman doctrine and its applicability to this case; | 1.5 |
| 5-26-05 | Read and researched Rooker case | 1.5 |
| 5-26-05 | Read and researched Feldman case | 1.5 |
| 5-27-05 | Examined the jurisdictional implications of Rooker-Feldaman | 1.5 |
| 5-28-05 | Review of the issue of jurisdiction  and retrying state adjudications in federal courts | 3.5 |

| | | |
|---|---|---|
| 5-28-05 | Reviewed issue of comity and the case law pursuant to Sec 1783 | 1.5 |
| 6-29-05 | Reviewed Motion by the City to seek Leave to file a Memorandum in excess of twenty pages to support their motion; prepared response | 1.5 |
| 6-30-05 | Reviewed Supplemental Status Report and Request for Further Scheduling filed by City; reviewed Federal and Local Rules On the requirement and procedures that govern unsolicited Status reports | 1.5 |
| 6-29-05 | Reviewed Certificate of Consultation on Memo in excess of 20 pages; reviewed Local Rule and content of Certificate | 0.75 |
| 6-28-05 | Prepared Request for Rooker-Feldman Ruling and Request for Further Instructions for filing with court | 1.5 |
| 6-29-05 | Reviewed facts, arguments, history and case law in support of Rooker-Feldman memo | 1.5 |
| 6-29-05 | Review of contents of Certificate of Consultation for Rooker-Feldman Request | 0.5 |
| 6-30-05 | Reviewed City's Motion for Relief from time Limits | 1.5 |
| 7-1-05 | Examined  City's proposed Opposition to Rooker-Feldman; examined Affidavit of Walter Porr and its compliance with the requirements of competent affidavits; reviewed attachments provided | 2.5 |
| 7-1-05 | Prepared Opposition to City's Motion for Relief from Time Limits; | 1.5 |
| 7-1-05 | Prepared Plaintiff's Opposition to Ambrosino's Motion For Summary Judgment | 1.5 |
| 7-6-05 | Reviewed Opposition that City filed to Rooker-Feldman; reviewed docket entries and documents filed in connection with Rooker-Feldman | 1.5 |
| 7-8-05 | Drafted Plaintiff's Opposition to No:59-Motion for Relief from time Limits | 0.75 |
| 7-8-05 | Researched, prepared and filed Plaintiff's Opposition to Ambrosino's Summary Judgment Motion | 1.5 |

| | | |
|---|---|---|
| 7-13-05 | Reviewed City's Motion To Strike Plaintiff's Opposition To Ambrosino's Summary Judgment motion and drafted opposition | 1.5 |
| 7-13-05 | Drafted opposition to No:63 and to City's Motion to Strike | 1.5 |
| 7-14-05 | Review of Opposition to Rooker-Feldman filed by Counsel for officers | 1.5 |
| 7-21-06 | Reviewed documents filed with Court in Opposition to Rooker-Feldman | 0.75 |
| 7-21-05 | Review of docket and contents of Certificate of Consultation for Nos 61 and 64 filed by the City | 0.75 |
| 7-29-05 | Reviewed Notice of Hearing on Docket Nos. 53, 31, 46, 34, and 59 scheduled for September 23, 2005 | |
| 7-30-05 | Prepared Plaintiff's position on docket nos 53, 31, 46 | 1.5 |
| 7-30-05 | Prepared Plaintiff's position on docket nos 46, 34, and 59 | 1.5 |
| 8-1-05 | Reviewed letter from Walter Porr sent to Clerk about 9-23-05 hearings; | 0.5 |
| 8-2-05 | Reviewed Motion filed by City for Rule 11 Sanctions; | 1.5 |
| 8-2-05 | Reviewed Affidavit of Walter Porr; reviewed requirements of Affidavits pursuant to the Federal Rules of Procedure | 1.5 |
| 8-2-05 | Reviewed Certificate of Consultation, checked content | 0.75 |
| 8-5-05 | Researched and drafted Plaintiff's Supplemental Memorandum in Support Rooker-Feldman; analyzed new cases | 1.5 |
| 8-10-05 | Researched, drafted and finalized and filed Plaintiff's Supplemental Memorandum in support of Rooker-Feldman | 2.5 |
| 8-11-05 | Reviewed City's Motion To Strike Plaintiff's Rooker-Feldman supplemental memo | 1.5 |
| 8-15-05 | Drafted Plaintiff's Motion For Rule 11 Sanctions; drafted Opposition to Defendants Motion for Rule 11 sanctions; Reviewed docket entries for evidence of Rule 11 violations | 2.5 |
| 8-18-05 | Reviewed filing of Defendants Motion to Strike Rooker-Feldman memo, motion to strike Plaintiff's motion for sanctions; reviewed | |

|  |  |  |
|---|---|---|
|  | respective affidavits of Walter Porr, reviewed Federal rules re: requirements of competent affidavits | 4.5 |
| 8-19-05 | Reviewed content of Defendants Certificate of Consultation | 0.75 |
| 9-7-05 | Reviewed Defendants Motion To Compel Production And Award of Expenses; also reviewed 16 Exhibits filed with Motion | 3.5 |
| 9-9-05 | Prepared draft of Opposition To Motion To Compel; Researched exhibits to support Motion | 2.5 |
| 9-13-05 | Reviewed Motion filed with Court and Certificate of Consultation | 1.5 |
| 9-19-05 | Reviewed Notice of 9-23-05 hearing cancelled; reviewed docket entries for pending motions; new hearing scheduled for 10-26-05 | 1.5 |
| 9-25-05 | Researched, prepared for filing Opposition to Motion to Compel Production of Documents by Defendants | 3.5 |
| 9-26-05 | Filed Opposition to Motion to Compel | 0.75 |
| 9-26-05 | Prepared and filed Affidavit of Opposition to Defendant's Motion | 1.5 |
| 9-27-05 | Prepared for hearing on all pending motions; hearing scheduled for 10-6-07; reviewed docket entries and documents linked; reviewed the motions filed by Chief Reardon and Mayor Ambrosino in particular; also Plaintiff's defense against said motions | 2.5 |
| 9-28-05 | Reviewed Gonsalves v City of New Bedford; compared Mayor John Bullard of New Bedford with Mayor Ambrosino of Revere; Compared Chief Benoit of New Bedford with Chiefs Russo, Colannino and Chief Reardon of Revere | 1.5 |
| 10-5-05 | Prepared notes on municipalities with Plan B charters; reviewed personal liability of subordinate officers; reviewed the various bases of municipal liability analyzed by Judge Wolf in Gonsalves | 1.5 |
| 10-7-05 | Attended first Motion hearing with Magistrate Judge Sorokin; addressed court on list of motions to be heard; noted court instructions about Plaintiff consenting to trial; addressed court and met with counsel to discuss schedule; addressed court in opposition to both Defendants motions | 4.5 |

| | | |
|---|---|---|
| 10-12-05 | Reviewed docket entries; examined Docket No:86; Judge Wolf referred  case to Magistrate Sorokin for full pre-trial purposes; also reports and recommendations | 0.75 |
| 10-12-05 | Examined Magistrate's discovery order and status conference scheduled for November 22, 2005 | 0.5 |
| 10-12-05 | Reviewed magistrate's Report and Recommendation on Motions filed by Defendants Reardon and Ambrosino in docket nos:29 and 37; read magistrate's recommendations in both cases; reviewed Rule 72 | 4.5 |
| 10-13-05 | Reviewed docket for date of objections-10-26-05; reviewed Rule 72 of Fed Rules and Local Rule 72 for time deadlines and Appeal and Objection procedures | 1.5 |
| 10-14-05 | Reviewed Fed R.Civ.P 72(a) and determined appeal procedure for Magistrate's decision on both motions | 1.5 |
| 10-15-05 | Researched Phinney v Wentworth Douglas Hospital; examined the content of objections to Magistrate's order pursuant to Rule 72(a); read magistrate's decisions; read Gonsalves; read cases cited in Gonsalves; analyzed the theory of municipal liability; prepared draft of motion for de novo review of magistrate's order in docket no:87 | 3.5 |
| 10-16-05 | Researched Bardonoro and other cases cited in Gonsalves; shepardized cases in Gonsalves and researched new cases on municipal liability; | 2.5 |
| 10-17-05 | Researched the documents attached to the Defendants motion for summary judgment; selected Mayor Ambrosino's Letter of Appointment to Chief Reardon and documents that supported municipal liability under Plan B charter | 1.5 |
| 10-18-05 | Researched statutes relevant to Plan B charter cities and examined all attachments, including Statement of Facts provided by Defendants, that support the theory of municipal liability | 2.5 |
| 10-20-05 | Filed timely Objection to Magistrate's Non-dispositive Order on Defendants Motion To Dismiss; filed timely request For de novo review of other matters; attached relevant Exhibits | 1.5 |
| 10-19-05 | Reviewed Memorandum on Municipal Liability and | |

|  | exhibits referenced in documents; filed document | 1.5 |
|---|---|---|
| 10-24-05 | Reviewed City's Opposition to Plaintiff's Objection and Motion for de novo appeal; | 1.5 |
| 10-25-05 | Reviewed Officers Reply and Opposition to Plaintiff's Objection and Motion for de novo review | 1.5 |
| 11-1-05 | Read and analyzed 179 interrogatories propounded by Defendants on Plaintiff; extensive review of files | 4.5 |
| 11-2-05 | Organized interrogatories and researched materials that contained information required to respond | 4.5 |
| 11-3-05 | Drafted responses for interrogatories 1 through 40 | 4.5 |
| 11-4-05 | Drafted responses for interrogatories 41 through 80 | 4.5 |
| 11-5-05 | Drafted responses for interrogatories 81 through 120 | 4.5 |
| 11-6-05 | Drafted responses for interrogatories 121 through 150 | 3.5 |
| 11-7-05 | Drafted responses for interrogatories 151 through 179 | 2.5 |
| 11-15-05 | Reviewed Plaintiffs answers to interrogatories; compared this Plaintiff's responses with coPlaintiff's responses to determine consistency on the hostility of the environment | 1.5 |
| 11-22-05 | Conducted docket review; prepared for hearing and scheduling issues to be held on 11-29-05 | 0.75 |
| 11-24-05 | Reviewed City's second opposition to Plaintiff's Objection and motion for de novo review; reviewed docket Nos 90 and 91; reviewed Magistrate's non-dispositive orders; reviewed Plaintiff's objection and request for de novo review; prepared counter argument to latest opposition | 3.5 |
| 11-29-05 | Status conference held in Courtroom 14; counsel appeared in court on behalf of Plaintiff; discussed modified order; addressed court on written deadline 12-6-05 for discovery; deposition deadline 3-31-06; Rule 56 motions by 5-31-06; next status conference for 3-27-06; preparation for conference; conference with client | 1.5 |

| | | |
|---|---|---|
| 12-1-05 | Read and analyzed documents City filed with the court; read and analyzed Affidavit of Walter Porr and Exhibits A-F; reviewed requirements of competent affidavits | 1.5 |
| 12-5-05 | Reviewed written discovery prepared to be sent to Mayor Ambrosino and Chief Reardon | 2.5 |
| 12-6-05 | Prepared Plaintiff's response to City's Opposition; reviewed Docket No: 94 and analyzed arguments made by City | 1.5 |
| 12-8-05 | Reviewed documents prepared for Plaintiff's response to City's Opposition | 0.75 |
| 12-15-05 | Researched discovery prepared for Defendants in light of the theory of municipal liability; analyzed the standards of deliberate indifference and the definition of policy maker used in Gonsalves. | 2.5 |
| 12-20-05 | Review of docket entries; examined affidavits submitted by Walter Porr and the motions and oppositions filed since Last hearing. | 1.5 |
| 12-21-05 | Prepared and filed objection to No:94; researched and pre-]pared and submitted exhibits in support of Plaintiff's Objection to No: 94 | 4.5 |
| 12-28-05 | Reviewed Motion for Sanctions and Award of Expenses filed by officers; examined exhibits A-F filed with Motion | 1.5 |
| 1-4-06 | Reviewed Motion and Exhibits filed with the court as Docket No: 100; researched docket entries and case law; analyzed Expenses claimed by Defendants;researched response | 3.5 |
| 1-9-06 | Compared Motion for Sanctions filed by the City with Motion for Sanctions filed by the officers; Docket No:100 and 101 | 1.5 |
| 1-9-06 | Examined Affidavit of Walter Porr and Exhibits filed by Walter Porr for Docket No: 100; researched requisites for Competent affidavit; analyzed content of affidavit | 1.5 |
| 1-10-06 | Attended deposition of Plaintiff; prepared Plaintiff for deposition; responded to Plaintiff's inquiries during deposition; conferred with Plaintiff after deposition; prepared for next deposition | 8.5 |

| 1-11-06 | Researched and prepared Opposition to City's motion for sanctions | 4.5 |
|---------|---|---|
| 1-12-06 | Researched and prepared Opposition to officers' motion for sanctions | 4.5 |
| 1-12-06 | Researched statutory requirements of Sec 1292(b); analyzed the grounds and substantive nature of interlocutory appeal; researched procedural requirements for Sec 1292(b) appeal; also reviewed documents prepared in support of appeal; researched case law governing role of district judge and consideration of appeal | 6.5 |
| 1-14-06 | Reviewed and checked details of request for certification of question of jurisdiction for interlocutory appeal; checked statute, regulations, procedural rules in preparation for filing | 2.5 |
| 1-23-06 | Reviewed and filed Plaintiff's Opposition to City's Motion for Sanctions; reviewed and filed affidavit of counsel | 1.5 |
| 1-23-06 | Reviewed and filed Plaintiff's Opposition to Officer's Motion For Sanctions; reviewed | 1.5 |
| 1-23-06 | Reviewed and filed Plaintiff's Sec. 1292(b) request for certification of interlocutory appeal | 1.5 |
| 1-24-06 | Reviewed all interrogatories, identified responses accepted; identified responses rejected; prepared additional responses; reviewed 179 responses for completeness | 1.5 |
| 1-25-06 | Attended court hearing at 2:00 pm; addressed court's concern about interrogatories; reached concensus with court to resolve disputed interrogatories; discussed with client need for signatures; reviewed dates-1-27-06 for signatures; 2-7-06 for amended responses to interrogatories; Plaintiff's counsel withdrew its motion for sanctions | 2.5 |
| 1-26-06 | Reviewed Supplemental Memorandum by City; reviewed original motion No: 101; also examined exhibits filed with Supplemental Memorandum | 2.5 |
| 1-27-06 | Prepared and filed releases for records and mailed them to providers; prepared response to interrogatories required by court order | 1.5 |
| 1-30-06 | Reviewed Magistrate's order; examined documents filed for | |

|         |                                                                                                                                              |      |
|---------|----------------------------------------------------------------------------------------------------------------------------------------------|------|
|         | compliance with order                                                                                                                        | 1.5  |
| 2-2-06  | Examined Exhibits filed by Walter Porr on Docket No:111; examined Walter Porr's exparte motion; also examined Local Rules and its provisions on Ex Parte motions | 0.75 |
| 2-3-06  | Reviewed rules of procedure  that govern interrogatories; reviewed court's action on City's Exparte Motion; reviewed docket entries and Court's order re: interrogatories | 1.5  |
| 2-4-06  | Reviewed City's Ex Parte Motion and modification requested; reviewed exhibits attached to motion;                                             | 0.75 |
| 2-8-06  | Reviewed order of 2-6-06; reviewed Plaintiff's 179 interrogato- ries; examined all revised answers; examined documents for signature under oath and other prerequisites | 2.5  |
| 2-8-06  | Reprinted Plaintiffs 179 original responses; reprinted subsequent responses; compared responses and implemented court requirements            | 4.5  |
| 2-9-06  | Prepared releases for Plaintiff's medical and psychiatric records; copied releases; mailed releases to providers and to counsel for Defendants | 4.5  |
| 2-10-06 | Prepared new set of interrogatories for Plaintiff and in compliance with order; checked documents for factual complete- ness                  | 1.5  |
| 2-10-06 | Prepared responses; copied responses; mailed copies to counsel; filed responses electronically with court                                    | 3.5  |
| 2-10-06 | Reviewed, and sent to court prepared supplemental memorandum                                                                                 | 4.1  |
| 2-13-06 | Reviewed Memorandum filed by the City; also reviewed reviewed Motion filed by the Officers seeking sanctions against the Plaintiff's counsel  | 2.5  |
| 2-17-06 | Reviewed court order in Docket No: 115; prepared motion for reconsideration; prepared attachments; mailed to defendants counsel and subsequently filed with city | 5.5  |
| 2-11-06 | Researched Fed R. Civ P. 56; analyzed the standards for                                                                                       |      |

|  |  |  |
|---|---|---|
|  | summary judgment; read and analyzed Celotex v Catrett and other cases; reviewed Rule 56 (c) for summary judgment on liability alone | 2.5 |
| 2-11-06 | Drafted and prepared motion for summary judgment on less than all issues; included legal basis for motion | 2.5 |
| 2-12-06 | Reviewed DALA, PERAC and other administrative decisions rendered since filing of complaint; reviewed findings of fact, conclusions of law; also reviewed the plaintiff injury and disability and its causation | 3.5 |
| 2-12-06 | Prepared argument for summary judgment on Count 1 of the Plaintiff's complaint | 2.5 |
| 2-13-06 | Examined facts of Plaintiffs case; compared facts that supported constructive discharge in Suders with facts adjudicated in Plaintiff's case | 3.5 |
| 2-13-06 | Read and analyzed Pennsylvania State Police v Suders and examined the requirements and defenses available for constructive discharge; prepared argument for summary judgment on Count II-constructive discharge | 3.5 |
| 2-14-06 | Prepared Plaintiff's Affidavit; Statement of Facts; reviewed events included in affidavit, reviewed Statement of Facts provided by both Mayor Ambrosino and Chief Reardon; selected fact to be included in Plaintiff's Statement of facts | 2.5 |
| 2-14-06 | Researched cases on summary judgment; researched cases on administrative law; drafted memorandum in support of Plaintiff's Motion For Summary Judgment | 4.5 |
| 2-15-06 | Selected, copied and organized Exhibit List in support of Plaintiff's case; arranged for scanning of exhibits that needed Scanning; | 2.5 |
| 2-16-06 | Prepared material to be included in Certificate of Compliance; reviewed motion, memorandum and exhibits; checked accuracy of Certificate; prepared notice of filing and cover letters | 2.5 |

| | | |
|---|---|---|
| 2-24-06 | Reviewed and filed Motion for Reconsideration and exhibits | 0.75 |
| 2-28-06 | Reviewed status report by City and attachments | 0.75 |
| 2-24-06 | Reviewed and filed Motion for Reconsideration of Sanctions; reviewed actions taken by Plaintiff to comply With court's order | 1.5 |
| 2-20-06 | Made copies of Summary Judgment motion, memorandum, cover letters, attachments; collated and organized packages | 3.5 |
| 2-24-06 | Responded to many demands from Walter Porr for withdrawal of Motion | 1.5 |
| 2-28-06 | Filed Docket Nos: 118 through 124 with court; final review of pleadings | 1.5 |
| 3-1-06 | Reviewed Unsolicited Status Report filed by officers: No:117 | 1.5 |
| 3-1-06 | Reviewed document requests and requests for medical and psychiatric records in preparation for 3-3-06 hearing; reviewed all compliance efforts of Plaintiff. | 2.5 |
| 3-2-06 | Reviewed Docket No 125; reviewed Plaintiff's request for reconsideration; City's opposition and status of the discovery process; prepared for hearing on 3-3-06; reviewed Rooker Feldman request; reviewed Sec 1292(b) request | 3.5 |
| 3-3-06 | Reviewed Plaintiff's interrogatories; prepared Plaintiff for attestation; examined medical releases prepared by Plaintiff; examined releases prepared by Defendants counsel; discussed Defendants releases with Plaintiff; reviewed protective order Prepared by Defendants with Plaintiff; | 3.5 |
| 3-3-06 | Presented arguments on Rooker-Feldman; presented arguments Sec 1292(b) request | 0.75 |
| 3-6-06 | Reviewed Magistrate's Fourth Discovery Order; checked record with events of hearing; Docket Nos: 108 and 109 withdrawn; date for expert disclosures 3-30-06; court's decision on sanctions; next hearing scheduled for 4-11-06; analyzed docket entries in preparation for next hearing | 1.5 |
| 3-8-06 | Reviewed Notice of Consultation by Walter Porr re:Opposition to Plaintiff's Motion for Summary Judgment On Less than | |

|  | All Issues | 0.75 |
|---|---|---|
| 3-9-06 | Reviewed City's Objection to Plaintiff's Motion for Summary Judgment; analyzed City's argument; examined and researched Cases cited. | 1.5 |
| 3-10-06 | Reviewed City's Objection to Plaintiff's Affidavit-Exhibit 18; researched requirement of competent affidavits; examined objections made by City | 1.5 |
| 3-11-06 | Reviewed City's Objection to Plaintiff's Statement of Material Facts-filed as No:122; examined Statements of Material Facts Filed by Mayor Ambrosino and Chief Reardon; reviewed mate-Rials that supported Plaintiff's statement | 2.5 |
| 3-11-06 | Reviewed Affidavit of Walter Porr; reviewed each of twelve exhibits filed by Walter Porr with affidavit; reviewed the Federal Rules for proper form of Affidavit; examined information pertinent to Plaintiff | 3.5 |
| 3-12-06 | Reviewed Plaintiff's deposition of 1-10-06; prepared for deposition scheduled for 3-14-06; read Plaintiff's complaint in preparation; reviewed documents both medical and psychiatric | 2.5 |
| 3-14-06 | Attended deposition of Plaintiff; prepared Plaintiff for deposition; responded to Plaintiff's inquiries during deposition; conferred with Plaintiff after deposition; prepared for next deposition; | 8.5 |
| 3-14-06 | Reviewed conduct of deposition; reviewed document used by Defendants in deposition | 1.5 |
| 3-15-06 | Reviewed documents filed by Walter Porr in opposition to the Plaintiff's Motion for Summary Judgment; reviewed documents and objections specifically directed to Plaintiff; compared documents and objections with Certificate of Consultation and documents provided therewith | 2.5 |
| 3-15-06 | Review of Cross Motion for Judgment on the Pleadings filed by the City; compared Cross Motion with City's Opposition to Motion for Summary Judgment; | 2.5 |
| 3-15-06 | Researched Rule 12 on Defendants Cross Motion; researched and prepared Opposition and Exhibits to City's motion. | 3.5 |
| 3-20-06 | Review of Judge Wolf's Order and written Memorandum | |

|          |                                                                                                                                                                                 |      |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          | in Docket No: 136; analyzed text of Memorandum and Order                                                                                                                         | 1.5  |
| 3-20-06  | Researched Judge Wolf's Order & Memorandum and cases cited therein; examined docket nos 29 and 37; assessed case in light of the denial of the Defendants motion for Summary Judgment. | 2.5  |
| 3-21-06  | Reviewed City's Amended (Cross)Motion for Judgment on the Pleadings; reviewed Motion and Amendment; analyzed both Motions; researched and drafted response                        | 1.5  |
| 3-22-06  | Reviewed additional City Motion for Partial Summary Judgment; Researched and Prepared response to City's additional Motion; Compared City's Cross Motion with Motion for Partial Summary Judgment; | 2.5  |
| 3-23-06  | Prepared and filed Opposition to Cross Motion; prepared and filed Opposition to Motion for Partial  Summary Judgment;                                                             | 3.5  |
| 3-24-06  | Prepared and filed Motion for Extension of Time to File Response to Expert Reports and  Disclosures                                                                               | 1.5  |
| 3-27-06  | Reviewed Opposition  filed by Walter Porr to Extension of time to filed Reports                                                                                                  | 0.75 |
| 3-27-06  | Reviewed Plaintiff's documents in Motion for Summary Judgment; examined Walter Porr's Supplemental Affidavit; Also reviewed attachments                                           | 1.5  |
| 3-31-06  | Prepared and filed Plaintiff's Opposition to City's Motion for Partial Summary Judgment                                                                                          | 2.5  |
| 3-31-06  | Reviewed City's Memorandum in Opposition to Plaintiff's Opposition to No: 146; reviewed Plaintiff's pleading and City's Memorandum in opposition                                 | 3.5  |
| 3-31-06  | Prepared, filed and researched Motion for Leave to file Expert Witness Information; organized qualifications and Attachments                                                      | 1.5  |
| 4-3-06   | Organized medical and psychiatric records provided by Dr. Keroack; separated records that belonged to Plaintiff's Husband from records that belonged to Plaintiff                | 3.5  |
| 4-4-06   | Prepared Motion for In-Camera Examination of Records; drafted request that court identify admissible records since                                                              |      |

|  |  |  |
|---|---|---|
|  | Plaintiff's husband was not a party to suit; prepared, Copied and filed Motion with court | 2.5 |
| 4-4-06 | Prepared Certificate of Service and Certificate of Consul-tation | 0.5 |
| 4-5-06 | Reviewed City's Opposition to In Camera Inspection | 1.5 |
| 4-6-06 | Reviewed City's response to Plaintiff's Request for In Camera Examination; prepared for hearing on 4-11-06 Scheduled by court; | 2.5 |
| 4-6-06 | Examined content of Affidavit of Walter Porr; researched the requirements of Affidavits; analyzed the content of Doc-ket No: 13; prepared motion to strike; also reviewed Rule 56 and Local Rule 56.1; compared content of Affidavit with re-quirements of procedural rules. | 3.5 |
| 3-28-06 | Researched Rule 56 and Local Rule 56.1; analyzed the proce-dural requirement insufficiency of mere denials and the require-ment of specific facts; examined Affidavit of Walter Porr for "specific facts". | 3.5 |
| 3-28-06 | Reviewed Memorandum in Support of Request for Admissions | 1.5 |
| 3-29-06 | Prepared for deposition on 4-7-06; read prior deposition | 2.5 |
| 4-7-06 | Attended deposition of Plaintiff, Terri Pechner-James | 6.5 |
| 4-7-06 | Review of facts of the case with associate prior to deposition | 1.5 |
| 4-8-06 | Reviewed City's Opposition to Plaintiff's Request for Admissions; examined documents filed by Walter Porr | 0.75 |
| 4-9-06 | Reviewed 4th Status Report by City; reviewed City's Opposition to Request for Admissions | 1.5 |
| 4-10-06 | Reviewed all pending motions and medical records in preparation for hearing on 4-11-06; | 1.5 |
| 4-10-06 | Reviewed additional Status Report filed by Counsel for the officers; analyzed facts contained in report | 0.75 |
| 4-10-06 | Reviewed City's Motion for Rule 11 Sanctions; also reviewed Attachments, Exhibits & Affidavits of Walter Porr; | 0.75 |

| | | |
|---|---|---|
| 4-10-06 | Researched and drafted Plaintiff's Opposition to City's Amended Motion for Judgment on the Pleadings | 1.5 |
| 4-11-06 | Attended conference scheduled for 4-11-06; addressed the privacy issues of Plaintiff's husband's medical records; discussed stipulation; court approved protective order; addressed other motions including discovery motions before court | 1.5 |
| 4-12-06 | Implemented court order with regard to records; reviewed Omnibus Discovery Order And Status Report; reviewed all Interrogatories, Requests for Production and other discovery Served by Plaintiff on Defendants | 2.5 |
| 4-12-06 | Selected the discovery documents that Plaintiff served on the City; researched the discovery that was answered and the dis-Covery that remained unanswered; chose documents to be filed Before 4-19-06 | 1.5 |
| 4-13-06 | Drafted Interrogatories, Request for Production of Documents and other discovery to Defendants from Plaintiff | 4.5 |
| 4-20-06 | Filed with the court the discovery ordered | 1.5 |
| 4-21-06 | Reviewed status report filed by officers; examined allegations made against Plaintiff | 1.5 |
| 4-24-06 | Read and analyzed unsolicited Memorandum of Law filed by City; examined Omnibus Order and Plaintiff's Response | 2.5 |
| 4-25-06 | Read Protective Order; returned the records to Mark James as directed by the court; served court with notice of compliance | 1.5 |
| 5-1-06 | Reviewed Order on Plaintiff's Request To Enlarge The Period for Discovery; examined court's allowance to the Defendants, Reardon and Ambrosino to respond to discovery Received before December 6, 2005 within 20 days from 5-21-06 | 0.75 |
| 5-2-06 | Reviewed docket entries; researched contents of City's unsolicited Memorandum of Law-Docket No: 174; prepared to refute statements on discovery in future pleadings | 1.5 |
| 5-5-06 | Attended Deposition with Plaintiff; preparation for deposition travel to deposition; | 4.5 |

| | | |
|---|---|---|
| 5-5-06 | Consulted with Plaintiff during deposition; reviewed topics covered during deposition | 3.5 |
| 5-6-06 | Reviewed Plaintiff's complaint and exhibits, also reviewed topics covered during deposition | 2.5 |
| 5-8-06 | Reviewed Motion filed by City seeking sanctions based on deposition of 5-5-06; examined exhibits of Walter Porr | 2.5 |
| 5-8-06 | Examined Affidavit of Paul Capizzi filed with this Motion; researched requirements of affidavits; analyzed Capizzi's affidavit | 1.5 |
| 5-8-06 | Examined Affidavit of Walter Porr filed with Motion; researched requirements of affidavits, analyzed Walter Porr's affidavit for specific facts that affect Plaintiff | 1.5 |
| 5-8-06 | Examined Certificate of Consultation filed with Motion | 0.75 |
| 5-8-06 | Consulted with counsel on revised deposition schedules | 0.75 |
| 5-8-06 | Reviewed Judge Wolf's ruling in Docket No: 136; reviewed Magistrate's denial of discovery in No: 181; researched basis Of appeal; researched history of docket entries; identified the Date of first deposition | 2.5 |
| 5-9-06 | Drafted and filed Appeal of 181, researched cases cited in Notice of Appeal; researched Exhibits attached to Notice Of Appeal | 2.5 |
| 5-10-06 | Reviewed and filed notice of appeal | 1.5 |
| 5-11-06 | Reviewed Docket No: 188 and Sanctions requested; examined sanctions specifically requested against Plaintiff; read an analyzed allegations made by Walter Porr in Motion; examined 8 exhibits attached to motion | 2.5 |
| 5-11-06 | Reviewed Affidavit of Walter Porr and its exhibits; analyzed the requirements of competent affidavits; examined certificate of consultation filed with Motion | 1.5 |
| 5-15-06 | Reviewed Memorandum of Law filed by the City in opposition to the Plaintiff's Appeal of Magistrate's decision; prepared response for argument at next hearing | 1.5 |

| | | |
|---|---|---|
| 5-17-06 | Examined unsolicited Joint Status Report filed both set of counsel; prepared response for next hearing | 1.5 |
| 5-18-06 | Examined  City's Certificate of Consultation; supple-mental memorandum; supplemental affidavit of Walter Porr; examined requirements of affidavits and Content of Affidavit by Walter Porr; analyzed necessity Of  supplemental affidavit and supplemental memorandum By Walter Porr | 3.5 |
| 5-18-06 | Researched, prepared and filed response to City's Motion at Docket No: 188; Plaintiff's response recorded at No:197 | 4.5 |
| 5-19-06 | Reviewed Unsolicited Status Report for facts specific to the Plaintiff; examined exhibits filed in connection with Report | 1.5 |
| 5-19-06 | Prepared  for deposition and traveled to deposition site | 3.5 |
| 5-19-06 | Attended deposition with Plaintiff; advised and consulted with Plaintiff during deposition | 6.0 |
| 5-19-06 | Reviewed conduct of deposition after session | 1.5 |
| 5-20-06 | Reviewed Plaintiff's entire deposition of 5-5-06; reviewed the questions of Walter Porr about abortions, miscarriages and sexual relationships at the senior prom; also reviewed the Motions filed by Walter Porr | 5.5 |
| 5-21-06 | Reviewed Exhibits attached to No: 188; identified that Defendant's counsel asked several thousand questions During prior deposition; identified questions that Plaintiff Properly refused to answer; addressed in document prepared For the court, the propriety and necessity of the sanction Requested by the Defendants | 3.5 |
| 5-22-06 | Addressed deposition and discovery  issues specific to Plaintiff; requested that the Court seal No: 191, the deposition of 5-5-06; exhibit B of No: 188 that contains the detailed sexual questions of Walter Porr; advised client that court had advised client to re-frain from inquiring into Plaintiff's sexual relationship absent prior approval of the court | 2.5 |
| 5-23-06 | Reviewed Electronic Clerk notes of hearing; noted next hearing | |

|  |  |  |
|---|---|---|
|  | date of 6-27-06; prepared for extended discovery schedule | 0.75 |
| 5-25-06 | Reviewed last deposition and orders from hearing on 5-22-06; prepared for deposition | 2.5 |
| 5-25-06 | Attended deposition with Plaintiff; advised and consulted with Plaintiff during deposition | 6.0 |
| 5-25-06 | Reviewed conduct of deposition after session | 1.5 |
| 5-26-06 | Reviewed Defendants compliance with discovery orders | 0.75 |
| 5-27-06 | Reviewed Motions To Compel Defendants, Reardon and Ambrosino to respond to discovery; reviewed Plaintiff's Discovery | 2.5 |
| 5-30-06 | Reviewed Unsolicited Status Report filed by Officers with attached Exhibits;prepared response for hearing on 6-27-06 | 1.5 |
| 5-30-06 | Prepared for deposition; traveled to deposition site | 3.5 |
| 5-30-06 | Attended deposition; consulted with Defendants counsel; advised and consulted with Plaintiff during deposition; reviewed mini copies of Plaintiff's prior deposition | 6.0 |
| 5-30-06 | Reviewed conduct of deposition after session | 1.5 |
| 5-30-06 | Compared deposition with the depositions conducted by Defendants on 5-5-06 and 5-25-06 | 1.5 |
| 5-31-06 | Reviewed City's Memorandum of Law; examined exhibits filed with Memorandum by Walter Porr; read prior depositions; prepared response for next hearing | 2.5 |
| 5-31-06 | Prepared and filed Plaintiff's Motion to Compel Defendants, Reardon and Ambrosino to Answer Discovery ordered by Court; | 2.5 |
| 6-1-06 | Reviewed Plaintiff's Discovery served on Defendants; reviewed orders of court; reviewed expired timetable; reviewed non-compliance of Defendants; examined Defendants objection to Plaintiff's Motion to Compel their willful non-compliance | 2.5 |
| 6-1-06 | Reviewed Affidavit of Walter Porr; analyzed requirements of affidavits; analyzed unsubstantiated rationale for non-compliance | 0.75 |

| | | |
|---|---|---|
| 6-7-06 | Prepared for deposition and traveled to deposition site | 3.5 |
| 6-7-06 | Attended deposition; consulted with Defendants counsel; advised and consulted with Plaintiff during deposition; reviewed mini copies of Plaintiff's prior deposition | 6.0 |
| 6-7-06 | Reviewed conduct of deposition after session | 1.5 |
| 6-7-06 | Compared deposition with the depositions conducted by Defendants | 1.5 |
| 6-14-06 | Researched the basis of the Defendant's Second Memorandum in support of Motion Against Plaintiff: No:188; analyzed 13 exhibits filed by Walter Porr; prepared response to Second Memorandum; | 2.5 |
| 6-15-06 | Examined Defendants arguments that support 6th Unsolicited Status Report and attachments filed by the City; prepared resPonse to Report | 3.5 |
| 6-22-06 | Prepared for deposition and travel to deposition site | 3.5 |
| 6-22-06 | Attended deposition; consulted with Defendants counsel; advised and consulted with Plaintiff during deposition; | 5.5 |
| 6-22-06 | Reviewed conduct of deposition after session | 1.5 |
| 6-22-06 | Compared this final deposition with prior depositions; analyzed arguments and calculations made by Walter Porr seeking further depositions of the Plaintiff | 2.5 |
| 6-24-06 | Compared Defendants 3rd Memorandum with Defendants 2nd Memorandum; examined exhibits attached to 2nd Memorandum To exhibits attached to 3rd Memorandum; prepared notes on the Defendants abuse of Local Rule 7.1 and other Motion rules | 2.5 |
| 6-26-06 | Compared Status Report and Attachments filed by Defendant Officers with Memorandums and attachments filed by City | 1.5 |
| 6-26-06 | Prepared and filed Objection to 6th Unsolicited Status Report filed by the City; prepared Affidavit of Counsel in support of Objection | 2.5 |
| 6-27-06 | Researched 6th Status Report and Attachments; prepared notes on the City's abuse of the Federal Rules and the Local Rules of Motion Practice | 2.5 |

| | | |
|---|---|---|
| 6-30-06 | Researched deposition schedule; reviewed Docket No 188; also researched City's Second Memorandum, City's Third Memorandum; also researched City's 6th Unsolicited Status Report; | 3.5 |
| 6-30-06 | Analyzed facts of Nos: 188 and 209 that have been rendered moot by the depositions and actions of the court; prepared and filed Plaintiff's response to Defendants | 2.5 |
| 6-30-06 | Prepared Appendix and Exhibits that support Plaintiff's response | 1.5 |
| 7-2-06 | Researched Relation Back doctrine; prepared for its use on Plaintiff's pleadings | 1.5 |
| 7-8-06 | Reviewed City's Motion To Strike; also reviewed City's response to No: 217 and exhibits; prepared motion to compel Defendants to Respond to Pleadings ordered by the court | 3.5 |
| 7-8-06 | Prepared memorandum and certificate of consultation for filing with Plaintiff's motion; prepared exhibits that demonstrated City's non-compliance | 2.5 |
| 7-14-06 | Reviewed Motion for Sanctions filed by Officers; examined exhibits; prepared response | 2.5 |
| 7-17-06 | Reviewed number of depositions ordered by the court; calculated number of depositions completed by the Plaintiff; examined Plaintiff's conduct for compliance | 1.5 |
| 8-17-06 | Reviewed Docket No: 188 and Docket No: 182; also researched Federal and Local Rules of Motion Practice; analyzed City's new Supplemental Memorandum for compliance with the Rules; | 2.5 |
| 9-2-06 | Reviewed Judge Wolf's decision of Plaintiff's request for de novo review | 0.75 |
| 9-3-06 | Preliminary research on res judicata and collateral estoppel; preliminary research on the use and effect of state administrative decisions in federal courts; analyzed these concepts as a way to respond to the Judge's order | 2.5 |
| 9-5-06 | Examined Judge Wolf's Memorandum and Order; examined comments by Magistrate when Plaintiff withdrew Sec 1292(b) | |

|  | request; | 1.5 |
|---|---|---|
| 9-4-06 | Compared Rooker v Fidelity Trust Co and DC Court of Appeals v Feldman; analyzed the application of res judicata and collateral estoppel to these cases | 2.5 |
| 9-6-06 | Compared Rooker-Feldman and the new Supreme Court case of Exxon-Mobil v Saudi Basic Industries Corp; analyzed the narrowed Scope of the doctrine; also examined case for applicability to Plaintiff's case | 2.5 |
| 9-8-06 | Compared Verizon Maryland Inc. v Public Service Commission of Maryland with the principle of Rooker-Feldman; compared the executive action of Verizon with the administrative action of Plaintiff's case; examined the use of preclusion in Verizon | 2.5 |
| 9-10-06 | Reviewed the enabling statutes of DALA & PERAC; reviewed the regulations 840 CMR 1:00 et seq. that govern agencies; examined regulations for their adjudicatory provisions; | 1.5 |
| 9-11-06 | Researched basic principles of Res Judicata and Collateral Estoppel in Mass Practice-Administrative Law | 2.1 |
| 9-11-06 | Researched finality of administrative judgments in Restatement of Law Second, Judgments 2d(1982) | 1.5 |
| 9-12-06 | Researched US v Utah Construction and Mining; | 1.5 |
| 9-13-06 | Researched SJC and Mass Appeals Court application of the doctrine of res judicata and collateral estoppel as applied to DALA and PERAC decisions | 2.5 |
| 9-14-06 | Reviewed facts of Almeida v Travelers Insurance; identified SJC use of res judicata and collateral estoppel for decision by Administrative agency | 2.5 |
| 9-14-06 | Researched Corrigan v General Electric | 1.5 |
| 9-15-06 | Researched IAB cases; performed detailed analysis of Martin v Ring; identified and selected quotations | 1.5 |
| 9-16-06 | Performed general review of the application of res judicata and collateral estoppel by the SJC; conducted overview of Almeida, Corrigan and Martin | 1.5 |

| | | |
|---|---|---|
| 9-17-06 | Performed general overview of the application of the doctrine of res judicata and collateral estoppel by the Mass App Ct. | 2.5 |
| 9-17-06 | Researched Morganelli, Conservation Commission v Pacheco Green v Town of Brookline | 2.5 |
| 9-18-06 | Identified preclusive effect of DIA decisions as applied by Mass App Ct; | 1.5 |
| 9-18-06 | Reviewed Mass App Ct cases: Van Munching Co v Alcohol Bev Control Comm, Patterson v Liberty Mutual Ins. Co. | 2.5 |
| 9-19-06 | Detailed review of Box Pond Association v Energy Facilities Siting Board, Anderson Insulation Co v Dept of Public Health; Prepared section of Brief | 2.5 |
| 9-19-06 | Reviewed enabling statutes of CRAB, DALA, and PERAC; reviewed G.L.c.7 § 4H and § 49; reviewed M.G.L.c. 32 § 16(4) reviewed regulations 801 CMR 1:00 et seq.; evaluated adjudicatory provisions | 1.5 |
| 9-20-06 | Reviewed holdings of Horgan, Queenan and McCarthy; analyzed implications for administrative law in state courts | 2.5 |
| 9-20-06 | Reviewed holdings of Namay, Quincy Retirement Board, Retirement Board of Revere; analyzed implications for the preclusive effect of retirement system decisions | 2.5 |
| 9-21-06 | Researched prior Motions To Compel Thomas Ambrosino and Terrence Reardon to Answer Interrogatories ordered by court; reviewed prior conduct of Defendants; reviewed prior exhibits and history contained in the Notices and Certificates of Consultation | 2.5 |
| 9-21-06 | Reviewed Court's original order; prepared Motion to Compel Defendants to Answer Interrogatories; prepared Exhibits in Support of Motion; examined obdurate nature of Defendants Resistance | 2.5 |
| 9-22-06 | Researched federal recognition of state preclusion; analyzed the holding of US v Utah Construction; examined the case for the preclusive effect of state administrative decisions in federal courts | 2.5 |
| 9-22-06 | Reviewed treatises Mass Practice, Restatement of Law, Judgments; researched treatises for history and case law supporting | |

|  |  |  |
|---|---|---|
|  | the recognition by federal courts of state administrative adjudi-cations | 2.5 |
| 9-23-06 | Reviewed research on brief; researched US Supreme Court cases Univ of Tenn v Elliot and Kremer v Chemical Construction Corp | 1.5 |
| 9-23-06 | Reviewed treatise on administrative law by Charles Kach; examined the effect of failure to appeal administrative decisions; also reviewed Misischia v Pirie; recognition that failure to appeal triggered preclusive appeal | 2.5 |
| 9-25-06 | Researched Restatement of Law: Judgments 2d § 41; researched State of Montana v US; incorporated principles into brief | 1.5 |
| 9-25-06 | Researched and reviewed the governing law in Massachusetts on the preclusive effect of  administrative adjudicatory decisions; identified Morganelli, Stigmatine Fathers and Jamaica Pond Aqueduct Corp v Chandler; prepared final draft of brief | 3.0 |
| 9-28-06 | Filed with court previously prepared Motion To Compel Defendants, Reardon and Ambrosino To Answer Interroga-Tories, reviewed all previous filings; examined repeated conduct Of the Defendants; documented the pattern of their conduct in Prior responses; prepared Memorandum in support of Motion To compel | 2.75 |
| 10-4-06 | Reviewed court's ruling on Defendants Cross Motion for Judgment on the Pleadings; also Defendants Motion for Partial Summary Judgment | 0.75 |
| 10-5-06 | Reviewed Defendants Joint Motion to Compel & Affidavit of Walter Porr; analyzed motion and reviewed Affidavit of Walter Porr; | 1.5 |
| 10-20-06 | Reviewed Judge's Order on Defendant's Motion; prepared preliminary draft of new Motion To Compel; utilized format that included original questions, responses, supplemental res-ponses;  prepared draft for both Defendants; | 4.5 |
| 10-21-06 | Reviewed prior Motions and Answers provided by Defendants; selected the questions and responses suitable for use in preparing the document ordered by the court. | 2.5 |
| 10-21-06 | Prepared the Interrogatories using the format ordered by the court for Thomas Ambrosino | 2.5 |

| | | |
|---|---|---|
| 10-21-06 | Prepared the Interrogatories using the format ordered by the court for Terrence Reardon | 2.5 |
| 10-22-06 | Review of documents to be used at hearing on 11-2-06; | 1.5 |
| 10-23-06 | Reviewed Docket No: 250; reviewed No: 234; reviewed exhibits and other relevant materials | 1.5 |
| 10-23-06 | Prepared and filed Brief: Massachusetts Administrative Determinations In Federal Court: The Application of Res Judicata And Collateral Estoppel | 0.75 |
| 11-1-06 | Filed Interrogatories to both Defendants in the format ordered by the court | 0.75 |
| 11-2-06 | Attended hearing scheduled by court; discussed pleadings with new counsel; addressed court on issues of mediation; attended court review of trial by magistrate | 1.5 |
| 11-3-06 | Reviewed outcome of hearing; discussed with new counsel the receipt of appropriate documents in response to Plaintiffs request. | 0.75 |
| 11-4-06 | Preliminary preparations for conference on mediation | 2.5 |
| 1-19-07 | Prepared and conducted mediation conference with opposing counsel; filed motion to withdraw requested by Plaintiff | 3.5 |
| 1-22-07 | Reviewed electronic notice of hearing on motion to withdraw set for 2-6-07; prepared memorandum and Exhibits that accompanied Affidavit of Explanation | 1.5 |
| 1-22-07 | Prepared affidavit of explanation | 1.5 |
| 1-23-07 | Prepared detailed accounting of attorneys time expended on Plaintiff's case and attached as exhibit to Affidavit | 7.5 |
| 1-24-07 | Prepared history of non-conforming motions filed by Defendants and attached as exhibit to Affidavit | 7.5 |
| 2-6-07 | Attended hearing on 2-6-07; confirmed with court that Counsel had agreed to withdraw from representation As Plaintiff had requested | 4.5 |

SERVICES ABOVE PROVIDED AT STANDARD RATE

**<u>EXPENSES</u>**

| | |
|---|---|
| Constable Roscoe | $70.00 |
| Sheriff's Fee | $44.00 |
| Parking | $1.00 |
| Sheriff's Fee | $220.52 |
| Deposition-McCarthy | $423.00 |
| Photocopying expense | $ 6.00 |
| Parking | $9.00 |
| Tolls | $5.60 |
| Tolls | $5.60 |
| McCarthy Reporting | $ 1000.00 |
| Priority Mail | $8.27 |
| McCarthy Reporting | $1000.00 |
| McCarthy Reporting | $1000.00 |