UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER - JAMES and ) <br> SONIA FERNANDEZ, ) <br>     Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> CITY OF REVERE et als. ) <br>     Defendants. ) | C.A.   03-12499MLW |

## ASSENTED TO MOTION OF PLAINTIFF TERRI PECHNER - JAMES TO CONTINUE MEDIATION

NOW comes the Plaintiff, Terri Pechner-James, by and through her counsel, and requests that this Court continue the mediation currently scheduled for 10:00 a.m. on August 2, 2007 with the Honorable Judge Marianne Bowler to 10:00 a.m. on September 19, 2007.  As grounds for this request, counsel for Plaintiff Pechner-James states they have a week long trial in a separate matter that has been rescheduled, at the Judge's request, for the week of July 30, 2007.  Therefore, counsel will be unavailable for the mediation currently scheduled in this matter.  Counsel for Plaintiff has spoken with Magistrate Judge Bowler's Clerk as well as all counsel of record regarding rescheduling the mediation to September 19, 2007.  Magistrate Bowler's Court and all counsel and necessary parties hereto are available to attend the September 19, 2007 mediation.  All counsel has assented to this motion.  No prejudice befalls any party by this short continuance of the mediation.

WHEREFORE, Plaintiff Terri Pechner-James respectfully requests that the mediation in this matter be rescheduled to 10:00 a.m. on September 19, 2007.

**SUBMITTED BY:**

For the Plaintiff, Terri Pechner-James,
By Her Attorneys,

/S/ Patrick Sacco_____
Patrick Sacco, Esq., BBO# 659168
Peter Unitt, III, Esq., BB# 661941
The Crest Group, L.L.C.
600 W. Cummings Park, Ste. 1000
Woburn, MA 01801
(781)933-2122                                           **DATE: July 12, 2007**

**ASSENTED TO:**

For the Plaintiff, **Sonia Fernandez**,
By Her Attorney,

/S/ James S. Dilday
James S. Dilday, Esq., BBO# 124360
Grayer & Dilday
27 School Street, Ste. 400
Boston, MA 02109
(617)227-3470

For the Defendants, **City of Revere** and                For the **Individual Defendants**
**City of Revere Police Department**                      By Their Attorneys**,**
By Their Attorneys,

/s/ Paul Capizzi                                          /s/ Michael J. Akerson
Paul Cappizzi, Esq., BBO# 646296                          Michael J. Akerson, Esq.
Daniel E. Doherty, BBO#127010                             BBO#  558565
City Hall, 281 Broadway                                   John K. Vigliotti, ESq.
Revere, MA 02151                                          BBO # 642337
                                                          Reardon, Joyce & Ackerson, P.C.
                                                          397 Grove Street
                                                          Worcester, MA 01605
                                                          (508)754-7285