UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Terri Pechner-James**            )<br>**Sonia Fernandez**                  )<br>    **Plaintiffs;**                     )<br>                                              )<br>v.                                            )<br>                                              )<br>**City of Revere, et, al**           )<br>    **Defendants.**                  )<br>                                              ) | C.A. #  03-12499MLW |

### ASSENTED TO MOTION TO EXCUSE ATTENDANCE DEFENDANTS' BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY, AND STEVEN FORD AT MEDIATION

Now come the above named defendants in the above-entitled action and move this Honorable Court to excuse defendants Russo, Foster, Doherty, Colannino, Santoro, and Roland from attending the mediation because they have retired from active service with the Police Department, have scheduling conflicts with the scheduled date, and would have nothing to offer in furtherance of settlement.  The undersigned also requests that defendant Nelson be excused from attending because although he is still employed by the Police Department, he would have nothing to offer in furtherance of settlement at this time.  The undersigned asserts that the defendant municipality will have the necessary parties in attendance at the mediation with settlement authority.  This motion is assented to by all parties.

WHEREFORE, the defendants request that this Honorable Court excuse the absence of the above named defendants from the mediation of this matter on September 19, 2007.

                                      Defendants, Bernard Foster, Salvatore Santoro,
Roy Colannino, Frederick Roland, Thomas Doherty,
John Nelson, James Russo, Michael Murphy, and
Steven Ford
By their attorney,


/s/ Michael J. Akerson
_____
Michael J. Akerson, Esq.
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 558565

ASSENTED TO:

Defendant City of Revere,
Terrance Reardon, Thomas Ambrosino,
By their attorney,

/s/ Paul Capizzi
_____
Paul Capizzi, City Solicitor
Daniel Doherty, Asst. City Solicitor
Office of the City Solicitor, City Hall
281 Broadway
Revere, MA 01251


| Plaintiff Sonia Fernandez | Plaintiff Terri Pechner James |
| By her attorney, | By her attorney, |
| | |
| /s/ James S. Dilday | /s/ Patrick Sacco |
| _____ | _____ |
| James S. Dilday, Esq. | Patrick Sacco, Esq. |
| Carlton J. Dasent, Esq. | The Crest Group, LLC |
| Grayer & Dilday | 600 West Cummings Park, Suite 1000 |
| 27 School Street, Suite 400 | Woburn, MA 01801 |
| Boston, MA 02108 | |