**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>    SONIA FERNANDEZ    </u>
             Plaintiff(s)

      V.                                CIVIL ACTION NO. 03-12499-MLW

<u>    THE CITY OF REVERE    </u>
             Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO CHIEF JUDGE    <u>WOLF</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>    9/18/2007    </u> I held the following ADR proceeding:

        _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        ___X___ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
        _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were / were not present in person or by authorized corporate officer [except _____].
    The case was:

[ ]    Settled. Your clerk should enter a 60 day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[X]    Suggested strategy to facilitate settlement: STILL SEEKING TO SETTLE CASE AS TO LEAD PLAINTIFF TERRI PECHNER-JAMES, INDIVIDUALLY.


9/27/2007                                            Marianne B. Bowler, USMJ
DATE                                                  ADR Provider