**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>    TERRI PECHNER-JAMES, et al.    </u>
          Plaintiff(s)

                    V.                                    CIVIL ACTION NO. 03-12499-MLW

<u>    THE CITY OF REVERE            </u>
          Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO CHIEF JUDGE <u>    WOLF    </u>

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On <u>    9/27/2007    </u>  I held the following ADR proceeding:

|         |                       |         |                            |
|---------|-----------------------|---------|----------------------------|
| _____ | SCREENING CONFERENCE  | _____ | EARLY NEUTRAL EVALUATION   |
| ___X___ | MEDIATION             | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL            | _____ | SETTLEMENT CONFERENCE      |

All parties were represented by counsel  [except _____]

The parties  were / were not  present in person or by authorized corporate officer [except _____].

The case was:

[X]   Settled.  Your clerk should enter a  60  day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

<u>    9/27/2007    </u>                                         Marianne B. Bowler, USMJ
   DATE                                                            ADR Provider

(ADR Report (PECHNER-JAMES).wpd - 4/12/2000)                                     [adrrpt.]