UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES AND<br>SONIA FERNANDEZ,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO,<br>MAYOR, CITY OF REVERE POLICE<br>DEPARTMENT, TERRENCE REARDON,<br>CHIEF OF POLICE, BERNARD FOSTER,<br>SALVATORE SANTORO, ROY COLANNINO,<br>FREDERICK ROLAND, THOMAS DOHERTY,<br>JOHN NELSON, JAMES RUSSO, MICHAEL<br>MURPHY AND STEVEN FORD,<br><br>            Defendants, | C.A. No. 03-12499-MLW |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO CLAIMS OF PLAINTIFF, TERRI PECHNER-JAMES ONLY

Now comes the plaintiff, Terri Pechner-James, and pursuant to the provisions of Fed. R. R. Civ. P. 41(a)(1)(ii), hereby stipulates that said action be dismissed against all above-named defendants, including any and all cross-claims, counter-claims and third party claims which have been raised, or could have been raised, with prejudice, without costs and with all rights of appeal waived.

| | |
|---|---|
| Plaintiff,<br>TERRI PECHNER-JAMES,<br>By her Attorneys,<br><br>/s/ Peter Unitt<br>_____<br>Patrick J. Sacco, BBO No. 659168<br>Peter J. Unitt, III, BBO No. 661941<br>The Crest Group, L.L.C.<br>600 W. Cummings Park<br>Suite 1000<br>Woburn, MA 01801<br>(781) 933-2122 | Defendants,<br>CITY OF REVERE, THOMAS AMBROSINO,<br>MAYOR, CITY OF REVERE POLICE<br>DEPARTMENT, AND TERRENCE REARDON,<br>CHIEF OF POLICE,<br>By Their Attorneys,<br><br>/s/ Paul Capizzi<br>_____<br>Paul Capizzi, BBO No. 646296<br>City Solicitor<br>Daniel Doherty, BBO No. 127010<br>Assistant City Solicitor<br>City Hall<br>281 Broadway<br>Revere, MA 02151<br>(781) 286-8166<br><br><br>Defendants,<br>BERNARD FOSTER, SALVATORE SANTORO,<br>ROY COLANNINO, FREDERICK ROLAND,<br>THOMAS DOHERTY, JOHN NELSON, JAMES<br>RUSSO, MICHAEL MURPHY AND STEVEN<br>FORD,<br>By Their Attorneys,<br><br>/s/ John K. Vigliotti<br>_____<br>Michael J. Akerson, BBO No. 558565<br>John K. Vigliotti, BBO No. 642337<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285 |

Dated: 10 / 02 / 07