UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| **TERRI L. PECHNER-JAMES** and **SONIA FERNANDEZ** | ) ) |
| Plaintiffs | ) |
| | ) |
| VS. | ) |
| | ) |
| **CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPT. TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY JOHN NELSON, JAMES RUSSO MICHAEL MURPHY and STEVEN FORD** | ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

### SUMMARY OF PETITIONER'S FEES &COSTS IN EXHIBIT A WITH SUB-TOTALS
### 2001

| | | |
|---|---|---|
| January | - | |
| February | - | |
| March | 18.00 | |
| April | 24.35 | |
| May | 26.30 | |
| June | 17.01 | |
| July | 21.45 | |
| August | 25.45 | |
| September | - | |
| October | 3.85 | |
| November | 1.50 | |
| December | 4.50 | |
| **Sub-total for 2001** | 142.51 | $28, 502 |

**2002**

| | |
|---|---|
| January | 20.20 |
| February | 3.80 |
| March | 2.70 |
| April | - |
| May | 1.85 |
| June | - |
| July | 9.70 |
| August | 0.50 |
| September | 45.60 |
| October | 19.30 |
| November | 15.60 |
| December | 30.80 |
| **Sub-total for 2002** | **150.05**     **$30,010** |

**2003**

| | |
|---|---|
| January | 43.70 |
| February | 45.20 |
| March | 40.30 |
| April | 48.80 |
| May | 39.25 |
| June | 34.05 |
| July | 57.05 |
| August | 72.95 |
| September | 53.85 |
| October | 56.85 |
| November | - |
| December | 2.50 |
| **Sub-total for 2001** | **493.90**     **$98,780** |

**2004**

| | |
|---|---|
| January | 6.75 |
| February | 4.50 |
| March | 3.50 |
| April | 2.25 |
| May | - |
| June | 12.75 |
| July | - |
| August | 12.00 |
| September | 6.75 |
| October | 3.85 |
| November | 1.50 |

| | | |
|---|---:|---:|
| December | 4.50 | |
| **Sub-total for 2001** | **59.75** | **$11,950** |

## **2005**

| | | |
|---|---:|---:|
| January | - | |
| February | 3.75 | |
| March | 14.75 | |
| April | 11.50 | |
| May | 18.75 | |
| June | 8.75 | |
| July | 18.25 | |
| August | 17.50 | |
| September | 6.00 | |
| October | - | |
| November | - | |
| December | - | |
| **Sub-total for 2001** | **99.25** | **$19,850** |
| | | |
| **TOTAL OF HOURS & FEES** | **945.46** | **$189,092.00** |