UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES AND<br>SONIA FERNANDEZ,<br><br>           Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO,<br>MAYOR, CITY OF REVERE POLICE<br>DEPARTMENT, TERRENCE REARDON,<br>CHIEF OF POLICE, BERNARD FOSTER,<br>SALVATORE SANTORO, ROY COLANNINO,<br>FREDERICK ROLAND, THOMAS DOHERTY,<br>JOHN NELSON, JAMES RUSSO, MICHAEL<br>MURPHY AND STEVEN FORD,<br><br>           Defendants, | C.A. No. 03-12499-MLW |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate that all Counts of said action by plaintiff Sonia Fernandez be dismissed as against defendants Salvatore Santoro, Roy Colannino, Michael Murphy, Frederick Roland, Thomas Doherty, Bernard Foster, John Nelson, Steven Ford and James Russo with prejudice, with each party bearing its own costs and each party waiving all rights of appeal. Plaintiff reserves the right to call any of the dismissed defendants as witnesses in their capacity as agents of the Revere Police Department and the City of Revere.

| | |
|---|---|
| Plaintiff,<br>Sonia Fernandez,<br>by her Attorney,<br><br>/s/ James Dilday<br>_____<br>James Dilday, BBO No. 124360<br>27 School Street, Suite 400<br>Boston, MA 02108<br>(617)227-3470 | Defendants,<br>CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, AND TERRENCE REARDON, CHIEF OF POLICE,<br>by their Attorneys,<br><br>/s/ Paul Capizzi<br>_____<br>Paul Capizzi, BBO No. 646296<br>City Solicitor<br>Daniel Doherty, BBO No. 127010<br>Assistant City Solicitor<br>City Hall<br>281 Broadway<br>Revere, MA 02151<br>(781) 286-8166<br><br>Defendants,<br>BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY AND STEVEN FORD,<br>by their Attorneys,<br><br>/s/ John K. Vigliotti<br>_____<br>Michael J. Akerson, BBO No. 558565<br>John K. Vigliotti, BBO No. 642337<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285 |

Dated: 12 /21 / 07