```
MARK R. JAMES         7/96                                          758
63 LANCASTER AVENUE
REVERE, MA  02151           Date April 26, 01           5-7017/2110
                                                              615
Pay to the
order of   Grayer and Dilday                    | $ 500.00
          Five hundred dollars  00/100                 Dollars

CITIZENS BANK
Massachusetts

For # Terri's Case                              Mark R. J_____

|:211070175|:  1103351823|"     0758   |"000000 50000,"
```

Endorsement (handwritten, on back):
Grayer Dilday
Bridgeport
532-455393

Bank stamps:
CITIZENS BANK
RIVERSIDE RI 05/09/01
|011500120|
252681636

|011000138|
FLEET-MA MALDEN, MA  56
3348 039 20 90 05002001
4600730093



**Bank of America Advantage**

MARK R. JAMES  03-03  197
TERRI L. JAMES
1204 S.W. 28TH ST.
CAPE CORAL, FL 33914-8226

Date Sept. 11, 2003

Pay to the order of Grayer & Dilday    $ 1,500.00

One Thousand - Five hundred dollars 00/100 — Dollars

**Bank of America.**
ACH R/T 063100277

Memo Complaints + depositions

Signature: Mark R. J[ames]

⑆063000047⑆ 005490665513⑊ 0197 ⑈000150000⑈

[Back of check — endorsement: Grayer & Dilday]

CITIZENS 4518/91/242/013
RIVERSIDE RI 69168663
011500120

2100892112

0236543284
09172003
0414465246-0019-9
091720DMT=0156  TRC=0156  PK=01
0110-0003-5
ENT=3615  TRC=3637  PK=11

BANK OF AMERICA, NA JAX
063000047  E8845 01 P01
09/17/03

6640246464

7073  06349

**MARK R. JAMES**  7/96
63 LANCASTER AVENUE
REVERE, MA 02151

876
5-7017/2110
615

Date Jan. 15, 2002

Pay to the order of: Attorney James Dilday    $ 255.00

Two hundred Fifty-Five dollars 00/100 Dollars

**CITIZENS BANK**
Massachusetts

For: Filing Fee - Temp Restraining Order A/RPD

Mark R. James

⑆211070175⑆  11033518 23⑈   0876  ⑆000002 5500⑆

0110-0001-5
050003203  0110-0001-5
050003203  01-17-02

CITIZENS BANK
01/17/02

4041303871

**Bank of America Advantage**

MARK R. JAMES  03-03
TERRI L. JAMES
1204 S.W. 28TH ST.
CAPE CORAL, FL 33914-8226

293

07/06/04 E4044 04065 P06 0136931842
1376

Date July 7 2004

Pay to the order of  Attorney Carlton Dasent  | $ 15,000.00

Fifteen Thousand dollars 00/100 — Dollars

**Bank of America.**
ACH R/T 063100277

Memo Terri Retirement case payment

⑆063000047⑆ 005490665513⑈ 0293 ⑆000150000⑆

CITIZENS 0918/91/150/013
RIVERSIDE RI 07/02/2004
►0115001204
13000193932

07062004
0111-0048-1
ENT=4044 TRC=4065 PK=06
0136931842

DATE 07/06/04 08317656 BANK OF AMERICA,NA JAX  963000047  E0015 01 P01
E    C 004 N07062004                              07/06/04
     0630-0019-9
     ENT=0400

**Bank of America Advantage**

MARK R. JAMES  03-03
TERRI L. JAMES
1204 S.W. 28TH ST.
CAPE CORAL, FL 33914-8226

294

07/06/04  E4044 T4065 P05 0136931643
1376

Date: July 1, 2004

Pay to the order of: Attorney Carlton Dasent   $ 5,000.00

Five Thousand dollars 00/100 — Dollars

Bank of America.
ACH R/T 053100277

Memo: Terri's case · depositions / Expert witness

Signature: Mark R. James

⑆063000047⑆ 0054906655113⑈ 0294 ⑆0000500000⑆

---

CITIZENS 0918/91/158/013
RIVERSIDE RI 05/22/2004
▶011500120◀

130000 19334

07062004
0111-0048-1
ENT=4044  TRC=4065  PK=06
0136931843

DATE 07/06/04  083176563 BANK OF AMERICA, NA JAX
E    C 004 N 07062004  063000047  E4915 01 P01
            0630-0019-9           07/06/04
            ENT=0400

Endorsement: Carlton Dasent