**Patrick Sacco**

From: ECFnotice@mad.uscourts.gov
Sent: Monday, October 29, 2007 1:16 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:03-cv-12499-MLW Pechner-James et al v. City of Revere et al Notice (Other)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered by Dilday, James on 10/29/2007 at 1:15 PM EDT and filed on 10/29/2007

Case Name:      Pechner-James et al v. City of Revere et al
Case Number:    1:03-cv-12499
Filer:          Terri Pechner-James
WARNING: CASE CLOSED on 03/30/2007
Document Number: 273

Docket Text:
NOTICE by Terri Pechner-James re [266] Notice (Other), Notice (Other) *Carlton J. Dasent's Notice of Attorney's Lien* (Attachments: # (1) Supplement Memorandum in Support of Notice of Lien# (2) Affidavit Affidavit in Support of Notice of Lien# (3) Exhibit Itemized Statment of Fees and Costs# (4) Exhibit Summary of Fees and Costs)(Dilday, James)

1:03-cv-12499 Notice will be electronically mailed to:

Michael J. Akerson    akerson@rja-law.com

Paul Capizzi    pcapizzi@revere.org

James S. Dilday    jsdilday@juno.com

Andrew J. Gambaccini    agambaccini@rja-law.com

Austin M. Joyce    ajoyce@rja-law.com

Patrick J. Sacco    psacco@crestcapitalgroup.com

Peter J. Unitt, III    punitt@crestcapitalgroup.com

11/27/2007