# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231



November 1, 2007

Peter J. Unitt, Esq.
The Crest Group
600 W. Cummings Park
Woburn, MA 01801

Re: Terri Pechner-James v. City of Revere et. al.
Federal Court No. 03CV-12499-MLW

Pursuant to your telephone message, please be advised that I have agreed to settle my claims for legal fees regarding Ms Pechner-James for one half of the total legal fees deducted from Ms Pechner-James' settlement in the above referenced matter.

It is my understanding based on the conversation I had with Chief Magistrate Judge Bowler on September 27, 2007 that the legal fee would be $25,000.00 and your office would forward half of that amount to me upon settlement. It was not until October 30, 2007 when I was in the federal court on Ms Fernandez' case that I was informed that the settlement check had been forwarded to your office approximately two weeks ago.

I told the court on September 27, 2007 and am reiterating to you that upon receipt of $12,500.00 I release Ms Pechner-James from any and all liens I or the law firm of Grayer & Dilday, LLP may have against her regarding our representation of her in the above referenced matter. In fact, I relayed that information to the court on October 30, 2007 and agreed that the motion for legal fees should be withdrawn.

You should be advised that by releasing Ms Pechner-James, I do not waive any rights to proceed against the City of Revere pursuant to the appropriate fee shifting provisions. You should further be advised that I do not speak for Carlton Dasent, and he is not a party to this release of claims against Ms Pechner-James.

Please contact me if you have any questions.

Very truly yours,

James S. Dilday

JSD/js