UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 03-12499MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES <br> and SONIA FERNANDEZ <br>     Plaintiffs | ) <br> ) <br> ) <br> ) |
| VS. | ) <br> ) |
| CITY OF REVERE, THOMAS <br> AMBROSINO, MAYOR, CITY <br> OF REVERE POLICE DEPT.) <br> TERRENCE REARDON, CHIEF <br> OF POLICE, BERNARD FOSTER) <br> SALVATORE SANTORO, ROY <br> COLANNINO, FREDERICK ) <br> ROLAND, THOMAS DOHERTY <br> JOHN NELSON, JAMES RUSSO <br> MICHAEL MURPHY and <br> STEVEN FORD <br>     Defendants | ) <br> ) <br> <br> ) <br> <br> ) <br> <br> ) <br> ) <br> ) <br> ) <br> ) |

### REQUEST FOR PERMISSION TO FILE DOCUMENTS ELECTRONICALLY

Now comes the undersigned an requests that this Honorable Court grant him permission to electronically file documents in the above captioned case. The undersigned state the following as grounds for his request:

1. The undersigned is a former co-counsel for the Plaintiffs in this case; my representation terminated on September 12, 2005.

2. I have filed an Attorney's Lien- **Docket No: 273**, the Plaintiff, Terri Pechner-James has filed a Motion to Dissolve said Lien.

3. I have prepared a timely Opposition to said motion; the Opposition is attached to this document.

4. Effective January 1, 2006, this Court required all documents to be filed electronically. In order to comply with the Court's requirement, the undersigned is requesting the necessary Identification Number and Password required for electronic filing.

1

Respectfully submitted,

*/s/ Carlton J. Dasent*
Carlton J. Dasent
109-8th Street
New Bedford, MA 02740
(617) 894-2087

Dated: 1/9/08