# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **TERRI PECHNER-JAMES and SONIA** | ) | |
| **FERNANDEZ,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **C.A.  No. 03-12499-MLW** |
| | ) | |
| **CITY OF REVERE, THOMAS AMBROSINO,** | ) | |
| **MAYOR, CITY OF REVERE POLICE** | ) | |
| **DEPARTMENT, TERRENCE REARDON,** | ) | |
| **CHIEF OF POLICE, BERNARD FOSTER,** | ) | |
| **SALVATORE SANTORO, ROY COLANNINO,** | ) | |
| **FREDERICK ROLAND, THOMAS DOHERTY,** | ) | |
| **JOHN NELSON, JAMES RUSSO, MICHAEL** | ) | |
| **MURPHY and STEVEN FORD,** | ) | |
| **Defendants,** | ) | |

## DEFENDANTS, CITY OF REVERE'S AND
## CITY OF REVERE POLICE DEPARTMENT'S,
## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)</u>

On June 13, 2005, Defendants' Counsel, Assistant City Solicitor Walter H. Porr, Jr., sent a letter to Plaintiffs' Counsel, James Dilday, regarding their intended motion for summary judgment.  A true and accurate copy of said letter is attached to Defendants' motion as Exhibit "A".  The purpose of this letter was to attempt to narrow or resolve sufficient issues to be presented by the motion.  Plaintiffs' Counsel did not reply to this letter and thus, this attempt has failed.

Having attempted to narrow and resolve the issues presented by the above-referenced motion without success, said Defendants now files said motion and this certificate of compliance pursuant to local rule 7.1(a)(2).

For the Defendants, **CITY OF REVERE and CITY OF REVERE POLICE DEPARTMENT**,

By their Attorneys,

_____

Paul Capizzi, Esq.
City Solicitor
BBO#: 646296
pcapizzi@rvere.org
Walter H. Porr, Jr., Esq.
Assistant City Solicitor
BBO#: 659462
wporr@revere.org
City Hall, 281 Broadway
Revere, MA 02151
781-286-8166

Dated: July _____, 2005.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and that copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 /s/  Daniel E. Doherty_____
Daniel E. Doherty
Assistant City Solicitor

Dated:  January 23, 2008