# THE CITY OF REVERE, MASSACHUSETTS

281 Broadway
Revere, MA 02151



OFFICE OF THE CITY SOLICITOR
Paul Capizzi
Walter H. Porr, Jr.
(781) 286-8166
(781) 286-8205 (FAX)

Thomas G. Ambrosino
Mayor

April 29, 2005

**VIA FACSIMILE – 617-565-3196 – and U.S. MAIL**

U.S. Equal Employment Opportunity Commission
John F. Kennedy Federal Building
475 Government Center
Boston, MA 02203-0506

Attn:   Anne Giantonio, Supervisor

RE:   Terri Lynne Pechner, EEOC No. 16CA11129 and
      Sonia Fernandez, EEOC No. 16CA11158

Dear Ms. Giantonio:

On March 12, 2001, Terri Lynne Pechner and Sonia Fernandez filed complaints of discrimination against the City of Revere Police Department with the Massachusetts Commission Against Discrimination under Docket Nos. 01130666 and 01130696 respectively. These complaints were cross-filed with the EEOC under the above-referenced EEOC Nos.

Subsequently, Ms. Pechner and Ms. Fernandez filed an action in the Suffolk County Superior Court, which was then removed to Federal Court where it is currently pending. The case is entitled Terri Pechner-James and Soni Fernandez v. City of Revere, et al., Civil Action No. 03-12499-MLW.

I have recently been assigned to this matter and in reviewing the file I have no documentation whatsoever related to the EEOC aspect of this case. Hence, I am writing to you in hopes of obtaining a full and complete copy of the EEOC's file for each of these matters. Please let me know what steps I need to take to obtain a copy of said files.

Thank you for your attention to this matter.

Very truly yours,

Walter H. Porr, Jr.
Assistant City Solicitor