**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Boston Area Office

John F. Kennedy Federal Building
Government Center
Room 475
Boston, MA 02203-0506
(617) 565-3200
TTY (617) 565-3204
FAX (617) 565-3196

April 29, 2005

RE: Charge Nos. 16C-2001-01129
(16CA11129) & 16C-200101158
(16CA11158) Pechner & Fernandez vs.
City of Revere

Walter H. Porr, Jr.
Assistant City Solicitor
City of Revere
281 Broadway
Revere, MA. 02151

RECEIVED
CITY OF REVERE
05 MAY -2 AM 11:04
SOLICITOR

Dear Mr. Porr:

This is in response to your correspondence of 4/29/05, regarding the above referenced charges requesting a copy of the files.

I regret I am unable to honor your request since our records reveal Ms. Pechner's file was destroyed on 9/30/04, six months after a Right to Sue was issued and Ms. Fernandez's file was destroyed on 12/10/04, six months after a Right to Sue was issued, pursuant to EEOC's Record disposition handbook.

Although this office does not have the files the 706 Agency, ie, the Massachusetts Commission Against Discrimination located at 1 Ashburton Place, Boston, MA 02109, may, since the charges were initially filed and investigated at that agency.

I hope this information is helpful. If you have any questions please feel free to contact this office.

Sincerely,

Anne Giantonio
Supervisor