## Super Bowl Recaps

| Game | Date | Result |
|---|---|---|
| XXXIX | Feb. 6, 2005 | New England 24, Philadelphia 21 |
| XXXVIII | Feb. 1, 2004 | New England 32, Carolina 29 |
| XXXVII | Jan. 26, 2003 | Tampa Bay 48, Oakland 21 |
| XXXVI | Feb. 3, 2002 | New England 20, St. Louis 17 |
| XXXV | Jan. 28, 2001 | Baltimore 34, N.Y. Giants 7 |
| XXXIV | Jan. 30, 2000 | St. Louis 23, Tennessee 16 |
| XXXIII | Jan. 31, 1999 | Denver 34, Atlanta 19 |
| XXXII | Jan. 25, 1998 | Denver 31, Green Bay 24 |
| XXXI | Jan. 26, 1997 | Green Bay 35, New England 21 |
| XXX | Jan. 28, 1996 | Dallas 27, Pittsburgh 17 |
| XXIX | Jan. 29, 1995 | San Francisco 49, San Diego 26 |
| XXVIII | Jan. 30, 1994 | Dallas 30, Buffalo 13 |
| XXVII | Jan. 31, 1993 | Dallas 52, Buffalo 17 |
| XXVI | Jan. 26, 1992 | Washington 37, Buffalo 24 |
| XXV | Jan. 27, 1991 | N.Y. Giants 20, Buffalo 19 |
| XXIV | Jan. 28, 1990 | San Francisco 55, Denver 10 |
| XXIII | Jan. 22, 1989 | San Francisco 20, Cincinnati 16 |
| XXII | Jan. 31, 1988 | Washington 42, Denver 10 |
| XXI | Jan. 25, 1987 | N.Y. Giants 39, Denver 20 |
| XX | Jan. 26, 1986 | Chicago 46, New England 10 |
| XIX | Jan. 20, 1985 | San Francisco 38, Miami 16 |
| XVIII | Jan. 22, 1984 | L.A. Raiders 38, Washington 9 |
| XVII | Jan. 30, 1983 | Washington 27, Miami 17 |
| XVI | Jan. 24, 1982 | San Francisco 26, Cincinnati 21 |
| XV | Jan. 25, 1981 | Oakland 27, Philadelphia 10 |
| XIV | Jan. 20, 1980 | Pittsburgh 31, L.A. Rams 19 |
| XIII | Jan. 21, 1979 | Pittsburgh 35, Dallas 31 |
| XII | Jan. 15, 1978 | Dallas 27, Denver 10 |
| XI | Jan. 9, 1977 | Oakland 32, Minnesota 14 |
| X | Jan. 18, 1976 | Pittsburgh 21, Dallas 17 |
| IX | Jan. 12, 1975 | Pittsburgh 16, Minnesota 6 |
| VIII | Jan. 13, 1974 | Miami 24, Minnesota 7 |
| VII | Jan. 14, 1973 | Miami 14, Washington 7 |
| VI | Jan. 16, 1972 | Dallas 24, Miami 3 |
| V | Jan. 17, 1971 | Baltimore 16, Dallas 13 |

### Sidebar



**Patriots vs Eagles**

Search
- Super Bowl / Web
- [GO]

- NFL.com
- Entertainment
- Sirius NFL Radio
- NFL Experience
- Alltel Stadium
- Playoff Challenge
- Contests
- Auctions
- NFLPlayers.com



Chiefs part ways with receiver Morton | Seahawks cut two

NFL applauds 49ers' response to media

training film

DT Hunt latest no-show at Packers' minicamp

| | | |
|---|---|---|
| IV | Jan. 11, 1970 | Kansas City 23, Minnesota 7 |
| III | Jan. 12, 1969 | N.Y. Jets 16, Baltimore 7 |
| II | Jan. 14, 1968 | Green Bay 33, Oakland 14 |
| I | Jan. 15, 1967 | Green Bay 35, Kansas City 10 |



Prisco's notebook: Broncos display all the weird moves

Rumor mill

Judge: Bills' owner Wilson might get his wish if he's patient







Home | NFL.com | Contact us | Privacy Policy

© 2005, NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the Na[tional] League. The team names, logos and uniform designs are registered trademarks of the teams ind[icated]. [No] portion of this site may be reproduced without the express written permission of NFL Enterprises [and] SportsLine.com. NFL Enterprises and SportsLine.com take no responsibility for third-party mater[ial in] any bulletin board or chat sections of this site. All rights reserved.