```
V5.51                   REVERE POLICE DEPARTMENT
shift: A                                                              TTY001-849
                        date: 02/28/01 WEDNESDAY                        org/ls

*********** FC     910   POLICE-GENERAL REQ FOR                   **rcv*clr*
  01:51  * 23 PLEASANT ST   REV                                      910 910
 233983  * ITEM LEFT IN THE GUARD ROOM                                141
         * ID #:  20656                                             268-849
                : REVERE POLICE STATIO,
         call-back#       284-1212
*** COMMENTS ***
 104   REV    ON THE ABOVE DATE AND TIME I OBSERVED A PAIR OF LEOPARD     215-
 104   REV    UNDERWEAR (FEMALE TYPE). THE UNDERWEAR WAS HANGING UP ON THE 215-
 104   REV    WALL. THE UNDERWEAR WAS HANGING UP IN PLAIN VIEW RIGHT      215-
 104   REV    WERE THE PUBLIC COULD SEE THEM. THERE WAS ALSO A PAPER      215-
 104   REV    RIGHT ALONG SIDE OF THE UNDERWEAR WITH WRITING ON IT.       215-
 104   REV    THE WRITING STATED "LANGONE'S JEALOUS".                     215-
 104   REV                                                                215-
```

_____        _____
   officer's signature                  date