15, February 1999

*To:  Chief Roy Colannino*
*Fm:  Captains Roland and Chaulk*
*Sub: Counseling Sessions*

*As you know there was a meeting with the female officers and their union representative at the Beachmont substation. At that meeting (on Jan. 5, 1999) the officers voiced a number of complaints of harassment and a hostile work place, (see report to the Chief of Police dated 14, January 1999).*

*The above captioned report was given to Chief James V. Russo on 14, January 1999. Chief Russo subsequently on Jan 21, 1999 gave Captain Roland verbal instructions, that Captains Roland and Chaulk should Counsel all of the officers named in the report.*

*Captains Roland and Chaulk subsequently (verbally) reported to the Chief of Police (Russo) that they planned to inform the various shift commanders of problems on their shifts. Counseling sessions would be conducted with the Shift Commander present, with all individuals named in the Jan. 14 report. Chief Russo agreed that this would be a good way to handle the counseling.*

*Captains Roland and Chaulk over the next two weeks conducted counseling sessions with the following people.*

1.    Lt. Santoro

> *The Lieutenant was informed of the problems on his shift and He was also informed of complaints made about him and his actions. (see Jan 14 report)*
>
> *The Lieutenant did not dispute the complaints but he did state that he meant no harm and that had anyone asked him to refrain from any activity or said that they were offended he would not have repeated any of the actions.*

2. *Sgt. Goodwin*

*Sgt Goodwin was counseled with Lt. Santoro present. The Sergeant was informed of all of the complaints made about him. He listened attentively to Captains Roland and Chaulk.*

*Sgt. Goodwin said that he felt that he was doing his job and that he was not singling out female officers. He did agree that his actions might be misconstrued or taken in a manner that he did not intend. He also stated that he should have realized that his actions might be problematical as he had extensive training while in the service. Sgt. Goodwin said that he would be very careful in the future and that there would be no reoccurrence of the problem.*

3. *Sgt. Doherty*

*Sgt. Doherty was counseled with Lt. Santoro present. The Sergeant was informed of all the complaints made about him. He listened to the complaints and interjected explanations.*

*Sgt. Doherty stated that he treated the female officers the same as the male officers. When faced with explanations of using his family as an example to the female officers when correcting their language and the feeling that both Captain Roland and Chaulk had that the Sergeant would not have conducted the so called line up if male officers had been involved. The Sergeant said that he would be very careful in the future and would do his best to insure that there were no reoccurrences.*

4. *Lt. Ford*

*Lt. Foster was informed of the complaints about Lt. Ford and given the fact that P.O. Fernandez felt that the statements made by Ford were inadvertent and not specifically directed toward her. It was decided that Lt. Foster will speak with Ford and monitor the situation to insure there are no recurrences.*

5. *Shift Two*

   *Since all complaints regarding the shift and the personnel were handled immediately and there were no recurrences. It was decided that Lts. Macdonald and Murphy would be informed of the meeting, the complaints and that their handling of situations as they arose was satisfactory. No further action is required for Shift Two.*

6. *P.O. Crevoiserat*

   *As a result of scheduling problems it was decided that Capt. Chaulk would, with Lt. Santoro present, counsel Crevoiserat at a later date. (the soonest available). See Capt. Chaulk's report.*