Kelsey John 12/15/6(?)
No: Alleged trying to sell a lady
on Shirley Ave. Information h(?)
not been confirmed.



66439
66396