UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| TERRI L. PECHNER-JAMES | ) |
| and SONIA FERNANDEZ | ) |
|     Plaintiffs | ) |
| | ) |
| VS. | ) |
| | ) |
| CITY OF REVERE, THOMAS | ) |
| AMBROSINO, MAYOR, CITY | ) |
| OF REVERE POLICE DEPT. | ) |
| TERRENCE REARDON, CHIEF | ) |
| OF POLICE, BERNARD FOSTER | ) |
| SALVATORE SANTORO, ROY | ) |
| COLANNINO, FREDERICK | ) |
| ROLAND, THOMAS DOHERTY | ) |
| JOHN NELSON, JAMES RUSSO | ) |
| MICHAEL MURPHY and | ) |
| STEVEN FORD | ) |
|     Defendants | ) |

## PLAINTIFF, SONIA FERNANDEZ LIST OF EXHIBITS FOR SUMMARY JUDGMENT MOTION

Exhibit A- Diploma from Bunker Hill Community College

Exhibit B- Mayor's Letter of Appointment to the Revere Police Department

Exhibit C- List of Education and Training Courses Completed by Plaintiff

    **C.1** Advanced 1997 Search and Seizure Clinic sponsored by the Commonwealth Police Service, Inc: Date of Completion: February 28, 1997

    **C.2.** Rape Instruction: sponsored by the Massachusetts Criminal Justice Training Council held at MCJTC, Tewksbury from May 19, 1997 to May 23, 1997.

    **C.3**. Letter of appreciation from ERA Tri-City Associates signed by Ignazio Amato dated October 9, 1997.

    **C.4**. Gang Conference: sponsored by the National Law Enforcement Institute of Boston, MA from September 9 and 10, 1998.

**C 5**. Investigative Interviewer Training For Spanish-Speaking Professionals sponsored by the Office of the District Attorney from June-September 1998.Certificate of Completion and Letter of Appreciation.

**C 6**. Certification of Completion: Basic American Sign Language Course by the Revere Commission of Handicapped Affairs dated December 18, 1998.

**C.7** Letter of Appreciation from Bunker Hill Community College dated May 28, 1999 for being Featured Speaker at the Spring 99 Recognition Ceremony of the Revere Chance Project.

**C.8.** Certificate of Completion of the Teen Dating Violence Awareness Training Program sponsored by the Massachusetts Department of Education dated November 1999.

**C.9.** Certificate of Completion of the Restorative Justice & Peacemaking Circles sponsored by the Chelsea/Revere Peacemaking Planning Committee & ROCA, Inc. from August 20-13, 2000.

**C.10.** Panel member at training on Domestic Violence for care providers sponsored by Child Care Choices of Boston. Letter of Appreciation dated June 8, 2000.

**C.11.** Letter of Appreciation from the Area Director of Department of Social Services dated May 10, 2000 for work with the Department's clients.

Exhibit D- Hearing Disability confirmed by Beth Israel Deaconess Medical Center

Exhibit E- Plaintiff's MCAD complaint

Exhibit F- Professional Notes from North Suffolk Mental Health Association

Exhibit G- Professional Notes from Beth Israel Deaconess Medical Center

Exhibit H- List of Police Officers Essential Tasks

Exhibit I- Involuntary Retirement Application filed by Chief Reardon for Plaintiff

Exhibit J- Administrative Determination of Disability by PERAC

Exhibit K- Mayor Ambrosino's Statement of Undisputed Facts

Exhibit L- M.G.L.c. 43 § 56-61

Exhibit M- Mayor Ambrosino's Statement of Undisputed Facts

Exhibit N- Gonsalves v City of New Bedford, 939 F. Supp 915 (1996)

Exhibit O- Affidavit of Thomas Ambrosino &  errence Reardon appointment letter

Exhibit P- Revised Ordinances of the City of Revere, MA § 2.60.30

Exhibit Q- M.G.L.c. 7 § 49 and 840 CMR 10:00

Exhibit R- M.G.L.c. 30 A § 14

Exhibit S- Brief Massachusetts Administrative Determination in Federal Court: the Application of Res Judicata and Collateral Estoppel

Exhibit T- Mayor Ambrosino and Chief Reardon's Supplemental Answers to Interrogatories

Exhibit U- Attorney Collins Treatise on the Chief's Guide to Injured on duty. Chapter 2

Exhibit V –Memorandum on Municipal Liability

Exhibit W- Sexual Harassment Policy of the Revere Police Department dated April 1, 1999.

Exhibit X- Plaintiff's Verified Complaint with Attachments