**Exhibit A- Diploma from Bunker Hill Community College**



Bunker Hill Community College

Boston          Massachusetts

The Board of Regents and Trustees of the College

Be it known that

Sonia Fernandez

having satisfactorily completed the prescribed program of study
is hereby awarded the degree of

Associate in Science

Given at Boston, Massachusetts, this fourth day of June, 1993.

Chair, Regional Trustees

President of the College

Chair, Higher Education
Coordinating Council

Secretary of Education