**Exhibit B- Mayor's Letter of Appointment to the Revere Police Department**



## *The City of* REVERE, MASSACHUSETTS

OFFICE OF THE MAYOR

281 BROADWAY, REVERE, MA 02151

(617) 286-8110 • FAX (617) 286-8199

ROBERT J. HAAS, JR.
Mayor

September 14, 1995

Sonia Fernandez
35 Hawthorne Street
Chelsea, Massachusetts   02150

Dear Ms. Fernandez:

I am happy to inform you that I have appointed you as a Permanent
Full Time Police Officer, effective Sunday, September 24, 1995.

Kindly visit the Council Chambers to be sworn into your new
position on Thursday, September 21, 1995 at 10:00 a.m.

May I take this opportunity to extend an invitation to your family
and friends to attend this swearing-in ceremony.   Also, please
bring this letter with you.

Very truly yours,

Robert J. Haas, Jr.
Mayor

THE COMMONWEALTH OF MASSACHUSETTS

Suffolk:ss

Then personally appeared before me, the within named

**Sonia Fernandez**                      who gave oath to the

faithful performance of the duties of said office.

Subscribed to:                    Before me:

**September 21, 1995**