**Exhibit C- List of Education and Training Courses Completed by Plaintiff**

**C.1 Advanced 1997 Search and Seizure Clinic sponsored by the Commonwealth Police Service, Inc: Date of Completion: February 28, 1997**

**C.2. Rape Instruction: sponsored by the Massachusetts Criminal Justice Training Council held at MCJTC, Tewksbury from May 19, 1997 to May 23, 1997.**

**C.3. Letter of appreciation from ERA Tri-City Associates signed by Ignazio Amato dated October 9, 1997.**

**C.4. Gang Conference: sponsored by the National Law Enforcement Institute of Boston, MA from September 9 and 10, 1998.**

**C 5. Investigative Interviewer Training For Spanish-Speaking Professionals sponsored by the Office of the District Attorney from June-September 1998.Certificate of Completion and Letter of Appreciation.**

**C 6. Certification of Completion: Basic American Sign Language Course by the Revere Commission of Handicapped Affairs dated December 18, 1998.**

**C.7 Letter of Appreciation from Bunker Hill Community College dated May 28, 1999 for being Featured Speaker at the Spring 99 Recognition Ceremony of the Revere Chance Project.**

**C.8. Certificate of Completion of the Teen Dating Violence Awareness Training Program sponsored by the Massachusetts Department of Education dated November 1999.**

**C.9. Certificate of Completion of the Restorative Justice & Peacemaking Circles sponsored by the Chelsea/Revere Peacemaking Planning Committee & ROCA, Inc. from August 20-13, 2000.**

**C.10. Panel member at training on Domestic Violence for care providers sponsored by Child Care Choices of Boston. Letter of Appreciation dated Juue 8, 2000.**

**C.11. Letter of Appreciation from the Area Director of Department of Social Services dated May 10, 2000 for work with the Department's clients.**



# *Certificate of Achievement*

## Sonia Fernandes

has successfully completed the
*Advanced* 1997 Search and Seizure Clinic
sponsored by Commonwealth Police Service, Inc.

Date of Completion
February 28, 1997

Patrick M. Rogers, esq.





# COMMONWEALTH OF MASSACHUSETTS
# MASSACHUSETTS CRIMINAL JUSTICE TRAINING COUNCIL

THIS IS TO CERTIFY THAT

*Sonia Fernandez*

COMPLETED A SPECIALIZED SCHOOL IN

*Rape Investigation*

HELD AT

**MCJTC**, *Tewksbury*

FROM *May 19, 1997* TO *May 23, 1997*

Howard Lebowitz

EXECUTIVE DIRECTOR

# ERA Tri City Associates

1039 Revere Beach Parkway
Revere, MA 02151
Office: (781) 286-2121
Fax: (781) 286-0505




October 9, 1997

Sonia Fernandez, Detective
Lee Nugent
Revere Police Department
23 Pleasent Street
Revere, MA 02151

Dear Detective Fernandez and Ms. Nugent:

I wanted to send you just a brief note to say thank you for your courtesy in assisting both Diane and I with regards to the delicate incident involving my sister Francesca.

In an era where many officers of the law are recognized for their haste to show the brawn of their authority, it's refreshing to find someone in your position who really cares about serving the public with sensitivity and kindness.

Again, thank you for your help and guidance.

Sincerely,

Ignazio Amato

Each ERA Office is Independently Owned and Operated




# NATIONAL LAW ENFORCEMENT INSTITUTE

It is hereby certified that

*Sonia Fernandez*

successfully completed NLEI's 16-hour

## Gang Conference

Boston, MA
September 9 & 10, 1998

Robert M. Jenkins
Executive Director

*The Commonwealth of Massachusetts*

DISTRICT ATTORNEY OF SUFFOLK COUNTY
RALPH MARTIN, II

55 Court Street
Third Floor
Boston, Massachusetts 02108

Telephone: (617) 725-8750

September 16, 1998

Dear Sonia,

I was sorry that you were unable to be at the final session of our training. It was interesting to have Dr.Monica Roizner speak about some related issues to culture and language. We gave out evaluations and certificates. I have enclosed both of those for you and if you would complete the evaluation and send it back that would be great. The group expressed interest in attending more training and practice sessions. Carla and I will figure out a schedule for this to happen. It may be done in small groups to ensure ample time for each of you to practice, as well as watch your own videotapes.

Enclosed are two interesting articles and a roster of all the participants. I hope you find this helpful. Take care and we will be in touch.

Sincerely,

Elizabeth Schön Vainer
Child Interview Specialist
Suffolk County DA's Office
55 Court St.
Boston, MA 02180

**SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE**
**INVESTIGATIVE INTERVIEWING TRAINING**
**For Spanish-Speaking Professionals**

**Participants**

1) Marcia Armstrong
Victims of Violence Unit
Roxbury Comprehensive Community Health Center
330 Martin Luther King Blvd.
Roxbury, MA 02119
(617)541-3790

2) Denise Daniels
2502 Henson Valley Way
Fort Washington, MD 20744
(301)248-0888

3) Sandra Diaz
Department of Social Services
Dimock Street
30 Dimock Street
Roxbury, MA 02119
(617)989-2863

4) Sonia Fernandez
Revere Police Department
23 Pleasant Street
Revere, MA 02151
(781)286-8340

5) Carmen Flaquer
Boston Police Headquarters
1 Schroeder Plaza
Boston, MA 02120
(617)343-4350

6) Melissa Libby
Student at UMass Boston
Master's Program
(617)441-8992

7) Noemi Rodriguez
Department of Social Services
Morton Street
123 Morton Street
Jamaica Plain, MA 02130
(617)971-2500

8) Blanca Vallentin
Department of Social Services
Dimock Street
30 Dimock Street
Roxbury, MA 02130
(617)989-2926

9) Edna Valles
Department of Social Services
Morton Street
123 Morton Street
Jamaica Plain, MA 02130
(617)971-2500

10) Monica Zuniga
Neighborhood Health Center
20 Whittier Street
Roxbury, MA 02120
(617)989-3083

**Instructors:** Elizabeth Schon Vainer and Carla Smith Picariello
55 Court Street
Boston, MA 02108
(617)725-8760 ext.541


THIS IS TO CERTIFY THAT
Sonia Fernandez
HAS COMPLETED THE
SUFFOLK COUNTY DISTRICT ATTORNEY
COMMONWEALTH OF MASSACHUSETTS
INVESTIGATIVE INTERVIEWER TRAINING
For Spanish-Speaking Professionals
June-September 1998
Ralph C. Martin II, District Attorney



REVERE COMMISSION OF HANDICAPPED AFFAIRS

# Certificate of Appreciation

This Certifies that

Sonia Fernandez

of

The Revere Police Department

has been awarded this certificate for completing a

Basic American Sign Language Course

Date 12-18-98

Cindy R. Tatelman Executive Director



CHELSEA CAMPUS
175 HAWTHORNE STREET • BELLINGHAM SQUARE • CHELSEA, MASSACHUSETTS 02150-2917
Telephone: 617-228-2100 • FAX: 617-228-2106 • TTY: 617-228-3377

May 28, 1999

Sonia Fernandez
Revere Police Dept.
23 Pleasant Street
Revere, MA 02151

Dear Officer Fernandez:

On behalf of the students and staff of the Revere Second Chance Project, I want to thank you for the outstanding speech you delivered at our Spring '99 Recognition Ceremony. We could not have asked for a more powerful speaker. Don't be surprised, and please accept, if we ask you to speak again in the future.

Again, thank you and have a great summer.

Sincerely,

Lee Kandlbinder
ABE-Revere Program Coordinator
Bunker Hill Community College-Chelsea Campus

# CERTIFICATE OF ACHIEVEMENT

*This certifies that*

*SONIA FERNANDEZ*

*has successfully completed the fourteen hour*
*Teen Dating Violence Awareness Training Program*
*Sponsored by the Massachusetts Department of Education*

*Signature* *Date: November 17, 1999*

# Certificate of Completion

Restorative Justice & Peacemaking Circles

34 Hours Active Training in Community Oriented Peacemaking, Healing, and Restorative Techniques

Four Hour Community Event

Hosted by Chelsea/Revere Peacemaking Planning Committee & ROCA, Inc.

Presented to

***Sonia Fernandez***

August 20-23, 2000

Barry Stewart

Don Johnson

Harold Gatensby

Gwen Chandler-Rhivers

*Go placidly among the noise and the haste, and remember what peace there may be in silence. As far as possible, without surrender be on good terms with all persons. Speak your truth quietly and clearly . . . Be at peace with your God, whatever you conceive Him to be. And whatever your labors and aspirations, in the noisy confusion of life keep peace in your soul . . .*

*Strive to be happy. –Max Ehrmann, 1927*




Affiliated with Action for Boston Community Development, Inc.
105 Chauncy Street • Boston, Massachusetts • 02111 • 617.542.KIDS • FAX 617.292.4629

Thursday, June 08, 2000

Dear Panelist: Sonia Fernandez

All of us in the Training Department at Child Care Choices would like to thank you very much for appearing on one or more of the Community Resource Panels at our trainings on domestic violence for child care providers, "The Trauma of Domestic Violence: Creating Safe and Supporting Environments for Children in Child Care Programs." The trainings were very well received, and participants seemed grateful for all the local resource information you and other panelists were able to offer.

Please accept a copy of the resource packet from the training along with our appreciation for your participation.

Gratefully,

Holly Bishop
Training consultant



The Commonwealth of Massachusetts
Executive Office of Health and Human Services
Department of Social Services

**Harbor Area Office**
45 Spruce Street, Chelsea, Massachusetts 02150
Phone: (617) 660-3400 ♦ Fax: (617) 884-0215

**May 10, 2000**

**Officer Sonya Fernandez**
**Revere Police Department**
**23 Pleasant Street**
**Revere, MA. 02151**

**Dear Officer Fernandez:**

**We would like to extend to you a note of acknowledgement and appreciation for your work with Jamesa and Leah Westbrook yesterday.**

**As you will recall, these children were removed from their home as a result of being left home alone by their mother. Removal from the home, can be a very upsetting time for children. The time that you spent with them, transporting them to the DSS office and feeding them, helped to reduce their anxiety. Ensuring that they had some personal belongings with them helped to maintain a level of security. You have made a very positive impact on these children during a most difficult time.**

**The children have now been taken into the custody of the Department. We will now work with the mother to address the issues that have made placement necessary. Our work will be made a great deal easier because of the positive work that you did with the children. Hopefully this will bring about success in our endeavor to reunit the family.**

**Sincerely,**

**Bryan G Schultz**
**Intake Supervisor**

**Ruth McDermott**
**Area Director**

**Cc: Roy Colannino, Acting Chief of Police**
**Dawn Black, DSS Investigator**