**Exhibit D- Hearing Disability confirmed by Beth Israel Deaconess Medical Center**

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston, MA 02215
INITIAL NOTE                Page 2
Date: 07/11/00   Signed: 07/30/00
                                            AGE 34
FERNANDEZ, SONIA                            UNIT #   0023145

resulted in possible brief loss of consciousness, but no hospitalization.  <u>Additionally, the patient has decreased hearing in each ear which has been attributed to lead paint ingestion as a child. The left ear has a greater hearing loss than the right.</u>  Patient has a long history of difficulty with gaining weight.  She currently states that she weigh 95 lbs and is 5 foot 2 tall. Denies any history of restricting intake or excessive exercise.

Allergies: Patient has no known drug allergies.  Although she states that ibuprofen precipitates gastric distress.

Medications:  The patient is taking Klonopin .5 mg q.h.s.

Social History:  The patient was born in Boston and lived in a family with her mother. Patient's father left the family when the patient was 5 years old and the patient is the oldest of 3 children. Patient attended Chelsea High School.  She dropped out of high school and later obtained her GED.  She obtained an associates degree from Bunker Hill College and is currently enrolled in Western New England College to obtain a BA degree. Patient has worked as a police offers for 5 years.  She has 3 children, ages 16, 14 and 10.  Her 16-year-old son is the father of a 6 month old son.  Patient is involved in caring for her grandson although the grandson does not lived with the patient and her son.

Mental Status:  The patient is a pleasant, engaging, anxious appearing female whose speech is RRR. No abnormal movements were noted.  She makes good eye contact.  She does have multiple symptoms of depression, please see HPI for details.  Patient denies suicidal or homicidal ideation.  Patient's thoughts are linear.  She endorses no history of psychotic thought content. Denying auditory and visual hallucinations as well as paranoid ideations.  Her cognition was grossly intact.

Assessment:  This is a 34-year-old Hispanic female who has a history of insomnia and panic and is presenting with depressive symptoms that meet criteria for major depression.  Patient has had a previous trial of Celexa which was begun at 20 mg and precipitated significant headaches such that the patient discontinued use of the medication.  Patient also has had a trial of Remeron which she did not find find helpful, but did not produce any side effects.  The records for the trial of Remeron are apparently in East Boston, as they are not on the OMR. Patient receptive to referral for psychotherapy and receptive to new trial of Remeron since we did not know her previous dose, but did not produce side effects. Remeron may be helpful not only in treating the patient's depression, but frequently has weight gain as a side effect.

Diagnosis:
    Axis I: Major depressive disorder, single episode, 296.2.
      Panic disorder without agoraphobia, 300.01.  Rule out