**Exhibit E- Plaintiff's MCAD complaint**

The Commonwealth of Massachusetts
Commission Against Discrimination

| | |
|---|---|
| DOCKET NUMBER:01130696 | EEOC/HUD NUMBER: |
| FILING DATE:03-14-2001 | VIOLATION DATE:02/26/01 |

------------------------------------------------------------

Name of Aggrieved Person or Organization:
Sonia Fernandez
34 Burnette Road
Revere, MA 02151
Telephone Number: (781) 286-2286

------------------------------------------------------------

Named is the employer, labor organization, employment agency, or state/local
government agency who discriminated against me:
C - Revere Police Department
Attn:Department Headquarters
23 Pleasant Street
Revere, MA 02151
Telephone Number:(781) 284-1212      No. of Employees:20 +

Work Location: Revere, MA

------------------------------------------------------------

Cause of Discrimination based on:
Sex
Disability
Race, Color.
(Female
Other hearing problem
Hispanic).

------------------------------------------------------------

The particulars are:
I, Sonia Fernandez, the Complainant believe that I was discriminated
against by C - Revere Police Department, on the basis of Sex
Disability Race, Color. This is in violation of M. G. L. Chapter
151B S4 P1,1,16.

I believe I am being discriminated against by my employer C - Revere
Police Department due to my sex, Female hearing problem, and my
race/color, Hispanic. This is in violation of MGL CH.151B Section 4
Paragraphs 1,1,16 Title VII and The ADA. I have served on the C -
Revere Police Department for over five (5) years. I was pulled aside
by Leuitenant, Bernard Foster who told me I did not write enough
citations, and was put on desk duty for two weeks. There was a male
officer who committed the same alleged act, yet he was only spoken
to and at the time was not disciplined in the same manner as myself.
In my five (5) years with the department the only officers put on
the desk were officers who on punishment. The situation was brought
to the union's attention. The union went to Chief, Roy Colannino who
said they "would try to resolve it". I have been continously
harassed by Lt. Foster due to my hearing problem. Lt. Foster has
made inappropriate comments such as "turn up your hearing aide".
"Why don't you put the phone in your good ear". For several months
during 2000, I was not given dispatch duty. On or about 4/5/00, Lt.
Foster took me off dispatch, and made hand gestures mocking me due
to my hearing problem. I have been the subject of offensive comments
by Leuitenant Steven Ford due to my race/color, Hispanic. Lt. Ford

asked me about my national origin then said you are all the same a bunch of "cockroaches". On or about 8/7/00, Lt. Ford while in the presence of another male officer said "the next female that complains will be downstairs working as a matron". I took these comments as a threat because I was the only female officer present. On or about 8/13/00, while eating lunch Lt. Ford took a knife and made a stab towards me. On or about 10/12/00, I filed a formal complaint of harassment against Lt. Ford. Someone had drawn a dildo on the chalkboard facing the radioroom. On or about 2/26/01, my firstday in there was womens underwear hanging in the guard room during roll - call. On 2/27/01, I noticed the underwear were still there. The underwear were finally removed after roll - call on 2/28/01. I found this act very offensive, and disrespectful towards female officers. I have attempted to persue the internal chain of command in search of a resolution to this matter, with no results. The harassment I have endured has caused a hostile work environment that has become intolerable.

--------------------------------------------------------------------

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

*Sonia Fernandez*
(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME THIS 14th Day of March, 2001

NOTARY PUBLIC: *Jerome E. Mack*

SIGNATURE NOTARY PUBLIC: *Jerome E. Mack* MY COMMISSION EXPIRES: *7/14/06*