**Exhibit F- Professional Notes from North Suffolk Mental Health Association**

**EXHIBIT 4- North Suffolk Mental Health Association-Notes-11 items**

NORTH SUFFOLK MENTAL HEALTH ASSOCIATION

## INITIAL ASSESSMENT

1

Client Name _Sonia Fernandez_    Med. Rec. # _8214 85 01_
Date _4.7.03_    DOB _10.22.65_
Clinician _B. Manning, LCSW_    Program _Chelsea_

Payer: ☑ Insurance _____    ☐ Self Pay _____
         ☐ Contract Eligible _____    ☐ Application Pending _____

**IDENTIFYING DATA:** *(age, marital status, living situation, employment status, language)*
Sonia is a 37 year old divorced mother of 3 living in Revere. Currently lives with one 13 year old son and an 18 year old daughter. She is bilingual. She grew up in chelsea. Client is in chronic pain due to accident in August, 2002. Has been to Renee, sends for x-rays w/ her daughter or a doctor error 2 torn discs - had a fall at work + on workmen's comp. Formerly a police officer in Revere.

**REASON CLIENT SEEKING SERVICES:** Client reports that her insomnia (3 yrs.) mood instability eating instability ∅ self care | City Doctor for diss recommended she see someone. "I don't care about anything concerning myself." Chronic depression & numbness. Sleeps 5-6 hrs stretch w/ ambien. (occasionally naps 2x week - 2 hrs.) Chronic back pain from shooting range

**HISTORY OF PRESENT ILLNESS:** *(include current symptoms and functional levels)* In 1996-1997 Saw a psychiatrist at BI but not comfortable w/ her. + Saw Clare Parilla + not comfortable totally but used her. EBNHCC - Saw Nancy Aranoff. (Good relationship.) Lawsuit pending against City- Only Latina in force. 1995 went to Police Academy ~ + become Revere cop. Associated Degree in Criminal Justice 1993 (over) GED completed. EB Adult Ed Center 1985

**PSYCHIATRIC HISTORY:** *(include past TX, hospitalizations, and medications)*
Psychiatric Hospitalization ☐ Yes  ☑ No

| Hospital | Dates | Reason for Admission | Outcome |
|----------|-------|---------------------|---------|
|          |       |                     |         |
|          |       |                     |         |
|          |       |                     |         |

**SUBSTANCE USE HISTORY:** ☑ None    ☐ Denies use    ☐ Denies abuse
☐ Current or history of use/abuse (include TX, detox, drug of choice, age of first use, pattern of use)

* family history : mother 15 when gave birth to client. Client has 1 sister + one brother + one half sister from fathers side + maybe a half brother.

"Tough relationship" "Too much discipline" didn't like choices he made - Brothers father was abusive w/ knotted cords, + almost broke nose 7-8. Kissed her as a child — on mouth & mother walked in just in time, "client was frozen" Mother didn't protect her — Threw him out + took him back 2 weeks later
till my mom — no s/A again client protected

symptoms : accident when she had her mind on her children slippe on break b. guy at work said she "faked it" Accident happened last year 8/02. Took a leave for 7 mo. in 2001 (prior to accident) due to panic attack + not sleeping + depression + that is when she went to AI for primary! alot of fighting, chaos, chronic at home + environment now. also say has panic attacks, discrimination case (has a attorney) — media c'nt L is hounding her which hopefully will be resolved in civil court. works worked in a hostile environment, police officers made fun of her after she spoke up about Latinos + discrimination. aspects of work she really enjoyed like working w/ civilians + helping people but told clinician about witnessing gruesome murders + suicides + "the smell of death" which she continues to re-experience. Says she never told anyone about image of decapitated man who shot himself in the face , etc.
Police officer (supervisor) very hostile. Client experienced harrassment due to hearing disability.

Client Name __Sonia Fernandez__ Medical Record # 82 14 8501    3.

## MENTAL STATUS:

Appearance:  ☑ Well Groomed          ☐ Unkempt

Behavior:  ☑ WNL                    ☐ Preoccupied
           ☐ Hyperactive            ☐ Withdrawn          ☐ Agitated          ☐ Bizarre

Thought/Speech:  ☐ WNL              ☐ Memory Impairment       ☐ Flight of Ideas
                 ☐ Paranoid          ☐ Concentration Impairment  ☐ Loose Association
                 ☐ Delusions         ☑ Obsessional              ☑ Pressured Speech
                 ☐ Hallucinations/Auditory                      ☐ Visual, Tactile

Mood, Affect:  ☐ Full range      ☐ Sad        ☐ Euphoric       ☐ Angry
               ☐ Inappropriate   ☑ Flat       ☐ Depressed      ☑ Anxious

Insight:  ☑ Age appropriate      ☐ Limited        ☐ None

Judgement:  ☑ Good               ☐ Fair           ☐ Poor

Impulse Control:  ☑ Good          ☐ Fair           ☐ Poor

Orientation:  ☑ Time             ☑ Place          ☑ Person
Other please comment

## DIAGNOSTIC FORMULATION:

Sonia is a 37 year old mother of 3 who lives in Chelsea + is currently receiving workmen's comp for a disc injury while at a shooting range. accident happened 8/02. Client reports symptoms of intrusive Ideahm, numbness, panic attacks, sleep difficulties, mood instability, poor self care, + passive suicidal ideahm w/ no plan associated with gruesome experiences as a police officer over the course of 5 years. Client reports a hostile environment due to discrimination being the only latina + a subsequent lawsuit which is currently pending due to her treatment at work. client

**DSM IV DIAGNOSIS:**

Axis I ___309.81___      Axis I Secondary _____

Axis II ___799.9___      Axis II Secondary _____

Axis III _ulcers, back injury_  Axis IV _____
         hearing impaired
Axis V Current _45_      High (12 months) _50_   Low (12 months) _45_

Clinician Signature _Mau Manning_ Degree/License _LCSW_ Date _4.7.03_

reports a positive therapy experience 2 years into her
work but subsequent experience was not as helpful.
She has returned hoping to feel better + decrease
her symptoms. goal is to stabilize + see for
supportive therapy. Med eval has been filled out.
Client reports Ø history of anxiety + depression prior
(Mau Manning, LICSW    to work
                                                    as others.

Client's Name: Sonia Fernandez    Medical Record No.: 8214 83-01

Program: C



## OUTPATIENT PROGRESS NOTES

| MONTH/DAY/YEAR | Client's Name and Medical Record Number must be written clearly on both sides of every sheet. All notes must be written in ink, signed with the writer's name and credentials. Include month/day/year for all entries. |
|---|---|
| | finding small ways to self soothe. |
| A | Depressed + sad. ⊘ SI. ⊕ HI not psychotic Klonopin helps her sleep. Worries about traumatizing therapist + |
| P | Therapists safety in pm when she leaves. 2x mo. Will call her if next week is available. |
| | (Main Manning UCSW) |
| 5-5-03 | Sonia seen. Feeling overwhelmed by relationship w/ A.J. Felt like hitting him when he mentioned some sexual comments but didn't "because I was driving". Feels hypervigilant and unsafe around upcoming court case w/ police department. Worries someone will try to "kill" her for speaking up. Afraid of "a riot" if word leaks out about the rampant racism she experienced. |
| O | We talked about what she can do to make things less overwhelming + manageable. She recalled many instances in which she is able to deal |

Client's Name: _Sonia Fernandez_____  Medical Record No.: _82 148504_

Program: _____C_____



## OUTPATIENT PROGRESS NOTES

| MONTH/DAY/YEAR | Client's Name and Medical Record Number must be written clearly on both sides of every sheet. All notes must be written in ink, signed with the writer's name and credentials. Include month/day/year for all entries. |
|---|---|

mth AD effectively but that sometimes
she feels like throwing in the towel
and sending him to foster care.
We talked about ways to get a
break — going to Winthrop shrine.

A Depressed + anxious ⊖ SI ⊖ HI not psychotic

P 2x mo

Nan Manning, LICSW

5·14·03  Sonia seen T.T. 30. (Scheduling
mix up at front desk.) Feeling
anxious + depressed. Ambivalent about
new boyfriend's neediness — wants to
be needed but is intolerant of "a spineless
man" after he didn't prepare adequately
for an exam. Worried when he tells her he
O  Worried clinician would think she is
"mean" after explaining interaction w/
her new boyfriend. She says her no says
she is mean. Worries about this side
of her in her professional relationship.
We discussed learning more about
all her feelings. Reports feeling "comfortable"

Client Name _Sonia Fernandez_    Medical Record # _22148501_

9

**NORTH SUFFOLK**
Mental Health
Association

**Outpatient Treatment Plan Update**

Date _10 / 1 / 03_

**PROGRESS SUMMARY:** (Summary of progress, strengths and limitations, changes in living situation and hospitalizations)

Sonia continues to experience anxiety + depression.
Afraid for her safety given upcoming ct. case against
Revere police. Fears retaliation for self + family
Reports feeling numb, overwhelmed w/ family problems

**MENTAL STATUS:** Within Normal Limits: ☐ Yes ☑ No  (If No please comment)

anxious + depressed

**CURRENT RISK ASSESSMENT:** Indicates Risk: ☐ Yes ☑ No  (If Yes Plan Required)

**SERVICES:** ☐CRS ☐HASH ☐SupHousing ☐Day Program ☐RES ☐CASP ☐START ☐Other

**NEW MEDICAL CONCERNS:** ☐ None reported (If not seen by NS prescriber list all medications)

Primary Care Physician _Dr. Jeremy Marcus_ PI. Boston    Date of last exam _5 / 1 / 02_
Recommended Physical ☐Yes    ☐No

**DSM IV DIAGNOSIS:**

Axis I _300.02_    Axis I Secondary _309.81_

Axis II _____    Axis II Secondary _____

Axis III _hearing impaired_    Axis IV ☐Social Environment ☐Educational/Occupational
_back injury_    ☐Housing ☐Economic ☐Access to Health Care
    ☑Legal ☐Other

Axis V Current _50_    High (12 months) _60-65_    Low (12 months) _55_

Long Term Goal of TX _To stabilize + provide support ongoing_ Target Date _6 / 1 / 04_

Client Name _Sonia Fernandez_    Medical Record # _8214 850 1_    10

Treatment Plan Service Dates: From _10 / 1 /03_ To _/ 1/ 104_

---

Date _10 / /103_ Problem __no time for nuself__

Short Term Goal ___∅ cell phone calls during session, Focusing on self___    Target Date _6 1 /104_

Interventions and Responsible Party_ Blair Manning, ucsw_    during therapy vs, talking about others problems

_50 min 2x mo individual_

---

Date _10 / / 103_ Problem _Upcoming court case against Revere Police department_    anxiety + depression exascerbated by

Short Term Goal _Sonia will feel able to manage her panic attacks, physical manifestations of anxiety_    Target Date _6 1 1 104_

Interventions and Responsible Party_ Psychodynamic Therapy_

_Chris Hamon, MD mid math Blair Manning, ucsw 2x mo 50 min_    1x mo    individual

---

Date _10 / 1 / 03_ Problem _Self phone Safety_    error

Short Term Goal _Client will take necessary precautions to stay safe_    Target Date _6 1 104_

Interventions and Responsible Party_ 2x mo / individual Therapy_

_Blair Manning, ucsw_

---

I participated in the development of this treatment plan and agree to follow it to the best of my ability.

Client Signature X _Sonia Fernandez_    Date _10 / 20 / 03_

Parent/Guardian Signature _____    Date __ / / __

Clinician Signature _Blair Manning, ucsw_    Date _10 /20 / 03_

**UTILIZATION REVIEW**    Degree/License    Date Approved

Signature _Carmen Culleren_    LIC/W    _11/16/03_

Signature _____    _11-16-03_

Signature _____    _/ / /_

**NORTH SUFFOLK** Mental Health Association

Client Name _Sonia Fernandez_ Medical Record # _82 14850 (_

## Outpatient Treatment Plan Update

Date _1_ / _1_ / _04_

**PROGRESS SUMMARY:** (Summary of progress, strengths and limitations, changes in living situation and hospitalizations)

Sonia is doing better though continues to struggle w/ panic attacks, depression, negative outlook about her future and fears for her safety given pending lawsuit able to function w/ medication though struggles

**MENTAL STATUS:** Within Normal Limits: ☐ Yes ☐ No  (If No please comment) w/ affect lability

depressed + anxious.

**CURRENT RISK ASSESSMENT:** Indicates Risk: ☐ Yes ☑ No  (If Yes Plan Required)

**SERVICES:** ☐ CRS ☐ HASH ☐ SupHousing ☐ Day Program ☐ RES ☐ CASP ☐ START ☐ Other

**NEW MEDICAL CONCERNS:** ☐ None reported (If not seen by NS prescriber list all medications)

Fell again dislocating her shoulder + injuring her back

Primary Care Physician _BI Boston Jeremy_ Date of last exam ___ / ___ / _03_
Recommended Physical ☐ Yes  ☐ No  Marcus

**DSM IV DIAGNOSIS:**
300.02
Axis I _309.81_ _____ Axis I Secondary _____

Axis II _____ Axis II Secondary _____

Axis III _back injury_ _____ Axis IV ☑ Social Environment ☐ Educational/Occupational
                                        ☐ Housing ☑ Economic ☐ Access to Health Care
                                        ☐ Legal ☐ Other

Axis V Current _50_    High (12 months) _60·65_    Low (12 months) _48_

**Long Term Goal of TX** _Stabilize anxiety_ _____ Target Date _12 /31 / 04_

NORTH
SUFFOLK
Mental Health
Association    Client Name _Sonia Fernandez_ Medical Record # _82 142359_

**Initial Outpatient Treatment Plan**

Long Term Goal of TX _TO increase self care + ability to seek soothe_ Target Date _12/31/04_

Treatment Plan Service Dates: From _1/11/04_ To _4/4/04_

all the difficult things

Date _1/1/04_ Problem _Very sad + disappointments can't bear give error + very_ that had happened to her.

Short Term Goal _Talk about feelings + embrace sensitivity in therapy_ Target Date _4/1/04_

Interventions and Responsible Party _1X week Psychodynamic Therapy, Dr. Chris Hamm med mgmt_

Strengths and Skills _very bright_

---

Date _1/1/04_ Problem _negative outlook - overwhelmed Hard to by family needs say no_

Short Term Goal _Sonia will put herself first 1X weekly_ Target Date _4/11/04_

Interventions and Responsible Party _1X week ind. therapy_

Strengths and Skills _____

---

Date _1/1/04_ Problem _Many recent losses - anxiety over safety issues due to legal battle_

Short Term Goal _Bring tears/ sadness into therapy + put words to feelings_ Target Date _12/31/04_

Interventions and Responsible Party _1X week ind. therapy led men_

Strengths and Skills _good insight, good alliance._

---

I participated in the development of this treatment plan and agree to follow it to the best of my ability.

Client Signature _Sonia Fernandez_    Date _2/23/04_

Parent/Guardian Signature _____    Date _/   /_

Clinician Signature _Blair Manning, LICSW_    Date _2/23/04_

**UTILIZATION REVIEW**    Degree/License    Date Approved

Signature _Cynthia Puls_    _3-14-04_

Signature _Pamela Cudley, LICSW_    _3/10/04_

Signature _McBurn_    _3/11_

Client's Name _Sonia Fernandez_____     Medical Record No.: _8214850 / P17_

**NORTH SUFFOLK**
MENTAL HEALTH
ASSOCIATION

## OUTPATIENT PROGRESS NOTE

Date: _7_ / _28_ / _03_   ☑ Individual   ☐ Family   ☐ Case Consultation
☐ Evaluation   ☐ Family Consultation   ☐ Collateral   ☐ No Show   ☐ EC
☐ 30 minutes   ☑ 60 minutes   ☐ Billable   ☐ Not Billable

Data: Sonia seen. Today was her first day of work. Reported nausea + upset stomach. Feels "unwanted" - Is doing light clerical duty but still feels responsible for handling problems that arise as a police officer - which adds more stress to her duties. Worries that "Brass" who she faces tomorrow will scream at / humiliate her.

Assessment: We discussed plan of how to deal with any abuse. Walk out calmly and go home. Validated

Plan: fear as normal given how terrible this environment has been.
        ⌐ 2x mo

Clinician Signature _Mary Manning_____   Degree/License _LICSW_

Date: _8_ / _19_ / _03_   ☑ Individual   ☐ Family   ☐ Case Consultation
☐ Evaluation   ☐ Family Consultation   ☐ Collateral   ☐ No Show   ☐ EC
☐ 30 minutes   ☑ 60 minutes   ☐ Billable   ☐ Not Billable

Data: "I feel like an empty soul". Sonia reports having no time for herself, feeling angry and as if she were to implode because of how many people she needs to take care of and how she has no time for her needs. She reports taking 7-3 Klonopin and not feeling it (drinks 3 mountain dews a day). Has trouble sleeping, feels on edge + desperate at time.

Assessment: We talked about self care + using therapy for her needs -

Plan: 2x mo   + to turn off cell phone. Reported she is engaged,

Clinician Signature _Mary Manning_____   Degree/License _LICSW_

Client's Name _Sonia Fernandez_    Medical Record No.: _321485_ 19

## OUTPATIENT PROGRESS NOTE

**NORTH SUFFOLK MENTAL HEALTH ASSOCIATION**

Date: _10/7/03_  ☑ Individual  ☐ Family  ☐ Case Consultation
☐ Evaluation  ☐ Family Consultation  ☐ Collateral  ☐ No Show  ☐ EC
☐ 30 minutes  ☑ 60 minutes  ☑ Billable  ☐ Not billable

| Data: | Sonia seen. Fearful of retaliation from police officers after her complaint was made public in Boston Herald today. Worries her children are also in danger. Feeling overwhelmed by family problems — Angry and anxious and difficulty focusing |
|---|---|
| Assessment: | Takes some error on herself! ⊕ SI ⊖ HI not psychotic |
| Plan: | 2x mo |

Clinician Signature _Mari Manning_    Degree/License _LICSW_

Date: _10/20/03_  ☑ Individual  ☐ Family  ☐ Case Consultation
☐ Evaluation  ☑ Family Consultation  ☐ Collateral  ☐ No Show  ☐ EC
☐ 30 minutes  ☑ 60 minutes  ☑ Billable  ☐ Not billable

| Data: | Sonia seen. Reported not trusting her own judgement because her mother is always second guessing her and feeling pressured by both men in her life to do what they want. We discussed trusting her gut feeling and doing what is best for her. New haircolor. |
|---|---|
| Assessment: | Anxious ⊕ SI ⊖ HI not psychotic |
| Plan: | 2x mo. |

Clinician Signature _Mari Manning_    Degree/License _LICSW_

Client's Name _____ Medical Record No.: _____ _____

**NORTH SUFFOLK MENTAL HEALTH ASSOCIATION**

# OUTPATIENT PROGRESS NOTE

**Date:** ____ / _____ / ____   ❑ **Individual**  ❑ **Family**  ❑ **Case Consultation**
❑ **Evaluation**  ❑ **Family Consultation**   ❑ **Collateral**   ❑ **No Show**    ❑ **EC**
❑ 30 minutes   ❑ 60 minutes            ❑ Billable   ❑ Not billable

**Data:** _____
_____
_____
_____
_____
_____

**Assessment:** _____
_____

**Plan:** _____
_____
_____

**Clinician Signature** _____ **Degree/License** _____

**Date:** ____ / _____ / ____   ❑ **Individual**  ❑ **Family**  ❑ **Case Consultation**
❑ **Evaluation**   ❑ **Family Consultation**   ❑ **Collateral**   ❑ **No Show**   ❑ **EC**
❑ 30 minutes   ❑ 60 minutes            ❑ Billable   ❑ Not billable

**Data:** _____
_____
_____
_____
_____

**Assessment:** _____
_____

**Plan:** _____
_____
_____

**Clinician Signature** _____ **Degree/License** _____

24

Client's Name _Sonia Fernandez_    Medical Record No.: _82143501_

**NORTH SUFFOLK MENTAL HEALTH ASSOCIATION**

**OUTPATIENT PROGRESS NOTE**

**Date:** _2 / 18 / 04_  ☑ **Individual**  ☐ **Family**  ☐ **Case Consultation**
☐ **Evaluation**  ☐ **Family Consultation**  ☐ **Collateral**  ☐ **No Show**  ☐ **EC**
☐ **30 minutes**  ☑ **60 minutes**  ☑ **Billable**  ☐ **Not billable**

**Data:** Sonia discussed feelings of anger (a ticking time bomb) and getting "what she deserves" for staying so long around abusive work environment and of feeling she will never get anything good because her luck is bad. We discussed how this negative thinking, a result of trauma, contributes to anger and being "stuck".

**Assessment:** Ø SI Ø HI not psychotic. ↑ Anxious + depressed. Has caused feelings of hope and ability to see her

**Plan:** 1X week    situation more realistically as we talked - her children (their behavior) + impact on her sense.

**Clinician Signature** _Mair Manning_    **Degree/License** _LICSW_

---

**Date:** _2 / 23 / 04_  ☑ **Individual**  ☐ **Family**  ☐ **Case Consultation**
☐ **Evaluation**  ☐ **Family Consultation**  ☐ **Collateral**  ☐ **No Show**  ☐ **EC**
☐ **30 minutes**  ☑ **60 minutes**  ☑ **Billable**  ☐ **Not billable**

**Data:** Sonia seen. Her uncle died. He was very special... It was hard for her to cry — Has found herself stifling her feelings in fear that she will never stop crying, after all the pain she has been thru. Continues to feel anxious + afraid for her safety + for her children's safety at home.

**Assessment:** ⊖ SI Ø HI not psychotic. Anxious mood

**Plan:** 1X week  Is finding therapy very helpful + feeling that she can trust therapist with her true feelings of grief + sadness

**Clinician Signature** _Mair Manning_    **Degree/License** _LICSW_

Client's Name Sonia Fernandez          Medical Record No.: 2214850 (

**OUTPATIENT PROGRESS NOTE**

**NORTH SUFFOLK MENTAL HEALTH ASSOCIATION**

Date: 3 / 1 / 04   ❏ Individual  ❏ Family  ❏ Case Consultation
❏ Evaluation  ❏ Family Consultation  ❏ Collateral  ❏ No Show  ❏ EC
❏ 30 minutes  ❏ 60 minutes        ❏ Billable  ❏ Not billable

**Data:** clinician cancelled due to illness

**Assessment:**

**Plan:** 3-3-04

**Clinician Signature** Maui Manning  **Degree/License** cccsw )

Date: 3 / 3 / 04   ☑ Individual  ❏ Family  ❏ Case Consultation
❏ Evaluation  ❏ Family Consultation  ❏ Collateral  ❏ No Show  ❏ EC
❏ 30 minutes  ☑ 60 minutes        ❏ Billable  ❏ Not billable

**Data:** Sonia seen angry & overwhelmed. Has been crying all week and feeling afraid that it will not stop. Set limits on son (oldest) and asked him to move out. Is also struggling to set limits on her relationship w/ Todd.

**Assessment:** ⊖ SI ⊖ HI not psychotic, Anxious+angry mood.

**Plan:** 1x week

**Clinician Signature** Maui Manning  **Degree/License** LICSW

33

CLIENT'S NAME   SONIA FERNANDEZ   MEDICAL RECORD NUMBER   82 1485 01

PROGRAM


NORTH
SUFFOLK
MENTAL HEALTH
ASSOCIATION

MEDICATION EVALUATION

| MONTH / DAY / YEAR | CLIENT'S NAME AND MEDICAL RECORD NUMBER MUST BE WRITTEN CLEARLY BOTH SIDES OF EVERY SHEET. ALL NOTES MUST BE WRITTEN IN INK, SIGNED WITH THE WRITER'S NAME & CREDENTIALS. INCLUDE MONTH/DAY/YEAR FOR ALL ENTRIES. |
|---|---|
| 4/14/03 | 37 yo HISPANIC ♀ PRESENTS WITH Hx PANIC ATTACKS, ↑ANXIETY AND FLASHBACKS/INTRUSIVE MEMORIES/ NIGHTMARES of ABUSE AND EXPOSURE TO SEVERE EPISODES of HUMAN TRAGEDY/MUTILATION DURING HER YEARS WORKING AS A POLICE OFFICER. SHE COMPLAINS of CRYING SPELLS, ANGER/IRRITABILITY, ↓ PATIENCE WHICH IMPROVED AFTER BEING GRANTED 7 mos off work BUT ARE WORSENING NOW WITH THE PROSPECT of RETURNING TO WORK AND ALSO 2° PUBLIC LAWSUIT AGAINST THE CITY CHARGING THE POLICE FORCE WITH MULTIPLE ACTS of HOSTILITY (RACIAL SLURS AGAINST HISPANIC PEOPLE, AGAINST CHELSEA RESIDENTS), BY BELITTLED, MOCKED, AND HARASSED DUE TO PATIENT'S HEARING DISABILITY PT ALSO FELT OVERWHELMED BY BEING SENT INTO DANGEROUS SITUATIONS ALONE AND WITNESSING MUTILATED BODIES, CHILDREN DYING IN A FIRE, ALL THIS MADE WORSE BY HER COLLEAGUES' COPING MECHANISM of "DISRESPECTFUL" HUMOR — DISRESPECTFUL TO CRIME VICTIMS. REPORTS REPEATED PUBLIC HUMILIATION AT WORK BY AN OFFICER THAT EVERYONE FEARS, ↑ OFA DUE TO THOUGHTS of PAST ABUSE.  S    I    S    E    C    P    S DENIES AH, DELUSION.  DFA — ⊕  ↓  ↓  —  —  — ↓PATIENCE ⊕ SEES SHADOWS WHEN TIRED, STRESSED, HAS DISCRIMINATION (AMPUTATION PROGRESS). OUT of WORK SINCE 9/10/02 BACK |

CLIENT'S NAME  Sonya  Fernandez   MEDICAL RECORD NUMBER  82 1485 01



**NORTH SUFFOLK** MENTAL HEALTH ASSOCIATION

PROGRAM _____

### MEDICATION EVALUATION

| MONTH / DAY / YEAR | CLIENT'S NAME AND MEDICAL RECORD NUMBER MUST BE WRITTEN CLEARLY BOTH SIDES OF EVERY SHEET. ALL NOTES MUST BE WRITTEN IN INK, SIGNED WITH THE WRITER'S NAME & CREDENTIALS. INCLUDE MONTH/DAY/YEAR FOR ALL ENTRIES. |
|---|---|

(617) 667-9600

PMH  PUD  mild              PCP  Jeremy Marcus

MEDS   s/p Back injury 2 discs  Sep 2002         NKDA
ZYRTEC  Hearing deficit (R) ear 2° Lead Poisoning
        Pollen Allergy
        s/p Surgery for Cervical Cancer '99
        Ø Liver/Kidney/Thyroid Dz   Ø HT/LOC
        Frequent Tension HA   Ave to Job Stress

PPHx   '97  1 yr Therapy  pt "heart broken" when therapist left
       '00 saw Psychiatrist + therapist  Pt BI "poor fit"
       Dx'b c MDD

        MEDS   Ambien 5-10 mg qhs      Rx'b
        Prozac  Klonopin 0.5  1 bid tabs   pcp
HX Trial Paxil + Celexa → Side effect "HA"
Valium Helpful.  Also has taken Lorazepam prn
crying spells without helps except at high levels of
stress

FH - Depression (M) +(M) 2 sisters
     son Dx'b ? BPAD Reality vs Seizure d/o
SH Police officer out of work c pay since
   9/02  3 children Jevese 20, Crystal 18, AJ 13
Lives c youngest 2 children. Family Supportive but guilt-
inducing - accuse pt of selfishness.  Occ ETOH social,
no Drug use.  (F) Lives in Florida  Pt thinking of
moving there and changing careers.  No Massage/

34

CLIENT'S NAME _Sonia Fernandez_   MEDICAL RECORD NUMBER _82 14 85 01_

PROGRAM _____


NORTH
SUFFOLK
MEDICAL HEALTH
ASSOCIATION

MEDICATION EVALUATION

| MONTH / DAY / YEAR | CLIENT'S NAME AND MEDICAL RECORD NUMBER MUST BE WRITTEN CLEARLY BOTH SIDES OF EVERY SHEET. ALL NOTES MUST BE WRITTEN IN INK, SIGNED WITH THE WRITER'S NAME & CREDENTIALS. INCLUDE MONTH/DAY/YEAR FOR ALL ENTRIES. |
|---|---|
| 4/14/03 | MSE DARK BLONDE ATTRACTIVE ♀ WELL GROOMED. CASUAL DRESS. A+O X3. MOOD depressed. Affect - euthymic. Speech BILINGUAL NL RATE + VOLUME TP HC - ⊘ LOA, AH, IOR, FOI, DELUSION. ⊘ SI/HI ⊕ occ seeing Shadows when stressed or tired. MEMORY + CONC NOT FORMALLY TESTED. INSIGHT + JUDGEMENT - GOOD |

IMPRESSION 37 y/o LATINA WOMAN WITH SYMPTOMS of PANIC, ANXIETY AND MODERATE SX of PTSD. FLASHBACKS, NIGHTMARES AND INTRUSIVE MEMORIES of ABUSE AT WORK AND of WITNESSING horrible DEATHS / HUMAN suffering. HAS PANIC ATTACKS several TIMES A week (MORE when SHE WORKS) Also ⅔ SX of DEPRESSION POOR SLEEP, LOW energy, ANHEDONIA. PATIENT HAS HX Crying & Depression Being Relieved when ANXIETY was ELIMINATED. Also feels ANGER/IRRITABILITY AND POOR SLEEP are DUE PRIMARILY TO STRESS/ANXIETY. HX SIDE EFFECTS c̄ PREVIOUS TRIALS of 2 SSRIs.

AXIS I PANIC DISORDER
            POST TRAUMATIC STRESS DISORDER

CLIENT'S NAME _Sonia Fernandez_     MEDICAL RECORD NUMBER _82.14.85.01_

PROGRAM _____


NORTH SUFFOLK MENTAL HEALTH ASSOCIATION

## MEDICATION EVALUATION

| MONTH / DAY / YEAR | CLIENT'S NAME AND MEDICAL RECORD NUMBER MUST BE WRITTEN CLEARLY BOTH SIDES OF EVERY SHEET. ALL NOTES MUST BE WRITTEN IN INK, SIGNED WITH THE WRITER'S NAME & CREDENTIALS. INCLUDE MONTH/DAY/YEAR FOR ALL ENTRIES. |
|---|---|
| | Axis II Deferred |
| | Axis III PUD, Hx Cervical Cancer, Hearing Deficit |
| | ® PAR 20 Lead following a Back injury |
| | Axis IV Financial stress, Lawsuit against City/ Former Employer in progress — single mother — back injury |
| | Axis V 40 |
| | |
| | Plan ① Klonopin to 1mg bid today |
| | ② Consider antidepressant next visit if Sx persist |
| | ③ Continue individual therapy + supportive |
| | patients decision to find new home this week |
| | |
| | C. Harmon |
| | Harmon |