**Exhibit G- Professional Notes from Beth Israel Deaconess Medical Center**

Beth Israel Deaconess Medical Center/Healthcare Associates
General Medicine/Primary Care
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE        Page 1
Date: 01/05/00    Signed: 02/29/00 Cosigned: 03/01/00
AGE 34
FERNANDEZ,SONIA                                UNIT #    0023145


--------------- --------------- --------------- ---------------
Not on any medications before January 5, 2000.

No medications DC'd on January 5, 2000.

Medications prescribed on January 5, 2000:                *14 E+ kibct*

CELEXA 20MG--One by mouth every day
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One by mouth at bedtime and every
 needed for anxiety
--------------- --------------- --------------- -------

Patient seen initially ~1 year ago, now returns with the chief
complaint of panic attacks.

1)   Panic attacks - Patient notes onset every day at this point
over the last 2 weeks and 1-2x/week prior of feeling of
overwhelming panic.   Arrives without trigger, characterized by
feeling of flushing heat, tachycardia, tachypnea.   Patient unable
to function with attacks.   Relieved over 1-2 hours time with
rest, fresh air.

Patient has noted persistent sad mood, no anhedonia, some
decreased appetite and weight loss to 98.4 lbs at today's visit.
No guilty feelings.   No change in concentration.   Sleep
disturbance not changed with Remuron.

Patient denies suicidal ideation, suicidal attempt, notes
stressors of increased work and boyfriend.   Patient denies any
physical abuse with boyfriend, but emotionally manipulative.
Patient does have supportive friends network with whom she has
confided in throughout this time.

Physical Exam:
    BP: 90/60.   Asymptomatic.
    HEENT:   Moist mucous membranes, no lesions.
    Neck:   No adenopathy.   Thyroid normal size w/o bruits.
    Lungs clear to auscultation.
    Heart:   Regular with no murmurs.
    Abdomen:  NABS.   NT, ND.


Summary:

34 y.o. female with increased stressors and symptoms
characteristic of panic attacks.

Plan:

10

Beth Israel Deaconess Medical Center/Healthcare Associates
General Medicine/Primary Care
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 01/05/00    Signed: 02/29/00 Cosigned: 03/01/00
AGE 34
FERNANDEZ,SONIA                          UNIT #   0023145
    1)  PANIC ATTACKS

    Discussed extensively role of current emotional triggers and the
    importance of maintenance of supportive network.  Patient to be
    started on Celexa 20 mg po q day at this visit.  Will provide
    Klonopin .5 q h.s. and prn once per day for panic attack.

    Patient to return in 1 week's time for evaluation of improvement
    on current therapies.


    2)  GYN

    Patient is cared for endometriosis at outside clinic.   To
    continue care there.


    3)  FATIGUE

    Patient notes persistent low energy and fatigue.  No increased
    somnolence.  No evidence of snoring or obstructive sleep apnea of
    concern.  Normal TSH, mild anemia noted in the past. Will f/u in
    improvement there with improved therapy for panic disorder.


    4)  HEADACHES

    Patient to f/u in Neurology clinic as previously arranged.


                    GEOFFREY S. GILMARTIN, MD

        Cosignature: GILA KRIEGEL, M.D.

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Healthcare Associates
General Medicine/Primary Care
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 01/19/00    Signed: 02/29/00 Cosigned: 03/01/00
AGE 34
FERNANDEZ,SONIA                           UNIT #    0023145


--------------- --------------- --------------- ---------------
Medications before January 19, 2000:

CELEXA 20MG--One by mouth every day
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One by mouth at bedtime and every day as
 needed for anxiety

No medications DC'd on January 19, 2000.

No medications prescribed on January 19, 2000.
--------------- --------------- --------------- ---------------

Routine visit for this 34 y.o. female.

Anxiety - Patient has not taken Celexa.  Has used Klonopin with
good relief each evening with decrease in severity of attacks but
still occurring each day.  Patient has had decreased po intake.

Continued stressors present with the boyfriend and work, but more
manageable at this point per patient report.

Exam:
     Wt: 95.4.


Summary:

34 y.o. female with panic attacks.

PANIC ATTACKS

Asked patient to agree to start Celexa therapy q day.  To start
today and will f/u in 1 week's time by phone for improved
results.

Patient to use Klonopin q h.s. and as needed.  Patient counseled
not to drive while taking above medication.  Further therapy to
be dictated by response to Celexa and will f/u with patient in 1
week's time.

Patient concerned about inability to gain weight and will
continue discussion in light of improvement or worsening of
psychiatric symptoms

                    GEOFFREY S. GILMARTIN, MD

        Cosignature: GILA KRIEGEL, M.D.

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Healthcare Associates
General Medicine/Primary Care
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 04/19/00   Signed: 05/01/00 Cosigned: 05/12/00
AGE 34
FERNANDEZ,SONIA                              UNIT #    0023145

--------------- ---------------- ---------------- ----------------
Medications before April 19, 2000:

CELEXA 20MG--One by mouth every day
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One by mouth at bedtime and every day as
 needed for anxiety

Medications DC'd on April 19, 2000:

CELEXA 20MG--

Medications prescribed on April 19, 2000:

MEGACE 20MG--One by mouth every day
--------------- ---------------- ---------------- ----------------
VS: Wt. 95.8 lbs

Active Issues-

1)Weight Loss-Patient with continued poor po intake.  Has refused
nutrition referal stating she understands her limited po intake
and its contribution but does not have appetite to eat more.
Conservative measures have failed and depression treatment
limited to psychoterapy and Klonopin for sleep.  Discussed Megace
at today's visit.

2)Depression/Anxiety-Klonopin providing patient with ability to
sleep.  Denies SI/HI.  Feels that she is improving cirucumstances
at work and home with more assertive approach.  Has made attempts
to contact therapist to whom she was refered.

EXAM-
Wt=95.8, BP=100/60
HEENT-Op wnl
NECK-No bruit, thyroid wnl
Lungs-CTA
Heart-Reg, no murmurs
Abd-NT/ND
Ext-No edema

A/P-34 yo female to be managed as follows

DEPRESSION/ANXIETY-Refuses further SSRi therapy, feels she is
overall improved in terms of sleep and panic attacks with minimal
Klonopin use and no concern for addiciton at this time
      -Klonopin PRN for now
      -Therapist referal made and patient to follow up
      -Importance of this stressed to patient
      -Patient agreed to call immediately with any change in

Beth Israel Deaconess Medical Center/Healthcare Associates
General Medicine/Primary Care
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 04/19/00   Signed: 05/01/00 Cosigned: 05/12/00
AGE 34
FERNANDEZ,SONIA                          UNIT #    0023145
   symptoms.

   Weight Loss-Decreased po intake as likely cause, TSH=wnl, Pt wiht
   abnrml PAP in past but S/P LEEP and with close GYN follow up.
         -Pt couseled on diet
         -Megace started today
         -Emphasized role of depression/anxiety/PTSD Rx in solution
   to this problem.

   FOLLOW UP-Patient to call in 2 weeks with evaluation of
   improvement on Megace


               GEOFFREY S. GILMARTIN, MD

      Cosignature: GILA KRIEGEL, M.D.

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 1
Date: 07/11/00    Signed: 07/30/00

                                    AGE 34
FERNANDEZ,SONIA                     UNIT #    0023145


--------------- --------------- --------------- ---------------
Medications before July 11, 2000:

CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One by mouth at bedtime and every day as
 needed for anxiety
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day

No medications DC'd on July 11, 2000.

Medications prescribed on July 11, 2000:

CLONAZEPAM 500 MCG--One tablet each bedtime
REMERON 15MG--One by mouth each evening
--------------- --------------- --------------- ---------------


OMR and confidentiality reviewed with the patient.

HPI:  The patient is a 34-year-old Hispanic female with a history
of insomnia for 4-5 years and panic attacks for the past 2 years
who has been treated by her PCP, Dr. Gilmartin, with Klonopin.
Patient was referred for further psychopharmacological evaluation
of her symptoms and treatment. Patient states that since
beginning the Klonopin that it has helped her to be able to fall
asleep and has decreased the frequency of her panic attacks to
approximately to one every 3-4 weeks.  Patient dates her problems
with insomnia back to the time she began to work as a police
officer in Chelsea approximately 4-5 years ago. Patient dates her
panic attacks to approximately 2 years ago with no clear
precipitants.  Patient endorses multiple depressive symptoms
including decreased appetite, decreased energy, decreased
concentration.  She endorses feeling both helpless and hopeless.
She has decreased pleasure. When asked to describe her mood, she
states "I don't want to go to work anymore". Patient is currently
denying any suicidal or homicidal ideation.

Past Psych History:  The patient states that she was treated by a
psychotherapist at the East Boston Health Center for
approximately one year and the treatment ended when her therapist
left the health center.  Patient has no history of any
psychiatric admission, seizures, or suicide attempts.

Family Psych History:  Patient states that both her mother and
sister struggle with both symptoms of anxiety and possibly panic.

Substance History:  Patient denies any history of substance
abuse. States that she does use noncaffeinated coffee, but drinks
Mountain Dew and tries to limit her use to one glass per day.

PMH: Patient is s/p MVA approximately 10 years ago, which

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE        Page 2
Date: 07/11/00    Signed: 07/30/00

AGE 34
FERNANDEZ,SONIA                           UNIT #    0023145
resulted in possible brief loss of consciousness, but no
hospitalization.    Additionally, the patient has decreased
hearing in each ear which has been attributed to lead paint
ingestion as a child.    The left ear has a greater hearing loss
than the right.    Patient has a long history of difficulty with
gaining weight.    She currently states that she weigh 95 lbs and
is 5 foot 2 tall. Denies any history of restricting intake or
excessive exercise.

Allergies: Patient has no known drug allergies.    Although she
states that ibuprofen precipitates gastric distress.

Medications:    The patient is taking Klonopin .5 mg q.h.s.

Social History:    The patient was born in Boston and lived in a
family with her mother. Patient's father left the family when the
patient was 5 years old and the patient is the oldest of 3
children. Patient attended Chelsea High School.    She dropped out
of high school and later obtained her GED.    She obtained an
associates degree from Bunker Hill College and is currently
enrolled in Western New England College to obtain a BA degree.
Patient has worked as a police offers for 5 years.    She has 3
children, ages 16, 14 and 10.    Her 16-year-old son is the father
of a 6 month old son.    Patient is involved in caring for her
grandson although the grandson does not lived with the patient
and her son.

Mental Status:    The patient is a pleasant, engaging, anxious
appearing female whose speech is RRR. No abnormal movements were
noted.    She makes good eye contact.    She does have multiple
symptoms of depression, please see HPI for details.    Patient
denies suicidal or homicidal ideation.    Patient's thoughts are
linear.    She endorses no history of psychotic thought content.
Denying auditory and visual hallucinations as well as paranoid
ideations.    Her cognition was grossly intact.

Assessment:    This is a 34-year-old Hispanic female who has a
history of insomnia and panic and is presenting with depressive
symptoms that meet criteria for major depression.    Patient has
had a previous trial of Celexa which was begun at 20 mg and
precipitated significant headaches such that the patient
discontinued use of the medication.    Patient also has had a trial
of Remeron which she did not find find helpful, but did not
produce any side effects.    The records for the trial of Remeron
are apparently in East Boston, as they are not on the OMR.
Patient receptive to referral for psychotherapy and receptive
to new trial of Remeron since we did not know her previous
dose, but did not produce side effects. Remeron may be helpful
not only in treating the patient's depression, but frequently has
weight gain as a side effect.

Diagnosis:
        Axis I: Major depressive disorder, single episode, 296.2.
        Panic disorder without agoraphobia, 300.01.    Rule out

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 3
Date: 07/11/00    Signed: 07/30/00

AGE 34
FERNANDEZ,SONIA                          UNIT #    0023145
        adjustment disorder with mixed features of depression
        and anxiety.  Rule out PTSD.
    Axis II:  Deferred.
    Axis III:  Please see PMH.
    Axis IV: Job stress, 6 month old grandson.
    Axis V:  65.


    Plan:

    1.  DEPRESSION

    Begin trial of Remeron 15 mg p.o., q.h.s.  Will monitor for side
    effects and increase the dose as the patient is able to tolerate.
    Referral to psychotherapy made to Elsie Parrilla, LICSW.


    2.  PANIC DISORDER

    Continue Klonopin at .5 mg p.o., q.h.s.  Continue to monitor
    symptoms.


    3.  INSOMNIA

    Continue Klonopin .5 mg p.o., q.h.s. and continue Remeron at 15
    mg p.o., q.h.s.  Continue to monitor symptoms.

    Plan to see the patient in 2 weeks.


                    DARLENE MILLMAN, M.D.

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 02/12/01    Signed: 03/06/01

FERNANDEZ,SONIA                              AGE 35
                                            UNIT #    0023145


Patient saw me 7/11/00 for an initial note and did not follow up
after that initial appointment. Patient had been referred to
Elsie Parrilla, LICSW for social work and scheduled an
appointment, but did not follow up. Patient, in July, was tried
on a trial of Remeron 15 mg. Patient did not tolerate the
medicine and discontinued the medicine shortly after beginning
the trial. Has not been in contact with me since this past July.

Subjective:  Patient states that the situation at work has
worsened. She is feeling alienated from her coworkers, patient
described recurrence of symptoms of panic and feeling
increasingly depressed.

Objective (mental status):  Patient currently endorsing multiple
symptoms of depression including irritability, tearfulness,
hopelessness. Patient describes her mood as sad.  She reports
decreased concentration and decreased energy. Her sleep is
impaired at times.  Her appetite has actually improved since
discontinuing smoking.  Patient endorses passive suicidal
ideation i.e. "I feel like running away", but denies any plan or
intent to harm herself or others.  Patient endorses panic
episodes which are made better with clonazepam.

Assessment:  This is a 35-year-old Hispanic female who has a
history of insomnia, panic and is presenting after the seven
month absence with worsening symptoms of anxiety and depression.
She was reported to have had headaches when trial of Celexa was
previously tried, the trial was begun at 20 mg.  This may have
been a dose that was too high for the patient to be able to
tolerate.  Recommended trial of Celexa at 10 mg q.h.s. Continuing
clonazepam at .5 mg.  Recommended referral to Elsie Parrilla,
LICSW for psychotherapy.

Diagnosis:
     Axis I:  Major depressive disorder, recurrent 296.3.  Panic
        disorder without agoraphobia 300.01;  rule out adjustment
        disorder with mixed features of depression and anxiety and
        rule out PTSD.
     Axis II:  Deferred.
     Axis III:  Bilateral hearing loss secondary to history of
        lead paint, history of difficulty gaining weight.
     Axis IV:  Job stress.  Multiple roles as mother, grandmother
        as well as coworker.
     Axis V:  65.


Plan:

1.  DEPRESSION

Begin trial of Celexa 10 mg p.o., q.h.s.  Referral to Elsie

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 02/12/01    Signed: 03/06/01

AGE 35
FERNANDEZ,SONIA                                    UNIT #    0023145
    Parrilla, LICSW for support of psychotherapy.


2.  PANIC DISORDER

Continue Klonopin at .5  mg p.o., q.h.s.  Continue to monitor
symptoms. Begin Celexa.


3.  INSOMNIA

Continue clonazepam .5 mg p.o., q.h.s.  See the patient in four
weeks.



                    DARLENE MILLMAN, M.D.

0023145    FERNANDEZ,SONIA                    PAGE 1


March 23, 2001


RE: Sonia Fernandez (002-31-45)

Dear To Whom It May Conern:

At the request of the patient, I am summarizing her treatment
with me to date. Further details of the treatment can be
obtained from a copy of the medical record.

Ms. Sonia Fernandez met with me twice. Her initial appointment
was on July 11, 2000, at which time she was diagnosed with Major
Depressive Disorder, single episode, 296.2 and Panic Disorder
without agoraphobia, 300.01. Her second appointment with me was
on February 12, 2001 at which time which still met criteria for
Major Depressive Disorder and Panic Disorder without
agoraphobia. The patient was prescribed an anti-depressant at
each visit and referred to a social worker for psychotherapy.


Sincerely,


Darlene Millman, M.D.

Beth Israel Deaconess Medical Center/Healthcare Associates
General Medicine/Primary Care
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 03/28/01   Signed: 04/02/01 Cosigned: 04/12/01
AGE 35
FERNANDEZ,SONIA                          UNIT #   0023145


--------------- --------------- --------------- ---------------
Medications before March 28, 2001:

CELEXA 20MG--Take one-half tablet at bedtime
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One tablet each bedtime
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day
NAPROSYN 500MG--One twice a day with food
ZANTAC 150MG--Take on by mouth twice a day

Medications DC'd on March 28, 2001:

CLEOCIN T 1%--During reorder
CLONAZEPAM 500 MCG--During reorder

No medications prescribed on March 28, 2001.
--------------- --------------- --------------- ---------------

Patient is a 35 y.o. female, who comes for f/u on multiple
issues.

1.  The patient continues with insomnia, weight loss, anxiety and
depressive symptoms.  Her weight has gone down from 101.2 to
99.2.  She states that she is taking 2 Klonopin at bedtime, but
is still unable to sleep through the night.  She is having
difficulty at work and is in the middle of legal proceedings
against the Revere Police Department.  She is reluctant to go
back to work.  She is seeing Dr. Millman as well as a social
worker for help with this.  She continues on Celexa 10 mg po q.d.
as well as Klonopin .5 mg q h.s.  Patient to f/u with social
worker today and Dr. Millman in the next 1 month.

2.  Patient's breast lumps have been completely asymptomatic.
She does not feel breast lumps at all at this point.  Her
ultrasound and mammogram were negative and f/u to the Breast
Clinic yielded no further work-up. At this point, patient was
instructed to continue to monitor her breasts.

3.  In terms of health maintenance, patient's blood pressure was
checked today and was 92/60.  Her cholesterol done in 9/00 was
157 with HDL of 64.  Her Ob/Gyn/Pap exam was done on 2/01 by Dr.
Yum with a negative Pap smear and she has no family history of
colon cancer so a colon surveillance will not need to be
performed for ~15 years.

Patient was instructed to f/u with me as needed.  Will continue
to discuss with Dr. Millman and patient the need for leave of
absence from work and further psychiatric treatment for anxiety
and depression.


JASON MEROLA, MD

Cosignature: LEONOR FERNANDEZ, M.D.

March 29, 2001

RE: Sonia Fernandez (002-31-45)

Dear Mayor Thomas Ambrosino:

Ms. Fernandez was in for follow-up yesterday afternoon and appeared to be in significant distress emotionally, suffering both from anxiety as well as depression.  She reports that her concentration is significantly diminished, and that she is having intermittent anxiety attacks.

Although I am not a psychiatrist, it appears at the present time that she would be ineffective at her job (as a police officer) due to her depression and anxiety. I cannot prognosticate as to the duration of continued symptoms, nor the best treatment options. I do, however, feel that it would be in her best medical interest to avoid returning to work (ie. to be granted a leave of absence) until she can be evaluated again by her psychiatrist, Dr. Millman.  This should occur in the next 1-2 weeks.

Please call 667-9600 with any questions.


Sincerely,


Jason Merola, MD

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 1
Date: 04/03/01    Signed: 04/10/01

AGE 35
FERNANDEZ,SONIA                              UNIT #    0023145

--------------- ---------------- ---------------- ---------------
Medications before April 3, 2001:

CELEXA 20MG--Take one-half tablet at bedtime
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One tablet each bedtime
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day
NAPROSYN 500MG--One twice a day with food
ZANTAC 150MG--Take on by mouth twice a day

No medications DC'd on April 3, 2001.

No medications prescribed on April 3, 2001.
--------------- ---------------- --------------- ---------------


Since patient did not keep this appointment I decided to dictate
what I have from a partial evaluation:

This is a partial initial note.

Patient confidentiality and information were thoroughly
discussed.

ID:  A 35-year-old Puerto Rican American woman, single mother of
three children. Patient works as a police officer in the city of
Revere. Patient lives in the city of Revere with her children in
a house they own.

Patient was referred by Darlene Millman psychiatrist from the
North Suite at HCA to have patient psychosocially evaluated.


PRESENTING PROBLEM:  "I am a police officer in the city of Revere
and I have been harrassed because of my poor hearing, my gender
and race." "I wondered, do I take it or do I go to MCAD (Mass
Commission Against Discrimination)?"  "I decided would take a
stance not to be a victim anymore."  Patient states that she is
the sole provider for all of her children and had to weigh her
career and family when she made this decision.  She said that in
the past she had not decided to go to MCAD to file for
discrimination because she felt compelled to take care of her
family which has been her priority. Patient reports that a series
of incidents have caused her quite a bit of distress which
include the hanging of a set of panties on the clip board of the
police station where she works. Patient is the only Latino police
officer that works there. Patient states that the leutenant said
that  no matter what nationality patient was, "all [Latinos]
were still considered cockroaches". Patient said that
increasingly she felt uncomfortable, felt alienated and started
to feel that she was being made part of the police force. Patient

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 2
Date: 04/03/01    Signed: 04/10/01

                                          AGE 35
FERNANDEZ,SONIA                           UNIT #    0023145
    would like to return to work as a police officer and wonders what
    her options are.

    SYMPTOMS: Patient reports a recurrence of panic attacks, constant
    crying, increased anxiety, increased isolation despite having a
    supportive and present family and increased sadness. Patient is
    not eating well, has decreased appetite, insomnia with ruminating
    thoughts about what she is going to do, accompanied by weight
    loss of 4 lbs in one week (patient is eating one meal a day, not
    drinking water w/limited hydration). Patient reports that she is
    also having nausea which at times may cause her to vomit.


    PSYCH HISTORY: Patient saw Nancy Ironoff, LICSW at the East
    Boston Health Center some years ago.  She couldn't recall which
    years exactly in the juncture of a break up of a relationship
    from her ex-boyfriend, problems with her children and problems
    with work. Patient's experience of this treatment was helpful in
    that it "helped me put things in a different perspective." When
    patient tried to seek this therapist out, she found out that she
    was no longer working at East Boston.


    MEDICAL HISTORY:  Patient has ulcers for which she takes Zantac.
    Had the surgery of cervical cancer which no longer is a problems.
    History of severe migraines, tension headaches, never has been
    unconscious, doesn't smoke cigarettes, periodically drinks
    coffee.


    FAMILY HISTORY:  The patient is the oldest of three children born
    in Revere, MA.   At the age of 5, the parents separated due to
    domestic violence and father's ongoing infidelities. Between the
    age of 8 and 9, mother re-married and produced patient's two
    siblings. During the course of that relationship, her stepfather
    started abusing drugs.  No further information is available.


    DEVELOPMENTAL HISTORY: Not available.


    SOCIAL HISTORY: Patient works as a police officer.


    SUBSTANCE ABUSE HISTORY: Not assessed.


    MENTAL STATUS EXAM:  Affect was anxious and sad w/constricted
    range. Reports ongoing episodes of panic attacks.  Mood was
    somewhat despondant. Appearance was neat. Patient was engaging
    and slightly guarded. Good eye contact. Speech rhythm at times
    was pressured with goal oriented content. She was oriented x 3.
    Memory and concentration were not fully assessed, but patient
    complained of memory and concentration problems. Patient was not

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE              Page 3
Date: 04/03/01    Signed: 04/10/01

AGE 35
FERNANDEZ,SONIA                        UNIT #    0023145
   homicidal, suicidal or psychotic.  Her judgement was fair.
   Intelligence nor assessed.

   FORMULATION: This is a 35-year-old Puerto Rican American single
   mother of three who is a police officer coping  with the results
   of having been harrassed at work.  Patient wishes to be able to
   have some time to get better and stabilize herself emotionally in
   order to move on. Is hoping that psychotherapy will help her with
   this process.

   DIAGNOSIS:
        Axis I:   300.01 & 309.28.
        Axis II:  799.9.
        Axis III:  Headaches.
        Axis IV:  Harrassment at work;  familial problems;
          filing at MCAD; leaving work at this time.
        Axis V:  Current GAF  is 55, highest GAF last 12 months
          probably 75 to 80.

   TREATMENT PLAN:

   1.  SOME DEPRESSION

   Goal: Decrease depressive symptoms.

   Intervention: Psychopharmacology.  To do psychotherapy in order
   to help patient find other ways of managing her depressive
   symptoms as well as compliant with antidepressant medicaiton.

   2.  HARRASSMENT AT WORK

   Goal:  Help patient provide support to manage the upcoming court
   proceedings.

   Intervention:  Supportive psychotherapy.

   Estimated length of treatment and frequency, I will see this
   patient once to twice every two weeks for two months at which
   time treatment will be reviewed.

                    ELSIE PARRILLA, L.I.C.S.W.

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 04/10/01    Signed: 04/30/01

                                          AGE 35
FERNANDEZ,SONIA                           UNIT #    0023145


--------------- --------------- --------------- ---------------
Medications before April 10, 2001:

CELEXA 20MG--Take one-half tablet at bedtime
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One tablet each bedtime
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day
NAPROSYN 500MG--One twice a day with food
ZANTAC 150MG--Take on by mouth twice a day

No medications DC'd on April 10, 2001.

Medications prescribed on April 10, 2001:

ANUSOL-HC 1%--Use as directed twice a day as needed for
 hemorrhoid, use sparingly
--------------- --------------- --------------- ---------------


Diagnosis:  309.28, rule out 300.01.

This is a 50 minute individual psychotherapy session attended
into this session by Sonia Fernandez.

S:  "I didn't want to miss any appointments but I did because of
family demands".

O/A:  Patient continues to struggle with side effects from
antidepressant medications. Is concerned about the ongoing
episodes of panic.  Would like to get something for relief.  Also
complained of problems sleeping.  She feels quite overwhelmed
with phone calls she is receiving from people who seemingly are
not happy with her filing discrimination charges through MCAD for
investigation.

Mental Status Exam:  Patient was highly anxious and overwhelmed.
Her mod was of concern for the well-being of her family. She does
report episodes of panic attacks.  Speech, at times is pressured,
though the content seemingly is goal oriented. Patient is not
suicidal, homicidal or psychotic.  Her judgement is good.

Plan:
     1. For patient to continue individual psychotherapy.
     2. For patient to continue discussion about taking
psychotropic medications as prescribed.
     3. Continue to provide support as patient goes through a
process that is anxiety provoking to her.

Next appointment is scheduled for 4/24 at 10 a.m.

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE                    Page 2
Date: 04/10/01   Signed: 04/30/01

                                      AGE 35
FERNANDEZ,SONIA                       UNIT #    0023145


ELSIE PARRILLA, L.I.C.S.W.

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE         Page 1
Date: 04/30/01    Signed: 06/06/01

                                      AGE 35
FERNANDEZ,SONIA                       UNIT #   0023145


--------------- --------------- --------------- ---------------
Medications before April 30, 2001:

ANUSOL-HC 1%--Use as directed twice a day as needed for
 hemorrhoid, use sparingly
CLEOCIN T 1%--Apply to face twice a day as needed
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day
NAPROSYN 500MG--One twice a day with food
ZANTAC 150MG--Take on by mouth twice a day

No medications DC'd on April 30, 2001.

No medications prescribed on April 30, 2001.
--------------- --------------- --------------- ---------------
VS: Wt. 100 lbs BP 100/78 T 97.9


Diagnosis:  309.28.

This is a 50 minute individual psychotherapy session attended
punctually by Sonia Fernandez.

S:  "I still get panic attacks and don't feel better".

O/A:  Patient is dealing with psychosocial stressors which
include finances because she is getting no income and having the
responsibility of her   children.  She is planning to possibly
sell her home to make ends meet.  Is concerned about going back
to the job where she was allegedly discriminated against.

Mental Status Exam: Patient was highly anxious and overwhelmed
with circumstances at work.  Continues to have disturbance in
sleep and is concerned about the security of her family. Patient
had good eye contact.  Speech, rhythm and rate were sometimes
pressured and the content at times was tangential and at other
times circumstantial, but at the same time was goal oriented
during certain periods of times.  Her judgement is fair.

Plan:  To remain the same.  Next appointment is scheduled for
5/14 at 10:10 a.m.




                ELSIE PARRILLA, L.I.C.S.W.


[SOURCE: OMR]

```
        Beth Israel Deaconess Medical Center/Healthcare Associates
                    General Medicine/Primary Care
               330 Brookline Avenue, Boston,MA 02215
                        PROGRESS NOTE          Page 1
    Date: 05/09/01    Signed: 05/21/01 Cosigned: 06/27/01
                                              AGE 35
    FERNANDEZ,SONIA                           UNIT #    0023145
```

--------------- --------------- --------------- ---------------
Medications before May 9, 2001:

ANUSOL-HC 1%--Use as directed twice a day as needed for
 hemorrhoid, use sparingly
CELEXA 20MG--Take one-half tablet at bedtime
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One tablet each bedtime
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day
NAPROSYN 500MG--One twice a day with food
ZANTAC 150MG--Take on by mouth twice a day

Medications DC'd on May 9, 2001:

CLONAZEPAM 500 MCG--During reorder

Medications prescribed on May 9, 2001:

CLONAZEPAM 500 MCG--One by mouth at bedtime and one by mouth q
 12hrs as needed for anxiety
ZYRTEC 10MG--Take one by mouth every day
--------------- --------------- --------------- ---------------
VS: Wt. 103 lbs

Patient is a 35 y.o. female, who comes for f/u of depression and
complaints of allergic rhinitis.  Patient states that she is
feeling much better since her leave of absence was approved by
the mayor of Revere.  She is currently looking for a new job and
has a law suit pending.  She is otherwise feeling well and
sleeping better.  She is gaining weight and now is 100 lbs.   She
is eating and concentrating much better.  She is currently seeing
Dr. Millman as well as a social worker on a regular basis.  She
reports that she has had a diminished stooling.  When I last
talked with her, she saw Dr. Charles Lee, who felt this is an
irritable bowel syndrome.  However, checked a TSH and free T4
which were on further review normal.

She is currently complaining of allergic symptoms including runny
eyes, runny nose, sore throat and postnasal drip.  She says that
she has had this yearly for several years, but has not done
anything about it.

Patient is likely suffering from allergic rhinitis.  Will
prescribe Zyrtec 10 mg po q.d. and f/u with me in 6 weeks time.
Patient will continue to see social worker and Dr. Millman for
treatment of anxiety and depression.  Klonopin refill today.


                        JASON MEROLA, MD

        Cosignature: LEONOR FERNANDEZ, M.D.
[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 05/21/01   Signed: 07/11/01

AGE 35
FERNANDEZ,SONIA                             UNIT #    0023145


--------------- --------------- --------------- ---------------
Medications before May 21, 2001:

ANUSOL-HC 1%--Use as directed twice a day as needed for
 hemorrhoid, use sparingly
CELEXA 20MG--Take one-half tablet at bedtime
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One by mouth at bedtime and one by mouth q
 12hrs as needed for anxiety
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day
NAPROSYN 500MG--One twice a day with food
ZANTAC 150MG--Take on by mouth twice a day
ZYRTEC 10MG--Take one by mouth every day

Medications DC'd on May 21, 2001:

CELEXA 20MG--Patient discontinued because of headaches

Medications prescribed on May 21, 2001:

PAXIL 10MG--One by mouth each night
--------------- --------------- --------------- ---------------


Subjective:  Patient states that she discontinued previous trial
of Celexa because of headaches.  States that she is on unpaid
leave of absence from her job and feels that her symptoms have
not improved.

Objective (mental status):  Patient currently endorsing multiple
symptoms of depression including irritability, tearfulness and
helplessness. Patient described her mood as sad.  Decreased
concentration and decreased energy.  Her sleep is impaired at
times.  Appetite is actually improved since discontinuing
smoking. Patient endorses passive suicidal ideation without any
plan or intent. Patient endorses panic episodes which are made
better with clonazepam.

Assessment:  This is a 35-year-old Hispanic female who has a
history of insomnia and panic who is presenting after
discontinuing a trial of Celexa as well as previous trial of
Remeron. Patient requesting trial of Paxil (patient's brother in
law has been taking Paxil). Patient would benefit from a trial of
an antidepressant which will help not only with depressive
symptoms as well as panic. Agreed to a trial of Paxil at 10 mg.
Patient presented me with a form to be completed at the end of
the session regarding disability. Suggested that the patient
present this form to her psychotherapist, Elsie Parrilla, LICSW
for consideration. I will be happy to be involved in
collaborating with the patient as well as her therapist
regarding what is clinically indicated.

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 05/21/01    Signed: 07/11/01

AGE 35
FERNANDEZ,SONIA                          UNIT #    0023145

Diagnosis:
    Axis I:  Major depressive disorder, recurrent 296.3.
      Panic disorder without agoraphobia, 300.01, rule out
      adjustment disorder with mixed features of depression
      and anxiety, rule out PTSD.
    Axis II: Deferred.
    Axis III:  Bilateral hearing loss secondary to history of
      lead paint, history of difficulty gaining weight.
    Axis IV:  Financial problems.
    Axis V:  65.

Plan:

1.  DEPRESSION

Begin trial of Paxil 10 mg p.o., q.h.s.  Patient to continue
psychotherapy with Elsie Parrilla, LICSW.


2.  PANIC DISORDER

Continue clonazepam as prescribed by patient's PCP.  Continue to
monitor symptoms.  Begin Paxil.


3.  INSOMNIA

Continue clonazepam as well as Paxil. See the patient in eight
weeks.




                    DARLENE MILLMAN, M.D.




[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 05/31/01   Signed: 06/06/01

                                     AGE 35
FERNANDEZ,SONIA                      UNIT #   0023145


--------------- --------------- --------------- ---------------
Medications before May 31, 2001:

ANUSOL-HC 1%--Use as directed twice a day as needed for
 hemorrhoid, use sparingly
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One by mouth at bedtime and one by mouth q
 12hrs as needed for anxiety
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day
NAPROSYN 500MG--One twice a day with food
PAXIL 10MG--One by mouth each night
ZANTAC 150MG--Take on by mouth twice a day
ZYRTEC 10MG--Take one by mouth every day

No medications DC'd on May 31, 2001.

No medications prescribed on May 31, 2001.
--------------- --------------- --------------- ---------------


Diagnosis:  309.28, 300.05.

This is a 50 minute individual psychotherapy session attended 30
minutes into the session by this patient who called me from her
cell phone while in heavy traffic.

S:  "I'm looking for work".

Patient is becoming increasingly anxious about not being able to
get a paying job. Is concerned about her finances and her
capacity to support her family.  She is borrowing money from her
family members and friends to get by.  Has gone through three
interviews and hopes to be able to find gainful employment. Is
thinking about leaving the police force.  At the end of the
session she requested for me to to sign a document needed to be
filled out to establish her disability.  The document asked for a
physician's signature. Patient was referred back to her
physician.

Mental Status:  Patient seemed less anxious and less depressed
than previous sessions. She is hoping that she can get gainful
employment though is anxious about not being able to be hired
soon enough to support her family.  She is not homicidal,
suicidal or psychotic. Judgement is good.  Concentration and
memory seemed relatively intact.

Plan:  To remain the same. Next appointment is scheduled for 6/19
at 10 a.m.



                    ELSIE PARRILLA, L.I.C.S.W.
[SOURCE: OMR]

```
        Beth Israel Deaconess Medical Center/Healthcare Associates
                     General Medicine/Primary Care
                  330 Brookline Avenue, Boston,MA 02215
                         PROGRESS NOTE        Page 1
Date: 10/31/01   Signed: 11/25/01 Cosigned: 11/28/01
                                          AGE 36
FERNANDEZ,SONIA                           UNIT #    0023145
```

--------------- ---------------- ---------------- ----------------
Medications before October 31, 2001:

ANUSOL-HC 1%--Use as directed twice a day as needed for
hemorrhoid, use sparingly
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One by mouth at bedtime and one by mouth q
12hrs as needed for anxiety
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day
NAPROSYN 500MG--One twice a day with food
PAXIL 10MG--One by mouth each night
ZANTAC 150MG--Take on by mouth twice a day
ZYRTEC 10MG--Take one by mouth every day

Medications DC'd on October 31, 2001:

CLEOCIN T 1%--During reorder
CLONAZEPAM 500 MCG--During reorder

Medications prescribed on October 31, 2001:

AMBIEN 5MG--Take one by mouth at bedtime of sleep
--------------- ---------------- ---------------- ----------------
VS: Wt. 103.2 lbs

The patient is a 36 year old female who comes in for f/u of her
depression.

The patient is feeling much better now.  She has taken several
months off and now returns to work ??October 1st after therapy
with Dr. Millman as well as with Social Work.  The patient is
feeling much better.  She has gained approximately seven pounds
from her lowest weight.  She says that she is eating better.  She
is not having problems with concentration or energy.  She is
continuing to have difficulty sleeping.  The patient says that
she, several nights ago, had an episode of her heart pounding
while she was lying in bed.  She felt slightly anxious and took a
Klonopin, and after an hour or so, took another Klonopin because
of her anxiety level.  She says the heart-thumping resolved
within an hour or two.  She did not have light-headedness,
dizziness, or other chest pain associated with the heart-
pounding.


Physical Examination:
     VS:  HR: 84,  BP: 110/78.
     General: Well-appearing, no acute distress.
     HEENT: PERRL.  EOMs full.  Sclerae: white.  Oropharynx:
     w/o lesion.  Neck: supple, no JVD, no lymphadenopathy.

Beth Israel Deaconess Medical Center/Healthcare Associates
General Medicine/Primary Care
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE        Page 2
Date: 10/31/01    Signed: 11/25/01 Cosigned: 11/28/01
                                    AGE 36
FERNANDEZ,SONIA                     UNIT #   0023145
        COR: regular rate and rhythm, normal S1/S2, no
          murmurs, rubs, or gallops.
        Lungs: clear to auscultation bilaterally.
        Abdomen: soft, nontender, nondistended, good bowel sounds.
        Extremities: w/o cyanosis, clubbing, or edema.


   Assessment and Plan:

   Thirty-six year old female with the following issues:

   1)  DEPRESSION / ANXIETY

   The patient seems to be improved after her time off and therapy
   with a psychiatrist and Social Work psychotherapy.  The patient
   is to continue Klonopin and Social Work psychotherapy f/u.  The
   patient is to return to work ??October 1st; we will see how this
   goes.  The patient has been given a sleeping pill, Ambien, 5 mg
   to be taken q.h.s., to help with sleep issues.  Her shifts at the
   Revere Police Department are awkward for sleeping regularly.


   2)  HEART THUMPING

   I feel this is related to anxiety and increased awareness of her
   heart.  I do not feel this is related to any cardiovascular
   abnormality or tachy- or bradyarrhythmia.  The patient was
   instructed that the next time this happens to take her heart rate
   at her wrist and to call me with the results.  If there is
   evidence of tachycardia, will perform an EKG and potential King
   of Hearts monitor.


   3)  HEALTH MAINTENANCE

   The patient's Pap smear and breast examination/mammogram are up
   to date.  Her cholesterol was previously checked and was normal.
   Her blood pressure was as marked above.


   The patient will f/u in 6-12 months' time.


                    JASON MEROLA, MD

        Cosignature: JENNY J LIN, MD



[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Healthcare Associates
General Medicine/Primary Care
330 Brookline Ave., Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 12/27/01    Signed: 12/27/01 Cosigned: 12/29/01
AGE 36
FERNANDEZ,SONIA                                UNIT #    0023145

# NAUSEA / ANXIETY


--------------- --------------- --------------- ---------------
Medications before December 27, 2001:

AMBIEN 5MG--Take one by mouth at bedtime of sleep
ANUSOL-HC 1%--Use as directed twice a day as needed for
hemorrhoid, use sparingly
ATARAX 25MG--Take one tablet (up to 4 times per day) as needed
for itching
CLEOCIN T 1%--Apply to face twice a day as needed
CLONAZEPAM 500 MCG--One by mouth at bedtime and one by mouth q
12hrs as needed for anxiety
MEGACE 20MG--One by mouth every day
MEGACE 40MG--One by mouth every day
NAPROSYN 500MG--One twice a day with food
PAXIL 10MG--One by mouth each night
SYNALAR 0.01%--Apply to affected areas, except face, twice per
day
ZANTAC 150MG--Take on by mouth twice a day
ZYRTEC 10MG--Take one by mouth every day

No medications DC'd on December 27, 2001.

Medications prescribed on December 27, 2001:

ATIVAN 1MG--One tablet three times a day as needed for anxiety
or nausea
--------------- --------------- --------------- ---------------
     36 yo F, with hx anxiety, panic attacks, depression, ? GERD,
presents as EPI visit with c/o nausea x one week in setting of
increased anxiety and depression, which she relates to stresses
at work as a police officer.  She believes that her nausea is
being caused by her anxiety.  She reports having vomitted twice a
few days ago, without any blood.   She aslo reports diarrhea 3-4
x per day, but this is chronic for her, carrying a diagnosis of
irritable bowel syndrome.  She denies BRBPR, melena, abd pain,
polyuria or dysuria.  She is not sexually active and is currently
menstruating.  She is also s/p tubal ligation.
     She has been followed by Dr. Millman of psychiatry in the
past, but she has not followed up and is requesting a new
psychiatrist.  She has not been taking her Klonopin regularly
since it would interfere with her work as a police officer.
Previously, she stopped taking Paxil secondary to headaches.
Today, she c/o depression, crying spells, and anxiety accompanied
by nausea and occasional vomiting.  She states that she owns a
gun for work, but unequivocably states that she has no suicidal
or homocidal ideation.

Meds include Klonopin 0.5 mg BID PRN, Zantac, and Ambien

Beth Israel Deaconess Medical Center/Healthcare Associates
General Medicine/Primary Care
330 Brookline Ave., Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 12/27/01   Signed: 12/27/01 Cosigned: 12/29/01
                                   AGE 36
FERNANDEZ,SONIA                    UNIT #    0023145
   All: NKDA

   Exam:
   VS: Weight 103 lbs, BP 118/80, Temp 98.1, HR 96
   Gen: thin, pale, depressed affect, NAD
   HEENT: MMM
   Cor: RRR, s1s2, no m
   Pulm: CTAB
   Abd: Soft, NTND
   Ext: no C/c/e
   Psych: depressed mood, no SI

   Labs: urine dipstick- normal

   Impression:
      I suspect her nausea is in part secondary to her anxiety and
   depression.  I viral process such as gastroenteritis is also
   possible given the diarrhea, but it seems like this is more of a
   chronic process for her.  From a psych standpoint, she is clearly
   depressed and anxious, but appears to be stable with no SI or HI,
   although the fact that she owns a gun may become concerning.

   Plan:
         -I have strongly recommended that she see a psychiatrist and
          have given her a referral.
         -She is currently taking a leave of absence from work.
         -Recommended taking Klonopin 0.5 mg BID standing and Ativan
          1 mg TID PRN for anxiety and panic.  This will also aid
          with nausea.  I have instructed her that both of these
          medicines cannot be taken while she is working as a police
          officer in the line of duty as they may make her drowsy or
          impair her judgment.

   Discussed with Dr. Carter


                MICHAEL WEIN, MD

      Cosignature: J. JACQUES CARTER, M.D.

[SOURCE: OMR]