**Exhibit K- Mayor Ambrosino's Extension of Plaintiff's Unpaid Leave**



## The City of REVERE, MASSACHUSETTS
Office of the Mayor
281 Broadway, Revere, MA 02151
(781) 286-8110    Fax (781) 286-8199

THOMAS G. AMBROSINO
Mayor

July 5, 2001

Ms. Sonia Fernandez
34 Burnett Road
Revere, Massachusetts 02151

Re:    *Extension of Leave of Absence*

Dear Ms. Fernandez:

Based upon our recent discussion concerning your current health status, and acting pursuant to M.G.L. c. 31, §37, I hereby grant you an additional three-month unpaid leave of absence effective Sunday, July 1, 2001 until Sunday, September 30, 2001 due to medical reasons.

Very truly yours,

Thomas G. Ambrosino
Mayor

Cc:    Captain Fred Roland