**Exhibit L- M.G.L.c. 43 § 56-61**

# GENERAL LAWS OF MASSACHUSETTS

### PART PARTIzMV-RP.
### ADMINISTRATION OF THE GOVERNMENT

### TITLE VII.
### CITIES, TOWNS AND DISTRICTS

**CHAPTER 43.** CITY CHARTERS

**PLAN B.--GOVERNMENT BY MAYOR AND COUNCIL ELECTED BY DISTRICTS AND AT LARGE**

### Chapter 43: Section 56 Plan B

Section 56. The method of city government provided for in the eight following sections shall be known as Plan B.

Return to:

** **Next Section** ** **Previous Section** ** **Chapter Table of Contents** ** **Legislative Home Page**

# GENERAL LAWS OF MASSACHUSETTS

PART PARTIzMV-RP.
ADMINISTRATION OF THE GOVERNMENT

TITLE VII.
CITIES, TOWNS AND DISTRICTS

CHAPTER 43. CITY CHARTERS

PLAN B.--GOVERNMENT BY MAYOR AND COUNCIL ELECTED BY DISTRICTS AND AT LARGE

**Chapter 43: Section 58 Mayor as chief executive officer; election; tenure**

Section 58. There shall be a mayor, elected by and from the qualified voters of the city, who shall be the chief executive officer of the city. He shall hold office for the term of two years from the first Monday in January following his election and until his successor is qualified.

Return to:

** <u>Next Section</u> ** <u>Previous Section</u> ** <u>Chapter Table of Contents</u> ** <u>Legislative Home Page</u>

# GENERAL LAWS OF MASSACHUSETTS

### PART PARTIzMV-RP.
### ADMINISTRATION OF THE GOVERNMENT

### TITLE VII.
### CITIES, TOWNS AND DISTRICTS

**CHAPTER 43. CITY CHARTERS**

### PLAN B.--GOVERNMENT BY MAYOR AND COUNCIL ELECTED BY DISTRICTS AND AT LARGE

**Chapter 43: Section 59 City council; number; election; tenure**

Section 59. The legislative powers of the city shall be vested in a city council. One of its members shall be elected by the council annually as its president. In cities having more than seven wards, the city council shall be composed of fifteen members, of whom one shall be elected from each ward by and from the qualified voters of that ward, and the remaining members shall be elected by and from the qualified voters of the city. In cities having seven wards or less, the city council shall be composed of eleven members, of whom one shall be elected from each ward by and from the qualified voters of that ward, and the remaining members shall be elected by and from the qualified voters of the city.

At the first regular municipal election held in a city after its adoption of Plan B, except as otherwise provided in this section, the councillors elected from each ward shall be elected to serve for one year, and those elected at large shall be elected to serve for two years, from the first Monday in January following their election and until their successors are qualified; and at each regular municipal election thereafter the councillors elected to fill vacancies caused by the expiration of the terms of councillors shall be elected to serve for two years.

If the plan adopted provides for elections to be held biennially, at the first regular municipal election held under the provisions of such plan and at each biennial election thereafter, all the councillors whether elected at large or by wards shall be elected to serve for two years from the first day of January following their election and until their successors are qualified.

Return to:

** Next Section ** Previous Section ** Chapter Table of Contents ** Legislative Home Page

# GENERAL LAWS OF MASSACHUSETTS

## PART PARTIzMV-RP.
## ADMINISTRATION OF THE GOVERNMENT

### TITLE VII.
### CITIES, TOWNS AND DISTRICTS

**CHAPTER 43. CITY CHARTERS**

**PLAN B.--GOVERNMENT BY MAYOR AND COUNCIL ELECTED BY DISTRICTS AND AT LARGE**

### Chapter 43: Section 61 Removals

Section 61. The mayor may, with the approval of a majority of the members of the city council, remove the head of a department or member of a board before the expiration of his term of office, except members of the school committee, officials appointed by the governor, and assessors if elected by the people. The person so removed shall receive a copy of the reasons for his removal, and he may, if he desires, contest the same before the city council. He may be represented by counsel at the hearing.

Return to:

** Next Section ** Previous Section ** Chapter Table of Contents ** Legislative Home Page