**Exhibit M- Mayor Ambrosino's Statement of Undisputed Facts**

Case 1:03-cv-12499-MLW    Document 286-15    Filed 01/23/2008    Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERRI PECHNER-JAMES and SONIA )
FERNANDEZ, )
    Plaintiffs, )
)
v. ) C.A. No. 03-12499-MLW
)
CITY OF REVERE, THOMAS AMBROSINO, )
MAYOR, CITY OF REVERE POLICE )
DEPARTMENT, TERRENCE REARDON, )
CHIEF OF POLICE, BERNARD FOSTER, )
SALVATORE SANTORO, ROY COLANNINO, )
FREDERICK ROLAND, THOMAS DOHERTY, )
JOHN NELSON, JAMES RUSSO, MICHAEL )
MURPHY and STEVEN FORD, )
    Defendants, )

### DEFENDANT, MAYOR THOMAS AMBROSINO'S STATEMENT OF UNDISPUTED MATERIAL FACTS

1. On March 4, 1901 the City of Revere placed its police personnel under the state civil service system pursuant to Massachusetts General Law, chapter 31, section 48 (Affidavit of Walter H. Porr, Jr., and Revere Revised Ordinances, Table II, Division 2, General Laws Accepted, page 391 attached thereto which are attached hereto as Exhibit "A").

2. On November 3, 1936 the City of Revere placed its municipal employees under the state retirement law pursuant to Massachusetts General Law, chapter 32 (Affidavit of Walter H. Porr, Jr., and Revere Revised Ordinances, Table II, Division 2, General Laws Accepted, page 391 attached thereto which are attached hereto as Exhibit "A").

3. Pursuant to Acts 1964, Chapter 115, the citizens for the City of Revere were authorized "to vote at the biennial state election in the current year on the question of adopting the 'Plan B' form of government." (Affidavit of Walter H. Porr, Jr., and Revere

Revised Ordinances, Division 1 of Table II, Special Acts, page 386 attached thereto which are attached hereto as Exhibit "A").

4. On November 3, 1964, the citizens of the City of Revere adopted the "Plan B" form of government. (Affidavit of Diane Colella attached hereto as Exhibit "B").

5. On September 21, 1995 Plaintiffs Terri Pechner-James and Sonia Fernandez were sworn in as Revere Police Officers (Plaintiff Pechner's Motion for Partial Summary Judgment, page 2, Facts, paragraph 1, attached hereto as Exhibit "C" and Complaint, paragraphs 14 and 80).

6. At the time Officers Pechner and Fernandez were hired, James Russo was the Chief of Police (Complaint, paragraphs 9, 65-69 and 104).

7. On February 28, 1999 Chief Russo retired. (Affidavit of Carolyn Russo attached hereto as Exhibit "D").

8. On March 1, 1999 Roy Colannino was appointed as the Acting Chief of Police for the City of Revere by then Mayor Robert Haas. (Affidavit of Michael Murphy attached hereto as Exhibit "E").

9. On January 3, 2000 defendant Thomas Ambrosino was sworn in as Mayor of the City of Revere (Affidavit of Thomas Ambrosino attached hereto as Exhibit "F").

10. On July 1, 2000 the City of Revere and its Police officers entered into a new Agreement for the time-frame of July 1, 2000 to June 30, 2003. (Affidavit of Michael Murphy and Agreement between Teamsters Local 25 and the City of Revere attached thereto which are attached hereto as Exhibit "E").

11 On August 31, 2000, Acting Chief Colannino started an extended period of sick leave due which eventually ended with his retirement. At that time, Captain Frederick