**Exhibit O- Affidavit of Thomas Ambrosino & Terrence Reardon appointment letter**

Case 1:03-cv-12499-MLW   Document 286-17   Filed 01/23/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,<br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 03-12499-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF THOMAS AMBROSINO

I, Thomas Ambrosino, do hereby depose and state:

1. I have been the Mayor of the City of Revere since January 3, 2000.

2. On January 14, 2002 the City Council confirmed my appointment of Terence Reardon as Chief of Police for the City of Revere in accordance with Chapter 102 of the Acts of 2001.

3. Chief Reardon's appointment was confirmed in writing by letter dated January 15, 2002 a copy of which is attached hereto.

Signed under the pains and penalties of perjury.

Respectfully submitted

_____
Thomas Ambrosino
Mayor
City of Revere



# The City of REVERE, MASSACHUSETTS
Office of the Mayor
281 Broadway, Revere, MA 02151
(781) 286-8110   Fax (781) 286-8199

THOMAS G. AMBROSINO
Mayor

January 15, 2002

Mr. Terence Reardon
C/o Revere Police Department
23 Pleasant Street
Revere, Massachusetts 02151

Re:   *Appointment to Permanent Police Chief of the Revere Police Department*

Dear Mr. Reardon:

I am writing to inform you that on Monday evening, January 14, 2002, the Revere City Council confirmed your appointment as permanent Chief of the Revere Police Department pursuant to Chapter 102 of the Acts of 2001.

In accordance with the special legislation, we will commence negotiation on a five year contract for the Police Chief position. In the interim period, this letter will confirm that you will be sworn in immediately and act in the capacity of Police Chief with the same employment benefits you have enjoyed as Lieutenant, except that, effective today, your pay shall be based on twice the salary of a patrol officer at the highest salary step, which is consistent with current pay practice for those acting in the capacity of Police Chief.

Very truly yours,

Thomas G. Ambrosino
Mayor

## THE COMMONWEALTH OF MASSACHUSETTS

Suffolk:ss

Then personally appeared before me the within named Terence Reardon who gave oath to the faithful performance of the duties of said office.

Subscribed to:

John J. Henry
City Clerk

Before me:

Thomas G. Ambrosino
Mayor