**Exhibit P- Revised Ordinances of the City of Revere, MA § 2.60.30**

5.6.060

# THE REVISED ORDINANCES OF THE CITY OF REVERE, MASSACHUSETTS

A Codification of the General Ordinances of the City of Revere, Massachusetts

Codified 1983

Revised and Republished 2001

LexisNexis Municipal Codes
Matthew Bender & Company, Inc.
701 East Water Street
Charlottesville, VA 22902
866-501-5155



LexisNexis
Municipal Codes

# TABLE OF CONTENTS

Title 1    General Provisions

    Chapter    1.01    Adoption of Revised Ordinances
                   1.04    General Provisions
                   1.08    City Seal
                   1.12    Regulations of Municipal Officers, Boards, Commissions and Departments
                   1.16    General Penalty
                   1.17    General Requirements Regarding Applications for Certain Authorizations and Permits

Title 2    Administration and Personnel

    Chapter    2.03    Officers and Employees
                   2.06    Personnel
                   2.09    Mayor
                   2.12    City Council
                   2.15    City Clerk
                   2.18    City Solicitor
                   2.20    Director of Finance
                   2.21    City Treasurer
                   2.24    City Auditor
                   2.27    City Collector
                   2.30    City Physician
                   2.33    Harbormaster
                   2.36    Fence Viewers
                   2.39    Sealer of Weights and Measures
                   2.42    Cemetery Department
                   2.45    Civil Defense Department
                   2.48    Engineering Department
                   2.51    Fire Department
                   2.54    Division of Fire Prevention
                   2.57    Parks and Recreation Department
                   2.60    Police Department
                   2.63    Department of Public Works
                   2.66    Purchasing Department
                   2.69    Department of Veterans' Services
                   2.75    Board of Assessors
                   2.78    Board of Health
                   2.81    Board of Trustees of Public Library
                   2.84    Council on Elder Affairs
                   2.87    Awards Committee
                   2.88    Senior Citizen Property Tax Work-Off Abatement

## Chapter 2.09

## MAYOR* **

Sections:
2.09.010    Powers and duties generally.
2.09.020    Presentation of municipal budget.
2.09.030    Submission to supplemental appropriation requests to the city council.
2.09.040    Submission of revenue estimates and certain anticipated expenditures to be raised to establish the fiscal year tax rate.

---

\*   For the law of the Commonwealth relative to Mayor of Plan B cities generally, see G.L. Ch. 43 et seq.
\*\*  On November 6, 2001 the voters of the city of Revere approved a referendum, pursuant to the provisions of Section 17C of Chapter 43 G.L., changing the term of the mayor from two years to four years.

**2.09.010    Powers and duties generally.**
The mayor shall have the powers and perform such duties as are set forth in the Charter and under the General Laws, or as may be prescribed by the provisions of this revision and other ordinances adopted by the city council. (Prior revision § 2-16)

**2.09.020    Presentation of municipal budget.**
In addition to the information required by Chapter 44, Section 32 of the General Laws, the mayor shall present the city's annual municipal budget providing for the following information beside each salary classification:
A. Name of employee;
B. Employment status: full-time, part-time, hourly rate or contractual;
C. Job classification;
D. Job status: civil service, provisional civil service, appointed, contractual or elected;
E. Tenured, if received, and date;
F. Length of time working in job classification and total length of employment with the city. (C.O. 82-44(a) § 1: prior revision § 2-16A)

**2.09.030    Submission to supplemental appropriation requests to the city council.**
Notwithstanding any contrary provisions of the General Laws or Special Acts, within sixty-five days following the commencement of each fiscal year, the mayor shall have submitted to the city council all of his/her recommendations for supplemental appropriations, deemed necessary, by the mayor, for the operation of the city government for the fiscal year excluding appropriations requested by the mayor from time to time by means of transfer (provided for by Section 33B of Chapter 44 of the General Laws). (C.O. 98-45 § 1)

**2.09.040    Submission of revenue estimates and certain anticipated expenditures to be raised to establish the fiscal year tax rate.**
In addition to the information required by Chapter 44, Section 32 of the General Laws, to be provided to the city council to review and act upon the city's annual budget, the mayor shall also submit to the city council, at the time of his or her submission of his or her annual budget, all of the available information that the city annually submits to the Commonwealth of Massachusetts Department of Revenue, on State Tax Form 31C, the tax rate recapitulation statement. (C.O. 98-106 § 1)

## Chapter 2.60

## POLICE DEPARTMENT* **

Sections:
| | |
|---|---|
| 2.60.010 | Composition. |
| 2.60.020 | Incumbents. |
| 2.60.030 | Chief of police. |
| 2.60.040 | Firearm permits. |
| 2.60.050 | Rules and regulations. |
| 2.60.070 | Seniority. |
| 2.60.080 | Absence or disability of chief. |
| 2.60.100 | Special police. |
| 2.60.110 | Private hiring. |

\* As to authority of the police department to aid other cities and towns, see § 2.45.040 of this revision. As to the fire department generally, see Ch. 2.51. As to notice to the police department, etc., prior to fumigation, see § 8.12.020. As to obedience to police officer with regard to traffic, see § 10.04.040. As to authority and duties of police in connection with motor vehicles and traffic, see Ch. 10.08. As to the authority of police in connection with tow-away zone regulations, see § 10.44.020. As to the duty of police in connection with inspection of pawnbrokers' records, articles, etc., see §§ 5.20.120 and 5.20.130. As to salaries of protective forces, see Table III.

\*\* For the law of the Commonwealth as to police officers generally, see G.L. Ch. 41, § 96 to 101. As to powers and duties of police officers generally, see G.L. Ch. 41 § 98.

### 2.60.010   Composition.

A. The police department shall consist of a chief of police and the following personnel: three captains, ten lieutenants, seventeen sergeants, and such number of patrolmen as may be appointed by the mayor and provided for by the city council.

B. There shall also be the following nonuniformed personnel in the police department: one senior custodian, one junior custodian, one dog officer, one matron, one principal clerk, one junior clerk-typist and such other personnel as may be appointed by the mayor and provided for by the city council.

C. There is hereby created and established in accordance with the provisions of Section 60, of Chapter 31 of the General Laws an intermittent police force which shall be subject to the applicable civil service law and rules.

There is hereby created and established an executive officer of the Revere police department. Such executive officer shall be chosen by the police chief from the ranks of any captain or those lieutenants who have served in the rank of lieutenant for at least five years. The salary of such executive officer shall be equivalent to the salary of the senior captain. (C.O. 01-17B § 2; C.O. 95-515 § 2; C.O. 94-402 §§ 1—4, C.O. 91-285A § 2; C.O. 83-52 § 70 (part): prior revision § 15-1)

### 2.60.020   Incumbents.

Any police officer who immediately prior to the effective date of the ordinance from which this chapter derives,* held permanent appointment in his grade without impairment of civil service stature, seniority, retirement and other rights of the employee and without reduction in the employee's compensation and salary grade; provided, however, that until further amendment by the city council no appointments shall be made in the personnel of the police department in excess of those enumerated in Section 2.60.010. (C.O. 78-166 (part), 1978; prior revision § 15-2)

\* Editor's Note: The ordinance from which this chapter derives was adopted June 30, 1969, and approved by the mayor July 12, 1969.

### 2.60.030   Chief of police.

A. The chief of police shall have the general charge and supervision of all officers and patrolmen and other personnel of the police department, shall have the precedence and control of the same whenever engaged in the same service and shall report forthwith to the mayor any violation of duty on the part of any member of the department.

B. The chief shall report immediately to the city engineer any defect in any of the streets, roads or bridges which the chief may personally discover or which may be reported to the chief by any member of the police department.

C. The chief shall also report forthwith to the proper board or head of department all nuisances and obstructions in the streets, lanes, alleys, squares and public grounds of the city, and all nuisances, sources of filth and causes of sickness which the chief may personally discover or which may be reported to the chief by any member of the police department.

D. It is the duty of the chief to enforce all laws and the provisions of this revision and other city ordinances and to receive complaints for violation of them.

E. The chief shall comply with and execute the orders of the mayor. (Prior revision § 15-3)

### 2.60.040   Firearm permits.*

The chief may require an examination to be taken by applicants for a license to carry a pistol or revolver before granting such permit, in order to assist him to determine that the applicant is a suitable person to be so licensed in accordance with the provisions of Chapter 140, Section 131 of the General Laws. The chief of police may charge