# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and<br>SONIA FERNANDEZ,<br>　　　Plaintiffs,<br><br>v.<br><br><br>CITY OF REVERE, THOMAS<br>AMBROSINO, CITY OF REVERE<br>POLICE DEPARTMENT, TERRENCE<br>REARDON, CHIEF OF POLICE,<br>BERNARD FOSTER,<br>SALVATORE SANTORO,<br>ROY COLANNINO, FREDERICK<br>ROLAND, THOMAS DOHERTY,<br>JOHN NELSON, JAMES RUSSO,<br>MICHAEL  MURPHY, AND<br>STEVEN FORD,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　C.A.   03-12499MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF WITHDRAWAL</u>

Attorney Patrick Sacco provides notice to this Honorable Court and all parties of his withdrawal from this action as Attorney for Plaintiff Terri Pechner - James, as he is no longer employed with The Crest Group, LLC.  Attorney Peter Unitt of The Crest Group, LLC, maintains his appearance as counsel on behalf of Plaintiff Terri Pechner-James in the above-referenced action.

Respectfully submitted,<br>
Terri Pechner-James<br>
By her Attorney,<br>
<br>
_____<br>
Patrick Sacco, Esq., BBO# 659168<br>
The Crest Group, L.L.C.<br>
600 W. Cummings Park, Suite 1000<br>
Woburn, MA 01801<br>
Telephone: 781-933-2122

February 6, 2008