UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and<br>SONIA FERNANDEZ,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS<br>AMBROSINO, CITY OF REVERE<br>POLICE DEPARTMENT, TERRENCE<br>REARDON, CHIEF OF POLICE,<br>BERNARD FOSTER,<br>SALVATORE SANTORO,<br>ROY COLANNINO, FREDERICK<br>ROLAND, THOMAS DOHERTY,<br>JOHN NELSON, JAMES RUSSO,<br>MICHAEL MURPHY, AND<br>STEVEN FORD,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. 03-12499MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Attorney Patrick Sacco provides notice to this Honorable Court and all parties of his withdrawal from this action as Attorney for Plaintiff Terri Pechner-James, as he is no longer employed with The Crest Group, LLC. Attorney Peter Unitt of The Crest Group, LLC, maintains his appearance as counsel on behalf of Plaintiff Terri Pechner-James in the above-referenced action.

                                         Respectfully submitted,
                                         Terri Pechner-James
                                         By her Attorney,

                                       /s/Patrick Sacco,
                                       Patrick Sacco, Esq., BBO# 659168
                                       The Crest Group, L.L.C.
                                       600 W. Cummings Park, Suite 1000
                                       Woburn, MA 01801
February 6, 2008                    Telephone: 781-933-2122