

The City of REVERE, MASSACHUSETTS
Office of the Mayor
281 Broadway, Revere, MA 02151
(781) 286-8110    Fax (781) 286-8199

**THOMAS G. AMBROSINO**
Mayor

April 2, 2001

Ms. Sonia Fernandez
34 Burnett Road

Revere, Massachusetts 02151

      Re:    *Leave of Absence*

Dear Ms. Fernandez:

      Upon consideration of the written request from your physician, and acting pursuant to M.G.L. c. 31, §37, 1 hereby grant you a three-month unpaid leave of absence effective Friday, March 16, 2001 until Saturday, June 16, 2001 due to medical reasons.

                                  Very truly yours,

                                  Thomas G., Airibrosino
    **Cc:**    Chief Roy Colannino              Mayor
           Captain Fred Roland