UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12499 MLW

| | |
|---|---|
| **TERRI L. PECHNER-JAMES** and **SONIA FERNANDEZ** Plaintiffs | ) ) ) ) |
| VS. | ) ) |
| **CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPT. TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY JOHN NELSON, JAMES RUSSO MICHAEL MURPHY and STEVEN FORD** Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME

Now comes the undersigned counsel and jointly move this Honorable Court to grant an enlargement of time until April 22, 2008 to respond to the electronic order issued by this Court on April 1, 2008 requesting additional pleadings to be filed by April 15, 2008.

The parties state in support of this motion that the undersigned parties are engaged in settlement negotiations. These negotiations can lead to a full settlement that will render moot both the Court's order and the hearing scheduled for April 29, 2008.

Respectfully submitted,

1

                                                  /s/James S. Dilday_____
                                                  James S. Dilday, BBO# 124360
                                                  Dilday & Associates, LLC
                                                  27 School Street, Suite 400
                                                  Boston, MA 02108
                                                  (617) 227-3470

**ASSENTED TO**:

/s/ Paul Capizzi_____
Paul Capizzi, Esq.
Counsel for City Defendants


Dated: April 10, 2008


## Certificate of Service

     I, James S. Dilday, certify that I have caused to be served a true copy of the foregoing Motion upon on all parties of record by filing same through the ECF filing system.

                                                  /s/James S. Dilday
                                                  James S. Dilday

Dated: April 10, 2008