



Sports  Tr$v$i  **Your life**  Cars  fefes

Fwssnate  && Today's Globe |   Latest News:  **Local**  Nation  World

| NECN | Education | Obituaries | Special sections

H

OME > NEWS > LOCAL > MASS.

REVERE

# Officers sue as settlement efforts fail

**By Angelica Medaglia, Globe Staff, 10/26/2003**

The city plans to hire an attorney to defend itself against a $30 million sexual harassment lawsuit filed by two female police officers, city officials said.

ADVERTISEMENT



## Open an
## &"$£<{•& Savings Account

JNG;&;IMKKCT

The lawsuit, filed earlier this month in Suffolk Superior Court, comes after six months of stalemated talks between the city and the lawyer for the two officers. The city tried settling the case before it reached Superior Court on Oct. 6, said Robert Marra, the city's part-time solicitor.

"But the value of the demand is so high and what we might have considered a settlement [is] not in the same universe," Marra said.

 Mayor Thomas Ambrosino said the city will hire Ira H. Zaleznik of the Boston firm Lawson & Weitzen. Zaleznik is representing Revere in a related lawsuit.

Carlton Dasent, the attorney for the two women, said the city has "not reacted" to the complaints since they pursued legal action. "The complaints that these people have have been made clear by the attitude of the city," he said of his clients.

The women, Sonia Fernandez and Terri Pechner-James, say they were subjected to derogatory treatment by superiors at the department from 1995 to 2001.

"Plaintiffs experienced a prolonged, severe, pervasive, hostile, and abusive work environment during their almost six years of employment," the lawsuit states. "The conduct of the defendants, all of whom were supervisors, posed formidable barriers to both plaintiffs full participation in the workplaces. These barriers were so formidable, the hostility of the work environment so prolonged, severe and pervasive that both plaintiffs were diagnosed with post traumatic stress disorder and were constructively discharged from their employment."

Ambrosino, Chief Terence Reardon, and nine high-ranking police officers are named as

TOOLS

& PRINTER FRI
EI E-MAIL TO A
I^P TOP E-MAILE

SEARCH GLC

<• Today (free
*~ Yesterday (
<~ Past 30 da
┌ Last 12 me
3* Advanced see
^ Subscribe no'
archives

ON

whei
Comcast

Low
More
Cars
All
i