Boston.com / News / Local / Mass. / Officers sue as settlement efforts fail    Page 3 of 3

posttraumatic stress disorder.

The city hired Zaleznik for that case and has not awarded Pechner-James early retirement. This month, her lawyer filed an appeal.

Marra, the city solicitor, said it was premature to discuss the details of the harrassment case, but added that the lawsuit was "nothing that we are going to take lightly."

"The city would need a lawyer with a special level of expertise and familiarity with the subject," he said. His office, which operates with one full-time assistant lawyer, does not have the means or time to handle the case, he said.

"We regret to hear that people are bringing lawsuits against the city when they are employed by the city," he said. "Our intent is to let the case proceed and we'll defend it in its proper form . .. on the merit. But we are not going to try the case in the newspaper."

© Copyright 2003 Globe Newspaper Company.

**& PRINTER FRIENDLY VERSION    EI E-MAIL TO A FRIEND**

feedback | help | site map | advertising | globe archives
© 2003 The New York Times Company

