In a 16-page notice of daim - a precursor to a civil lawsuit - officers Terri Pechner-James and Sonia Fernandez allege they were regularly subjected to lewd, derogatory treatment - complaints two of their supervisors conceded were warranted but ultimately failed to stop.

"(We) feel that the female officers have legitimate complaints and the police department must move immediately to correct this errant behavior," Capt. Frederick Roland and Capt. Gerald Chaulk wrote in a 1999 report.

- Lt. Salvatore Santoro regularly made disparaging comments about female officers' bodies and "daily remarks about the length and size of his penis." In December 1998, he asked a suspect Pechner-James had gone to school with if he had ever had sex with her.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

**Find People Numbers**
Find Old Friends, Relatives, Lost Loves, Classmates and more!
www.Number.Reunion.com

**Things To Do in DC MD VA**
Over 125,000 members. Weekly Events For Young Professionals.
DC VA MD www.thingstodoDC.com