UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

SONIA FERNANDEZ )
       Plaintiff(s) )
   )
v. ) C.A. No. 03-12499-MLW
   )
CITY OF REVERE et al )
       Defendant(s) )

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

    The Court having been advised, on April 28, 2008, by Magistrate Judge Sorokin's courtroom clerk that the above captioned action settled:

    It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

    If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                  By the Court:
                                  Sarah A. Thornton, Clerk

April 28, 2008                          /s/Dennis O'Leary
Date                                    Deputy Clerk