UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI PECHNER-JAMES and SONIA FERNANDEZ,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF REVERE, THOMAS AMBROSINO, MAYOR, CITY OF REVERE POLICE DEPARTMENT, TERRENCE REARDON, CHIEF OF POLICE, BERNARD FOSTER, SALVATORE SANTORO, ROY COLANNINO, FREDERICK ROLAND, THOMAS DOHERTY, JOHN NELSON, JAMES RUSSO, MICHAEL MURPHY and STEVEN FORD,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 03-12499-MLW |

### ORDER CONFIRMING SETTLEMENT AND DIRECTING EXECUTION IN ACCORDANCE WITH THE TERMS THEREOF

On April 2, 2008, Plaintiff Sonia Fernandez, and Defendants City of Revere, Mayor Thomas Ambrosino, City of Revere Police Department, and Police Chief Terrence Reardon, by and through their designated attorneys of record, reached a settlement of the case in accordance with the terms and conditions which were set forth in a Release executed by the plaintiff The Court hereby confirms the aforesaid settlement and hereby orders the Auditor of the City of Revere, Laurie Giardella, to approve and authorize payment of the settlement and the Treasurer for the City of Revere, George Anzuoni, to issue the necessary checks in satisfaction thereof

APR-23-2008 12:38    REVERE SOLICITOR OFFICE    781 286 8166    P.03

**IT IS SO ORDERED.**

Approved as to form and content and signed in counterpart

| For the Plaintiff, SONIA FERNANDEZ, | For the Defendant, CITY OF REVERE, et al |
| By her Attorney, | By its Attorney, |

/s/ James S. Dilday
James S. Dilday, Esq
BBO# 124360
Dilday & Associates, LLC
27 School Street, Suite 400
Boston, MA 02108
617-227-3470

/s/ Paul Capizzi
Paul Capizzi, Esq
City Solicitor
BBO# 646296
Daniel E. Doherty, Esq
Assistant City Solicitor
BBO# 127010
City Hall, 281 Broadway
Revere, MA 02151
781-286-8166

April 29 2008
Date

Leo T. Sorokin
United States District Court
 Magistrate Judge

2

APR-23-2008 12:38    REVERE SOLICITOR OFFICE    781 286 8166    P.03

TOTAL P.03